IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
CONCORD DIVISION

LILLIAN BERNIER,

    *Plaintiff*,

v.                                              No. 1:23-CV-00523-lm-aj

TURBOCAM, INC.; HEALTH PLANS, INC.;
HARVARD PILGRIM HEALTHCARE OF
NEW ENGLAND, INC.,

    *Defendants*.

**ASSENTED-TO MOTION TO ADMIT JONATHAN BERRY, ESQ., *PRO HAC VICE***

    NOW COMES the Defendant, Turbocam, Inc. ("Turbocam"), by and through its attorney, Francis R. Genus III, and moves pursuant to Local Rule 83.2(b), for an Order permitting Jonathan Berry, Esquire, a member in good standing of the District of Columbia Bar and an Associate member of the Virginia State Bar, be admitted to practice before the District of New Hampshire *pro hac vice* on behalf of Turbocam in relation to this matter. Turbocam states that the appearance of Francis R. Genus III, Esquire, who is admitted to practice in this Court, has previously been filed and that Attorney Genus will be actively associated with Attorney Berry in the defense of this matter.

    In support of this Motion, Turbocam has filed the Affidavit of Jonathan Berry, which is attached here as Exhibit A.

    Undersigned counsel is paying $100.00 by credit card in connection with the filing to cover the required filing fee for pro hac vice admission.

    Chris Erchull, Esq., counsel for Plaintiff, assents to the relief requested in this motion.

1

WHEREFORE, Turbocam respectfully requests that this Court grant the Assented-to Motion to Admit Jonathan Berry, Esq., *Pro Hac Vice* permitting Jonathan Berry to practice before this Court.

Dated: July 18, 2024

                                                       Respectfully Submitted,

                                                       TURBOCAM, INC.

                                                       By its attorney,

                                                       */s/ Francis R. Genus III*
                                                       Francis R. Genus III, N.H. Bar #274426
                                                       Genus Law
                                                       PO Box 300
                                                       Franklin, NH 03235
                                                       (732) 585-3291
                                                       Frank@Genus-Law.com

## **CERTIFICATE OF SERVICE**

    I, Francis R. Genus III, hereby certify that on July 18, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non- registered participants.

                                            */s/ Francis R. Genus III*
                                            Francis R. Genus III