IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
CONCORD DIVISION

LILLIAN BERNIER,

    *Plaintiff*,

v.                                                        No. 1:23-CV-00523-lm-aj

TURBOCAM, INC.; HEALTH PLANS, INC.;
HARVARD PILGRIM HEALTHCARE OF
NEW ENGLAND, INC.,

    *Defendants*.

## AFFIDAVIT OF JONATHAN BERRY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jonathan Berry, pursuant to Local Rule 83.2(b)(1), hereby certify that:

1.    My office is located at Boyden Gray PLLC, 801 17th Street NW, Suite 350, Washington, DC 20006, and my phone number is (202) 955-0618. My email address is jberry@boydengray.com.

2.    I am licensed to practice law by and a member of good standing of the bar of the District of Columbia Court of Appeals (Bar No. 1016352, admitted 9/6/2013) and an Associate member of good standing of the Virginia State Bar (Bar No. 81864, admitted 10/14/2011).

3.    I am presently admitted to, in good standing with and eligible to practice in the following courts:

| Court | |
|---|---|
| United States Supreme Court | Admitted: 12/6/2021 |
| United States Court of Appeals for the Second Circuit | Admitted: 3/22/2024 |
| United States Court of Appeals for the Third Circuit | Admitted: 10/18/2022 |

1

| | |
|---|---|
| United States Court of Appeals for the Fourth Circuit | Admitted: 4/17/2020 |
| United States Court of Appeals for the Fifth Circuit | Admitted: 2/18/2021 |
| United States Court of Appeals for the Eighth Circuit | Admitted: 10/23/2021 |
| United States Court of Appeals for the Ninth Circuit | Admitted: 7/10/2023 |
| United States Court of Appeals for the Eleventh Circuit | Admitted: 10/17/2022 |
| United States Court of Appeals for the District of Columbia Circuit | Admitted: 1/31/2014 |
| United States Court of Appeals for the Federal Circuit | Admitted: 3/17/2021 |
| United States Court of Federal Claims | Admitted: 3/22/2024 |
| United States District Court for the Eastern District of Virginia | Admitted: 4/19/2013 |
| United States District Court for the Northern District of Texas | Admitted: 2/1/2023 |

4. I am not currently suspended in, nor have I been disbarred in, any jurisdiction.

5. I have never been denied admission to any court. I am not the subject of any previously imposed or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

6. My *pro hac vice* status has never been denied or revoked in any court.

7. I am familiar with the Local Rules of the United States District Court for the District of New Hampshire.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the Defendant, Turbocam, Inc., in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY OF JULY, 2024.

                                             */s/ Jonathan Berry*
                                             Jonathan Berry
                                             BOYDEN GRAY PLLC
                                             801 17th Street NW, Suite 350
                                             Washington, DC 20006
                                             jberry@boydengray.com
                                             (202) 955-0618