UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC., HEALTH PLANS, INC., & HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-00523-LM-AJ |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COUNT VI ONLY AGAINST DEFENDANTS HEALTH PLANS, INC. AND HARVARD PILGRIM <u>HEALTH CARE OF NEW ENGLAND, INC.</u>**

Plaintiff Lillian Bernier and Defendants Health Plans, Inc. ("HPI") and Harvard Pilgrim Health Care of New England, Inc. ("Harvard Pilgrim") hereby stipulate to the dismissal of Count VI of the Complaint only which is asserted against HPI and Harvard Pilgrim, with prejudice, without costs, and waiving all rights to appeal.

Dated: August 15, 2024

Respectfully submitted,

LILLIAN BERNIER,
By her attorneys,

*/s/ Chris Erchull*
Chris Erchull (N.H. Bar No. 266733)
Bennett Klein (M.A. Bar No. 550702)
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350
cerchull@glad.org
bklein@glad.org

HEALTH PLANS, INC., & HARVARD PILGRIM
HEALTH CARE OF NEW ENGLAND, INC.
By its attorneys,

/s/ *Kathleen M. Mahan*
Kathleen M. Mahan, Esq. (N.H. Bar No. 17124)
Hinckley Allen & Snyder LLP
650 Elm Street
Manchester, NH 03101
(603) 545-6118
kmahan@hinckleyallen.com

/s/ *Lisa Zaccardelli*
Lisa Zaccardelli, Esq. (C.T. Bar No. 403041)
Hinckley Allen & Snyder LLP
20 Church Street
Hartford, CT, 06103
(860) 725-6200
lzaccardelli@hinckleyallen.com

/s/ *Michelle R. Peirce*
Michelle R. Peirce, Esq. (M.A. Bar No. 557316)
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA, 02109
(617) 378-4170
mpeirce@hinckleyallen.com