IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
CONCORD DIVISION

LILLIAN BERNIER

   *Plaintiff*,

   v.                                     No. 1:23-CV-00523-lm-aj

TURBOCAM, INC.; HEALTH PLANS, INC.;
HARVARD PILGRIM HEALTHCARE OF
NEW ENGLAND, INC.,

   *Defendants*.

**TURBOCAM'S RESPONSE TO THE STIPULATION OF VOLUNTARY DISMISSAL OF COUNT VI**

Turbocam does not oppose the stipulation of dismissal of Count VI on the following condition: The dismissal should be without prejudice to Turbocam asserting its rights in the event of a claim or defense arising out of its contractual relationship with Defendants Health Plans, Inc., or Harvard Pilgrim Healthcare of New England, Inc., including any indemnity or contribution claim under the contract. *Cf. Drake v. Nat. Life Ins. Co.*, No. 17-3170, 2018 WL 6329142, at *1 (E.D. Pa. Dec. 4, 2018).

Dated: September 5, 2024

                                            Respectfully submitted,

                                            TURBOCAM, INC.,
                                            By and through its attorneys,

                                            */s/ Francis R. Genus*
                                            Francis R. Genus III, N.H. Bar #274426
                                            Genus Law
                                            PO Box 300
                                            Franklin, NH 03235
                                            (732) 585-3291
                                            Frank@Genus-Law.com

Jonathan Berry*
James R. Conde*
Andrew W. Smith*
Boyden Gray PLLC
801 17th St NW, Suite 350
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

Roger L. Byron*
Texas State Bar No. 24062643
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
972-941-4444
rbyron@firstliberty.org


*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

      I, Francis R. Genus III, hereby certify that on September 5, 2024, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      */s/ Francis R. Genus III*
      Francis R. Genus III