## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00523-LM-AJ |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties have agreed to the entry of a Protective Order in the form attached hereto, to protect their privacy and business interests, to the extent possible, in certain documents and information to be produced in discovery in this matter, subject to compliance with the Court's rules and procedures concerning impoundment of documents.

The parties therefore jointly request that the Court enter the attached as an order of the Court.

Respectfully submitted,

PLAINTIFF, LILLIAN BERNIER,
By and through her attorneys,

*/s/ Chris Erchull*
Chris Erchull (N.H. Bar No. 266733)
Bennett Klein* (Mass. Bar No. 550702)
Michael Haley (N.H. Bar No. 270236)
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350
cerchull@glad.org
bklein@glad.org

DEFENDANT, TURBOCAM, INC.,
By and through its attorneys,

*/s/ Bethany P. Minich*
Bethany P. Minich, N.H. Bar # 265413
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
Tel. (781) 309-1500
minich@litchfieldcavo.com

Roger L. Byron*
Texas State Bar No. 2462643
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: 972/941-4444
rbyron@firstliberty.org

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

      I, Bethany P. Minich, hereby certify that on April 11, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

      /s/ Bethany P. Minich
      _____