# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00523-LM-AJ |

## JOINT MEDIATION STATEMENT

The parties have not agreed to pursue mediation at this time.

| | |
|---|---|
| PLAINTIFF, LILIAN BERNIER,<br>By and through her attorneys, | DEFENDANT, TURBOCAM, INC.,<br>By and through its attorneys, |
| | /s/ Bethany P. Minich<br>Bethany P. Minich, N.H. Bar # 265413<br>Litchfield Cavo LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA 01940<br>Tel. (781) 309-1500<br>minich@litchfieldcavo.com |
| /s/ Bennett Klein<br>Chris Erchull (N.H. Bar No. 266733)<br>Bennett Klein* (Mass. Bar No. 550702)<br>Michael Haley (N.H. Bar No. 270236)<br>GLBTQ Legal Advocates & Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>Tel. (617) 426-1350<br>bklein@glad.org<br>cerchull@glad.org<br>mhaley@glad.org | Roger L. Byron*<br>Texas State Bar No. 2462643<br>First Liberty Institute<br>2001 West Plano Parkway, Suite 1600<br>Plano, Texas 75075<br>Telephone: 972/941-4444<br>rbyron@firstliberty.org<br>*Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

I, Bethany P. Minich, hereby certify that on this 21st day of May, 2025 I have caused a copy of the foregoing document to be forwarded via electronically served on all counsel of record.

/s/ Bethany P. Minich