# <u>EXHIBIT 3</u>

Declaration of Randi Ettner, PhD.

Redacted Pursuant to Protective Order (ECF No. 61), Publicly Filed

Unredacted Version Filed Under Seal

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| LILLIAN BERNIER, | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-00523-LM-AJ |
| TURBOCAM, INC., | |
| Defendant. | |

**DECLARATION OF RANDI ETTNER, PH.D. IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGMENT**

I, Randi Ettner, Ph.D., state as follows:

**QUALIFICATIONS AND EXPERIENCE**

1.  I am a licensed clinical and forensic psychologist with a specialization in the diagnosis, treatment, and management of individuals with gender dysphoria. I received my doctorate in psychology (with honors) from Northwestern University in 1979. I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Post-Traumatic Stress Disorder.

2.  I have evaluated, diagnosed, and treated over 3,000 individuals with gender dysphoria from 1980 to the present. I have published four books related to the treatment of individuals with gender dysphoria, including the medical text entitled Principles of Transgender Medicine and Surgery (co-editors Monstrey & Eyler; Rutledge 2007); and the 2nd edition (co-editors Monstrey & Coleman; Routledge, June 2016). I am currently under contract to produce the 3rd edition of this text. In addition, I have authored numerous articles in peer-reviewed journals regarding the provision of health care to the transgender population. I have served as a member of the University of Chicago Gender Board, and I am on the editorial boards of The International Journal of

Transgenderism and the International Journal of Transgender Health. I am a past Secretary, and have previously served as a member of the Board of Directors of the World Professional Association of Transgender Health for (WPATH) twelve years. I am an author of the *WPATH Standards of Care for the Health of Transsexual, Transgender and Gender-Nonconforming People* (8th version) published in 2022. I have lectured throughout North America, Europe, South America and Asia on topics related to gender dysphoria and have given grand rounds on gender dysphoria at university hospitals. I am the honoree of the externally-funded Randi and Fred Ettner Fellowship in Transgender Health at the University of Minnesota. I have been an invited guest at the National Institutes of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the United States Congress House of Representatives on February 5, 2019, recognizing my work for WPATH. A copy of my Curriculum Vitae is attached as Exhibit A.

3.  My opinions are based on my education and training, my experience diagnosing and treating individuals with gender dysphoria, the medical and research literature on transgender health and medical care, and my communications and interactions with other clinicians and leading experts on transgender health and medical care. I have evaluated clients' readiness for the initiation of gender transition medical interventions and worked with clients who have undergone surgical treatments and/or who were on long-term hormone replacement therapy.

**GENDER DYSPHORIA**

4.  At birth, infants are classified as male or female. This classification becomes the person's birth sex. Most people live as their birth sex.

5. An individual who cannot live and function in their birth sex is transgender.

6. Gender dysphoria is a medical diagnosis characterized by clinically significant distress or impairment in functioning which results when a person cannot live and function in their birth sex.

7. Gender dysphoria is an established and recognized diagnosis in the field of medicine.

8. The diagnostic criteria for gender dysphoria are set forth in the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association ("DSM-5-TR"), the authoritative source in the field of medicine and psychology for the diagnosis of mental disorders.

9. The diagnostic criteria for Gender Dysphoria in Adolescents and Adults in DSM-5-TR are as follows:

A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).
2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).
3. A strong desire for the primary and/or secondary sex characteristics of the other gender.
4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).
5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).
6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

3

10. Gender dysphoria requires treatment.

11. Hormones and various surgical treatments are recognized and accepted as medical interventions for gender dysphoria, including by established medical and mental health organizations.

12. A transgender woman is an individual whose birth sex was male but who cannot live and function in her birth sex.

13. For a transgender woman with gender dysphoria, a key goal of medical interventions is to change her primary and secondary sex characteristics so that she can live and function as a woman.

14. An adult with gender dysphoria does not produce hormones at the level consistent with the sex that is different from their birth sex.

15. For example, an adult transgender woman who is not on medication or who has not had surgery does not have hormones in the typical female range.

16. I understand that the plaintiff, Lillian Bernier, ███████████████████████████ ███████████████████████████████████████████ ████████████████

17. The purpose of feminizing hormone therapy as a treatment for a transgender woman with gender dysphoria is to correct this hormonal inconsistency by bringing her hormone levels into the typical female range.

18. Feminizing hormone therapy affects the endocrine system by suppressing testosterone production and increasing levels of estrogen.

19. I understand that the plaintiff, Lillian Bernier, ████████████████████████ █████████████████████████████████████████████



20.  The purpose of ▮▮▮▮▮▮▮▮▮ as a treatment for a transgender woman with

gender dysphoria is to alter her body to bring it into alignment with a sex different from her birth

sex.

