# EXHIBIT 4

Excerpts from the Deposition Transcript of
Peter Hanson

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW HAMPSHIRE

3     -------------------x

4     LILLIAN BERNIER,    :

5          Plaintiff,    :

6      vs.               :    Case No. 1:23-cv-00523-LM-AJ

7     TURBOCAM, INC.,     :

8          Defendant.    :

9     -------------------x

10

11       DEPOSITION OF PETER HANSON, INDIVIDUALLY,

12      AND AS CORPORATE DESIGNEE OF TURBOCAM, INC.

13            Manchester, New Hampshire

14            Thursday, March 27, 2025

15                   9:55 AM

16

17

18

19

20

21

22

23    Job No.: 570043

24    Pages: 1 - 163

25    Recorded By: Isaac Weaver

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                    7

1    question so that you understand it.

2              Could you please state your full name

3    for the record?

4         A    My full name is Peter Hanson.

5         Q    Okay.  And what is your residential

6    address?

7         A    I live at ████████████████████

8    ████████████████████

9         Q    Are you currently employed?

10        A    Yes.

11        Q    Okay.  And -- and who is your employer?

12        A    Turbocam, Turbocam, Inc.

13        Q    Okay.  And what is your current

14   position with Turbocam, Inc.?

15        A    My title is director of talent

16   development.

17        Q    What are your duties and

18   responsibilities as director of talent development?

19        A    My primary role or roles are to oversee

20   the personnel team, as well as the employee growth

21   and development team.

22        Q    How long have you been the director of

23   talent development at Turbocam?

24        A    I believe I was promoted into that role

25   in 2018.

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                          13

1        A     Our president, Marian Noronha.

2        Q     And how long have you been a direct

3   report to Marian Noronha?

4        A     Since I became the director of talent

5   development, which, again, I believe was 2018, but

6   I could be wrong on that exact timing.

7        Q     Okay.  And what positions at Turbocam

8   report to you?

9        A     On the employee Growth and development

10  side, we have an employee growth and development

11  coordinator, an employee growth and development

12  administrator, and a manager of technical training.

13             On the personnel team, there's a senior

14  benefit specialist, a benefit specialist, a senior

15  personnel administrator, three personnel

16  administrators, one personnel administrator, and

17  the part of the title is personnel administrator

18  recruitment lead.  It's the title for that person.

19       Q     All of those job positions report to

20  you?

21       A     Correct.

22       Q     Okay.  And has that been the case since

23  the time you became the director of talent

24  development?

25       A     Yeah.  Positions have become vacant at

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                          20

```
1              THE WITNESS:  Okay.
2              MR. KLEIN:  -- objecting for the
3    (crosstalk) --
4              MS. MINICH:  Yeah.  Unless I tell you
5    not to, you -- you should answer.
6              THE WITNESS:  Okay.  It varies.  I've
7    -- I have what are designed to be scheduled
8    check-ins with Marian, which are what we would
9    term catch-up, to use the term.
10             Sometimes those happen.  Sometimes they
11   don't, because of Marian's travel schedule, my
12   schedule.  It often gets changed or skipped for a
13   -- a month.  It -- they were typically on a once a
14   month cadence.
15             MR. KLEIN:  Okay.
16             THE WITNESS:  Other than that, it's
17   more of just conversations that seeing Marian,
18   informal unscheduled on occasion, but no -- no,
19   like, specific cadence to those.
20   BY MR. KLEIN:
21        Q    Prior to the time that you became the
22   director of talent development in 2018, were you
23   -- were -- were you employed by Turbocam before
24   that?
25        A    Yes.
```

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                          21

```
1          Q     Okay.  And when did you first become
2    employed by Turbocam?
3          A     April of 2012.
4          Q     And what was your position?
5          A     Personnel manager.
6          Q     And what were your duties and
7    responsibilities as personnel manager?
8          A     I oversaw the personnel functions for
9    Turbocam.
10         Q     What was the difference in your role as
11   personnel manager as compared to the director of
12   talent development?
13         A     Primary difference was, I didn't have
14   employee growth and development that department
15   under me at that time.  I also reported to a
16   director of organization development, and
17   deposition no longer exists.
18         Q     As personnel manager, were you
19   responsible for oversight of Turbocam's of benefit
20   plans?
21         A     To a -- to a degree.  At that point,
22   because I reported to the director of organization
23   development who reported to Marian Noronha, I
24   wasn't -- I was involved, but there was more
25   people in decision-making at that point.  But I
```

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                              36

1              THE WITNESS:  I don't know.

2    BY MR. KLEIN:

3         Q    Okay.  Are all -- are all Turbocam

4    employees eligible for the company's -- for

5    enrollment and participation in the company -- one

6    of the company's health benefit plans?

