UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC., HEALTH PLANS, INC., & HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-00523-LM-AJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTS II, III and V ONLY

Plaintiff, Lillian Bernier, and Defendant, Turbocam, Inc., hereby stipulate to the dismissal of Counts II, III and V of the Complaint only pursuant to Fed. R. Civ. P. 41 (a)(1) (A)( ii), with each party to bear its own attorney's fees and costs, and waiving all rights to appeal.

Dated: August 6, 2025

Respectfully submitted,

LILLIAN BERNIER,
By her attorneys,

*/s/ Michael Haley*
Chris Erchull, NH Bar No. 266733
Bennett Klein,* MA Bar No. 550702
Michael Haley, NH Bar No. 270236
GLBTQ Legal Advocates & Defenders
18 Tremont St. Suite 950
Boston, MA 02108
(617) 426-1350
cerchull@glad.org
bklein@glad.org
mhaley@gladlaw.org

        TURBOCAM, INC.
        By its attorney,

        */s/ Bethany P. Minich*
        Bethany P. Minich, NH Bar No. 265413
        Litchfield Cavo
        6 Kimball Lane, Ste 200
        Lynnfield, MA 01940
        (781) 309-1500
        minich@litchfieldcavo.com

        */s/ Roger Byron*
        Roger Byron,* Texas Bar No.2462643
        First Liberty Institute
        2001 Plano Parkway, Suite 1600
        Plano, TX 75075
        (972) 941-4444
        rbyron@firstliberty.org

* Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

    I, Bethany P. Minich, hereby certify that on August 6, 2025, I have caused a copy of the foregoing document to be forwarded via electronically served on all counsel of record.

        */s/ Bethany P. Minich*