IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER<br>    *Plaintiff*,<br><br> v.<br><br>TURBOCAM, INC.,<br>    *Defendant*. | CA No. 1:23-cv-00523-LM-AJ |

**TURBOCAM'S MOTION TO EXCLUDE
TESTIMONY OF RANDI ETTNER, PH.D**

  Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), Turbocam hereby moves to exclude the opinions of psychologist Randi Ettner, Ph.D., insofar are as they are used to support the Plaintiff Lillian Bernier's contentions that her gender dysphoria is a physiological condition that results from a physical impairment, and that hormonal and surgical treatments, including those treatments Bernier has received or wants to receive, are medically necessary to treat Bernier's gender dysphoria. *See* Bernier's Mem. of Law in Supp. of Summ. J. at 5–6, 8–11, 13, 15–16, 19 ("Bernier MSJ"), Dkt. 66-1. The Court should exclude Ettner's opinions on these topics because she is unqualified to offer them and because they are unreliable and irrelevant under Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993). In support of this motion. Turbocam is attaching a memorandum of law.

Respectfully Submitted,

Defendant, Turbocam, Inc.
By its attorneys,

*/s/ Bethany P. Minich*

| | |
|---|---|
| James R. Conde* | Bethany P. Minich |
| D.C. Bar No. 1031694 | N.H. Bar No. 265413 |
| BOYDEN GRAY PLLC | LITCHFIELD CAVO LLP |
| 800 Connecticut Avenue NW, Suite 900 | 6 Kimball Lane, Suite 200 |
| Washington, DC 20006 | Lynnfield, MA 01940 |
| Telephone: (202) 955-0620 | Telephone: (781) 309-1500 |
| jconde@boydengray.com | minich@litchfieldcavo.com |
| | |
| | Roger L. Byron* |
| | Texas State Bar No. 2462643 |
| | FIRST LIBERTY INSTITUTE |
| | 2001 West Plano Parkway, Suite 1600 |
| | Plano, Texas 75075 |
| | Telephone: (972) 941-4444 |
| | rbyron@firstliberty.org |

* Admitted Pro Hac Vice

Dated: August 25, 2025

## CERTIFICATE OF SERVICE

I, Bethany P, Minich, hereby certify that on August 25, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Bethany P. Minich*
Bethany P. Minich