# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC., HEALTH PLANS, INC., & HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC.<br><br>Defendants. | Civil Action No. 1:23-cv-00523-LM-AJ |

# EXPERT REPORT OF RANDI ETTNER, Ph.D.

### EXPERT QUALIFICATIONS AND EXPERIENCE

1. I am a licensed clinical and forensic psychologist with a specialization in the diagnosis, treatment, and management of individuals with gender dysphoria. I received my doctorate in psychology (with honors) from Northwestern University in 1979. I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Post-Traumatic Stress Disorder.

2. I have evaluated, diagnosed, and treated over 3,000 individuals with gender dysphoria from 1980 to the present. I have published four books related to the treatment of individuals with gender dysphoria, including the medical text entitled <u>Principles of Transgender Medicine and Surgery</u> (co-editors Monstrey & Eyler; Rutledge 2007); and the 2nd edition (co-editors Monstrey & Coleman; Routledge, June 2016). I am currently under contract to produce the 3rd edition of this text. In addition, I have authored numerous articles in peer-reviewed journals regarding the provision of health care to the transgender population. I have served as a member of the University of Chicago Gender Board and I am on the editorial boards of The International Journal of Transgenderism and Transgender Health. I am a past Secretary, and have previously served as a member of the Board of Directors of the World Professional Association of Transgender Health for (WPATH) twelve years. I am an author of the WPATH *Standards of Care for the Health of Transsexual, Transgender and Gender-nonconforming*

1

*People* (8th version) (hereinafter the "Standards of Care"), published in 2022. I have lectured throughout North America, Europe, South America and Asia on topics related to gender dysphoria and have given grand rounds on gender dysphoria at university hospitals. I am the honoree of the externally-funded Randi and Fred Ettner Fellowship in Transgender Health at the University of Minnesota. I have been an invited guest at the National Institutes of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the United States Congress House of Representatives on February 5, 2019 recognizing my work for WPATH. A copy of my *Curriculum Vitae* is attached as Exhibit A.

    3. I am being compensated at the hourly rate of $400.00 plus expenses for my time spent preparing this report and subsequent declaration. I will be compensated $550.00 per hour for any pre-deposition and/or pre-trial preparation and any deposition testimony or trial testimony. I will receive a flat fee of $2,500.00 for any travel time to attend a deposition or trial and will be reimbursed for reasonable out-of-pocket travel expenses incurred for the purpose of providing expert testimony in this matter. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

    4. In the last four years, I have testified as an expert at trial or by deposition in the following cases: *Cordellione v. Commissioner, Dept. of Corrections*, No. 3:23-cv-135-RLY-CSW; *Shawntee Anne Levy v. Robert Green*, No. 18-1291-TDC (D. MD.); *D.T. v. Christ*, No. 4:20-cv-484-JAS (D. Ariz.); *Kenautica Zayre-Brown v. North Carolina Dept. of Public Safety,* No. 3:22-cv-00191 (W.D.N.C.); *Roe v. Herrington*, No. 4:20-cv-00484-JAS 9 (D. AZ. 2023); *Diamond v. Ward*, No. 5:20-cv-00543 (M.D. Ga. 2022); *Stillwell v. Dwenger*, No. 1:21-cv-1452-JRS-MPB (S.D. Ind. 2022); *Letray v. Jefferson Cty.*, No. 20-cv-1194 (N.D.N.Y. 2022); *C.P. v. BCBSIL*, No. 3:20-cv-06145-RJB (W.D. Wash. 2022); *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C. 2021);