21.  An adult transgender woman with gender dysphoria who ▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

**THE DIAGNOSTIC CHANGE FROM GENDER IDENTITY DISORDER TO GENDER DYSPHORIA**

22.  In 1980, the American Psychiatric Association introduced the diagnosis Gender Iden-

tity Disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disor-

ders (DSM-III). The diagnosis GID was maintained in a revised version of DSM, known as

DSM-III-R (1987), as well as in DSM-IV, which was issued in 1994.

23.  In 2013, with the publication of DSM-5, the Gender Identity Disorder diagnosis was

removed and replaced with Gender Dysphoria. This new diagnostic term was based on signifi-

cant changes in the understanding of the condition of individuals whose birth-assigned sex dif-

fers from their gender identity. The change in nomenclature was intended to acknowledge that

gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's

identity disordered. Rather, the diagnosis is based on the distress or dysphoria that some

transgender people experience as a result of the incongruence between assigned sex and gender

identity and the social problems that ensue. The DSM explained that the former GID diagnosis

connoted "that the patient is 'disordered.'" American Psychiatric Association, Gender Dysphoria

(2013), https://www.psychiatry.org/file%20library/psychiatrists/practice/dsm/apa_dsm-5-gender-

dysphoria.pdf. But, as the APA explained, "[i]t is important to note that gender nonconformity is not in itself a mental disorder. The critical element of Gender Dysphoria is the presence of clinically significant distress associated with the condition." *Id.* By "focus[ing] on dysphoria as the clinical problem, not identity per se," the change from GID to Gender Dysphoria destigmatizes the diagnosis. American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders* 451 (5th ed. 2013).

24. In addition, the categorization of Gender Dysphoria and its placement in the DSM system is different for Gender Dysphoria than it was for GID. In every version of DSM prior to 2013, GIDs were a subclass of some broader classification, such as Disorders Usually First Evident in Infancy, Childhood, or Adolescence, or alongside other subclasses such as Developmental Disorders, Eating Disorders, and Tic Disorders. For the first time ever, DSM-5 categorizes the diagnosis separately from all other conditions. Under DSM-5, Gender Dysphoria is classified on its own.

25. Importantly, neither the GID nor Gender Dysphoria are disorders of sexual behavior. Neither diagnosis has ever been classified in any DSM version as a disorder of sexual behavior, including as a Paraphilic Disorder.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July **8**, 2025.

Randi Ettner PhD

Randi Ettner, Ph.D.

# Exhibit A

# RANDI ETTNER, PHD
## 1214 Lake Street
## Evanston, Illinois 60201
## 847-987-3433

### POSITIONS HELD

Clinical Psychologist

Forensic Psychologist

Fellow and Diplomate in Clinical Evaluation, American Board of
Psychological Specialties

Fellow and Diplomate in Trauma/PTSD

President, New Health Foundation Worldwide

Past Secretary, World Professional Association for Transgender Health
(WPATH)

Chair, Committee for Institutionalized Persons, WPATH

Global Education Initiative Committee Curriculum Development, WPATH

University of Minnesota Medical Foundation: Leadership Council

Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
Hospital

Adjunct Faculty, Prescott College

Editorial Board, *International Journal of Transgender Health*

Editorial Board, *Transgender Health*

Television and radio guest (more than 100 national and international
appearances)

Internationally syndicated columnist on women's health issues

Private practitioner

Adjunct Medical staff; Department of Medicine: Weiss Memorial Hospital,
Chicago,  IL

Advisory Council, National Center for Gender Spectrum Health

Global Clinical Practice Network; World Health Organization

Harvard Law School LGBTQ Clinic Leadership Council

### EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |
| 1970 | Harvard University<br>Cambridge, Massachusetts Social Relations Undergraduate<br>Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2017-2024 | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | Consultant: Walgreens; Tawani Enterprises; Starbucks, Rush University Medical Center |
| | Private practitioner: clinical and forensic practice |
| 2013 | Instructor, Prescott College: Gender-A multidimensional approach |
| | ICD-11 Member of International Working Group |
| 2011 | |
| | Consultant to Wisconsin Public Schools |
| 2010 | |
| | President New Health Foundation Worldwide |
| 2000 | Instructor, Illinois School of Professional Psychology |
| 1995-present | Supervision of clinicians in counseling gender non-conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |
| 1969-1971 | Experimental Psychology Laboratory Assistant, Department of Psychology, |

Page **2** of **13**

Indiana University

## INVITED PRESENTATIONS AND GRAND ROUNDS

*Evolution of Transgender Prisoners' Access to Health Care Behind Bars: 25 Years of Expert Witness Experience Using the WPATH SOC (Versions5-8).* WPATH 28th Scientific Symposium, Lisbon, Portugal, 2024.