7         A    No.

8         Q    Okay.  Which Turbocam employees are

9    eligible?

10        A    Just -- did you did you say which are

11   eligible?

12        Q    Yes.

13        A    Those that meet the eligibility

14   requirements per plan.

15        Q    What are the current eligibility

16   requirements for the Turbocam High-Deductible

17   Health Plan, which is Exhibit 3?

18        A    They would -- what we would call

19   permanent employees working 25 hours or more would

20   be eligible for the medical plans.

21        Q    All right.  And is that the same for

22   the employee group HMO plan?

23        A    Yes.

24        Q    All right.  So all Turbocam employees

25   who work 25 hours or more are eligible for

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    37

1    participation in the company's health benefits; is

2    that correct?

3        A    No.  With the exception of temporary

4    employees.

5        Q    Okay.  All right.  So let me then --

6        A    Seasonal interns.

7        Q    Got it.  All permanent --

8        A    Right.

9        Q    All of Turbocam's permanent employees

10   working 25 hours or more are eligible for the

11   company's medical insurance benefits?

12       A    Correct.

13       Q    Okay.  And has that been the case since

14   the inception of the plan, which is Exhibit 3 in

15   January of 2021?

16       A    Yes.

17       Q    Okay.  If I can -- let's see.  If I can

18   direct your attention to Page 1 of the plan, which

19   is Bates stamped in the upper right-hand corner,

20   Turbocam 0021.

21            MS. MINICH:  Here's the number at the

22   top.

23            THE WITNESS:  This?

24            MS. MINICH:  Yep.  So that we're going

25   to look at the number -- the Bates stamp number

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                          38

1    there.  So 21.

2              THE WITNESS:  Okay.  21.  Sorry.

3    BY MR. KLEIN:

4        Q    Okay.  If you look at the paragraph

5    under, A, establishment of plan about midway

6    through it says, quote, These benefits have been

7    established by the employer and are provided on a

8    self-funded basis; do you see that sentence?

9        A    Yes.

10       Q    Okay.  What does it mean that the

11   benefits are provided on a self-funded basis?

12       A    It means the -- the benefits are

13   directly funded by the employer and -- yeah, the

14   employer has the sole responsibility and liability

15   for payment and benefits under this plan.

16       Q    So does that mean that Turbocam

17   directly pays claims for healthcare services made

18   by employees under the plan?

19       A    Yes, through HPI.

20       Q    Okay.  Can you maybe -- just -- let's

21   just back up a second.  So it -- it's correct that

22   this plan is what's considered an employer

23   self-funded health benefits plan; is that correct?

24       A    Yes.

25       Q    Okay.  Can you describe for me what an

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    39

1    employer self-funded health benefits plan is?

2                    MS. MINICH:  Objection.

3                    THE WITNESS:  So a fully funded plan is

4    when an employer contracts with a carrier such as

5    Harvard Pilgrim and they pay a monthly premium to

6    the carrier, the carrier manages and has the risk

7    in terms of the claims.  The carrier pays the

8    claims, no matter what level.

9                    When you're self-insured, the employer

10   then takes on that risk and reward, and uses a

11   third-party administrator such as HPI to process

12   claims.  So the claims come, as an example, on a

13   weekly or monthly basis, Turbocam then pays HPI to

14   pay those -- and process those claims to the

15   providers.

16                   So Turbocam is not cutting a check to

17   Catholic Memorial Hospital.  It's sending funds to

18   HPI who then pays those claims.

19                   HPI just processes, though.  They don't

20   have the risk of, it's 300,000 or is it 1,500?

21   They're just processing.

22       Q    So just so I understand, because trying

23   to -- I -- I don't have deep knowledge of

24   insurance.  I have basic -- some basic knowledge.

25                   Turbocam has a pool of money that it

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    40

1    uses and that it provides to HPI to pay employee

2    -- employee health claims under the self-funded

3    plan that's Exhibit 3; is that correct?