2

*Iglesias v. Connor*, No. 3:19-cv-00415-NJR (S.D. Ill. 2021); *Monroe v. Jeffreys*, No. 3:18-CV-00156-NJR (S.D. Ill. 2021); *Singer v. Univ. of Tennessee Health Sciences Ctr.*, No. 2:19-cv-02431-JPM-cgc (W.D. Tenn. 2021); *Morrow v. Tyson Fresh Meats, Inc.*, No. 6:20-cv-02033 (N.D. Iowa 2021); *Claire v. Fla. Dep't of Mgmt. Servs.*, No. 4:20-ov-00020-MW-MAF (N.D. Fla. 2020); *Williams v. Allegheny Cty.*, No. 2:17-cv-1556 (W.D. Pa. 2020); *Gore v. Lee*, No. 3:19-CV-00328 (M.D. Tenn. 2020); *Eller v. Prince George's Cty. Public Sch.*, No. 8:18-cv-03649-TDC (D. Md. 2020); *Monroe v. Baldwin*, No. 18-CV-00156-NIR-MAB (S.D. Ill. 2020); *Gilbert v. Dell Technologies*, No. 19-cv-1938 (JGK) (S.D.N.Y. 2019); *Ray v. Acton*, No. 2:18-cv-00272 (S.D. Ohio 2019); *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass. 2019); *Edmo v. Idaho Dep't of Corr.*, No. 1:17-CV-00151-BLW (D. Idaho 2018).

5. My opinions are based on my education and training, my experiences diagnosing and treating individuals with gender dysphoria, the medical and research literature on transgender health and medical care, and my communications and interactions with other clinicians and leading experts on transgender health and medical care.

## BACKGROUND ON GENDER IDENTITY

6. The term "gender identity" is a well-established concept in medicine, referring to one's internal sense of their own gender. All human beings develop the conviction of belonging to a particular gender, such as male or female, early in life.

7. At birth, infants are usually classified as male or female. This classification becomes the person's birth sex. For most people, their gender identity matches their birth sex. However, for transgender individuals, this is not the case.

8. An individual whose gender identity is different from their birth sex is transgender.

9. If unaddressed, the incongruence between a transgender person's birth sex and gender identity may result in gender dysphoria, a serious medical condition characterized by clinically

3

significant and persistent distress and discomfort with one's birth sex.

10.  Because gender dysphoria results from an incongruence between gender identity and birth sex, a person with a diagnosis of gender dysphoria is transgender.

### THE HISTORY OF THE DIAGNOSIS OF GENDER DYSPHORIA IN THE DIAGNOSTIC AND STATISTICAL MANUAL OF MENTAL DISORDERS

11.  In 1980, the American Psychiatric Association (APA) introduced the diagnosis Gender Identity Disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III). The diagnosis GID was maintained in a revised version of DSM, known as DSM-III-R (1987), as well as in DSM-IV which was issued in 1994.

12.  In 2013, with the publication of DSM-5, the Gender Identity Disorder diagnosis was removed and replaced with Gender Dysphoria. This new diagnostic term was based on significant changes in the understanding of the condition of individuals whose birth sex differs from their gender identity. The change in nomenclature was intended to acknowledge that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's *identity* disordered. Rather, the diagnosis is based on the distress or *dysphoria* that some transgender people experience as a result of the incongruence between birth sex and gender identity and the social problems that ensue. The DSM explained that the former GID diagnosis connoted "that the patient is 'disordered'." American Psychiatric Association, Gender Dysphoria (2013), http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf.. But, as the APA explained, "[it] is important to note that gender nonconformity is not in itself a mental disorder. The critical element of Gender Dysphoria is the presence of clinically significant distress associated with the condition." *Id*.

13.  In addition, the categorization of Gender Dysphoria and its placement in the DSM system is different for Gender Dysphoria than it was for GID. In every version of DSM prior to 2013, GIDs were a subclass of some broader classification, such as Disorders Usually First

4

Evident in Infancy, Childhood, or Adolescence, or alongside other subclasses such as Developmental Disorders, Eating Disorders, and Tic Disorders. For the first time ever, DSM-5 categorizes the diagnosis separately from all other conditions. Under DSM-5, Gender Dysphoria is classified on its own.

14. Importantly, neither the GID nor Gender Dysphoria are disorders of sexual behavior. Neither diagnosis has ever been classified in any DSM version as a disorder of sexual behavior, including as a Paraphilic Disorder.

15. The diagnostic criteria for Gender Dysphoria in Adolescents and Adults in DSM-5 are as follows:

    A. A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months' duration, as manifested by at least two of the following:

        1. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics).

        2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated sex characteristics).

        3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

        4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

        5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

        6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender

5

        different from one's assigned gender).