*Clinical Perspectives and the Experience of Transgender Prisoners* Federal Death Penalty Strategy Session, 2023

IGEN POLITICS intergenerational politics podcast; July, 12, 2023 Episode 199; Apple Podcast, Spotify, YouTube

*Working with Transgender Clients* National Employment Lawyers Association, St. Louis, MO, 2023

*Shifting Sands: Challenges in Providing Surgical Care* American Society of Reconstructive Microsurgery, Miami, FL 2023

*The Standard of Care for Institutionalized Persons* WPATH 27th Scientific Symposium, Montreal, Canada 2022

*Healthcare for Transgender Prisoners* Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Sexual Function: Expectations and outcomes for patients undergoing gender-affirming surgery.* Whitney, N., Ettner, R., Schechter, L. Rush University, Department of Plastic and Reconstructive Surgery, Chicago, IL 2022

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020

*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients;* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Development Initiaves, Vietduc University Hospital, Hanoi, Vietnam, 2020

*What Medical Students Need to Know about Transgender Health Care,* American Medical Student Association, webinar presentation, 2019

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*Expectations of individuals undergoing gender-confirming surgeries* Schechter, L., White, T., Ritz, N., Ettner, R. Buenos Aires, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating transference and countertransference issues,* WPATH Global Education Initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016

*Tomboys Revisited: Replication and Implication;* Amsterdam, Netherlands, 2016

*Orange Isn't the New Black Yet-* Care for incarcerated transgender persons, WPATH symposium, Amsterdam, Netherlands, 2016

*Can two wrongs make a right? Expanding models of care beyond the divide*, Amsterdam, Netherlands, 2016

*Foundations in mental health;* WPATH Global Education Initiative, Chicago, IL 2015

*Role of the mental health professional in legal and policy issues,* WPATH Global Education Initiative, Chicago, IL 2015

*Healthcare for transgender inmates;* WPATH Global Education Initiative, Chicago, IL 2015

*Children of transgender parents;* WPATH Global Education Initiative; Atlanta, GA, 2016

*Transfeminine genital surgery assessment:* WPATH Global Education Initiative, Columbia, MO, 2016

*Foundations in Mental Health;* WPATH Global Education Initiative; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018.

*Role of the forensic psychologist in transgender care;* WPATH Global Education Initiative, Minneapolis, MN, 2017; Columbus, Ohio, 2017.

*Pre-operative evaluation in gender affirming surgery-*American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy;* Fenway Health Clinic, Boston, 2015

*Transgender surgery-* Midwestern Association of Plastic Surgeons, Chicago, 2015

*Assessment and referrals for surgery-Standards of Care-* Fenway Health Clinic, Boston, 2015

*Adult development and quality of life in transgender healthcare-* Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*How do patients choose a surgeon?* WPATH Symposium, Bangkok, Thailand 2014

*Healthcare for transgender inmates-* American Academy of Psychiatry and the Law, Chicago, 2014

*Supporting transgender students: best school practices for success-* American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus-* Prescott College, Prescott, AZ, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender-* Nielsen Corporation, Chicago, 2013

*Grand Rounds: Evidence-based care of transgender patients-* North Shore University Health Systems, University of Chicago, Illinois, 2011

*Care of the aging transgender patient University of California San Francisco, Center for Excellence, 2013*

*Grand Rounds*: *Evidence-based care of transgender patients* Roosevelt-St. Vincent Hospital, New York, 2011

*Grand Rounds*: *Evidence-based care of transgender patients* Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Hypertension: Pathophysiology of a secret.* WPATH symposium, Atlanta, GA, 2011

*Exploring the Clinical Utility of Transsexual Typologies-* Oslo, Norway, 2009

*Children of Transsexual Parents-*International Association of Sex Researchers, Ottawa, Canada, 2005

*Children of Transsexual Parents-* Chicago School of Professional Psychology, Chicago, 2005

*Gender and the Law-* DePaul University College of Law, Chicago, Illinois, 2003

*Family and Systems Aggression against Providers,* WPATH Symposium, Ghent, Belgium 2003

*Children of Transsexual Parents-*American Bar Association annual meeting, New York, 2000

*Grand Rounds: Gender Incongruence in Adults,* St. Francis Hospital, 1999.