4            MS. MINICH:  Objection.

5            THE WITNESS:  I believe -- this is

6    financial stuff.  I believe there's an escrow type

7    account that's set up that Turbocam has to have

8    available to pay those, but --

9            MR. KLEIN:  Okay.

10           THE WITNESS:  -- in essence, yeah.

11   There's -- there's forecasts and money made

12   available.

13       Q    Okay.  But regardless of the mechanics

14   of different accounts and so forth, is it correct

15   that the money to pay the claims under the

16   high-deductible plan that's Exhibit 3 is a pool of

17   money provided by Turbocam?

18           MS. MINICH:  Objection.

19           THE WITNESS:  I don't -- I don't think

20   so.  The reason for that is we get reports of

21   services done scrubbed of personal data.  And then

22   those specific claims are paid and processed,

23   sometimes on a weekly basis, and then paid by HPI

24   on our behalf by using our dollars.

25       Q    Okay.  But the dollars paid originate

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                                41

1    with Turbocam?

2           A      Oh, yes.

3           Q      Okay.  And the dollars that Turbocam

4    uses to provide to HPI to -- to pay employee

5    medical claims, where -- do those dollars include

6    employee contributions towards the health plan?

7           A      I assume so.

8           Q      Do employees contribute money towards

9    their health insurance?

10          A      Yes.

11          Q      Okay.  And is it -- is it -- what --

12   what is that amount of money?  How is that

13   calculated?

14          A      It depends on the level of coverage.

15   By that I mean there's just a single employee, so

16   if someone is just insuring themself.  There's an

17   employee and spouse and/or children.

18                 And then there's the full-blown family

19   plan.  And the level of their contribution is

20   based on the level of coverage they select during

21   open enrollment.

22          Q      Okay.

23          A      Or initial eligibility enrollment.

24          Q      And what is that contribution?  What is

25   -- where -- what is that money used for when it's

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    42

1   taken --

2          A    It's --

3          Q    -- it's taken out of an employee's

4   paycheck?

5          A    Right.  It is used to pay in part

6   claims.

7          Q    Okay.  So the pool of money that

8   Turbocam uses to pay claims via HPI consists of

9   money that employees contribute and money that

10  Turbocam contributes; is that accurate?

11              MS. MINICH:  Objection.

12              THE WITNESS:  To the best of my

13  knowledge, yes.

14         Q    Okay.  And employee contributions do

15  not make up the full amount of money that Turbocam

16  provides to HPI to pay claims; is that right?

17         A    Not typically, no.

18         Q    When you say not typically?

19         A    Payroll -- benefit deductions are on a

20  biweekly or monthly basis based on whatever

21  payroll schedule the employee is on.

22              I could imagine there might be a pay

23  period where the claims that come in during that

24  week or period may be less -- may be covered

25  entirely by the employee contributions.

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    44

1    an employee's contribution to the health plan

2    doesn't cover all of the cost of employee claims;

3    is that correct?

4         A    I don't know that for sure.  I don't --

5    I would assume it doesn't because we don't charge

6    our employees a lot --

7         Q    Okay.

8         A    -- for their benefits.

9         Q    Now, you referenced that, in a

10   self-funded health plan such as Turbocam's

11   high-deductible plan, which is Exhibit 3, there's

12   a claims administrator?

13        A    Yes.

14        Q    Okay.  And who has been the claims

15   administrator for Turbocam's High-Deductible

16   Health Plan since January of 2021?

17        A    Health Plans, Inc.

18        Q    Okay.  And can you tell me with respect

19   to the administration of Turbocam's

20   high-deductible group medical plan, which is

21   Exhibit 3, what -- what is the role of the -- of

22   HPI, Health Plans, Inc., as claims administrator?

23        A    Well, they -- they receive the claims

24   from the provider.  They -- my understanding, they

25   subject those to the plan design to make sure

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    47

1   BY MR. KLEIN:

2       Q    Okay.  And when you say, the provider

3   communicates with the insurance, that's Health

4   Plans, Inc.?

5       A    Right.

6       Q    Okay.  So the provider or employee

7   submits a claim to Health Plans, Inc.; is that --

8   would that be your understanding of how the plan

9   works?

10      A    Yeah.  As the -- as the claim

11  processor, yes.

12      Q    Okay.  An -- an employee wouldn't

13  submit a claim to Turbocam, would they?