    B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

16. In addition to renaming and reclassifying Gender Dysphoria, the medical research that supports the Gender Dysphoria diagnosis has evolved. Unlike DSM's treatment of GIDs, the DSM-5 includes a section entitled "Genetics and Physiology," which discuss the genetic and hormonal contributions to Gender Dysphoria. *See* DSM-5 at 457 ("For individuals with gender dysphoria . . . some genetic contribution is suggested by evidence for (weak) familiarity of transsexualism among nontwin siblings, increased concordance for transsexualism in monozygotic compared with dizygotic same-sex twins, and some degree of heritability of gender dysphoria").

17. There is now a scientific consensus that gender identity is biologically based and a significant body of scientific and medical research that Gender Dysphoria has a physiological and biological etiology. It has been demonstrated that transgender women, transgender men, non-transgender women, and non-transgender men have different brain composition, with respect to the white matter of the brain, the cortex (central to behavior), and subcortical structures. *See, e.g.,* Giuseppina Rametti et al., *White Matter Microstructure in Female to Male Transsexuals Before Cross-Sex Hormonal Treatment. A Diffusion Tensor Imaging Study*, 45 J. Psychiatric Res. 199-204 (2010); Giuseppina Rametti et al., The Microstructure of White Matter in Male to Female Transsexuals Before Cross-Sex Hormonal Treatment: A DTI Study, 45 J. Psychiatric Res. 949-54 (2011); Eileen Luders et al., *Gender effects on cortical thickness and the influence of scaling*, 2 J. Behav. & Brain Sci. 357, 360 (2012): FPM Krujiver, et al., *Male-to-female transsexuals have female neuron numbers in a limbic nucleus*, 85 J. Clin. Endocrin. Met., 2034- 2041 (2000). Interestingly, differences in transgender individuals primarily involve the right hemisphere of the

6

brain. The significance of the right hemisphere is important because that is the area that relates to attitudes about bodies in general, one's own body, and the link between the physical body and the psychological self.

18. In addition, scientific investigation has found a co-occurrence of gender dysphoria in families. Gomez-Gill et al. concluded that the probability of a sibling of a transgender individual also being transgender was 5 times higher than someone in the general population. E. Gomez-Gil, et al., *Familiarity of gender identity disorder in non-twin siblings*, 39 Arch Sex Behav., 265-269 (2010). And, in identical twins, there was a very high likelihood (33%) of both twins being transgender, even when reared apart, demonstrating the role of genetics in the development of gender dysphoria. *See* Milton Diamond, *Transsexuality among twins: identity concordance, transition, rearing, and orientation*, 14 Int'l J. Transgenderism 24 (2013) (abstract: "[t]he responses of our twins relative to their rearing along with our findings regarding some of their experiences during childhood and adolescence show their [gender] identity was much more influenced by their genetics than their rearing."). *See also* R Green, *Family co-occurrence of "gender dysphoria": ten siblings or parent-child pairs*, 29 Arch Sex Behav. 499-507 (2000).

19. Typically, sexual differentiation of the genitals takes place in the first two months of pregnancy, and sexual differentiation of the brain starts in the second half of the pregnancy. In most cases, genital and brain morphology develop in parallel. In rare cases, however, they develop in opposition such that, for example, a person has a masculinized body and genitals and a feminized brain.

20. It is now believed that Gender Dysphoria evolves as a result of the interaction of the developing brain and sex hormones. For example, one study found that:

> [d]uring the intrauterine period a testosterone surge masculinizes the fetal brain, whereas the absence of such a surge results in a feminine brain. As sexual differentiation of the brain takes place at a much later

7

> stage in the development than sexual differentiation of the genitals, these two processes can be influenced independently of each other. Sex differences in cognition, gender identity . . . , sexual orientation . . . , and the risks of developing neuropsychiatric disorders are programmed into our brain during early development. There is no evidence that one's postnatal social environment plays a crucial role in gender identity or sexual orientation.