*Gender Identity, Gender Dysphoria and Clinical Issues*:

WPATH Symposium, Bangkok, Thailand, 2014
Argosy College, Chicago, Illinois, 2010
Cultural Impact Conference, Chicago, Illinois, 2005

Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005

Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005

Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009

Rush North Shore Hospital, Skokie, Illinois, 2004

Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003

James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002

Sixth European Federation of Sexology, Cyprus, 2002

Fifteenth World Congress of Sexology, Paris, France, 2001

Illinois School of Professional Psychology, Chicago, Illinois 2001

Lesbian Community Cancer Project, Chicago, Illinois 2000

Emory University Student Residence Hall, Atlanta, Georgia, 1999

Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998;

In the Family: Psychotherapy Network National Convention, San Francisco, California, 1998;

Evanston City Council, Evanston, Illinois 1997;

Howard Brown Community Center, Chicago, Illinois, 1995;

YWCA Women's Shelter, Evanston, Illinois, 1995;

Center for Addictive Problems, Chicago, 1994

Highland Park Early Child Development Program, Highland Park, IL 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychonueroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984
*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984.

*Grand Rounds: Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1990

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Hamadian, A., Whitney, N., Reynolds, A., Stoehr, J., Ettner, R. (2024) Improving access to care and consent for transgender and gender diverse youth in the United States. *Georgian Medical News*, 1(346).

Ettner, R., Schechter, L., & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 3rd edition; Routledge, (under contract).

Coleman, E., Radix, A., Bouman, W., Brown, G., deVries, A.L., Deutsch, M., Ettner, R., et. al. Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International Journal of Transgender Health*, 23:sup1S1-S259.

Robles, C., Hamidian, A., Ferragamo, B., Radix, A., De Cuypere, G., Green, J., Ettner, R., Monstrey, S., Schechter, L. Gender affirmation surgery: A collaborative approach between the surgeon and the mental health professional. *Journal of Plastic and Reconstructive Surgery* in press.

Ettner, R. Healthcare for transgender prisoners. In Garcia (Ed.) Genital Gender Affirming Surgery: An Illustrated Guide and Video Atlas. Springer: in press.

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine,*9(7):605.

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry*.

Ettner, R.  Mental health evaluation. <u>Clinics in Plastic Surgery</u>. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) <u>Gender Confirmation Surgery: Principles and Techniques for an Emerging Field.</u> Elsevier, 2017.

Ettner, R.  Pre-operative evaluation. In Schechter (Ed.) <u>Surgical Management of the Transgender Patient</u>. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In <u>Principles of Transgender Medicine and Surgery</u>. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) <u>Principles of Transgender Medicine and Surgery, 2nd edition</u>; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in <u>Sage Encyclopedia of Psychology and Gender</u>. Nadal (Ed.) Sage Publications, 2017.

Ettner, R. Surgical treatments for the transgender population in <u>Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care</u>. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in <u>Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism.</u> Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in Diseases and Disorders, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in Transgender Subjectives: A Clinician's Guide Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. Encyclopeida of Sex and Gender. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. Gender Loving Care: A Guide to Counseling Gender Variant Clients. WW Norton, 2000.

*Social and Psychological Issues of Aging in Transsexuals*, proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

*The Role of Psychological Tests in Forensic Settings*, *Chicago Daily Law Bulletin,* 1997.

Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender. Chicago Spectrum Press. 1996.

*Post-traumatic Stress Disorder*, *Chicago Daily Law Bulletin*, 1995.

*Compensation for Mental Injury, Chicago Daily Law Bulletin*, 1994.

*Workshop Model for the Inclusion and Treatment of the Families of Transsexuals,* Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

*Transsexualism- The Phenotypic Variable,* Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

*The Work of Worrying: Emotional Preparation for Labor* in Pregnancy as Healing. A Holistic Philosophy for Prenatal Care, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## PROFESSIONAL AFFILIATIONS

University of Minnesota Institute for Sexual and Gender Health–Leadership Council

American College of Forensic Psychologists

World Professional Association for Transgender Health

WPATH GEI SOC 8 Certified Member

New Health Foundation Worldwide

World Health Organization (WHO) Global Access Practice Network

TransNet national network for transgender research

American Psychological Association

American College of Forensic Examiners

Society for the Scientific Study of Sexuality

Screenwriters and Actors Guild

Phi Beta Kappa


## <u>AWARDS AND HONORS</u>

University of Minnesota, Institute for Sexual and Gender Health; 50 *Distinguished Sex and Gender Revolutionaries* award, 2021

Letter of commendation from United States Congress for contributions to public health in Illinois, 2019

WPATH Distinguished Education and Advocacy Award, 2018

*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016

Phi Beta Kappa, 1972

Indiana University Women's Honor Society, 1970-1972

Indiana University Honors Program, 1970-1972

Merit Scholarship Recipient, 1970-1972

Indiana University Department of Psychology Outstanding Undergraduate Award
        Recipient, 1970-1972

Representative, Student Governing Commission, Indiana University, 1970

Sponsor 2nd International Trans Studies Conference

## LICENSE

Clinical Psychologist, State of Illinois, 1980