14      A    No.

15      Q    Okay.  So the employees or -- or their

16  doctor submits the claim to Health Plans, Inc.,

17  and Health Plans, Inc., makes a determination of

18  whether the claim is payable under the plan; is

19  that correct?

20      A    That's my understanding.

21      Q    All right.  And when the claim is

22  submitted, would it be the responsibility of

23  Health Plans, Inc. to determine whether the

24  diagnosis of aneurysm in this case was a correct

25  diagnosis?

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                                48

```
 1              MS. MINICH:  Objection.
 2              THE WITNESS:  Not that I'm aware of.  I
 3     don't --
 4              MR. KLEIN:  Well, what --
 5              THE WITNESS:  -- I don't believe that's
 6     their role, no.
 7     BY MR. KLEIN:
 8        Q    Okay.  Is it anybody's role?  Does --
 9     does -- well, let me ask this, then.  Does
10     Turbocam have any -- in -- in terms of the
11     implementation of the -- of the PPO plan, which is
12     Exhibit 3, okay, the high-deductible plan.  Does
13     Turbocam ever review any claims for coverage
14     submitted by employees?
15        A    Not -- not in the sense of is it
16     included or excluded on the plan.  We rely on HPI
17     to make that determination --
18        Q    Okay.  So --
19        A    -- based on the information they get
20     from the provider.
21        Q    Okay.  So based on the information --
22     so let me just clear, then.  So Turbocam would not
23     -- would not undertake any assessment of the
24     validity of a claim made under the plan; is that
25     correct?
```

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    49

1          A     That's correct.

2          Q     Okay.  And so Turbocam wouldn't be

3     determining if the diagnosis of aneurysm was --

4     was a -- an appropriate medical diagnosis; is that

5     right?

6          A     In that example, no.  That would --

7     that's not our expertise.

8          Q     Okay.  And when you say it's not our

9     expertise, nobody at Turbocam has expertise in

10    assessing the validity of medical diagnoses; is

11    that correct?

12         A     Anybody at -- I can't -- I can't answer

13    that, just because I don't know that.

14         Q     Okay.  Is there anybody in the -- what

15    is the name of the department that you oversee?

16         A     Personnel Department --

17         Q     All right.

18         A     -- and Employee Growth and Development.

19         Q     Since you've been employed at Turbocam

20    since 2012, are you aware of anybody in the

21    personnel department who's had expertise in

22    evaluating medical diagnoses?

23         A     No.

24         Q     Okay.  And when the -- under the

25    example I'm giving you where the employee has an

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    63

1    know what that refers -- what the term claim

2    administrator refers to?

3        A    Yes.  The claim administrator,

4    typically a third-party administrator such as

5    Health Plans, Inc. is the one that processes the

6    claims, verifies eligibility of the services like

7    we discussed earlier.

8        Q    And there's a designation for

9    prescription benefit manager, Optum Rx.  What --

10   what does that refer to?

11       A    They are the third-party administrator

12   group that we work with to administrate our

13   prescriptions under the plan.

14       Q    Okay.  Are prescriptions under the plan

15   handled independently of HPI's involvement?

16       A    That's my understanding, yes.

17       Q    Okay.  Prior to 2021, is it correct

18   that Turbo plan's health benefits were not a

19   self-funded employer health benefit plan?

20            MS. MINICH:  Objection.

21            THE WITNESS:  To my knowledge of from

22   when I worked there, prior to 2021, the plans were

23   fully insured.

24       Q    And by fully insured, you mean?

25       A    Meaning not self-insured.

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    64

1        Q    Okay.  Why did Turbocam switch from a

2    fully-insured plan to a self-funded health benefit

3    plan?

4        A    We had discussed it with CGI, our

5    broker, on an annual basis as a -- primarily a

6    financial mechanism that allowed you to have cost

7    savings -- potential cost savings due to self --

8    being self-insured, because you're taking on more

9    of the risk.

10            Secondarily, it allows you more

11   flexibility in managing inconclusions and

12   exclusions on the plan.  For example, a little

13   more around setting copays, deductibles, those

14   types of plan design elements.

15       Q    Is it your understanding that under

16   Turbo -- Turbocam self-funded health benefits plan

17   that Turbocam has the authority to exclude certain

18   services from the plan design?