Ai-Min Bao & Dick F. Swaab, *Sexual Differentiation of the Human Brain: Relation to Gender Identity, Sexual Orientation and Neuro-psychiatric Disorders*, 32 Frontiers in Neurology 214-216 (2011). In addition, Alicia Garcia-Falgueras & Dick F. Swaab find that:

> [t]he fetal brain develops during the intrauterine period in the male direction through a direct action of testosterone on the developing nerve cells, or in the female direction through the absence of this hormone surge. In this way, our gender identity (the conviction of belonging to the male or female gender) and sexual orientation are programmed or organized into our brain structures when we are still in the womb. However, since sexual differentiation of the genitals takes place in the first two months of a pregnancy and sexual differentiation of the brain starts in the second half of the pregnancy, these two processes can be influenced independently, which may result in extreme cases in transsexuality. This also means that in the event of ambiguous sex at birth, the degree of masculinization of the genitals may not reflect the degree of masculinization of the brain. There is no indication that social environment after birth has an effect on gender identity or sexual orientation.

Alicia Garcia-Falgueras & Dick F. Swaab, *Sexual Hormones and the Brain: As Essential Alliance for Sexual Identity and Sexual Orientation*, 17 Pediatric Neuroendocrinology 22-25 (2010). Similarly, Lauren Hare et al. finds that:

> a decrease in testosterone levels in the brain during development might result in incomplete masculinization of the brain . . . , resulting in a more feminized brain and a female gender identity.

Lauren Hare, et al., *Androgen Receptor Repeat Length Polymorphism Associated with Male-to-Female Transsexualism*, 65 Biological Psychiatry 93, 93, 96 (2009). Because the condition is biologically based, efforts to change a person's gender identity are futile, cause psychological harm, and are unethical).

21. The defining feature of the medical condition gender dysphoria is physical

8

differentiation resulting from this neurodevelopmental anatomical anomaly, commonly referred to as gender incongruence.

### THE MEDICAL NECESSITY OF SURGICAL TREATMENTS FOR GENDER DYSPHORIA

22. Without treatment, individuals with gender dysphoria experience a range of debilitating psychological symptoms such as anxiety, depression, suicidality, and other attendant mental health issues. People suffering from untreated gender dysphoria may be socially isolated as they carry a burden of shame and low self-esteem. Isolation often leads to stigmatization, and over time damages the development of a healthy personality and interpersonal relationships. Without treatment, many people with gender dysphoria are unable to adequately function in occupational, social or other areas of life.

23. There is no recognized or effective psychiatric or psychological treatment for gender dysphoria. Gender dysphoria is not ameliorated by psychotherapy (or counseling) or psychiatric medications such as anxiolytics or antidepressant medications. Counseling or medications may be recommended by a health care provider to help an individual cope with the challenges of living with gender dysphoria, which include the all-too-frequent lack of access to appropriate standard of care hormonal or surgical treatments. Neither psychotherapy nor these medications cure or ameliorate the underlying medical condition.

24. Gender dysphoria is highly treatable, however, and can be ameliorated or cured through medical treatment. The standards of care for treatment of gender dysphoria are set forth in WPATH's Standards of Care (SOC).

25. In accordance with the Standards of Care, many transgender individuals undergo a medically-indicated and supervised gender transition. This process ameliorates the debilitation of gender dysphoria and allows transgender individuals to live life consistent with their gender

9

identity. The Standards of Care recommend an individualized approach to gender transition, consisting of one or more of the following protocol components of evidence-based care for gender dysphoria:

- Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity);

- Hormone therapy to feminize or masculinize the body;

- Surgery to change primary and/or secondary sex characteristics (e.g. breasts/chest, external and/or internal genitalia, facial features, body contouring);

- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support improving body image; or promoting resilience.

26. A person with a diagnosis of gender dysphoria is transgender. People who undertake gender transition for treatment for gender dysphoria are transgender; only transgender people undergo gender transition or need medical treatment for gender dysphoria.

27. The WPATH Standards of Care are the internationally recognized guidelines for the treatment of gender dysphoria and inform medical treatment throughout the world. They have long been endorsed by authoritative professional medical and mental health organizations, which affirm that gender transition surgeries are not cosmetic, but rather a safe, effective standard of care treatment for a serious health condition. *See*, *e.g.*, American Medical Association. (2008). *Resolution 122 (A-08)* (characterizing WPATH SOC as "established internationally accepted Standards of Care for providing medical treatment for people with GID [Gender Identity Disorder, which has been replaced by the diagnosis Gender Dysphoria], including mental health care, hormone therapy and sex reassignment surgery, which are designed to promote the health and welfare of persons with GID and are recognized within the medical community to be the standard of care for treating people with GID"); American Psychiatric Association. (2017, November). *Medical*