19       A    Yes.

20       Q    Okay.  And would -- is it also your

21   understanding then that Turbocam has the -- as --

22   as the employer of a -- an -- in a self-funded

23   health benefits plan, that Turbocam has the

24   authority to direct that certain health services

25   be included in its health benefits plan?

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    65

1       A    Yes.

2       Q    You're aware that there's an -- there's

3   an exclusion in the plan for treatment of gender

4   dysphoria; is that correct?

5       A    Yes.

6       Q    Okay.  Does Turbocam have the authority

7   to remove that exclusion?

8       A    Yes.

9       Q    And if Turbocam removed the exclusion,

10  and an employee with gender dysphoria needed, for

11  example, a surgical treatment, is it correct that

12  that employee would submit a claim to Health

13  Plans, Inc.?

14          MS. MINICH:  Objection.

15          THE WITNESS:  The -- the -- the

16  employee can always submit a claim.  It's whether

17  it's approved or not.

18      Q    Okay.  But so --

19      A    Yeah.  They would be entitled to submit

20  the claim.

21      Q    Okay.  They wouldn't submit the claim

22  to Turbocam?

23      A    No.  They would submit it -- their --

24  their provider would actually submit it, right.

25  The provider's providing the services, they would

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    72

1    and customization that Darika was responsible for.

2              Yeah, the -- the -- yeah.

3         Q    Okay.  Did Turbocam have any -- did --

4    in -- in terms of the implementation of the

5    self-funded health benefit plan leading up to

6    January 2021, did Turbocam have any input into the

7    actual scope of medical services that would be

8    covered?

9         A    Yes.  The -- the -- again, as I recall,

10   in the -- this may have been the -- an assumption

11   that the plan is -- is -- mimics the current plan.

12   Yeah.

13        Q    When you say mimics the current plan,

14   are you saying that Turbocam had an assumption

15   that the self -- that the scope of coverage under

16   the self-funded health benefits plan mimicked the

17   scope of coverage under the prior fully-insured

18   plan?

19        A    Yes.

20        Q    Okay.  And was that important to

21   Turbocam?

22             MS. MINICH:  Objection.

23             THE WITNESS:  In the general sense, yes.

24        Q    Okay.  And why was that?

25        A    Because we would want to make sure that

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    73

1   in -- in the -- in an ideal state, you'd want to

2   ensure that it has the -- the appropriate

3   inclusions and exclusions and -- and deductibles

4   and all those basics that go into the plan.

5        Q    I guess my question is -- why was it

6   important to Turbocam --

7        A    Oh.

8        Q    -- as an employer, to make sure that

9   the exclusions and inclusions in the fully-insured

10  plan were mimicked in the self-funded plan?

11            MS. MINICH:  Objection.

12            THE WITNESS:  For Turbocam, it would be

13  to ensure that it was in alignment with our

14  mission and our -- the religious convictions

15  associated with it, beyond just making sure were

16  the deductibles correct, were the copays what we

17  would like, and all -- and all those other details.

18       Q    Did the fully-insured plans that

19  Turbocam had in effect prior to 2021 align with

20  its mission?

21       A    Prior to 2021?

22            Of what -- yeah.  Of what we were aware

23  of.  Yes.

24       Q    It was -- so just to be clear.  It was

25  important to Turbocam that its health benefits

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                74

```
1    plan align with its mission; correct?
2         A    Correct.
3         Q    Okay.  Prior to January, 2021, what
4    steps did Turbocam make to -- to ensure that its
5    health benefits plan aligned with its mission?
6         A    In a general sense, it's the review of
7    the -- the plan document.
8         Q    Okay.  And when you say --
9         A    In some --
10        Q    I'm sorry, go ahead.
11        A    In some instances, it -- it doesn't
12   come up until something comes up.
13        Q    Did Turbocam take any steps to ensure
14   that it's fully-insured plans prior to 2021 or in
15   alignment with its mission?
16        A    Yes.  Specifically in regards to
17   voluntary abortion, voluntary termination of
18   pregnancy, you have -- you have less flexibility
19   under a fully-insured plan.  So to some degree,
20   you -- you have to accept what the carrier
21   provides, so -- which is why you go self-insured.
22   So you know, that's the added flexibility you get.
23             Carriers aren't really into customizing
24   their -- their plans too much because it becomes
25   way too complicated for them to manage
```

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    75

1    administratively.