*Treatment and Surgical Interventions*. (recommending medical treatment recommendations from WPATH SOC); American Psychological Association. (2015, December). *Guidelines for Psychological Practice With Transgender and Gender Nonconforming People*. (referencing and endorsing WPATH SOC for treatment); American Psychological Association, Task Force on Gender Identity and Gender Variance. (2009). *Report of the Task Force on Gender Identity and Gender Variance*. (referencing WPATH SOC and noting that "[f]or individuals who experience such distress, hormonal and/or surgical sex assignment may be medically necessary to alleviate significant impairment in interpersonal and/or vocational functioning…[and] recommended in clinical practice, sex reassignment surgery is almost always medically necessary, not elective or cosmetic"); American Academy of Child & Adolescent Psychiatry. (n.d.). *Clinical Guidelines & Training for Providers, Professionals, and Trainees*. ("The Standards of Care document is the international gold standard outlining the guidelines for the clinical treatment of gender dysphoria"); Rafferty, J., AAP [American Academy of Pediatrics] Committee on Psychological Aspects of Child and Family Health, AAP Committee on Adolescence, & AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring Comprehensive Care and Support for Transgender and Gender- Diverse Children and Adolescents. *Pediatrics,* 142(4), 1-14. ("Most protocols for gender- affirming interventions incorporate [WPATH] and Endocrine Society recommendations");  World Professional Association for Transgender Health. (2016, December 16). *WPATH Policy Statements*. (noting statements in support of WPATH Standards of Care by the American Medical Association, the Endocrine Society, the American Psychiatric Association, the American Psychological Association, the American Academy of Family Physicians, the National Commission of Correctional Health Care, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology, the American Society of Plastic Surgeons, and the World Health Organization);  Hembree, W.C., Cohen-Kettenis, P.T., Gooren, L., Hannema, S.E., Meyer, W.J., Murad, M.H., Rosenthal, S.M., Safer, J.D., Tangpricha, V., & T'Sjoen, G.G. (2017). Endocrine Treatment for Gender- Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism, 102*(11), 3869-3903. (setting

out Endocrine Society standards of care and endorsing WPATH SOC).

28. A key component of medical treatment for people with gender dysphoria is to live, function in society, and be regarded by others consistent with their gender identity. Because the essence of gender dysphoria is the incongruence of the body and one's identity, the goal of gender transition is to reduce or eliminate the incongruence in order to eliminate the debilitating symptoms of gender dysphoria. If this goal is impeded, it will undermine an individual's core identity and psychological health.

29. No treatment for gender dysphoria can be deemed cosmetic. Gender transition surgeries are not cosmetic procedures because they do not have the goal of enhancing beauty or appearance. Rather, gender transition surgeries including, but not limited to, facial feminizing surgeries, breast and chest surgeries, and genital surgeries, when undertaken to treat gender dysphoria are clinically indicated by medical consensus for purposes of treatment. The underlying medical diagnosis and the goal of treatment in accordance with accepted medical standards establish the medical necessity of gender confirming surgeries.

30. I am familiar with the scientific literature on the outcomes of facial feminization surgery as treatment for gender dysphoria. This research establishes that facial feminization surgery for transgender females is a safe, effective, evidence-based treatment that improves gender congruence and alleviates the symptoms of gender dysphoria. Berli et al. conducted a review of the most recent literature on facial feminization surgery, alternatively referred to in this article as Facial Gender Confirmation Surgery (FGCS). Berli and his co-authors concluded:

> FGCS should be treated as a vital gender-confirming tool due to its ability to drastically alter the quality of life of patients undergoing these procedures. *The current level of evidence is close to the maximal level of evidence that can be expected for a surgical procedure.* FGCS can no longer be deemed an aesthetic component of gender-confirming care … Facial gender confirmation surgery needs to be part of comprehensive surgical gender-confirming care.

12

Jens U. Berli et al., *Facial Gender Confirmation Surgery – Review of the Literature and Recommendations for Version 8 of the WPATH Standards of Care*, Int'l. J. of Transgenderism 264, 265-268 (2017) (emphasis added).