2         Q    Prior to January 2021, was Turbocam's

3    health benefits plan a fully-insured plan through

4    Harvard Pilgrim Healthcare?

5         A    While I was employed by Turbocam, yes.

6    I can't speak to prior.

7         Q    All right.  So since 2012 -- between

8    2012 and 2000 -- and January 1, 2021, Turbocam's

9    health insurance coverage was through

10   fully-insured plans from Harvard Pilgrim

11   Healthcare; is that correct?

12        A    Correct.

13        Q    All right.  And during -- from 2012 to

14   2021, what steps did Turbocam take to make sure

15   that those Harvard Pilgrim fully-insured plans --

16   that the coverage in those plans was aligned with

17   its mission?

18             MS. MINICH:  Objection.

19             THE WITNESS:  Review of the plan

20   document is the typical approach you take.

21             MR. KLEIN:  Okay.

22             THE WITNESS:  We -- go ahead.  Sorry.

23        Q    That's all right.  Okay.  Based on the

24   review of the plan documents, did Turbocam

25   identify any coverages in the Harvard Pilgrim

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    120

1    make an exception or change the plan design with

2    respect to coverage of the -- of treatment for

3    gender dysphoria?

4         A    Because it wouldn't be in alignment

5    with our mission.

6         Q    And when you say, it wouldn't be in

7    alignment with our mission, can you tell me what

8    you mean by that?

9         A    Well, the -- the mission states that

10   Turbocam exists as a business for the purpose of

11   honoring God, creating wealth for its employees,

12   and supporting Christian service to God and

13   people.  It would be against our -- the religious

14   convictions of Turbocam to cover it.

15        Q    How did you learn that?

16        A    I learned that through my -- at that

17   time, nine -- nine years of -- or eight years of

18   working at Turbocam, understanding the mission,

19   seeing how decisions are made, knowing -- knowing

20   what the mission says and -- and also what it

21   means.

22        Q    Okay.  So when did you yourself come to

23   the understanding that coverage of gender

24   dysphoria would not be in alignment with

25   Turbocam's mission?

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    123

1        A     Correct.

2        Q     Okay.  And how did you know that

3   covering treatment of gender dysphoria would not

4   be in alignment with Turbocam's mission?

5        A     As -- as I believe I stated earlier,

6   having worked there and also understanding how the

7   mission, I guess, functions practically, and my --

8   my background as a Christian influences that, and

9   like I said, that, you know, believing that --

10  that man is created in the image of God and men

11  and women -- men and women -- and any -- any

12  attempt to change would not be -- not be honoring

13  God.

14       Q     Was it your decision as the director of

15  talent development not to change the plan design

16  to cover treatment of gender dysphoria?

17       A     The -- the -- the plan had already

18  stated that it didn't cover it.  So I guess I'm

19  confused by what you're asking.

20       Q     Well, I'm talking about the e-mail that

21  is Exhibit 12.

22       A     Yes.

23       Q     Do you see that e-mail that you

24  received and wrote?

25       A     Yes.

Transcript of Peter Hanson, Individually and as Corporate Designee
Conducted on March 27, 2025                                    128

1       Q     All right.  Has financial cost ever

2   been a reason that Turbocam objects to coverage of

3   gender dysphoria?

4       A     Again, it's always a piece of any

5   exclusions.  You -- you think about cost as part

6   of that whole equation, but it's --

7       Q     I'm asking you --

8       A     -- it's a minor --

9       Q     Was cost --

10      A     -- it's a minor piece.

11      Q     -- a factor in the decision of Turbocam

12  not to cover treatment of gender dysphoria, yes or

13  no?

14      A     No.

15      Q     So it's correct then that the only

16  reason that Turbocam objects to providing coverage

17  for gender dysphoria in its health plan is because

18  of the mission and religious values of the

19  company; correct?

20      A     Yes.

21      Q     Did you ever actually make any

22  investigation of the cost of treatment of gender

23  dysphoria?

24      A     No.

25      Q     Okay.  Did you ever ask anybody at

1    said on the topic.  And I think my sense was at

2    the time that this could turn into something

3    bigger.  So I want to make sure that there's

4    awareness of that.

5          Q     What do you mean it could turn out to

6    something bigger?

7          A     Bernier asked about it.  It's on the

8    excluded list, had asked for an exception.  I

9    denied that.  And I guess my -- my experience

10   leads me to when someone starts asking in pointed

11   questions about, was this done intentionally,

12   alarms go off of my head that there might be some

13   sort of legal claim filed or something.