31.  Many procedures may be medically necessary to treat individualized cases of gender dysphoria. Breast augmentation, for example, is medically necessary for some transgender women who have insufficient breast development from hormone therapy. Transgender women who are taller, are big boned, and who may have a lower rib cage will typically need breast augmentation to treat their gender dysphoria. Given the mass and torso size of these individuals, they will appear masculine in a profile and frontal view and will need breast augmentation to balance their size. This is in contrast to a non-transgender woman who chooses breast augmentation to increase her self-esteem with no underlying medical diagnosis. A recent literature review found that the majority of transgender women (60-70%) do not gain adequate breast development after a sufficient duration on hormone therapy. Katrien Wierckx, *Clinical Review: Breast Development in Trans Women Receiving Cross-Sex Hormones*, 11 J. of Sexual Medicine 1240, 1244 (2014). A prospective cohort study of transgender women undergoing augmentation mammoplasty found that it improved psychosocial well-being postoperatively with no serious complications. Roman Weigart, *Patient Satisfaction with Breasts and Psychosocial, Sexual, and Physical Well-Being after Breast Augmentation in Male-to-Female Transsexuals*, 132 Plastic and Reconstructive Surgery 1421, 1428 (2013).

32.  In 2016, WPATH, which is the leading medical association establishing standards of care for treatment of gender dysphoria, issued a Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. WPATH identified certain "medically necessary gender affirming/confirming surgical procedures," including facial feminization surgery, breast augmentation, and voice therapy and/or surgery and concluded that:

> The medical procedures attendant to gender affirming/confirming surgeries are not "cosmetic" or "elective" or "for the mere convenience of the patient." These reconstructive procedures are not optional in any meaningful sense, but are understood to be medically necessary for treatment of the diagnosed condition.

World Prof'l Ass'n for Transgender Health, *Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A.* 3 (2016).

33. My experience with patients over almost 40 years as a practicing psychologist has underscored the essential and life-saving nature of treatments that allow a person with gender dysphoria to establish an authentic gender presentation. For example, one of my patients was violently assaulted on public transportation because her face revealed a gender appearance inconsistent with how she was otherwise living. In another case, a patient went to renew her passport and was told, "you don't look like a Roxanne." She went home and committed suicide. Facial feminizing surgery and other treatments are not cosmetic or optional when undertaken as treatment for gender dysphoria. Rather, they are critical to ensuring that people with that condition can live safely and comfortably free of the distress created by the incongruence between their gender and body.

### THE IMPACT OF GENDER DYSPHORIA ON THE PLAINTIFF'S LIFE

34. Gender dysphoria is a recognized physiological condition that can impact multiple organ systems, including: Neurology—gender dysphoria affects the brain and the autonomic nervous system (sympathetic and parasympathetic systems); Endocrinology—gender dysphoria impacts hormonal functions, including corticosteroids and insulin regulation; Immunology/Hematology—gender dysphoria leads to suppression of white and red blood cells; Gastrointestinal system—gender dysphoria can result in digestive disorders; and Cardiology—gender dysphoria may cause or exacerbate hypertension.

35. I understand the plaintiff Lillian Bernier is treated with estrogen therapy. Estrogen

has a systemic impact, influencing all cells in the human body. For transgender females, estrogen plays a critical role in stabilizing brain chemistry and neuroreceptor functions. Since sex steroids are essential for maintaining physiological homeostasis, transgender individuals require lifelong hormonal support. Proper hormonal balance is critical for: Immunological function—the immune system's maintenance depends on hormonal equilibrium; Gastrointestinal health—normal digestive function requires balanced sex steroid levels; Cardiovascular health—dysregulation of sex hormones can significantly affect the cardiovascular system.

36. I understand the plaintiff Lillian Bernier intends to undergo vaginoplasty, which includes orchiectomy. Orchiectomy, the surgical removal of the testes, eliminates nascent Leydig and Sertoli cells. This procedure effectively halts reproductive function and the secretion of testosterone, a hormone known to cause and sustain gender dysphoria.

37. In conclusion, the exclusion of treatments for gender transition in a health benefits plan is contrary to the purpose of gender transition treatments and the scientific and clinical evidence and standards of professional practice for the treatment of gender dysphoria.

December 19, 2024
Date

*Randi E Ettner Ph.D.*
Randi Ettner, Ph.D.