14         Q     Did the meeting take place on April

15   13th, 2022 or thereabouts?

16         A     I believe so.

17         Q     Okay.  What did you say at the meeting?

18         A     I remember having the -- the wording --

19   there was questions about clarity.  Marian had

20   asked about therapy related to -- he had a

21   question about if that -- for -- he asked if you

22   could carve that piece out and -- or is that

23   covered?  Would that be covered under other parts

24   of the plan?  I believe he used maybe the term

25   under, like, mental health or something like that.

1          And I believe -- yeah, I don't recall

2    if it was Darika or me said that it would likely

3    be covered under something else.  And then I

4    remember Marian saying, no, let's leave it as is.

5          Q    I'm sorry.  So Darika indicated that

6    therapy for gender -- that counseling for gender

7    dysphoria would be covered under the plan?

8          A    No.

9          Q    Okay.

10         A    She said it -- it may be covered under

11   general mental health counseling.  She did not

12   that I recall say counseling for gender dysphoria

13   would be covered under another section

14   specifically.  She didn't use the term, that I

15   recall.

16         Q    So I'm going to have to back up because

17   I'm confused about the discussion of counseling or

18   therapy in this meeting, okay?  So take me through

19   who raised the issue of therapy or counseling?

20         A    Marian asked about that wording in the

21   exclusion that talks about therapy, and raised the

22   question of, can we carve that out?  Is there a

23   way to do that?  Would it make sense or would that

24   be covered somehow under another part of the plan

25   --

1       Q      When you say --

2       A      -- such as mental health.

3       Q      When you say carve it out, do you mean

4    carve it out from the exclusion?

5       A      Right.  Like, remove that wording --

6       Q      Okay.

7       A      -- specifically.

8       Q      Such that counseling for gender

9    dysphoria would be covered?

10      A      I believe -- I -- yeah, I guess I can't

11   speak for what he meant by that.

12      Q      Okay.  In your understanding, was he

13   raising the question of whether the plan should be

14   modified to allow coverage for counseling for

15   gender dysphoria?  Is that the question he was

16   raising?

17             MS. MINICH:  Objection.

18             THE WITNESS:  That's how I interpreted

19   it.

20      Q      Was there a discussion at the meeting

21   about whether counseling for gender dysphoria

22   should be covered?

23      A      I -- I don't recall if it was framed in

24   that way.

25      Q      Well, how is it framed?

1      A      It was -- it was framed in, if it's --

2   if it's not carved out, if we don't make an

3   exception, then is Bernier able to have some level

4   of mental health therapy?

5            And as I recall, that's when Darika

6   said she thought it would be, but didn't say this

7   gender dysphoria therapy would be covered under

8   this section.  It was just it could be covered

9   under mental health.

10           Someone goes to a counselor and -- but

11  I don't know if that's true.  This is all just

12  speculation.  And I think and then Marian said,

13  you know, let's just leave it as is.

14     Q      Leave what as is?

15     A      The -- the current definition, the

16  current exclusion.

17     Q      What else did you say at the meeting?

18     A      I don't -- I don't recall.  Other than

19  that, the discussion.

20     Q      You don't recall anything at the

21  meeting other than a discussion of whether the

22  therapy should be covered?

23     A      Not that I recall.

24     Q      How long did the meeting last?

25     A      I think it was -- it was half an hour,

1    probably, at most, it wasn't --

2        Q    What did Marian Noronha say at this

3    meeting?

4        A    As I said, he asked questions about the

5    wording, in particular the word -- the words

6    associated with therapy related to -- and asked if

7    there there, you know, could you carve that out or

8    would that be covered by another section, such as

9    mental health, like a very broad mental health

10   topic.

11       Q    Did Marian say anything else at the

12   meeting about the exclusion?

13       A    Not that I recall.

14       Q    Did Marian at the exclusion -- I'm

15   sorry, at the meeting, express any view that

16   providing coverage for gender transition was not

17   in alignment with biblical teachings, or the

18   mission of the company?

19       A    I don't recall that he did.

20       Q    Okay.  Have you ever, at any time

21   heard, Marian Noronha say that coverage for gender

22   dysphoria in Turbocam's health plan violates

23   biblical teachings, or the mission of the company.?

24       A    It's -- talking about a 40-year period.

25   I recall just -- I'm trying to think, today's