# EXHIBIT B

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF NEW HAMPSHIRE

3    LILLIAN BERNIER,            )

4                Plaintiff,      )

5         vs.                    ) No. 1:2023-cv-00523

6    TURBOCAM, INC., HEALTH      )

7    PLANS, INC., and HARVARD    )

8    PILGRIM HEALTHCARE OF       )

9    NEW ENGLAND, INC.,          )

10               Defendants.     )

11

12

13          DEPOSITION OF RANDI ETTNER, PH.D.

14                APPEARING REMOTELY

15

16                April 30, 2025

17                10:09 a.m. CST

18

19

20

21

22    Job No. CS7344710

23    REPORTED BY:  WENDY A. KILLEN, CSR, RPR

24    LICENSE NO.:  084-003772

25    APPEARING REMOTELY

```
                                                   Page 2
 1                  REMOTE APPEARANCES
 2      FOR THE PLAINTIFF:
 3            GLAD LAW, by
              BENNETT KLEIN, ESQ.
 4            MICHAEL HALEY, ESQ.
              18 Tremont Street, Suite 950
 5            Boston, Massachusetts  02108
              bklein@glad.org
 6            mhaley@glad.org
 7      FOR THE DEFENDANTS:
 8            LITCHFIELD CAVO, LLP, by
              BETHANY P. MINICH, ESQ.
 9            6 Kimball Lane, Suite 200
              Lynnfield, Massachusetts  01940
10            minich@litchfieldcavo.com
11                -and-
12            FIRST LIBERTY, by
              E. CLIFF MARTIN, ESQ.
13            ROGER BYRON, ESQ.
              2001 West Plano Parkway, Suite 1600
14            Plano, Texas  75075
              rbyron@firstliberty.org
15            cmartin@firstliberty.org
16                -and-
17            BOYDEN GRAY PLLC, by
              LAURA RUPPALT, ESQ.
18            JAMES CONDE, ESQ.
              801 17th Street NW, Suite 350
19            Washington, D.C.  20006
20
                         *  *  *  *  *
21
22
23
24
25
```

Page 3

1                    INDEX TO EXAMINATION

2              WITNESS:  RANDI ETTNER, PH.D.

3                                              PAGE

4     EXAMINATION BY MS. MINICH                   5

5

6

7                    INDEX TO EXHIBITS

8     MARKED              DESCRIPTION        PAGE

9     Exhibit 1   Curriculum Vitae              8

10    Exhibit 2   SOC for the Health of

11                Transgender and Gender Diverse

12                People, Version 8            33

13    Exhibit 3   DSM-V Excerpt                47

14    Exhibit 4   DSM-IV Excerpt               48

15    Exhibit 5   Expert Report                54

16    Exhibit 6   Gomez-Gill Study             81

17    Exhibit 7   Milton Diamond Paper         84

18    Exhibit 8   List of SOC8 Contributors

19                for WPATH                   116

20    Exhibit 9   560-24                      121

21    Exhibit 10  560-31                      122

22    Exhibit 11  560-36                      124

23

24

25

Page 4

1              THE COURT REPORTER:  Due to the need

2       for this deposition to take place remotely, the

3       attorneys will stipulate that the court reporter

4       may swear in the witness over videoconference.

5                    Please indicate your agreement by

6       stating your name and agreement on the record

7       beginning with the noticing attorney.

8              MS. MINICH:  Good morning.  We are in

9       agreement.  This is Attorney Bethany Minich on

10      behalf of Turbocam, Inc.

11             MR. KLEIN:  Good morning.  This is Ben

12      Klein.  I represent the Plaintiff, Lillian

13      Bernier.  I'm also representing Dr. Ettner at

14      this deposition.  We are in agreement with that.

15                    (Whereupon, the witness was

16                     duly sworn.)

17             MR. KLEIN:  Bethany, in terms of

18      stipulations, do we want to stipulate, as we have

19      in the prior depositions, in terms of objections?

20             MS. MINICH:  Yes.  We'll reserve all

21      objections, except as to form of the question and

22      motions to strike, until the time of trial.

23             MR. KLEIN:  Yes.  Thank you.

24             MS. MINICH:  And will you have the

25      witness read and sign the transcript?

```
                                              Page 5
 1              MR. KLEIN:  Yes.
 2              MS. MINICH:  And doing 30 days and
 3      waiving the notary?
 4              MR. KLEIN:  Yes.
 5              MS. MINICH:  Okay.
 6                  RANDI ETTNER, PH.D.,
 7      having been first duly sworn, was examined and
 8      testified as follows:
 9                      EXAMINATION
10      BY MS. MINICH:
11          Q.    Doctor, state your full name for the
12      record.
13          A.    Dr. Randi Ettner.
14          Q.    And where are you located currently?
15          A.    Evanston, Illinois.
16          Q.    What's the address that you are at
17      today?
18          A.    1214 Lake Street, Evanston.
19          Q.    And is that your residence?
20          A.    It is.
21          Q.    All right.  Aside from Attorney Klein,
22      who is there with you today, is there anyone else
23      present in the room with you for this deposition?
24          A.    No.
25          Q.    I understand you've given a deposition
```

Page 6

1    on a number of other occasions?

2         A.    That's correct, yes.

3         Q.    So given that you're probably pretty

4    familiar with the process, I would just ask if

5    for any reason you don't understand a question

6    I've asked or you don't hear a question or we

7    have a technology issue, if you could just let me

8    know and I will do my best to rephrase or repeat

9    that question for you, is that fair?

10        A.    Yes.

11        Q.    Okay.  If you do answer a question,

12   I'm going to assume you have understood it

13   correctly, is that fair?

14        A.    Yes.

15        Q.    If you can keep all of your answers

16   audible so the stenographer take those down for

17   the record, that would be helpful.  If you fail

18   to do that for some reason, I will just give you

19   a reminder to do so.  Okay?

20        A.    Yes.  Can you hear me clearly now?

21        Q.    I can.

22        A.    Loud enough?

23        Q.    Absolutely.

24              I will let you know if I have an

25   issue with that, and I would ask that you do the

Page 7

1    same.  Okay?

2         A.    Sure.

3         Q.    If you need to take a break for any

4    reason, you can do that.  I do ask you answer any

5    question that's been put before you before we

6    take a break.  Okay?

7         A.    Yes.

8         Q.    All right.  Can you tell us your

9    educational background?

10        A.    Yes.  I have a bachelor's degree from

11   Indiana University, a master's degree from

12   Roosevelt University, and a Ph.D. from

13   Northwestern University.

14        Q.    What was your major at Indiana

15   University?

16        A.    Psychology.

17        Q.    And what about for your master's

18   degree?

19        A.    Psychology.

20        Q.    And your Ph.D.?

21        A.    Psychology.

22        Q.    Do you hold any professional licenses

23   today?

24        A.    Yes.  I hold a license in the State of

25   Illinois.

Page 8

1          Q.     What for?

2          A.     Clinical psychology.

3          Q.     How long have you held that license?

4          A.     Since 1977.

5          Q.     Has your license ever been suspended

6     or revoked?

7          A.     No.

8          Q.     Have there ever been any discipline

9     filings brought against you before the State of

10    Illinois?

11         A.     No.

12                MS. MINICH:  You provided us with a

13    copy of your -- I guess counsel had provided us a

14    copy of your CV in this matter.  I'm going to

15    mark that as the first exhibit in this case.  I

16    will mark that as Exhibit Number 1.

17                          (Whereupon, Ettner Deposition

18                          Exhibit 1 was marked for

19                          identification.)

20    BY MS. MINICH:

21         Q.     Are you able to see that on the

22    screen?

23         A.     Yes.

24         Q.     And this is a 13-page document.  I can

25    go through the pages, if you would like, but do

1    you generally recognize this as your current CV?

2         A.    I do.

3         Q.    And on the face of the CV that we'll

4    mark as Exhibit Number 1, there is a list of

5    positions you've held.

6                   Do you see that?

7         A.    Yes.

8         Q.    Okay.  You hold yourself out, as

9    you've indicated, as a clinical psychologist?

10        A.    Clinical and forensic psychologist.

11        Q.    Okay.  You have indicated on there

12   that you are the past secretary for the World

13   Professional Association for Transgender Health?

14        A.    Yes.

15        Q.    If I refer to that organization as

16   WPATH today, is that how you refer to that

17   organization?

18        A.    Yes.

19        Q.    So you will know what I mean if I use

20   that abbreviation?

21        A.    I will.

22        Q.    Okay.  When did you last serve as

23   secretary for WPATH?

24        A.    I believe 2018 or 2020.

25        Q.    All right.  Do you currently hold any

Page 10

1      positions within WPATH today?

2           A.    I chair the committee for

3      institutionalized persons.

4           Q.    That's the next position held on your

5      CV?

6           A.    Yes.

7           Q.    Okay.  So you are still in that role

8      today?

9           A.    Yes.

10          Q.    How long have you been the chair of

11     that committee?

12          A.    It's been many years.  I can't tell

13     you exactly how many.

14          Q.    Okay.

15          A.    Excuse me for a minute.  I think it

16     would probably be since --

17               MR. KLEIN:  Don't guess if you don't

18     know.

19     BY MS. MINICH:

20          Q.    Fair to say that you are a certified

21     member of WPATH?

22               MR. KLEIN:  Objection.

23               THE WITNESS:  I am a member.  I don't

24     know what certified member means.

25

Page 11

1    BY MS. MINICH:

2         Q.    I'm going to direct your attention to

3    Page 11 of your CV under Professional

4    Affiliations.

5              Do you see at the bottom of the

6    page it says WPATH GEI SOC 8 Certified Member?

7    Is that with regard to the standard of care?

8         A.    Yes.

9         Q.    Okay.  So that certification, as it's

10   described there with the certified member status,

11   is that solely with regard to the standard of

12   care?

13        A.    It's in regard to the Global Education

14   Initiative.

15        Q.    Okay.  Going back to the first page of

16   your CV for a moment, under the next category

17   where it says Global Education Initiative

18   Committee Curriculum Development, WPATH, is that

19   what you were just referring to?

20        A.    That refers to a curriculum that I

21   developed for WPATH when they initiated the

22   Global Education Initiative.

23        Q.    Are you still on a committee

24   associated with that?

25        A.    No.

Page 12

1          Q.    So that would be past position held?

2          A.    Yes.

3          Q.    According to your CV, it also states

4    that you serve on the editorial board for the

5    International Journal of Transgender Health.

6                Do you still hold that position

7    today?

8          A.    I believe so.

9          Q.    You say you believe so.

10               Is there some reason for you to

11   believe that perhaps you don't hold that position

12   today?

13         A.    No.  I mean, it would appear in the

14   journal, and I imagine that I'm still on that

15   editorial board.  I have no reason to think that

16   I wouldn't be.

17         Q.    Okay.  Do you perform any editorial

18   services today at the International Journal of

19   Transgender Health?

20         A.    I do not.

21         Q.    When did you last perform any

22   editorial services for the International Journal

23   of Transgender Health?

24         A.    The last time they submitted an

25   article for me to review.

Page 13

1          Q.    Do you recall what year that was?

2          A.    I don't.

3          Q.    Your CV also states that you are on

4     the editorial board for Transgender Health.

5                      Is that accurate?

6          A.    Yes.

7          Q.    When did you last perform any

8     editorial services for Transgender Health?

9          A.    The last time they submitted an

10    article for me and asked me to review.

11         Q.    Do you recall when that occurred?

12         A.    I don't.

13         Q.    Are you paid to serve on either of

14    those editorial boards?

15         A.    No.

16         Q.    Do you receive any compensation for

17    WPATH for the work you had performed on the

18    various committees?

19         A.    No.

20         Q.    Moving on to your clinical experience

21    and professional experience, it starts on Page 2

22    of your CV.

23                      Your association with the Weiss

24    Memorial Hospital seems to have come to an end in

25    2024, is that accurate?

Page 14

1          A.    No.  I'm still on the medical staff
2      there.
3          Q.    Okay.  So what is the reason for the
4      date range of 2017 through 2024?
5          A.    It's an error.
6          Q.    So it should say 2017 through the
7      present?
8          A.    Correct.
9          Q.    Do you still have privileges at the
10     Weiss Memorial Hospital?
11         A.    Yes.
12         Q.    Moving back to your professional
13     affiliations for a moment, on Page 12 of 13,
14     there is an indication or a notation that you are
15     on the Screenwriters and Actors Guild.
16              Is that accurate?
17         A.    Yes.
18         Q.    Are you on that guild or do you remain
19     a member of that guild today?
20         A.    Yes.
21         Q.    And given that you're a member of the
22     Screenwriters and Actors Guild, have you appeared
23     on television or in movies?
24         A.    On television.
25         Q.    In what capacity?

Page 15

1          A.     Either as a guest on a news program or
2     some other television show.
3          Q.     What types of news programs have you
4     appeared on?
5          A.     Dateline, some local news shows, I
6     believe CNN at one point, and some Canadian
7     shows.
8          Q.     What was the premise of the Dateline
9     episode you appeared on?
10         A.     It was concerning a case that was
11    occurring in Texas and just some thoughts about
12    the case that was ongoing.
13         Q.     Did you appear in your capacity as a
14    clinical psychologist?
15         A.     Yes.
16         Q.     The other roles that you've described,
17    did you appear in your capacity as a clinical
18    psychologist in those roles as well?
19         A.     Yes.
20         Q.     Were there any roles that you appeared
21    in that you did not do so in your capacity as a
22    clinical psychologist?
23         A.     No.
24         Q.     Were you paid for any of your time
25    appearing in any of those shows?

Page 16

1          A.     I received royalties for appearing on

2     the Montel Williams Show.

3          Q.     What was the topic or the subject on

4     the Montel Williams Show that you appeared for?

5          A.     It was children who had conduct

6     disorder.

7          Q.     What is conduct disorder?

8          A.     Conduct disorder is a DSM diagnosis

9     for children who have dysregulation of their

10    emotional systems.

11         Q.     Are you published at all on that

12    topic?

13         A.     Not on that topic, no.

14         Q.     All right.  So that's the only show

15    upon which you receive royalties for?

16         A.     Yes.

17         Q.     Do you hold yourself out as a

18    biologist?

19         A.     No.

20         Q.     Do you hold yourself out as a

21    physiologist?

22         A.     No.

23         Q.     Fair to say you are not a neurologist?

24         A.     I am not.

25         Q.     You are not a psychiatrist?

Page 17

```
 1          A.    I am not.
 2          Q.    And fair to say you are not an
 3    endocrinologist?
 4          A.    I am not.
 5          Q.    Do you hold any type of a medical
 6    degree?
 7          A.    No.
 8          Q.    So you are not a medical doctor of any
 9    kind?
10          A.    Correct.
11          Q.    In your capacity as a clinical
12    psychologist, are you licensed to prescribe
13    hormone treatments or hormone therapy?
14          A.    No.
15          Q.    In your capacity as a clinical
16    psychologist, are you licensed to perform any
17    gender-affirming surgeries?
18          A.    No.
19          Q.    Fair to say you are not an
20    epidemiologist?
21          A.    I am not.
22          Q.    Now, you said earlier that you had
23    been deposed before, correct?
24          A.    Yes.
25          Q.    On how many occasions approximately
```

Page 18

1    have you given a deposition?

2         A.    Approximately 40.

3         Q.    Were some of those done like this over

4    Zoom or some other remote platform?

5         A.    Yes.

6         Q.    And have you testified at trials

7    before?

8         A.    I have.

9         Q.    On how many occasions have you

10   testified at a trial?

11        A.    Approximately ten.

12        Q.    And were the subject matters of your

13   testimony at trial similar to the opinions that

14   you offered in connection with this case?

15             MR. KLEIN:  Objection.

16             THE WITNESS:  Not in every case, no.

17   BY MS. MINICH:

18        Q.    Have you testified at trial with

19   regard to the standards of care for the health of

20   transgender and diverse people before?

21             MR. KLEIN:  Objection.

22             THE WITNESS:  I'm sorry.  I don't

23   understand the question.

24   BY MS. MINICH:

25        Q.    You provided an affidavit in

Page 19

1    connection with this matter, correct?

2         A.    Yes.

3         Q.    Okay.  And much of your affidavit had

4    to do with your experience dealing with gender

5    identity and gender dysphoria, correct?

6         A.    Yes.

7         Q.    Have you given trial testimony on

8    those topics before?

9         A.    Yes.

10        Q.    On the ten occasions that you've given

11   trial testimony before, approximately how many of

12   those occasions involved testimony regarding

13   gender identity disorder or gender dysphoria?

14        A.    Approximately six.

15        Q.    Okay.  And of the 40 or so depositions

16   you've given, approximately how many of those

17   depositions involved testimony regarding gender

18   identity disorder or gender dysphoria?

19        A.    Probably 30, 25 to 30.

20        Q.    Okay.  Have you been retained to

21   provide an expert opinion in cases in which you

22   have not given deposition testimony?

23        A.    I'm sorry.  Would you repeat that,

24   please?

25        Q.    Sure.

Page 20

1              So it's fair to say you provided a

2    report in connection with this matter, correct?

3         A.   Yes.

4         Q.   All right.  Have there been other

5    cases that you had been retained to prepare a

6    report providing your opinions in which you were

7    not deposed and/or not called at trial?

8              MR. KLEIN:  Objection.

9              THE WITNESS:  Yes.

10   BY MS. MINICH:

11        Q.   Approximately how many occasions have

12   you been retained to prepare an expert report in

13   a case in which you were not deposed or did not

14   testify at trial?

15        A.   I would just be guessing.  I really

16   can't recall.

17        Q.   So if you've given 40 depositions,

18   would you say that you've prepared more than 40

19   reports in connection with litigation?

20        A.   40 above?

21        Q.   Correct.

22              You testified that you've been

23   deposed approximately 40 times, correct?

24        A.   Yes.

25        Q.   So have you prepared more than 40

Page 21

```
 1    reports detailing your opinion as a clinical
 2    psychologist in excess of those 40 depositions?
 3         A.    I don't think so, no.
 4         Q.    So you believe that each time you've
 5    prepared a report in connection with a matter
 6    that you've been deposed?
 7              MR. KLEIN:  Objection.
 8              THE WITNESS:  I'm sorry.  Could you
 9    repeat that, please?
10    BY MS. MINICH:
11         Q.    Sure.
12              Is it your testimony that on the
13    40 or so occasions that you've given
14    depositions -- I'm sorry.  Strike that.
15              Is it your testimony that on each
16    occasion that you have prepared an expert report
17    that you have also been deposed?
18         A.    No.
19         Q.    Okay.  So would it be fair to say that
20    there were occasions where you have prepared an
21    expert report, but have not been subject to a
22    deposition in a matter?
23         A.    Yes.
24         Q.    Okay.  But you just don't know as you
25    sit here today how many times you have prepared a
```

Page 22

1    report in excess of the 40 times that you've been

2    deposed?

3         A.    That's correct.

4         Q.    What, if anything, did you do to

5    prepare for today's deposition?

6         A.    I reviewed my report.

7         Q.    Anything else?

8         A.    I spoke briefly with the attorney

9    that's here with me today.

10        Q.    And when did you and he speak?

11        A.    We spoke last week.

12        Q.    And that was in person or over the

13   phone?

14        A.    That was via Zoom.

15        Q.    Okay.  Have you ever read a copy of

16   the complaint that was filed in connection with

17   this matter?

18        A.    I believe so.  I am not certain.

19        Q.    Have you reviewed copies of any

20   written discovery that has been exchanged by the

21   parties in connection with this matter?

22        A.    Yes.  I read a report by Dr. Weiss.

23        Q.    Other than the report by Dr. Weiss,

24   have you been provided or have you reviewed any

25   other materials exchanged in discovery?

Page 23

1          A.     Not that I recall.
2          Q.     Have you read any deposition
3     transcripts in connection with this matter?
4          A.     No.
5          Q.     And you've been retained by or on
6     behalf of the Plaintiff, Lillian Bernier,
7     correct?
8          A.     Yes.
9          Q.     Fair to say that you are being
10    compensated for your time?
11         A.     Yes.
12         Q.     And you're compensated for your time
13    in preparing the report that you issued?
14         A.     That's correct.
15         Q.     You're being compensated for your time
16    here today for the deposition?
17         A.     Yes.
18         Q.     And who is paying you for your
19    services?
20         A.     The attorneys that retained me.
21         Q.     And is that the attorneys at GLAD?
22         A.     Yes.
23         Q.     Have you ever met Lillian Bernier?
24         A.     No.
25         Q.     Have you ever spoken to Lillian

1    Bernier?

2         A.    No.

3         Q.    You have not interviewed Lillian

4    Bernier then, correct?

5         A.    Correct.

6         Q.    Have you ever reviewed any of Lillian

7    Bernier's medical records?

8         A.    No.

9         Q.    Have you ever spoken with any of

10   Lillian Bernier's medical providers?

11        A.    No.

12        Q.    Do you know anything about Lillian

13   Bernier's medical treatment that she has received

14   to date in connection with gender assignment?

15        A.    Yes.

16        Q.    What do you know about the medical

17   treatment that she has received to date?

18        A.    I know that she's received hormone

19   treatment.

20        Q.    Do you know anything about what

21   hormones Lillian Bernier has received?

22        A.    I know she has received feminizing

23   hormones.

24        Q.    Do you know specifically which ones?

25        A.    I know that she has received an

Page 25

1    estrogen preparation.

2         Q.    Do you know of any other hormones that

3    Lillian Bernier has received?

4         A.    I don't know precisely what other

5    hormones, if she is receiving other hormones.

6         Q.    Okay.  Other than hormone therapy, are

7    you aware of any other medical treatment that

8    Lillian Bernier has undergone in terms of

9    gender-affirming medical treatment?

10        A.    No.

11        Q.    What about surgical treatment that is

12   gender affirming, are you aware of any surgical

13   treatment that she has undergone?

14        A.    No.

15        Q.    What about mental health treatment or

16   psychotherapy, are you aware of any of that type

17   of treatment that she has received?

18        A.    No.

19        Q.    And would it be fair to say you have

20   not reviewed any records from any therapists of

21   any kind?

22        A.    That's correct.

23        Q.    Have you taken any biology classes

24   throughout your education?

25        A.    Yes.

Page 26

1          Q.    And do you know what a homo sapien is?

2          A.    Homo sapien?

3          Q.    Correct.

4          A.    Yes.

5          Q.    Would you agree with the following

6     statement as a matter of biology?

7                Do you agree that the biological

8     sex of the species homo sapiens is classified as

9     either male or female and may be determined in

10    most instances based upon an individual's

11    reproductive organs and genetics --

12                MR. KLEIN:  Objection.

13                MS. MINICH:  I'm not done yet.

14                MR. KLEIN:  Sorry.

15    BY MS. MINICH:

16         Q.    -- excepting for a small percentage of

17    individuals who have disorders of sex

18    development?

19                MR. KLEIN:  Objection.

20                THE WITNESS:  No.

21    BY MS. MINICH:

22         Q.    So you do not agree with that

23    statement as a matter of biology?

24         A.    I don't, no.

25         Q.    How would you define the term sex as

Page 27

1    it's used in the field of biology?

2         A.    If you are talking about in terms of

3    animals, I would classify sex as the reproductive

4    organs, with the exceptions that occur in nature.

5    In humans, I would talk about sex as the

6    interaction of chromosomes, hormones,

7    reproductive organs, and brain morphology.

8         Q.    And in terms of the definition you

9    just provided for the term sex in humans, do you

10   believe that there is a different definition in

11   the field of medicine?

12        A.    Different from what?

13        Q.    From what you just described in terms

14   of the definition of sex for humans, biologically

15   speaking?

16        A.    Medicine in general or medicine in

17   terms of a subspecialty?

18        Q.    In general.

19        A.    I can't answer that in general.

20        Q.    What about in terms of a subspecialty?

21        A.    Well, in terms of psychiatry and

22   psychology, there is a difference, yes.

23        Q.    And what is the difference?

24        A.    The difference is that humans, unlike

25   animals, have consciousness, awareness, and

Page 28

1    identity, and so those factors differentiate us

2    from animals where we consider sex to be more

3    reductionistic.

4         Q.    In your report you use the words birth

5    sex.

6                    Is birth sex essentially

7    equivalent to biological sex?

8         A.    I think I used the term birth-assigned

9    sex.

10        Q.    Okay.  Would you say that that's

11   equivalent to the definition you provided for

12   biological sex?

13        A.    I would say that birth-assigned sex

14   refers to the sex identified at the time of

15   birth, typically based on the external

16   examination of the genitals of the newborn.

17        Q.    You are familiar with the term gender

18   identity?

19        A.    Yes.

20        Q.    And in your report you define gender

21   identity as one's internal sense of their own

22   gender, is that accurate?

23        A.    Yes.

24        Q.    And you claim that that is a

25   well-established concept in medicine, correct?

Page 29

```
 1        A.    That's correct.  That term appears in
 2   medical dictionaries, and it even appears in the
 3   Merriam-Webster Dictionary, indicating that it is
 4   an established concept in the cultural lexicon.
 5        Q.    Can you determine one's gender
 6   identity using any type of test?
 7        A.    Do you mean in adults?
 8        Q.    Sure.  Let's do adults.
 9        A.    You can ask them what their gender
10   identity is.
11        Q.    Well, that wasn't my question.
12              My question was:  Can you
13   determine the gender identity of an adult through
14   any type of test?
15        A.    Well, there are tests for gender
16   identity, psychological tests that measure gender
17   identity, yes.
18        Q.    Okay.  What about through blood work,
19   can you determine someone's gender identity
20   through blood work?
21        A.    No.
22        Q.    Can you determine someone's gender
23   identity through genetic testing?
24        A.    Most often not.
25        Q.    Are you aware of any situations or any
```

Page 30

1    studies in which it has been concluded that one
2    can determine someone's gender identity through
3    genetic testing?
4        A.    In some cases of karyotyping gender
5    identity, there may appear to be an anomaly, but
6    that's rare.
7        Q.    Can you identify any studies in which
8    that has been reviewed?
9        A.    No, not offhand.
10        Q.    Can you determine an adult's gender
11    identity through X-rays?
12        A.    No.
13        Q.    Can you determine an adult's gender
14    identity through the use of a CT scan?
15        A.    No.
16        Q.    You mentioned psychological or
17    psychiatric tests that could be performed.
18            Are you aware of any method or
19    tests that a medical doctor can use to determine
20    an individual's gender identity?
21        A.    There are functional magnetic
22    resonance imaging studies that display
23    differences between transgender and cisgender
24    individuals, but those are not used for clinical
25    purposes.  They are used for research.

Page 31

1          Q.    And that imaging you just described,

2     is that part of the WPATH standard of care?

3          A.    I'm sorry.  I don't understand the

4     question.

5          Q.    Sure.

6                So does the WPATH, as part of

7     their standard of care, recommend the use of

8     functional magnetic resonance imaging studies?

9          A.    No.

10         Q.    Other than the functional magnetic

11    resonance imaging studies, are you aware of any

12    other tests that a medical doctor can use to

13    determine an individual's gender identity?

14         A.    Not for clinical purposes, no.  For

15    research purposes, yes.

16         Q.    What other tests can you identify for

17    research purposes that could be used to determine

18    an individual's gender identity?

19         A.    Molecular geneticists have identified

20    three genes, three polymorphisms that appear in

21    transgender individuals, as well as some

22    methylation in the DNA in some epigenetic

23    studies, but those are only, again, used for

24    research purposes and not for clinical purposes

25    of identifying who is transgender or who is not.

Page 32

1          Q.    A medical doctor treating a patient
2     that has identified themselves as being
3     transgender, that medical doctor would not be
4     able to use those two tests that you've just
5     described clinically to determine their gender
6     identity?
7                    MR. KLEIN:  Objection.
8                    THE WITNESS:  Correct.
9     BY MS. MINICH:
10         Q.    Now, in your report you define someone
11    that is transgender as an individual whose gender
12    identity is different from their birth sex,
13    correct?
14         A.    Yes, from the sex they were assigned
15    at birth, yes.
16         Q.    Now, I mentioned earlier WPATH, and
17    you're obviously familiar with that organization,
18    correct?
19         A.    Yes, to an extent.
20         Q.    Well, you've served as a committee
21    member with WPATH for many years now, right?
22         A.    Yes.
23         Q.    And you hold yourself out as an author
24    of the standards of care for the health of
25    transgender and diverse people, correct?

Page 33

1          A.    Yes.

2          Q.    So fair to say that you would be

3     familiar with those guidelines?

4          A.    Yes.

5               MS. MINICH:   I'm going to mark those

6     as the next exhibit.

7                         (Whereupon, Ettner Deposition

8                         Exhibit 2 was marked for

9                         identification.)

10    BY MS. MINICH:

11         Q.    You are able to see that?

12         A.    Yes.

13              MR. KLEIN:   Bethany, before you go on,

14    I want to make sure is the court reporter able to

15    hear me?  Am I speaking loud enough?

16              THE COURT REPORTER:   I can hear you

17    just fine.  Thanks, counsel.

18              MR. KLEIN:   Okay.

19    BY MS. MINICH:

20         Q.    Dr. Ettner, I put up on the screen

21    what we're going to mark as Exhibit Number 2,

22    which is the Standards of Care for the Health of

23    Transgender and Gender Diverse People, Version 8.

24              Do you recognize this document?

25         A.    Yes.

Page 34

1          Q.     Okay.   And obviously it's a little bit
2    difficult for you to flip through this, but I'll
3    represent at the bottom you can see it's 260
4    pages in length.
5                     Does that sound accurate to you?
6          A.     Yes.
7          Q.     And my understanding is that you had a
8    role in the preparation of some portion of this
9    document, is that correct?
10         A.     Yes.
11         Q.     What was your role in connection with
12    the preparation of these standards of care?
13         A.     I was the co-chair of the chapter on
14    institutionalized persons.
15         Q.     And can you tell us what
16    institutionalized persons -- what that includes?
17         A.     It includes prisons, nursing homes,
18    and institutions where people don't have agency
19    and reside.
20         Q.     And what specifically was your role
21    with respect to that section or chapter within
22    the standards of care?
23         A.     With the other members of that group
24    that participated in that chapter, we reviewed
25    the literature and we made recommendations, and

Page 35

 1    then we drafted those recommendations.
 2        Q.    When you say you made recommendations,
 3    would that be as to the standard of care for
 4    institutional -- I'm sorry.  What did you say it
 5    was?
 6        A.    For people who are institutionalized.
 7        Q.    What was the term you had used?  It
 8    wasn't institutionalized.
 9        A.    People who reside in institutions and
10    don't have agency.
11        Q.    I apologize.  I'm just going to run
12    through this.
13              I think it was Chapter 11,
14    Institutional Environments?
15        A.    Correct.
16        Q.    I want to make sure I'm using the
17    terms that you are using.
18              So when you say that you made
19    recommendations, would that be recommendations as
20    to the standard of care for individuals within
21    institutional environments?
22        A.    Yes.
23        Q.    And who did you make the
24    recommendations to?
25        A.    Well, we made the recommendations in

Page 36

1    general, as part of the process of developing the
2    guidelines.
3         Q.    Who drafted the guidelines?
4              MR. KLEIN:  Objection.
5              THE WITNESS:  Each chapter was drafted
6    by the people who were experts in that particular
7    area and who were members of that working group.
8    BY MS. MINICH:
9         Q.    Okay.  So as a member of the working
10   group for institutional environments, did you
11   draft the guidelines for the standard of care?
12        A.    I didn't personally draft them.  As a
13   group, they were drafted.  They were quite
14   similar to the standards of care in the seventh
15   iteration.
16        Q.    Okay.  So aside from reviewing the
17   literature and making recommendations, did you
18   have any other role in connection with the
19   standard of care or guidelines that appear within
20   Chapter 11, Institutional Environments?
21        A.    I'm sorry.  Would you repeat that,
22   please?
23        Q.    Sure.
24              I want to understand what it is
25   that you did with respect to Chapter 11, which is

Page 37

1    called Institutional Environments.  If I
2    understand correctly, you said that you didn't
3    personally draft the guidelines, correct?
4         A.    The work members drafted the
5    guidelines.  We reviewed the research in prisons,
6    jails, hospice, nursing homes, and other
7    institutions, similar institutions, and then we,
8    as a group, drafted our recommendations.
9         Q.    And were the recommendations in
10   writing or was this in a session where they were
11   discussed?
12        A.    Both.
13        Q.    And did any of your recommendations
14   get reduced to a writing of any kind?
15        A.    All of the recommendations ultimately
16   were reduced to writing, and they appear in that
17   chapter.
18        Q.    And much of your testimony that you've
19   given in other matters involves testimony
20   regarding institutional environments, is that
21   fair to say?
22        A.    Yes, a good deal of it does, yes.
23        Q.    I'm going to direct your attention to
24   Appendix B found within Exhibit 2, which is the
25   glossary.

Page 38

```
 1              Have you reviewed the glossary
 2    found within the WPATH standard of care before?
 3         A.    No.
 4         Q.    Were you involved at all in the
 5    preparation of the terms as they appear within
 6    the glossary?
 7         A.    No.
 8         Q.    I'm going to blow this up a little bit
 9    more so you see it a little better.
10              Do you see the term intersex
11    identified in the glossary?
12         A.    Yes.
13         Q.    Would you agree that WPATH defines the
14    term intersex as people born with sex or
15    reproductive characteristics that do not fit
16    binary definitions of female or male?
17              MR. KLEIN:  Objection.
18              THE WITNESS:  That's what appears here
19    in this glossary.
20    BY MS. MINICH:
21         Q.    Okay.  Do you agree with that
22    definition?
23         A.    Yes.
24         Q.    And on that same page within Appendix
25    B of the glossary, there is a definition for
```

Page 39

```
 1    detransition.
 2                    Do you see that there?
 3         A.    Yes.
 4         Q.    And WPATH states that detransition is
 5    a term sometimes used to describe an individual's
 6    retransition to the gender stereotypically
 7    associated with their sex assigned at birth.
 8                    Did I read that correctly?
 9         A.    Yes.
10         Q.    Do you agree with that statement or
11    definition?
12         A.    Yes.
13         Q.    Now, I'm going to direct your
14    attention to Page S93 of the WPATH standard of
15    care in which there is a reference to disorders
16    of sex development.
17                    Do you see that at the bottom of
18    the page there?
19         A.    Yes.
20         Q.    Do you agree that it states that
21    disorders of sex development are defined as
22    congenital conditions in which development of
23    chromosomal, gonadal, or anatomical sex is
24    atypical?
25         A.    Yes.
```

1      Q.    And under the terminology on this page
2   it also states that intersex in medicine refers
3   to individuals with markedly atypical congenital
4   variations in the reproductive tract?
5             MR. KLEIN:  Where is that?
6             THE WITNESS:  Yes.
7   BY MS. MINICH:
8      Q.    Do you agree with that basic
9   definition?
10     A.    Yes.
11     Q.    Can you provide us with any examples
12  of a disorder of sex development?
13     A.    Yes.  Guevedoces is a disorder of sex
14  development.
15     Q.    Can you repeat that?
16     A.    Guevedoces is a disorder of sex
17  development.  It's common in Dominica --
18  relatively common in Dominica, where children
19  appear female at birth, and then, at puberty,
20  they begin to masculinize.  It occurs frequently
21  enough in that area of the world that they are
22  accepted into society as males when that
23  masculinization occurs.  So Guevedoces literally
24  means balls at 12, which is typically when the
25  puberty occurs, and in that disorder there is

Page 41

1    that -- that is the eventuation of the condition.

2         Q.    Would you agree that not all -- strike

3    that.

4                    Do all transgender individuals

5    suffer from an intersex condition?

6         A.    No.

7         Q.    Do all transgender individuals have

8    disorders of sex development?

9         A.    No.

10         Q.    And do all transgender individuals

11    suffer from gender dysphoria?

12         A.    No.

13         Q.    Do all transgender individuals have

14    physical impairments?

15                    MR. KLEIN:  Objection.

16                    THE WITNESS:  That, I can't say.  Some

17    individuals may have physical impairments.

18    BY MS. MINICH:

19         Q.    So that would be on an individualized

20    basis?

21                    MR. KLEIN:  Objection.

22                    THE WITNESS:  Sure.  If a physical

23    impairment is, for example, a congenital

24    blindness or some other physical condition, that

25    would vary from individual to individual.

```
                                          Page 42

 1   BY MS. MINICH:
 2        Q.    Do all transgender individuals require
 3   hormone therapy?
 4        A.    No.
 5        Q.    Do all transgender individuals require
 6   surgery?
 7        A.    No.
 8        Q.    In your capacity as a clinical
 9   psychologist, have you encountered transgender
10   individuals who have regretted their decision to
11   proceed forward with gender-affirming medical
12   treatment?
13        A.    You mean post-surgery?
14        Q.    Well, no.  My question to you was
15   gender-affirming medical treatment, not surgery.
16   So I'll limit it to that.
17                    Have you encountered in your
18   capacity as a clinical psychologist transgender
19   individuals who have regretted their decision to
20   utilize gender-affirming medical treatment?
21        A.    If you're talking about -- are you
22   differentiating between medical treatment and
23   surgical treatment?
24        Q.    I am, yes.
25        A.    I've encountered individuals who have
```

Page 43

1    had bad medical treatment, but I have not

2    encountered individuals who have regretted

3    hormonal treatment when they are treated with the

4    appropriate medications and by a knowledgeable

5    provider.

6        Q.    Have you encountered in your capacity

7    as a clinical psychologist any transgender

8    individuals who have regretted their decision to

9    move forward with gender-affirming surgical

10   treatment?

11       A.    I have encountered one individual who

12   had several surgeries, three surgeries, and

13   regretted one of them.

14       Q.    Can an individual's gender identity

15   ever change?

16           MR. KLEIN:  Objection.

17           THE WITNESS:  Typically, no.

18   Typically, that doesn't occur.

19   BY MS. MINICH:

20       Q.    Are you aware of any detransitioners?

21       A.    Yes.

22       Q.    Have you, in your capacity as a

23   clinical psychologist, treated any?

24       A.    I have not treated anyone who has

25   detransitioned, but I have consulted in a legal

Page 44

1    case about someone who detransitioned.

2        Q.    Were you consulting in your capacity

3    for the detransitioner or for the other side?

4        A.    I was consulting for the defense, who

5    were representing the providers.

6        Q.    What was the allegation in that case

7    against the provider?

8        A.    That they had misdiagnosed the

9    individual.

10        Q.    What was the diagnosis?

11        A.    They diagnosed gender dysmorphic

12    disorder, and that individual had six other

13    mental health issues, six other mental health

14    disorders, and they recommended that the

15    individual have a gender-affirming treatment,

16    which the individual ultimately rejected and was

17    dissatisfied with and filed a lawsuit.

18        Q.    And in terms of your testimony, were

19    you supportive of the recommendation that had

20    been made for gender-affirming treatment?

21        A.    I didn't testify.  I consulted in that

22    case.  I reviewed all of the records, and

23    concluded that the person was not a candidate for

24    any kind of gender surgeries.

25                    Excuse me.  Could I have a break?

Page 45

1   I want to refill my water.
2               MS. MINICH:  Sure.  Why don't we take
3   like eight minutes?  We can come back at 12:10.
4               MR. KLEIN:  Sure.
5               THE WITNESS:  Thank you.
6               MS. MINICH:  Thank you.
7                       (Whereupon, a break was
8                       taken.)
9   BY MS. MINICH:
10      Q.    I'm going to show you your report that
11  you've authored, Dr. Ettner.
12              Before we do that, I just wanted
13  to ask you, you describe Lillian Bernier in your
14  report as a transgender female, is that correct?
15      A.    Yes.
16      Q.    And what does that mean, that she's a
17  transgender female?
18      A.    It means she was assigned male at
19  birth, but has a female gender identity.
20      Q.    So is Lillian Bernier a biological
21  male?
22              MR. KLEIN:  Objection.
23              THE WITNESS:  I wouldn't use that
24  term.  I would say she was assigned male at birth
25  and had external male genitalia and male body

Page 46

1    morphology, but that her gender identity, as she

2    became aware of it, was female and she is,

3    therefore, a transgender female.

4    BY MS. MINICH:

5         Q.    To your knowledge, Lillian Bernier, is

6    she an intersex?

7         A.    No.

8         Q.    And in your report you state that your

9    understanding is that she would like to undergo a

10   vaginoplasty?

11        A.    Yes.

12        Q.    And would you agree that that

13   procedure involves the removal of the testicles?

14        A.    Yes.

15        Q.    And would you agree the testicles are

16   a male reproductive organ?

17        A.    Yes.

18        Q.    Do you have any reason to believe that

19   Lillian Bernier has a disorder of sex

20   development?

21        A.    No.

22        Q.    Before we get to your report, I'm

23   going to show you another document.

24               I have put on the screen in front

25   of you an excerpt from the American Psychiatric

Page 47

```
 1        Association's Diagnostic and Statistical Manual
 2        of Mental Disorders.  This is from the 5th
 3        Edition.
 4                      That was just referred to as the
 5        DSM-V, is that correct?
 6             A.    Yes.
 7             Q.    You are familiar with that manual?
 8             A.    I am.
 9                   MS. MINICH:  So that manual, as you
10        know, is quite long.  So in an effort to try to
11        make this a little easier to look at, I'm just
12        going to mark as Exhibit 3 the DSM-V section on
13        Gender Dysphoria.
14                             (Whereupon, Ettner Deposition
15                             Exhibit 3 was marked for
16                             identification.)
17        BY MS. MINICH:
18             Q.    Have you read this before?
19             A.    Yes.
20             Q.    You have included within your report
21        the criteria for gender dysphoria, correct?
22             A.    Yes.
23             Q.    Are you also familiar with -- I'll
24        make sure that goes back up.
25                      Are you also familiar with the
```

Page 48

```
 1    DSM-IV, which it's called, which is the
 2    Diagnostic and Statistical Manual of Mental
 3    Disorders, 4th Edition?
 4         A.    I was at the time.  I no longer refer
 5    to it.
 6         Q.    Are you familiar with the term gender
 7    identity disorder?
 8         A.    Yes.
 9         Q.    And you, in fact, refer to that in
10    your report, correct?
11         A.    Yes.
12         Q.    Are you familiar with the DSM-IV
13    criteria for gender identity disorder?
14         A.    I was at the time that they were
15    published.
16              MS. MINICH:  Okay.  I'm going to mark
17    this, if I haven't already, as Exhibit Number 4.
18                        (Whereupon, Ettner Deposition
19                        Exhibit 4 was marked for
20                        identification.)
21    BY MS. MINICH:
22         Q.    I'm going to direct your attention to
23    Page 581 found within that manual, but within
24    Exhibit Number 4, that's going to be found at
25    Page 6.
```

Page 49

1            Do you see there where it includes

2     the diagnostic criteria for gender identity

3     disorder?

4          A.    I see what's on the screen, yes.

5          Q.    You cited this -- I'm sorry.  Strike

6     that.

7                 You cited some of this within --

8     strike that.

9                 You see that there's four

10    different sections found at Page 581 that are

11    part of the diagnostic criteria, is that fair, so

12    A, B, C, and D?

13         A.    Yes.

14         Q.    And would you agree that under

15    Section C for the diagnostic criteria that the

16    criteria for gender identity disorder excludes

17    cases when the disturbance is not concurrent with

18    a physical intersex condition?

19         A.    That's what appears in the DSM-IV,

20    yes.

21         Q.    Then I'm going to direct your

22    attention to Page 576, which is the first page of

23    Exhibit 4, in which there is a reference to an

24    example of a physical intersex condition.  I'll

25    direct your attention to that.

Page 50

1              It states within that paragraph
2       that the diagnosis is not made if the individual
3       has a concurrent physical intersex condition, and
4       they give an example of a partial androgen
5       insensitivity syndrome or congenital adrenal
6       hyperplasia.
7              Did I read that correctly?
8       A.    Yes.
9       Q.    Now, going back to Exhibit Number 3
10      for a moment, Exhibit Number 3, as we have
11      mentioned, is part of the DSM-V, correct?
12      A.    Yes.
13      Q.    That is the current edition that's in
14      effect?
15      A.    Yes.
16      Q.    And the current definition of the
17      criteria for gender dysphoria, would you agree
18      that that does not exclude individuals who have
19      an intersex condition or have a disorder of sex
20      development?
21      A.    I would have to reread this.
22      Q.    Okay.  Well, I'll direct your
23      attention to the criteria for gender dysphoria in
24      adolescents and adults, which is found at Page 3
25      of Exhibit Number 3.  Feel free to take whatever

Page 51

1    time you need to review that.

2        A.    So in this instance, you add a

3    specifier if there is a DSD.

4        Q.    Right.

5             So it doesn't exclude individuals

6    who have an intersex condition or a disorder of

7    sex development, correct?

8        A.    Correct.

9        Q.    Are you aware of any situations where

10   a transgender individual who has no disorder of

11   sex development would satisfy the diagnostic

12   criteria for gender dysphoria under DSM-V, but

13   would satisfy the criteria for gender identity

14   disorder under DSM-IV?

15             MR. KLEIN:  Objection.

16             THE WITNESS:  I'm sorry.  Could you

17   repeat that?

18   BY MS. MINICH:

19        Q.    Can you tell us of any situations

20   where a transgender individual who does not have

21   a disorder of sex development, where they would

22   satisfy the diagnostic criteria for gender

23   dysphoria in the DSM-V, but would not satisfy the

24   diagnostic criteria for gender identity disorder

25   in DSM-IV?

Page 52

1          MR. KLEIN:  Objection.
2          THE WITNESS:  I would have to review
3    both side by side, but I think they are fairly
4    similar with the difference of the specifier.
5    BY MS. MINICH:
6        Q.    Okay.  So in DSM-V, with the
7    specifier, fair to say that there's not an
8    exclusion within the diagnostic criteria for
9    individuals who have an intersex condition or a
10   disorder of sex development?
11       A.    Yes.
12       Q.    Whereas, if you look at the criteria
13   within DSM-IV, would you agree that the criteria
14   is not met if there is a physical intersex
15   condition?
16       A.    It excludes individuals who have a
17   physical intersex condition.
18       Q.    Right.
19             So is there a way for you to sort
20   of synthesize those two and identify a situation
21   in which a transgender individual who has no
22   disorder of sex development would satisfy both
23   the criteria for gender dysphoria, but not
24   satisfy the criteria for gender identity
25   disorder?

Page 53

1           MR. KLEIN:  Objection.

2           THE WITNESS:  I'm sorry.  I still

3    don't understand the question.

4    BY MS. MINICH:

5       Q.    I'm just going to move on.

6                In your view, if Lillian Bernier

7    was assessed by a clinical psychologist, such as

8    yourself, under the criteria of DSM-IV that we

9    have in front of us, would Lillian Bernier be

10   diagnosed with a gender identity disorder?

11      A.    According to DSM-IV, although I

12   haven't met this individual, I assume that she

13   would meet the criteria.

14      Q.    And I think you said this already,

15   but, in your view, Ms. Bernier does not have a

16   physical intersex condition as that term is used

17   in DSM-IV, correct?

18      A.    Yes.

19      Q.    I'm going to direct your attention now

20   to your report.

21                Do you recognize the document I

22   have put up on the screen?

23      A.    Yes.

24      Q.    And I will represent that this is a

25   15-page document.

Page 54

1                    Does that sound accurate to you?

2          A.    Yes.

3                    MS. MINICH:  We will mark this as

4     Exhibit Number 5.

5                              (Whereupon, Ettner Deposition

6                              Exhibit 5 was marked for

7                              identification.)

8     BY MS. MINICH:

9          Q.    Just directing your attention to the

10    last page of that document for a moment, is that

11    your signature?

12         A.    Yes.

13         Q.    Dated, if I am reading this correctly,

14    December 19th of 2024?

15         A.    That's correct.

16                   MR. KLEIN:  I think it's December.

17                   MS. MINICH:  That's what I said?

18                   MR. KLEIN:  I heard September, but I

19    may have misheard.

20    BY MS. MINICH:

21         Q.    I think I said December, but just for

22    clarification, Dr. Ettner, fair to say this is

23    dated December 19th of 2024?

24         A.    Yes.

25         Q.    Did you write this report?

Page 55

1        A.    It's my work, yes.

2        Q.    Okay.  And did anyone assist you with

3    the preparation of the writing of this report?

4        A.    Yes.  The attorneys used some of my

5    prior work.

6        Q.    When you say the attorneys, you are

7    referring to the attorneys representing

8    Ms. Bernier?

9        A.    Yes.

10        Q.    Did the attorneys provide a draft to

11    you for your use?

12        A.    After consultation, I asked them to

13    incorporate my previous work with them into this

14    declaration, yes.

15        Q.    Did you provide the attorneys with

16    copies of prior reports such that they could do

17    that?

18        A.    Yes.  They have that.  I've worked

19    with them before.

20        Q.    Okay.  On how many occasions have you

21    worked with attorneys at GLAD before?

22        A.    I would say at least half a dozen.

23        Q.    Have you ever worked with Attorney

24    Klein before?

25        A.    I'm sorry.  Would you repeat that?

Page 56

1          Q.    Have you ever worked with Attorney
2     Klein before?
3          A.    Yes.  I thought you said
4     attorney/client.  I'm sorry.  Yes.
5          Q.    I apologize.
6                Do you recall what jurisdiction or
7     state that case involved?
8          A.    Yes, Massachusetts.
9          Q.    And do you recall what reports
10    specifically you provided to Attorney Klein or
11    the attorneys at GLAD for their use in assisting
12    you?
13         A.    Yes.  The report in the Massachusetts
14    case.
15         Q.    Any other reports that you provided to
16    them?
17         A.    Yes.
18         Q.    What other reports?
19         A.    I don't know what jurisdiction the
20    other reports were in.
21         Q.    Okay.  So directing your attention to
22    the report itself, can you identify the sections
23    that the attorneys from GLAD used information
24    from prior reports to prepare?
25         A.    Yes.  Could you make that larger for

Page 57

1    me, please?

2                    If you scroll up, it would have

3    been the section on the Background on Gender

4    Identity, the diagnosis, the criteria from the

5    DSM-V, and the history of the diagnosis.

6        Q.    Okay.  So why don't we go through the

7    sections for a moment just so I'm clear.

8                    The first section, as I'll call

9    it, is entitled Expert Qualifications and

10   Experience.

11                   Do you see that?

12       A.    Yes.

13       Q.    That's found at Pages 1 through 3,

14   correct?

15       A.    Yes.

16       Q.    And that spans Paragraphs 1 through 5,

17   correct?

18       A.    Yes.

19       Q.    And was the information that's

20   contained within the section entitled Expert

21   Qualifications and Experience taken from other

22   reports that you have prepared?

23       A.    Some of this is new material.  I'm on

24   the -- if you scroll down a bit, some of this has

25   not been taken from previous reports.

Page 58

1          Q.    So, for example, where you state that
2     you are under contract to produce the third
3     edition of the text entitled Principles of
4     Transgender Medicine and Surgery, is that newer
5     information?
6          A.    Yes.
7          Q.    Anything else that is newer
8     information that would not have been included in
9     prior reports?
10         A.    No.  All of this is just my history.
11    My fees may be new here.  The last four years of
12    my testimony I would have provided to them.  This
13    background would be taken from prior work that
14    I've submitted.
15         Q.    Just to be clear on the record, the
16    section that's entitled Background on Gender
17    Identity, which spans from Page 3 through 4 and
18    runs from Paragraph 6 through 10, you're saying
19    that that would have been information that would
20    have been taken from other reports that you would
21    have prepared?
22         A.    Yes.
23         Q.    Okay.  All right.  Then if we move on
24    to Page 4 to the section entitled The History of
25    the Diagnosis of Gender Dysphoria in the

Page 59

1    Diagnostic and Statistical Manual of Mental

2    Disorders, which runs from Pages 4 through the

3    top of Page 9 and runs from Paragraphs 11 through

4    21, is that information that would have been sort

5    of taken or repurposed from other reports?

6         A.    Yes.

7         Q.    So not new information that you

8    drafted in connection with this report?

9         A.    Correct.

10        Q.    Then moving on to the top of Page 9,

11   where it's entitled The Medical Necessity of

12   Surgical Treatments for Gender Dysphoria, would

13   this be information contained within

14   Paragraphs 22 through 33 -- would that be

15   information taken from other reports?

16        A.    I'll have to go through this and

17   carefully read it for a moment.

18        Q.    Sure.

19        A.    Could you scroll down, please?

20        Q.    Yes.

21        A.    Okay.  None of this is new

22   information.

23        Q.    Okay.

24        A.    And this is all from the standards of

25   care.  That's not new either.

Page 60

1      Q.    Okay.

2      A.    This has all been in previous reports.

3            Okay.  If you'll stop for a

4  minute.  Okay.  I've written about this

5  previously.

6            You can scroll down, please.

7  Okay.  This has all been previously written

8  about.

9            Scroll down.  I've written about

10  all of this.

11            This is new, The Impact of Gender

12  Dysphoria on the Plaintiff's Life.

13      Q.    But stopping at Paragraph 33, which is

14  under the section of the medical necessity, that

15  would be all --

16      A.    33 would be new.

17      Q.    33 is new?

18      A.    I believe so, yes.

19      Q.    Okay.  It's the information about a

20  case involving a patient by the name of -- that

21  said someone told her you don't look like Roxanne

22  appears in the other reports that you have

23  authored, fair to say that that information would

24  not be new?

25      A.    It may appear in another report.  I'm

Veritext Legal Solutions
800-567-8658                                          973-410-4098

Page 61

1     not sure.  I know that I've spoken about this.  I
2     don't know that I've written about it.
3          Q.    All right.  So moving on to the
4     section entitled The Impact of Gender Dysphoria
5     on the Plaintiff's Life, which starts at Page 14
6     and spans from Paragraphs 34 through 37, would it
7     be fair to say that that information is new?
8          A.    Yes.
9          Q.    Now, what about Paragraph 34
10    specifically, is that information that would have
11    been taken from another report?
12         A.    No.
13         Q.    That was drafted specifically with
14    regard to the Lillian Bernier matter?
15         A.    Yes.
16         Q.    And what, if any, information did you
17    rely upon in drafting Paragraphs 34 through 37?
18         A.    My clinical experience and the
19    scientific literature.
20         Q.    Where you state in Paragraph 35 that
21    you understand that the plaintiff Lillian Bernier
22    is treated with estrogen therapy, what documents,
23    if any, did you rely upon for that statement?
24         A.    None.  I was advised about that from
25    the attorneys.

Page 62

1          Q.    And at Paragraph 36 where you state

2     that you understand that the plaintiff Lillian

3     Bernier intends to undergo vaginoplasty, which

4     includes orchiectomy, can you tell us where that

5     information was derived from?

6          A.    From the attorneys.

7          Q.    So given that this report was

8     primarily generated or brought together by

9     counsel, would it be fair to say that your role

10    in this was to draft Paragraphs 34 through 37?

11               MR. KLEIN:  Objection.

12               THE WITNESS:  No.  I would say that

13    all of this is my work, which I've originally

14    written, and that it was used again because none

15    of the information has changed.  The condition

16    hasn't changed.  The diagnostic criteria hasn't

17    changed since 2013.  The sequelae of untreated

18    gender dysphoria hasn't changed.  So none of this

19    was written by the attorneys.  It's all been

20    written by me, but it was written previously.

21    BY MS. MINICH:

22         Q.    Okay.  And I'm not suggesting that the

23    attorneys wrote this.  So certainly this is your

24    work product over a period of time, correct?

25         A.    Yes.

Page 63

1          Q.    Okay.  But in terms of the drafting of
2     this report that you signed on November 19th of
3     2024, the substantive information that you
4     included specifically for this report would have
5     been roughly I think you said Paragraphs 33
6     through 37, is that correct?
7                MR. KLEIN:  Objection.
8                THE WITNESS:  That's what I
9     contributed that I had not written previously.
10    BY MS. MINICH:
11         Q.    Thank you.
12                And how long did it take for you
13    to prepare Paragraphs 33 through 37?
14         A.    Well, I don't recall specifically, but
15    I would have worked on it for a while determining
16    the impact on the different organ systems of the
17    body.
18         Q.    And the impact of the different organ
19    systems in the body, is that something that you
20    had reviewed or worked on in connection with
21    previous matters?
22         A.    It's something I'm aware of in
23    previous matters.  For example, I've done
24    research on hypertension.  So the cardiovascular
25    health sentence, the last sentence on Number 35,

Page 64

```
 1      would come from a study I did with colleagues on

 2      hypertension.  Some of the other information is

 3      from work on post-traumatic stress disorder and

 4      the impact of cortisol, which I've also written

 5      about, in aging and disruption of the

 6      corticosteroids.

 7                  So it wouldn't have been something

 8      that I would have just written quickly, but it

 9      would have been something that I had familiarity

10      with and could draft, say, within an hour, hour

11      and a half.

12          Q.    Okay.  So going to the beginning of

13      your report for a moment, you state at

14      Paragraph 2 that you have evaluated, diagnosed,

15      and treated over 3,000 individuals with gender

16      dysphoria from 1980 to the present.

17                  Did I read that correctly?

18          A.    Yes.

19          Q.    And I don't think we touched on this

20      at the beginning.

21                  Could you tell us where -- strike

22      that.

23                  Are you employed today?

24          A.    Yes.  I'm self-employed.

25          Q.    And do you work under a d/b/a, or is
```

Page 65

1    there an entity set up?

2         A.    No.

3         Q.    So you work as Randi Ettner, Ph.D.?

4         A.    Correct, private practitioner.

5         Q.    And do you see patients in person?

6         A.    Since COVID, I would say 90 percent of

7    the patients I see are now virtual.

8         Q.    Do you have any office space in which

9    you see patients?

10        A.    Yes.

11        Q.    Where is that located?

12        A.    Currently, it's in my home.

13        Q.    So approximately ten percent of your

14   visits with patients are held in your home?

15        A.    Now, about five to ten percent.  It

16   used to be one hundred percent prior to COVID.

17        Q.    And can you estimate what percent of

18   your practice today is spent serving as an expert

19   witness?

20        A.    Well, this year it's been more than it

21   has typically.  So I would say now it's about 65

22   to 75 percent.

23        Q.    Serving as an expert witness versus

24   working as a clinical psychologist?

25        A.    Working as a clinician, seeing

Page 66

1    patients, supervising other mental health

2    professionals who are in practice.  I also do

3    some consulting work.  And one day a week, I do

4    writing and research.

5        Q.    So I just want to clarify that point.

6                When you used the percentage of 65

7    to 75, was that intended to be time spent working

8    as an expert or in your clinical practice?

9        A.    This year, it's been working as an

10   expert.

11       Q.    So that would be for 2025?

12       A.    Yes.

13       Q.    And would the same hold true in 2024?

14       A.    No.

15       Q.    What was the approximate percentage of

16   your time in 2024 that you served working as an

17   expert?

18       A.    Maybe 40, 45 percent.  I'm just

19   approximating.

20       Q.    And can you approximate what your

21   earnings were as an expert witness in 2024?

22       A.    Maybe $80,000.

23       Q.    What about year to date in 2025?

24       A.    I can't approximate that yet.

25       Q.    All right.  So directing your

Page 67

1    attention back to Exhibit Number 5, which is your

2    expert report, I'm going to direct your attention

3    to Paragraph 4 in which you state that in the

4    last four years you've testified as an expert at

5    trial or by deposition in the following cases,

6    and you've identified a number of different

7    cases, is that correct?

8         A.    Yes.

9         Q.    Those are cases all over the country,

10   correct?

11        A.    Yes.  There's some additional cases

12   that are not included in that.

13        Q.    Would those be cases that you

14   testified as an expert at trial or by deposition

15   since -- would it be like 2024 or 2025?

16        A.    Those would be two recent cases where

17   I've testified, one at trial and one at

18   deposition.

19        Q.    What were those cases about?

20        A.    One was about a school child who needs

21   accommodations, and one is an ongoing case that's

22   going to trial next month in May.

23        Q.    What are the allegations in that case?

24        A.    That is a prison case.

25        Q.    Do both cases involve transgender

Page 68

1    individuals?

2         A.    Yes.

3         Q.    So I'm going to direct your attention

4    to the bottom of Page 3, which is a section

5    entitled Background on Gender Identity.  You

6    begin that section at Paragraph 6 by defining the

7    term gender identity and saying it's a

8    well-established concept in medicine.

9               Do you see that there?

10        A.    Yes.

11        Q.    What is the authority or basis for

12   that statement?

13        A.    The fact that it's in Stedman's

14   Medical Dictionary and other medical

15   dictionaries, it's in pediatric endocrinology

16   consult books advising pediatricians about gender

17   identity in children, and it is widely accepted

18   in the medical profession.  As I mentioned

19   earlier, even Merriam-Webster has almost that

20   identical definition, as does the American

21   Psychology Dictionary.

22        Q.    As you move on in Paragraph 7 through

23   10, would you agree that there are no citations

24   or authorities provided for the assertions that

25   you've made?

Page 69

1      A.    Yes.

2      Q.    Did you review any journals or

3   authorities in reaching the opinions or

4   conclusions identified at Paragraphs 6 through

5   10?

6      A.    Those would be listed in the

7   bibliography that I believe I provided with this

8   report, which would be part of the sources I rely

9   on when I testify that are the bases for those

10  opinions.

11     Q.    Fair to say that Paragraphs 6 through

12  10 do not have any type of a footnote or a

13  reference to those citations or the sources that

14  you say appear in the bibliography?

15     A.    Yes.

16     Q.    I'm going to direct your attention to

17  the next section, which is entitled The History

18  of the Diagnosis of Gender Dysphoria in the

19  Diagnostic and Statistical Manual of Mental

20  Disorders.

21            We previously looked at and marked

22  the DSM-IV and DSM-V, correct?

23     A.    Yes.

24     Q.    And at Paragraph 15 you included the

25  diagnostic criteria for gender dysphoria in

Page 70

```
 1    adolescents and adults that we had looked at
 2    previously, correct?
 3         A.    Yes.
 4         Q.    And you had included Section A, as
 5    well as Section B in your report, correct?
 6         A.    Yes.
 7         Q.    But you did not include Section C that
 8    we had looked at as well, correct?
 9         A.    Does that refer to the specifiers?
10         Q.    Yes, it does.
11         A.    That's not a criteria.  I did not
12    include that.
13         Q.    Now, in your report at Paragraph 17,
14    you claim that there is a significant body of
15    scientific and medical research that gender
16    dysphoria has a physiological and biological
17    etiology, is that correct?
18         A.    Yes.
19         Q.    And you're not a medical doctor, as
20    you've told us, right?
21         A.    Correct.
22         Q.    You're not a biologist?
23         A.    I am not.
24         Q.    Have you authorized or published any
25    studies assessing the basis for the physiological
```

Page 71

1    or biological basis for gender dysphoria?

2         A.    Yes.

3         Q.    What are those studies?

4         A.    I've offered studies on the etiology

5    in an Italian medical textbook, in the three

6    medical and surgical textbooks that I have

7    produced, or I was an editor in a surgical

8    textbook.  And I believe that's -- yeah, I

9    believe that covers where I've published those.

10        Q.    Okay.  Now, in your report you rely,

11   in part, on a twin study that was published in

12   2013.

13              Do you recall that?

14        A.    Actually, there are several twin

15   studies.  There's only one mentioned here.  I

16   believe this is Diamond, who found a 33 percent

17   concordance in monozygotic twins, Heylens found a

18   39.1 percent concordance, and Coolidge, who did a

19   more powerful study, determined using

20   quantitative genetic modeling a 67 percent

21   contribution of genetics.  But here, I just

22   condensed the biological findings for the purpose

23   of this report.  But the twin studies are also

24   referenced on Page 457 of the DSM-V, which talks

25   about the heritability and the genetic influences

Page 72

1    even as early as 2013 when the DSM-V was

2    published.

3        Q.    And the study that you refer to in

4    Paragraph 18, would you agree that that was

5    published in the International Journal of

6    Transgenderism?

7        A.    The Diamond study, yes.

8        Q.    And would you agree that that journal

9    is now known as the International Journal of

10   Transgender Health?

11       A.    Yes.

12       Q.    And that that journal is related to

13   WPATH?

14       A.    Yes.

15       Q.    They are a partner organization with

16   WPATH?

17       A.    No.  I believe that whoever publishes

18   that journal publishes quite a few journals, and

19   WPATH just contracts with them for the

20   publication.

21       Q.    So if the International Journal of

22   Transgender Health suggests they are a partner

23   organization with WPATH, would you disagree with

24   that statement?

25       A.    Not if that's how they characterize

Page 73

1   their relationship.

2        Q.    Now, you mentioned earlier that you

3   had read the expert report prepared by Dr. Daniel

4   Weiss, correct?

5        A.    Yes.

6        Q.    And are you familiar with any of the

7   studies that he included within his report

8   relative to twins?

9        A.    I am aware of one of those studies.  I

10  haven't reviewed it carefully, but I am aware of

11  that study, yes.

12       Q.    Is that the Karaminis study?

13       A.    Yes.

14       Q.    You are familiar with that study?

15       A.    Well, by familiar, I would say that I

16  am aware of the basics of the study.  I would

17  have to review the study in its entirety to say

18  that I'm very familiar with it.

19       Q.    Okay.  Would you agree that that study

20  involved Swedish and Norwegian researchers who

21  examined a national patient registry for a

22  15-year period looking for twins who both had

23  gender dysphoria?

24       A.    It was a registry study, yes.  I agree

25  with that.

Page 74

1          Q.     Okay.  And would you agree that in
2     that 2022 study that the researchers found that
3     no same sex twins both had gender dysphoria?
4          A.     Yes.
5          Q.     And that they determined that
6     environmental influences were more likely to
7     explain the development of gender dysphoria?
8          A.     That was their conclusion, yes.
9          Q.     And you didn't cite to that study
10     within your report, correct?
11          A.     No, I did not.
12          Q.     Does that study inform your view at
13     all?
14          A.     It informs my view about that
15     particular registry, yes, about what they found
16     in that registry.  It doesn't, however, refute
17     the other studies and it has limitations.
18          Q.     Are you familiar with the grading
19     systems that are used for scientific evidence?
20          A.     Yes.
21          Q.     How would you grade the quality of the
22     Karaminis study compared to the quality of the
23     2013 study that you cited?
24          A.     I would have to -- well, the 2013
25     study was a clinical study.  It wasn't a registry

1   study.  So it benefits from knowing and having a

2   diagnosis of gender dysphoria in the twins.

3   Whereas, in the registry study, one of the

4   limitations would be that there might be stigma,

5   people would be undiagnosed, et cetera.  So

6   clinical studies would have more diagnostic

7   relevance, but I can't speak to the grading of

8   either one of those studies.

9       Q.    Okay.  Are you aware of the 2021

10  systematic review that was cited by Dr. Weiss in

11  his report?

12      A.    Which systematic review are you

13  referring to?

14      Q.    The systematic review of the human

15  neuroimaging literature?

16      A.    Is that the Gregario study?

17      Q.    What was the name you used?

18      A.    Gregario.

19      Q.    Exactly, yes.

20            Are you familiar with that study?

21      A.    Vaguely familiar with it.  I would

22  have to review it in depth to say that I am very

23  familiar with it.

24      Q.    Do you understand in that study that

25  the researchers concluded that it was not

1    possible to identify specific brain features

2    which consistently differ between cisgender and

3    transgender groups?

4         A.    My understanding is they found no

5    consistency, but that doesn't deny that there is

6    a biological basis.  They also listed, I believe,

7    six limitations of the study, which would account

8    for the inability to find the consensus across

9    the studies.  They left out a 2016 study, which

10   was a very significant contribution to the

11   literature.

12        Q.    Did that 2021 study inform your view

13   at all?

14        A.    No, because the study only found that

15   they didn't see consistent neuroanatomical

16   differences across the studies that they

17   examined.  So it indicates that there was a lack

18   of consistency, but it doesn't refute the idea

19   that there is a biological underpinning to the

20   condition or a possible combination of biological

21   underpinnings to the condition.

22        Q.    Are you aware of the scientific

23   position of the Endocrine Society cited by

24   Dr. Weiss in his report?

25        A.    I saw that opinion.  I thought it

Page 77

1    didn't really contextualize the Endocrine
2    Society's entire position.
3         Q.    You didn't reference that in your
4    report, correct?
5         A.    Correct.
6         Q.    Does that study inform your view?
7         A.    No, it does not.
8         Q.    Why not?
9         A.    Overall, the Endocrine Society's
10   recommendations do inform my views and they do
11   align with the WPATH recommendations, so, as a
12   whole, they do inform my views.
13        Q.    All right.  I'm going to direct your
14   attention back to Paragraph 18 of Exhibit Number
15   5, which is your report, and ask you a few
16   questions about some of the studies you say
17   establish a biological or genetic basis for
18   gender dysphoria.
19              In Paragraph 18 you state that in
20   addition, scientific investigation has found a
21   co-occurrence of gender dysphoria in families,
22   and that the Gomez-Gill report, I'll call it,
23   concluded that the probability of a sibling of a
24   transgender individual also being transgender was
25   five times higher than someone in the general

Page 78

1    population?

2         A.    Approximately five times higher, yes.

3         Q.    Your report says was five times

4    higher, correct?

5         A.    Correct.

6         Q.    And you are citing to a paper by

7    E. Gomez-Gill, et al., which is entitled

8    Familiarity of Gender Identity Disorder in

9    Non-Twin Siblings?

10         A.    Yes.

11         Q.    And I had an opportunity to look at

12    that paper.  I want to confirm that we're looking

13    at the same thing.  That was published in Volume

14    39 of the Archives of Sexual Behavior in 2010.

15    It looks like I have different page numbers than

16    you have listed there.  We have that it's on

17    Page 546 through 552 rather than 265 to 269 as

18    written in your report.

19              Do you know if that's just a

20    clerical error?

21         A.    I don't know.  I would have to go back

22    to the original source.

23         Q.    But is that the paper that you're

24    citing to that I just identified?

25         A.    I believe so.

Page 79

1          Q.    Okay.  So in looking at the abstract

2     of that study, it looks like they looked at 995

3     transsexual individuals in Spain and found that

4     12 pairs of transsexual non-twin siblings -- and

5     found 12 pairs of transsexual non-twin siblings.

6                    Do I have that correct?

7          A.    Yes.

8          Q.    And in that study the authors said

9     that the estimated prevalence of transsexualism

10    in siblings of transsexuals in the sample was

11    much higher than they had expected in the general

12    population in Spain.

13                    Does that sound accurate to you?

14         A.    Would you repeat that sentence again,

15    please?

16         Q.    Why don't I put it up so we are

17    looking at the same thing?

18         A.    Thank you.

19         Q.    Okay.  Are you able to see that?

20         A.    Yes.

21         Q.    All right.  So this is the title I was

22    referring to of the paper which has page numbers

23    of 546 through 552.

24                    Does this look to be the same

25    paper you were citing in your report?

Page 80

1          A.    Yes.
2          Q.    I'm going to direct your attention to
3     Page 549.
4                 Would you agree with me in the
5     study that the authors state that the estimated
6     prevalence of transsexualism in siblings of
7     transsexuals in our sample was much higher than
8     that expected in the general population in Spain?
9          A.    Yes.
10         Q.    And would you agree there's a
11    Footnote 3 that exists there?
12         A.    Yes.
13         Q.    Okay.  I'll blow this up a little bit
14    if it's easier.
15                 Footnote 3 reads, Statistical
16    comparison of two proportions was not performed
17    because of the low prevalence data in the general
18    population.
19                 Did I read that correctly?
20         A.    Yes.
21         Q.    So would you agree that in this paper
22    by Gomez-Gill, et al., they don't appear to have
23    quantitatively compared the results of their
24    study to the prevalence of the transsexuals in
25    the general population?

Page 81

1          A.    Yes.

2          Q.    So with that said, I'm going to direct

3     you back to your report, which I think is

4     Exhibit 5.

5               MS. MINICH:  I'll mark that study just

6     for the record as Exhibit 6.

7                         (Whereupon, Ettner Deposition

8                         Exhibit 6 was marked for

9                         identification.)

10    BY MS. MINICH:

11         Q.    So we'll go back to your report and

12    Paragraph 18 where you state that Gomez-Gill,

13    et al., concluded that the probability of

14    siblings of a transgender individual also being

15    transgender was five times higher than someone in

16    the general population, that there is no support

17    for that statement in the paper, correct?

18         A.    No.  I don't think that that is my

19    conclusion.  If you go back to that paper and go

20    to the beginning of the paper, you see in the

21    beginning of this paper they talk about the

22    probability of a sibling.  So even though there

23    wasn't a statistical -- a particular statistical

24    study that they ran like a chi-square to compare

25    an actual difference, they're talking about the

Page 82

1    probability given the prevalence in the siblings,

2    which the familial heritability has been reported

3    by other authors as well.  And if you scroll up,

4    you'll see that Antonio Guillamon is one of the

5    authors, and he is someone who has done quite a

6    bit of work in this area.  I've worked with him

7    in Madrid.  They have repeated this study and so

8    have others.  There are statistical ways of

9    determining these familial occurrences --

10   co-occurrences of GID.

11                   So, for instance, Green, in 2000,

12   studied the individual families and found a high

13   concordance within families.  So a father and a

14   daughter might both have gender incongruity

15   conditions.  Now, that would be difficult to

16   compare to the general population statistically

17   because statistically you would have to assume

18   that there would be zero concordance in a family.

19                   So the heritability factor has

20   been demonstrated in other studies, and that's

21   what's referred to here in this paragraph on

22   familial studies.

23       Q.    Would you agree that this study by the

24   authors had a number of limitations?

25       A.    This study?

Page 83

1          Q.     Correct.

2          A.     It should list the limitations, if we

3     scroll through it.

4          Q.     Right.  And I'm happy to point that

5     out to you.

6                    Do you have a memory that this

7     study had a number of limitations associated with

8     it in terms of the collection of the information?

9          A.     Every study has limitations and the

10    authors should publish those along with the

11    study.

12         Q.     And if the authors indicated that the

13    limitations meant that the diagnosis for some of

14    these individuals that were identified may not be

15    reliable, that's a possible limitation to the

16    study, correct?

17         A.     That would be a limitation, yes.

18         Q.     And going back to Exhibit Number 5 for

19    a moment, you also state in Paragraph 18, And, in

20    identical twins, there was very high likelihood

21    (33 percent) of both twins being transgender,

22    even when reared apart, demonstrating the role of

23    genetics in the development of gender dysphoria.

24                    Did I read that correctly?

25         A.     Yes.

Page 84

1        Q.    You cite to a paper by Diamond,
2    Milton?
3        A.    Milton Diamond, University of Hawaii.
4              MS. MINICH:  Okay.  I've got that
5    document here as well.  One second.
6                   We'll mark this as Exhibit 7.
7                        (Whereupon, Ettner Deposition
8                        Exhibit 7 was marked for
9                        identification.)
10   BY MS. MINICH:
11       Q.    Fair to say this is entitled
12   Transsexuality Among Twins:  Identity
13   Concordance, Transition, Rearing, and
14   Orientation?
15       A.    I'm sorry.  Was there a question?
16       Q.    I was asking just if you would confirm
17   that I read the title correctly.
18       A.    Yes, yes.
19       Q.    This is the study that you were
20   referring to --
21       A.    Yes.
22       Q.    -- in your affidavit or your paper?
23       A.    Yes.
24       Q.    And I'm going to direct your attention
25   to Page 26 of the study.

Page 85

1                    Would you agree that it says that

2        the study reports on 112 sets of twins within

3        which one or both had transitioned from one

4        gender to the other?

5            A.    Yes.

6            Q.    Again, starting at Page 26 where they

7        report on the results of this study, would you

8        agree that it says, 13 of the 39 male MZ,

9        monozygotic, or identical twin pairs 33.3 percent

10       were found to be concordant for transsexual

11       identity and 8 of the 25, or 22.8 percent, female

12       MZ identical twins were found concordant?

13           A.    Yes.

14           Q.    So the 33 percent that you reference

15       in Exhibit Number 5, your report, is only for

16       male identical twins and female is somewhat lower

17       at 22.8 percent?

18           A.    Correct.

19           Q.    And fair to say that the -- I

20       apologize for jumping back and forth -- that the

21       study goes on to say that there is a 28.38

22       percent concordance among the monozygotic, or

23       identical, male and female twins overall, is that

24       accurate?

25           A.    I'm sorry.  Could you make that a

Page 86

1    little larger?

2                    There is a 28.38 percent

3    concordance compared to a 0.34 among the DZ.

4        Q.    Okay.  So your affidavit where you say

5    there is a very high likelihood (33 percent) of

6    both twins being transgender, even when reared

7    apart, do you recall how many of the 112 sets of

8    twins in this study were reared apart?

9        A.    Three sets.

10       Q.    And on Page 27 of the study the

11   authors say among the responding twins, there

12   were three sets, as you point out, that have been

13   reared apart and were concordant in

14   transitioning.  One was a male set within which

15   the brothers were separated at birth, and another

16   was a set of males separated at age four, and the

17   third being a female set separated at age 14.

18                    Did I read that correctly?

19       A.    Yes.

20       Q.    So would it be fair to say that only

21   three out of the 112 sets of twins lived apart

22   and only two of those sets were separated before

23   puberty?

24       A.    Well, I'm assuming that puberty

25   occurred before age 14, yes.

Page 87

1          Q.    Okay.  And do you think that using two

2     sets of twins is sufficient to conclude that

3     there is a very high likelihood, 33 percent, of

4     both twins being transgender, even when reared

5     apart?

6          A.    I think the comparison is between MZ

7     twins and DZ twins and that that's the

8     heritability factor.  And the reared alone is

9     supplemental and interesting information, but

10     it's the difference between identical and

11     non-identical twins that supports the genetic

12     contribution to gender dysphoria or gender

13     congruity.

14               THE WITNESS:  I'm sorry.  Could I take

15     another brief break?

16               MS. MINICH:  Sure.  How much time do

17     folks want?

18               MR. KLEIN:  We do want to take a lunch

19     break at some point.  It's 12:20.

20               THE WITNESS:  It's 12:20 our time.

21               MS. MINICH:  How much time would you

22     want for that?

23               MR. KLEIN:  20 to 30 minutes,

24     30 minutes?

25               THE WITNESS:  20 to 30 minutes.

Page 88

1              MS. MINICH:   Okay.   Why don't we come

2       back at 12:50?

3              THE WITNESS:   Okay.

4                        (Whereupon, a break was

5                        taken.)

6       BY MS. MINICH:

7          Q.    Before we took a break, Dr. Ettner, we

8       were discussing your affidavit and specifically

9       Paragraph 18 in which you discussed what you call

10      the very high likelihood that identical twins

11      would be transgender, even when reared apart,

12      which you say demonstrates the role of genetics

13      in the development of gender dysphoria.

14                   Do you recall that?

15         A.    Yes.

16         Q.    We were looking at the Milton Diamond

17      paper in which he had looked at three sets of

18      identical twins.

19                   Do you recall that?

20         A.    Yes.

21         Q.    Is it your position that two to three

22      identical twins is sufficient for you to render

23      an opinion that there is a very high likelihood

24      that both twins being transgender, even when

25      reared apart, would be transgender?

1          A.    The importance of the study is that

2     identical twins have a high concordance for

3     gender incongruity compared to twins who are not

4     identical.  And if twins who are reared apart

5     also have congruence, well, that's just an

6     interesting and additional confirmation.  But

7     what is really salient is that the identical

8     twins have this concordance in this and the other

9     studies that I mentioned, including a very large

10    population-based study in Australia, where they

11    did the quantitative genetic modeling and they

12    found more than 60 percent.

13         Q.    So my question to you, Dr. Ettner:  Do

14    you believe that two to three sets of identical

15    twins is statistically sufficient for you to

16    render the opinion that there's a very high

17    likelihood that both twins would be transgender?

18         A.    I don't think my report says that the

19    three sets of twins who Diamond states were

20    reared apart, that that was statistically

21    significant.  I don't think I phrased that that

22    way in my report.

23               I think what my report states is

24    that the twin studies show a genetic contribution

25    to gender incongruity and that is amplified in

Page 90

1    the cases where twins who are reared apart also

2    have gender incongruity.  I don't think I said it

3    was statistically -- those three cases were

4    statistically significant in that equation.

5            Q.    Thank you.

6                   So also within Paragraph 18, which

7    I believe is Exhibit 5 of your report, you

8    reference an article by R. Green.

9                   Do you see that?

10           A.    Yes.

11           Q.    It is entitled Family Co-Occurrence of

12   Gender Dysphoria:  Ten Siblings or Parent-Child

13   Pairs.

14                  Did I read that correctly?

15           A.    Yes.

16           Q.    Are you citing to that Green article

17   in support of your statement that scientific

18   investigation has found a co-occurrence of gender

19   dysphoria in families?

20           A.    Yes.

21           Q.    And the study by Green, do you agree

22   that that contains ten brief vignettes?

23           A.    Yes.

24           Q.    Is it your position that a vignette is

25   sufficient to establish scientific investigation?

1          A.     It's qualitative data, not necessarily

2     quantitative.

3          Q.     And would you agree that the study

4     doesn't provide scientific support for a

5     biological basis for gender dysphoria?

6          A.     What I would say is that Green, as

7     early as 2000, was one of the first, if not the

8     first, to find heritability within families, and

9     that was later reproduced by others, including

10    someone that looked at 500 family trees.  But as

11    early as 2000, Green did document this

12    concordance of incongruities in diads in

13    families.

14         Q.     Did you cite any of those more robust

15    studies in your report?

16         A.     No.  I certainly could have, but I

17    didn't.  That wasn't really what the focus of my

18    report was.

19         Q.     Would you agree that the report by

20    Green was intended to stimulate studies of

21    families?

22         A.     I don't know what his intention was.

23    I can't speak to that.

24         Q.     Well, if the report itself or the

25    study says that that's what its intention was, do

Page 92

1    you have any reason to disagree with that?

2        A.    No, I don't.

3        Q.    So going back to your report for a

4    moment, so we're back to Exhibit 5, starting at

5    Paragraph 19, you don't cite to any authorities

6    that you are relying upon in support of the

7    opinion offered there, correct?

8        A.    Correct.

9        Q.    And I'll represent to you that there

10   was no bibliography produced in connection with

11   your report.

12               Can you tell us what the source is

13   for the statement or the opinion contained at

14   Paragraph 19?

15       A.    Can you scroll down a bit, please?

16               Just my own knowledge of the

17   development.

18       Q.    Would that be the same for Paragraph

19   21?

20       A.    More or less, yes.

21       Q.    Going on to the Medical Necessity

22   section of your report, would you agree that

23   Paragraphs 22 through 25 -- well, let me do

24   this -- 22 through 24 that appear on Page 9, that

25   there are no citations or references to any

Page 93

1    authority that you relied upon?

2                    MR. KLEIN:  Objection.

3                    THE WITNESS:  I haven't cited any

4    literature for those paragraphs.

5    BY MS. MINICH:

6         Q.    So would that be simply based on your

7    experience, I think as you had described it?

8         A.    Well, I think it's on my clinical

9    experience and the wealth of the literature,

10   which demonstrates high levels of suicidality,

11   and I think the DSM-V also discusses that the

12   concomitant anxiety and depression that are

13   attendant to the condition of gender dysphoria.

14        Q.    Have you cited to that wealth of

15   literature in your report?

16        A.    No.

17        Q.    Moving on to Paragraph 26, did you

18   provide any authority for that assertion or

19   opinion?

20        A.    No.

21        Q.    And in Paragraph 27 where you are

22   discussing the WPATH standards of care, you had

23   identified a number of different resolutions and

24   reports that span across Page 11 and end at the

25   top of Page 12.

Page 94

1            Did you review those reports or
2      guidelines or policy statements in preparation
3      for drafting this report?
4            A.    I have reviewed them previously.
5            Q.    At the top of Page 12, which is
6      Paragraph 28, there is no authority cited for
7      your opinion there, correct?
8            A.    Correct.
9            Q.    What about Paragraph 29, have you
10     cited any authority for your opinions there?
11           A.    No.
12           Q.    I'm going to direct your attention to
13     the last section, which is entitled The Impact of
14     Gender Dysphoria on the Plaintiff's Life.
15                 Now, you had told us earlier that
16     Paragraph 34 was a paragraph that was drafted
17     specifically in connection with this matter,
18     correct?
19           A.    Yes.
20           Q.    Okay.  And in that Paragraph 34, you
21     state that gender dysphoria can impact multiple
22     organ systems, and you go on to name those
23     systems, correct?
24           A.    Yes.
25           Q.    The first system you identify is

Page 95

```
 1    neurology.
 2                    Do I have that correct?
 3         A.    That's correct.
 4         Q.    You told us earlier you are not a
 5    neurologist or a medical doctor, right?
 6         A.    Correct.
 7         Q.    And you have not read any of Lillian
 8    Bernier's medical records, correct?
 9         A.    Correct.
10         Q.    Is it fair to say that you are not
11    able to opine as to whether or not gender
12    dysphoria has impacted Lillian Bernier's organ
13    system, including neurology?
14         A.    I wouldn't be able to opine on
15    anything that pertains directly to the Plaintiff
16    in this case, who I have not consulted with, nor
17    read her medical records.
18         Q.    So would that hold true for other
19    systems, including endocrinology, immunology,
20    hematology, gastrointestinal, and cardiology?
21         A.    This is the way gender dysphoria
22    affects systems in individuals.  However, for
23    some individuals, one system could be more
24    effective than another, and that would be not
25    possible for me to opine on.  So this is how the
```

Page 96

```
 1    various systems are impacted, but the extent of
 2    that impact is what I don't know.
 3         Q.   All right.  So Paragraph 34 is a
 4    general statement or proposition that you're
 5    making?
 6         A.    It's how the medical condition of
 7    gender dysphoria, if it's untreated, impacts
 8    systems, yes.
 9         Q.   What authority did you cite at
10    Paragraph 34 as to how those systems are
11    impacted?
12         A.   I haven't cited an authority.
13         Q.   All right.  In Paragraph 35 you say
14    that you understand that Lillian Bernier is
15    treated with estrogen therapy, correct?
16         A.   Yes.
17         Q.   Do you know how long Lillian Bernier
18    had been treated with estrogen therapy?
19         A.   No.
20         Q.   Do you know what levels of estrogen
21    therapy she has received over time?
22         A.   You mean the dosage of estrogen that
23    she receives --
24         Q.   Correct.
25         A.   -- or her hormonal levels of estrogen?
```

Page 97

```
1        I'm not understanding.
2            Q.    Dosage.
3            A.    No, I don't.
4            Q.    Fair to say you don't know what her
5        hormonal levels of estrogen today are either?
6            A.    Correct.
7            Q.    You don't know whether she's been
8        hormonally reassigned, correct?
9            A.    I don't know that.
10           Q.    Now, when you go on in that
11       Paragraph 35 to speak about the impact that
12       estrogen has on a system, is that a general
13       statement that you're making?
14           A.    It's general, yes.
15           Q.    It's not specific to Lillian Bernier?
16           A.    Correct.
17           Q.    Given that you haven't seen her or
18       reviewed her medical records, you are not able to
19       make or draw any opinions or conclusions as to
20       the impact, if any, estrogen therapy has had on
21       her or not, correct?
22           A.    I can make general statements, but I
23       can't say anything specifically about her,
24       correct.
25           Q.    And you have not included any
```

Page 98

1    authority for the general statements that you've

2    provided in Paragraph 35, correct?

3         A.    No.  I have not included those,

4    correct.

5         Q.    And in Paragraph 36 you state that you

6    understand that the plaintiff Lillian Bernier

7    intends to undergo a vaginoplasty, which includes

8    orchiectomy, correct?

9         A.    Yes.

10         Q.    And you describe what those procedures

11    entail, is that accurate?

12         A.    Yes.

13         Q.    Given that you haven't treated, met

14    Lillian Bernier, or reviewed any of her medical

15    records, would it be fair to say you are not in a

16    position to opine as to the medical necessity of

17    any of the treatment or surgery that's identified

18    in Paragraphs 35 and 36?

19         A.    For her personally?

20         Q.    Correct.

21         A.    I have not met her and I can't opine

22    on any particulars of her situation, only on the

23    general condition of gender dysphoria and its

24    impact.

25         Q.    You have not included any authority in

Page 99

1     Paragraph 36 either, correct?

2          A.    Would you scroll down, please?

3          Q.    I apologize.  Yes.

4          A.    I haven't cited anything to that, no.

5          Q.    So you're familiar with estrogen

6     hormone therapy, correct?

7          A.    Yes.

8          Q.    And I think that's otherwise known as

9     estradiol?

10         A.    Yes, that's one component of estrogen.

11    There's also estrone and estriol.  Typically,

12    estradiol is what patients receive for gender

13    care.

14         Q.    And would you agree that estradiol has

15    not been approved by the US FDA as safe and

16    effective to treat gender dysphoria?

17         A.    Yes.

18         Q.    Are you aware of any systematic

19    reviews or longitudinal studies concluding that

20    estrogen therapy to treat gender dysphoria

21    reduces the incidence of completed suicide in the

22    adult population?

23         A.    I'm sorry.  Would you repeat that

24    question?

25         Q.    Sure.

Page 100

1                    Are you aware of any systemic

2      reviews or longitudinal studies that conclude

3      that estrogen therapy used to treat gender

4      dysphoria reduces the incidence of completed

5      suicides in an adult population?

6          A.    Bauer has done studies on suicide

7      reduction following medical interventions.

8      That's one study I'm aware of.

9          Q.    Does the Bauer study include estrogen

10     therapy as a medical intervention?

11         A.    Medical intervention would include,

12     yes, hormonal protocols.

13         Q.    You did say earlier that you were

14     familiar with the grade scoring system that

15     Dr. Weiss had cited to?

16         A.    Yes.

17         Q.    How would you score the quality of the

18     evidence supporting a claim that estrogen therapy

19     reduces the incidence of completed suicides in

20     individuals diagnosed with gender dysphoria?

21         A.    I'm not able to grade that myself.  I

22     don't have that ability.

23         Q.    Do you know what the cost is for

24     estrogen therapy for gender dysphoria on a

25     monthly basis?

Page 101

```
 1          A.    It depends on how it's administered.
 2    I know that, for example, in prisons, it's a
 3    thousand dollars a year.
 4          Q.    And is that administered by oral or
 5    injection?
 6          A.    It's either or both.
 7          Q.    Now, in Dr. Weiss' report he notes
 8    that the guidelines for estrogen therapy
 9    gender-affirming treatment are a recommendation
10    of an estradiol level of 100 to 200 pg/ml, which
11    is ten times higher than that found in the normal
12    male.
13                    Are you aware of that
14    recommendation?
15          A.    Yes.
16          Q.    That's actually contained within the
17    WPATH standard of care?
18          A.    I believe so, yes.
19          Q.    Are you familiar with the term
20    supraphysiologic?
21          A.    Yes.
22          Q.    Does that generally mean that it's an
23    amount greater than found in one's body?
24          A.    Yes, in the body of that gender.
25          Q.    Correct.
```

Page 102

1          All right.  And does treating a
2     biological male with an estrogen gender-affirming
3     therapy result in a supraphysiologic level of
4     estrogen?
5          A.    Not compared to females.  Compared to
6     males, yes.
7          Q.    I'm going to refer you back to the
8     WPATH standards of care, which I think we marked
9     as Exhibit Number 2.  I'm going to direct your
10    attention to Appendix C and specifically Table 2.
11    I can blow that up a little bit.
12              Are you able to see that table on
13    the left okay?
14         A.    Yes.
15         Q.    Would you agree that that table
16    provides for risks associated with
17    gender-affirming hormone therapy?
18         A.    Yes.
19         Q.    Under the risk level, there's
20    different sort of categories of risk.
21              Do you see that?
22         A.    Yes.
23         Q.    All right.  Would you agree that it
24    states that there is a likely increased risk for
25    venous thromboembolism?

Page 103

1           A.    Yes.
2                   Could you scroll down so I know if
3       they are talking about trans women or trans men?
4       It's not clear from this section.
5                   Yes.
6           Q.    So you would agree that there is a
7       likely increased risk with estrogen-based
8       regimens of venous thromboembolism?
9           A.    Yes.
10          Q.    There's also a likely increased risk
11      of infertility when one is using an
12      estrogen-based regimen?
13          A.    Yes.
14          Q.    There is a likely increased risk of
15      hyperkalemia?
16          A.    Yes.
17          Q.    I'm not going to pronounce the next
18      one properly, hyperglyceridemia.
19          A.    Yes.
20          Q.    Is there a likely increased risk of
21      that using estrogen-based regimens?
22          A.    Yes.
23          Q.    As well as a likely risk of weight
24      gain?
25          A.    Yes.

Page 104

1          Q.    And then the factors of the risk level

2     changes slightly and states that there's a likely

3     increased risk of the presence of additional risk

4     factors and there are a number of things there.

5                    Do you see those to the right?

6          A.    I do.

7          Q.    And that would include cardiovascular

8     disease?

9          A.    Right, preexisting conditions, they

10    heighten the risk.

11         Q.    And are you aware of whether Lillian

12    Bernier has any preexisting cardiac conditions?

13         A.    I don't know.

14         Q.    If she did, there would be a

15    likelihood of an increased risk with that

16    underlying condition?

17         A.    That's possible.

18         Q.    There is also a likely increased risk

19    of cerebrovascular disease?

20         A.    If you're asking me if that's what's

21    written there, yes.

22         Q.    All right.  And meningioma?

23         A.    Yes.

24         Q.    Polyuria or dehydration?

25         A.    Yes.

Page 105

```
 1          Q.    Cholelithiasis?

 2          A.    Yes.

 3          Q.    Do you know what that is?

 4          A.    Yes.

 5          Q.    Okay.  My understanding is it's for

 6     gallstones or issues with gallbladder.

 7          A.    Yes.

 8          Q.    And the last one there is -- or last

 9     two are hypertension and erectile dysfunction.

10                Did I read those correctly?

11          A.    Yes.

12          Q.    So those are all potential or likely

13     increased risks if there's a presence of other

14     factors, correct?

15          A.    If there is a preexisting condition,

16     yes, and risk level.

17          Q.    These are all risks that exist at some

18     level with the use of an estrogen-based regimen,

19     correct?

20          A.    If there's a preexisting condition,

21     the risk of those conditions is heightened.

22          Q.    Well, not for the first category,

23     correct?

24          A.    Correct.

25                MR. KLEIN:  Bethany, could you scroll
```

Page 106

1    up so that we can see any indication of what the
2    bolded indications are?
3    BY MS. MINICH:
4         Q.    I'm not looking at Table 1, but I
5    don't know -- there's no key, so to speak, that
6    indicates that.
7              MR. HALEY:  I think it said it right
8    next to where it said Table 2, Risks Associated
9    With...
10              MS. MINICH:  Thank you.
11   BY MS. MINICH:
12        Q.    So bolded items are clinically
13   significant, do you see that language there?
14        A.    Yes.
15        Q.    So it would be clinically significant
16   that there would be a likely increased risk of
17   the venous thromboembolism or infertility --
18        A.    Yes.
19        Q.    -- with the use of an estrogen-based
20   regimen?
21        A.    Yes.  There's an increase of risk,
22   yes.
23        Q.    Okay.  Now, are you familiar with a
24   male-to-female vaginoplasty performed on a
25   biological male to treat gender dysphoria?

Page 107

1       A.      Yes.
2       Q.      And would you say that that is the
3    same surgery as a vaginoplasty performed on a
4    biological female?
5       A.      A vaginoplasty performed on a
6    biological female?
7       Q.      Correct.
8       A.      You mean in an oncological situation?
9       Q.      Yes.
10      A.      No, it is not the same.
11      Q.      And are you familiar with a penile
12   inversion vaginoplasty?
13      A.      Yes.
14      Q.      What does that entail?
15      A.      It involves removal of the scrotum,
16   the dissection of the penile skin and the
17   creation of a neovagina lined with the penile
18   skin and the preservation of nerves on the
19   creation of labia and clitoris.
20      Q.      Do you agree that patients who have
21   that procedure performed, that they have to
22   undergo an extensive regimen of post-surgery
23   dilation to prevent the closure of the neovagina?
24      A.      It's not necessarily extensive, but
25   initially it has to be consistent.

Page 108

1      Q.    Do you know roughly how much that
2   procedure costs?
3      A.    That varies from practitioner to
4   practitioner and geographically and whether and
5   how much of it is the patient's responsibility
6   and whether insurance covers that.
7      Q.    I'm going to direct your attention to
8   JAMA Surgery, Original Investigation.  This is a
9   research article by Jae Downing, Ph.D., et al.,
10  Spending and Out-of-Pocket Costs for Genital
11  Gender-Affirming Surgery in the US.
12     A.    Can you tell me what the date of this
13  article is?
14     Q.    July of '22.
15     A.    Thank you.
16     Q.    Have you seen this before?
17     A.    No.
18     Q.    I'm going to direct your attention to
19  Table 2, which has the median out-of-pocket and
20  total cost for a vaginoplasty by patient
21  characteristics.
22              Do you see that?
23     A.    Yes.
24     Q.    And to your point, there are numbers
25  across locations, but in terms of all

Page 109

1    characteristics, would you agree that the total
2    median cost included within this study is
3    $59,673?
4            A.    That's what it looks like here.
5                        Could you expand this or make it a
6    little larger for me?
7            Q.    Sure.
8            A.    And does this refer to the inversion
9    technique?
10           Q.    Yes, that is my understanding.
11                  MR. KLEIN:  Objection.
12   BY MS. MINICH:
13           Q.    Do you think that $60,000 is a
14   plausible estimate for the cost of the inversion
15   vaginoplasty?
16                  MR. KLEIN:  Objection.
17                  THE WITNESS:  I can't opine on the
18   surgical costs.
19   BY MS. MINICH:
20           Q.    You said you reviewed Dr. Weiss'
21   report.
22                        Do you recall reviewing the
23   paragraphs in which he discussed the risk of a
24   vaginoplasty?
25           A.    Yes.

Page 110

1          Q.    And do you disagree with anything he
2     said about those risks?
3          A.    I do.
4          Q.    What do you disagree with?
5          A.    Well, the current literature shows
6     that the risks of vaginoplasty are small.  One
7     study estimates or finds a little over five
8     percent.  There's almost no serious
9     complications, they are very rare, and that would
10    be a fistula, which is a very rare occurrence.
11    And with the inversion technique, where you are
12    not invading another system, as is the case with
13    another technique, there are very few
14    complications or the complications are very
15    manageable, dehiscence, infection.  Most of them
16    are resolved without any revision surgery.
17         Q.    Do you cite to any of those studies
18    within your report?
19         A.    No.  I don't believe I talked about
20    those complications in my report.
21         Q.    Are you aware of any studies for
22    systematic reviews that have concluded that a
23    vaginoplasty successfully reduce the incidence of
24    a completed suicide?
25         A.    Again, I would point to Bauer who has

Page 111

1    done that work.  I think that there was a

2    large-scale survey done that showed that after

3    surgery, there was reduced suicidal attempts.

4         Q.    Did you cite to Bauer in your report?

5         A.    No, I did not.

6         Q.    What are some of the common reasons

7    why a biological female who is not seeking to

8    transition would seek reconstructive

9    vaginoplasty?

10        A.    A biological female?

11        Q.    Correct.

12        A.    Seeking vaginoplasty?

13        Q.    Correct.

14        A.    I don't understand that because a

15   biological female would have a vagina.

16        Q.    A reconstructive vaginoplasty.

17        A.    It could be due to injury or a

18   congenital issue or an oncological issue.

19        Q.    Can a biological female undergo a

20   penile inversion?

21        A.    I think, no, they cannot.

22        Q.    And after a biological female has a

23   vaginoplasty, do they require the use of a

24   dilator?

25        A.    I don't know.  I think that would

Page 112

```
 1    depend on the individual.  I think there is one
 2    condition where they might have to dilate.
 3         Q.    You have never performed that
 4    procedure yourself, right?
 5         A.    Correct.
 6         Q.    Are you aware of any situations in
 7    which a biological female's vaginoplasty resulted
 8    in a rectovaginal fistula?
 9         A.    I'm not aware of that.
10         Q.    And to your knowledge, do biological
11    females who undergo a vaginoplasty often -- or do
12    they experience sterility as a side effect?
13         A.    I don't know.  I have no expertise in
14    biological females who undergo vaginectomy.
15         Q.    Going back to WPATH for a moment and
16    the guidelines that you've identified as being
17    the standards of care, do members of WPATH have
18    to sign a mission statement?
19         A.    I'm honestly not sure about that.  I
20    know at one point they did, but I don't know what
21    the current guidelines are.
22         Q.    Okay.  And to your knowledge, has
23    WPATH ever issued any public statements on laws
24    or policies or issues that are current issues, I
25    should say?
```

Page 113

```
 1              MR. KLEIN:  Objection.
 2              THE WITNESS:  I'm sorry.  Would you
 3      repeat that?
 4      BY MS. MINICH:
 5          Q.    Sure.
 6                  To your knowledge, has WPATH ever
 7      issued policy statements on current laws or
 8      issues?
 9              MR. KLEIN:  Objection.
10              THE WITNESS:  I don't know if they
11      issue policy statements on current laws or
12      issues.  I know that they have issued statements.
13      There is a medical necessity statement, for
14      example.  But, beyond that, I don't know.
15      BY MS. MINICH:
16          Q.    And to your knowledge, has WPATH taken
17      a policy position with respect to laws
18      restricting gender-affirming care for minors?
19          A.    WPATH would support gender-affirming
20      care for minors.  I don't know what their
21      position statement reads.
22          Q.    Okay.  And would you agree that you
23      don't need to be a doctor or a Ph.D. psychologist
24      to be a member of WPATH?
25          A.    You need to be a professional to be a
```

Page 114

1    member of WPATH, but you don't need to be a

2    physician or mental health provider.

3        Q.    Okay.  When WPATH was developing the

4    standards of care, did they have a conflicts of

5    interest policy?

6            MR. KLEIN:  Objection.

7                Are you referring to any

8    particular timeframe or version?

9    BY MS. MINICH:

10        Q.    Let's talk about Version 8 that we

11   were looking at earlier, the standards of care.

12               Was there a conflicts of interest

13   policy associated with Version 8?

14        A.    I don't know what the conflict of

15   interest policy was for Version 8.

16        Q.    I'm going to direct your attention

17   back to Exhibit Number 2 for a moment and to

18   Page S177, which has a section entitled Conflict

19   of Interest at the top there.

20               Do you see that?

21        A.    Yes.

22        Q.    And did WPATH follow that policy in

23   connection with the development of Version 8?

24            MR. KLEIN:  Objection.

25            THE WITNESS:  I don't know that they

Page 115

1      did or didn't.  I assume they did.  I know I

2      personally didn't have a conflict of interest.

3      BY MS. MINICH:

4           Q.    Okay.  And WPATH, in the Conflict of

5      Interest statement, specifically said that no

6      conflicts of interests were deemed significant or

7      consequential, correct?

8           A.    I see that there, yes.

9           Q.    Do you know whether anyone has ever

10     been excluded or screened from the WPATH 8

11     because of financial interest or conflict?

12          A.    Screened from what?  I'm sorry.

13          Q.    From their participation in WPATH 8?

14          A.    I don't know.

15          Q.    Do you know whether any WPATH 8

16     contributors involved in establishing the

17     standard of care or guidelines benefited

18     financially from providing gender-affirming care?

19          A.    I don't have any knowledge of that.

20          Q.    Do you know who Marci Bowers is?

21          A.    Yes.

22          Q.    Who is she?

23          A.    She is surgeon and she was

24     president -- I think she was the past president

25     of WPATH.

Page 116

1        Q.    Was she past president of WPATH when

2    developing the Version 8 guidelines?

3        A.    Well, it was a multiyear process.  She

4    would have been president for two years of that

5    process, but not the entire time.

6        Q.    And do you know whether Dr. Bowers

7    performs male-to-female vaginoplasties for gender

8    transition?

9        A.    Yes, I believe she does, yes.

10        Q.    And have you seen her bio?

11        A.    No.

12             MS. MINICH:  I'm going to show you a

13    document.

14                  I'm not sure what number we're up

15    to.  Are we on Exhibit 11?

16             THE COURT REPORTER:  Oh, I have 8 as

17    next.

18             MS. MINICH:  Oh, 8.  It might just be

19    me jumping ahead.

20                  We'll mark this as Exhibit 8.

21                    (Whereupon, Ettner Deposition

22                    Exhibit 8 was marked for

23                    identification.)

24    BY MS. MINICH:

25        Q.    This is a list of the Standards of

Page 117

1      Care 8 contributors for WPATH.

2                    Have you seen this before?

3           A.    No.

4                 MR. KLEIN:  Can I just ask a

5      clarifying question on the exhibits?  I have that

6      this would be 6.  Were those studies marked as

7      exhibits?  I didn't hear them marked as exhibits.

8                 MS. MINICH:  I don't know if anyone

9      was keeping track.  I was trying to.

10                     I have that those twins studies

11     were 6 and 7.

12                MR. KLEIN:  I didn't see that they

13     were marked, but that's helpful.  Thank you.

14     BY MS. MINICH:

15          Q.    I'm directing your attention to

16     Page 24 of 29 in what we've marked as Exhibit 8.

17                     Is it fair to say that that's your

18     photograph there?

19          A.    Yes.

20          Q.    All right.  You are listed as a

21     contributor?

22          A.    I guess, yes.

23          Q.    And that's your bio there?

24          A.    Yes.

25          Q.    We'll go back a couple pages to Marci

Page 118

1    Bowers.

2                    Do you see her?

3        A.    Yes.

4        Q.    In her bio it indicates and states

5    that she is a pelvic and gynecologic surgeon with

6    more than 30 years of experience and that she has

7    performed over 2,100 primary male-to-female

8    gender-affirming vaginoplasties and more than

9    3,400 gender-affirming surgeries.

10                   Did I read that correctly?

11       A.    Yes.

12       Q.    Okay.  Do you have any sense as you

13   sit here today as to how much Dr. Bowers has

14   earned over time performing those procedures?

15       A.    I do not.

16       Q.    If you were to assume a cost of about

17   $60,000 per surgery times the 2,100 that she

18   describes there, would you agree that that would

19   be $126 million?

20                   MR. KLEIN:  Objection.

21                   THE COURT:  I agree that the math is

22   right, but I think that 30 years ago the surgery

23   was significantly less.  We used to tell people

24   it was $14,000.  That was going back many years.

25   So that might not total.

```
                                              Page 119
 1    BY MS. MINICH:
 2         Q.    Understood.
 3              Assuming that Dr. Bowers earns a
 4    million dollars a year providing vaginoplasties,
 5    do you believe that that would present a
 6    financial conflict of interest?
 7              MR. KLEIN:  Objection.
 8              THE WITNESS:  I believe that
 9    Dr. Bowers is employed by a hospital.  I may be
10    wrong.  But, if so, she would receive a salary.
11    I don't know that she works privately any longer,
12    but I don't know.  That's just my understanding,
13    was that she was working at a hospital.
14    BY MS. MINICH:
15         Q.    To your knowledge, did WPATH or its
16    contributors ever ask attorneys from GLAD or any
17    other advocacy organizations to review the
18    proposed WPATH 8 guidelines before final
19    publication?
20         A.    I don't have any knowledge of that.
21         Q.    Do you know who Jennifer Levi is?
22         A.    Yes.
23         Q.    Is she affiliated with GLAD?
24         A.    Yes.
25         Q.    And I'm going to direct you back to
```

Page 120

1    Exhibit 2 for a moment, which is the

2    Acknowledgments section.

3                    Would you agree that they are

4    thanking various people in the Acknowledgments

5    section?

6         A.    I agree they are thanking people.  I

7    would have to read it for a minute.

8                    Yes, I see that.

9         Q.    It says, Legal Perspectives, and

10   Jennifer Levi is listed?

11        A.    I see her name there, yes.

12        Q.    Is it your understanding that medical

13   evidence-based organizations usually send drafts

14   for review to social justice lawyers?

15                MR. KLEIN:  Objection.

16                THE WITNESS:  I don't have any

17   information about that.

18   BY MS. MINICH:

19        Q.    To your knowledge, did the authors of

20   WPATH 8, including yourself, ever edit the

21   guidelines in response to any advice provided by

22   Jennifer Levi or anyone else at GLAD?

23        A.    I don't know about that.

24        Q.    Are you familiar with the litigation

25   entitled Boe v. Marshall out of Alabama?

Page 121

1          A.    I know there's litigation or there was

2     litigation out of Alabama, but I don't know the

3     name of it or the case.

4               MS. MINICH:  I'm going to share a

5     document with you that we will mark as Exhibit

6     Number 9.

7                         (Whereupon, Ettner Deposition

8                         Exhibit 9 was marked for

9                         identification.)

10    BY MS. MINICH:

11         Q.    I will represent to you that this is a

12    document that is available online in redacted

13    form from that litigation Boe v. Marshall in

14    Alabama.  This is Document 560-24.  That was an

15    exhibit in that litigation.

16               I'm going to direct you down to

17    Question 13, which is a question that appeared in

18    a questionnaire produced, I guess, at the chapter

19    committee.  This is my understanding some of the

20    committees involved in developing the WPATH 8

21    chapter.

22               Have you ever seen a survey or

23    questionnaire like this before?

24         A.    I don't think so, no.

25         Q.    So I'm going to direct you to Page 3

```
                                                Page 122
 1    of Exhibit 9 and to Question 13, which states,

 2    Please add any particular concern that you have

 3    about the content of your chapter.

 4                    And would you agree that in

 5    response there's an answer there that states, Our

 6    concerns, echoed by the social justice lawyers we

 7    spoke with, is that evidence-based review reveals

 8    little or no evidence and puts us in an untenable

 9    position in terms of affecting policy or winning

10    lawsuits?

11                    Did I read that correctly?

12        A.    Yes.

13        Q.    Have you ever seen this before?

14        A.    No.

15              MS. MINICH:  I'll show you another

16    document from the same case, which I'll mark as

17    Exhibit 10.

18                            (Whereupon, Ettner Deposition

19                            Exhibit 10 was marked for

20                            identification.)

21    BY MS. MINICH:

22        Q.    This is Docket 560-31, and this

23    includes some communications.  I'm just going to

24    direct your attention to one.

25                    Do you see at Pages 62 of
```

Page 123

1      Exhibit 10 there's a communication which starts

2      by saying, Thank you for putting this together;

3      you've done a great job with this.  Indeed, it is

4      important that such a statement is part of the

5      actual SOC.  And, indeed, the original Medical

6      Necessity Statement was specific to the US

7      because this was where we were experiencing the

8      problem with our obtuse and unhealthy system of

9      healthcare "coverage" and we needed a tool for

10     our attorneys to use in defending access to care

11     here?

12                  Did I read that correctly?

13          A.    Yes.

14          Q.    All right.  To your knowledge, did the

15     authors of WPATH 8 ever change any guidelines or

16     recommendations as a result of information

17     obtained from attorneys?

18          A.    I don't know.  I don't have knowledge

19     of that.

20          Q.    To your knowledge, have the authors of

21     WPATH ever changed any guidelines or

22     recommendations following a request from a former

23     political official in the United States?

24          A.    I heard a rumor to that effect, but I

25     don't have any knowledge about that.

Page 124

1          Q.    Do you know who Rachel Levine is?

2          A.    Yes.

3          Q.    Did she ever communicate with anyone

4    at WPATH about the draft guidelines, to your

5    knowledge?

6               MR. KLEIN:  Objection.

7               THE WITNESS:  I don't know.  I know

8    there was a public commentary opportunity, but I

9    don't know beyond that.

10              MS. MINICH:  Okay.  I'm showing you

11   what's been marked as Exhibit 11, which is

12   another document from the Alabama litigation.

13                        (Whereupon, Ettner Deposition

14                         Exhibit 11 was marked for

15                         identification.)

16   BY MS. MINICH:

17        Q.    This is Document 560-36.  I'm going to

18   direct your attention to Page 12, which is a

19   communication redacted in some form, but it's

20   referring to Standard of Care 8, which is the

21   WPATH standard, correct?

22        A.    Yes.

23        Q.    All right.  And in this e-mail the

24   author states, We sent the documents to Admiral

25   Levine, Minister of Health for the USA, for their

Page 125

1     views.  We had a meeting on Zoom last week as she
2     wanted to give us her feedback.  She liked the
3     SOC-8 very much but she was very concerned that
4     having ages (mainly for surgery) will affect
5     access to health care for trans youth and maybe
6     adults too.
7                   So fair to say that at least based
8     on this communication, it would appear that
9     members of WPATH were communicating with Admiral
10    Levine about the guidelines?
11                  MR. KLEIN:  Objection.
12                  THE WITNESS:  It appears that there
13    was communication from what I see on this screen.
14    BY MS. MINICH:
15         Q.    Do you know whether the authors of
16    WPATH ever changed their guidelines or
17    recommendations as a result of the communications
18    with Admiral Levine?
19         A.    I don't know that.
20         Q.    To your knowledge, has WPATH ever
21    suppressed scientific studies or reviews it
22    commissioned that did not support their claims
23    that hormone therapy or surgical intervention are
24    medically necessary to treat gender dysphoria?
25                  MR. KLEIN:  Objection.

Page 126

1                 THE WITNESS:  I'm sorry.  Would you
2    repeat that?
3    BY MS. MINICH:
4         Q.    Sure.
5                 To your knowledge, has WPATH ever
6    suppressed scientific studies or reviews that it
7    commissioned because they did not support their
8    claims that hormone therapy and surgical
9    interventions are medically necessary to treat
10   gender dysphoria?
11                MR. KLEIN:  Objection.
12                THE WITNESS:  I have no knowledge
13   about that.
14   BY MS. MINICH:
15        Q.    Are you aware of reviews, commissioned
16   reviews, that WPATH had conducted by John Hopkins
17   University?
18        A.    Yes.  WPATH contracted with Johns
19   Hopkins to do reviews, and that was when I was
20   still on the board.  So, yes, I do have knowledge
21   about that.
22        Q.    Do you recall reading what Dr. Weiss
23   had to say about those commissioned reviews in
24   his affidavit or report?
25        A.    I don't specifically recall that, no.

Page 127

1          Q.    Do you understand that court documents

2     revealed that WPATH interfered with and blocked

3     publication of those Johns Hopkins reviews?

4                MR. KLEIN:  Objection.

5                THE WITNESS:  I don't have any

6     knowledge about that.

7     BY MS. MINICH:

8          Q.    Do you have any understanding that

9     court documents have found that the systematic

10    reviews conducted by Johns Hopkins revealed

11    little to no evidence to support the WPATH

12    guidelines in children and adolescents?

13               MR. KLEIN:  Objection.

14               THE WITNESS:  I wasn't involved in the

15    children and adolescents section, so I don't

16    really have any firsthand knowledge about that.

17    BY MS. MINICH:

18         Q.    I think you said you were the

19    secretary of WPATH for a number of years, is that

20    correct?

21         A.    Yes.

22         Q.    Did you ever learn in that capacity

23    that there was any concern by WPATH that

24    publication of the Johns Hopkins reviews or that

25    they had conducted that they would negatively

Page 128

1    affect the provision of transgender health care

2    in the broadest of sense?

3        A.    No.  I remember that some members of

4    the board were unhappy with the person we were

5    working with from Johns Hopkins.  But my tenure

6    on the board ended before really much of the

7    production of the SOC-8 occurred.  So most of my

8    knowledge is limited to what happened in my own

9    particular group and not what went on with the

10   evidence review.

11       Q.    If, in fact, WPATH did not disclose

12   that information because it negatively affected

13   the guidelines that they were putting out, would

14   you agree that that would have interfered with

15   the scientific process?

16            MR. KLEIN:  Objection.

17            THE WITNESS:  Hypothetically, I think

18   that it's not good to suppress scientific

19   information.  I don't know anything about that in

20   relation to the Standards of Care 8.

21            MS. MINICH:  All right.  If we can

22   take maybe like a five- or ten-minute break, and

23   then I think I'm about done.

24            MR. KLEIN:  Okay.  Great.  Thank you.

25

Page 129

1              (Whereupon, a break was

2                   taken.)

3         MS. MINICH:  I just have one or two

4    questions for you.

5    BY MS. MINICH:

6         Q.   We were speaking earlier today about

7    the DSM-IV and DSM-V manuals.

8              Do you recall that?

9         A.   I do.

10        Q.   Specifically we talked about the

11   criteria for gender identity disorder that

12   appeared in DSM-IV and the criteria for gender

13   dysphoria in adolescents and adults that appears

14   in DSM-V.

15             Do you recall that?

16        A.   I do.

17        Q.   Do you agree that the criteria for

18   gender dysphoria in adolescents and adults that

19   appears in DSM-V is more narrow than the criteria

20   for gender identity disorder under DSM-IV?

21             MR. KLEIN:  Objection.

22             THE WITNESS:  I don't necessarily

23   agree with that.

24             MS. MINICH:  That's all I have.  Thank

25   you.

Page 130

1                    MR. KLEIN:  Thank you.  No questions.

2                    MS. MINICH:  Wendy, we'll take an

3          electronic.  That's fine.

4                    MR. KLEIN:  We'll take just a

5          transcript.  And you'll circulate the exhibits?

6                    THE COURT REPORTER:  Yes, I'll attach

7          the exhibits.

8                       FURTHER DEPONENT SAITH NOT.

9                              (The deposition concluded at

10                             2:14 p.m. CST)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                         (RESERVED)

Page 131

1    STATE OF ILLINOIS )

                      )  SS:

2    COUNTY OF C O O K )

3         I, Wendy A. Killen, a certified shorthand

4    reporter in the State of Illinois, do hereby

5    certify:

6         That prior to being examined, the witness

7    in the foregoing proceedings was by me duly sworn

8    to testify to the truth, the whole truth, and

9    nothing but the truth;

10        That said proceedings were taken remotely

11   before me at the time and places therein set

12   forth and were taken down by me in shorthand and

13   thereafter transcribed into typewriting under my

14   direction and supervision;

15        I further certify that I am neither counsel

16   for, nor related to, any party to said

17   proceedings, not in anywise interested in the

18   outcome thereof.

19        In witness whereof, I have hereunto

20   subscribed my name.

21   Dated:  May 14, 2025

22   *Wendy A. Killen*

23

     Wendy A. Killen, CSR, RPR

24   CSR No. 84-003772

25

```
                                              Page 132

 1    Bennett Klein, Esq.

 2    bklein@glad.org

 3                        May 14, 2025

 4    RE: Bernier, Lillian v. Turbocam Inc.

 5        4/30/2025, Randi Ettner , Phd (#7344710)

 6        The above-referenced transcript is available for

 7    review.

 8        Within the applicable timeframe, the witness should

 9    read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    (Erratas-CS@veritext.com).

16     Return completed errata within 30 days from

17    receipt of testimony.

18      If the witness fails to do so within the time

19    allotted, the transcript may be used as if signed.

20

21

22                    Yours,

23                    Veritext Legal Solutions

24

25
```

Page 133

1    Bernier, Lillian v. Turbocam Inc.

2    Randi Ettner , Phd (#7344710)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____    _____

24   Randi Ettner , Phd                      Date

25

Page 134

1    Bernier, Lillian v. Turbocam Inc.

2    Randi Ettner , Phd (#7344710)

3              ACKNOWLEDGEMENT OF DEPONENT

4       I, Randi Ettner , Phd, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   Randi Ettner , Phd                      Date

13   *If notary is required

14                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                   _____ DAY OF _____, 20___.

16

17

18                   _____

19                   NOTARY PUBLIC

20

21

22

23

24

25

**[0.34 - 34]** rightPage 1

**0**

**0.34** 86:3
**00523** 1:5
**01940** 2:9
**02108** 2:5
**084-003772**
 1:24

**1**

**1** 3:9 8:16,18
 9:4 57:13,16
 106:4
**10** 3:21 58:18
 68:23 69:5,12
 122:17,19
 123:1
**100** 101:10
**10:09** 1:17
**11** 3:22 11:3
 35:13 36:20,25
 59:3 93:24
 116:15 124:11
 124:14
**112** 85:2 86:7
 86:21
**116** 3:19
**11828** 131:23
**12** 14:13 40:24
 79:4,5 93:25
 94:5 124:18
**121** 3:20
**1214** 5:18
**122** 3:21

**124** 3:22
**126** 118:19
**12:10** 45:3
**12:20** 87:19,20
**12:50** 88:2
**13** 8:24 14:13
 85:8 121:17
 122:1
**14** 61:5 86:17
 86:25 131:21
 132:3
**14,000** 118:24
**15** 53:25 69:24
 73:22
**1600** 2:13
**17** 70:13
**17th** 2:18
**18** 2:4 72:4
 77:14,19 81:12
 83:19 88:9
 90:6
**19** 92:5,14
**1977** 8:4
**1980** 64:16
**19th** 54:14,23
 63:2
**1:2023** 1:5

**2**

**2** 3:10 13:21
 33:8,21 37:24
 64:14 102:9,10
 106:8 108:19
 114:17 120:1

**2,100** 118:7,17
**20** 87:23,25
 134:15
**200** 2:9 101:10
**2000** 82:11
 91:7,11
**20006** 2:19
**2001** 2:13
**2010** 78:14
**2013** 62:17
 71:12 72:1
 74:23,24
**2016** 76:9
**2017** 14:4,6
**2018** 9:24
**2020** 9:24
**2021** 75:9
 76:12
**2022** 74:2
**2024** 13:25
 14:4 54:14,23
 63:3 66:13,16
 66:21 67:15
**2025** 1:16
 66:11,23 67:15
 131:21 132:3
**21** 59:4 92:19
**22** 59:14 92:23
 92:24 108:14
**22.8** 85:11,17
**24** 92:24
 117:16
**25** 19:19 85:11
 92:23

**26** 84:25 85:6
 93:17
**260** 34:3
**265** 78:17
**269** 78:17
**27** 86:10 93:21
**28** 94:6
**28.38** 85:21
 86:2
**29** 94:9 117:16
**2:14** 130:10

**3**

**3** 3:13 47:12,15
 50:9,10,24,25
 57:13 58:17
 68:4 80:11,15
 121:25
**3,000** 64:15
**3,400** 118:9
**30** 1:16 5:2
 19:19,19 87:23
 87:24,25 118:6
 118:22 132:16
**33** 3:12 59:14
 60:13,16,17
 63:5,13 71:16
 83:21 85:14
 86:5 87:3
**33.3** 85:9
**34** 61:6,9,17
 62:10 94:16,20
 96:3,10

**[35 - acknowledgments]**

**35**  61:20 63:25
96:13 97:11
98:2,18
**350**  2:18
**36**  62:1 98:5,18
99:1
**37**  61:6,17
62:10 63:6,13
**39**  78:14 85:8
**39.1**  71:18

**4**

**4**  3:14 48:17,19
48:24 49:23
58:17,24 59:2
67:3
**4/30/2025**
132:5
**40**  18:2 19:15
20:17,18,20,23
20:25 21:2,13
22:1 66:18
**45**  66:18
**457**  71:24
**47**  3:13
**48**  3:14
**4th**  48:3

**5**

**5**  3:4,15 54:4,6
57:16 67:1
77:15 81:4
83:18 85:15
90:7 92:4

**500**  91:10
**54**  3:15
**546**  78:17
79:23
**549**  80:3
**552**  78:17
79:23
**560-24**  3:20
121:14
**560-31**  3:21
122:22
**560-36**  3:22
124:17
**576**  49:22
**581**  48:23
49:10
**59,673**  109:3
**5th**  47:2

**6**

**6**  2:9 3:16
48:25 58:18
68:6 69:4,11
81:6,8 117:6
117:11
**60**  89:12
**60,000**  109:13
118:17
**62**  122:25
**65**  65:21 66:6
**67**  71:20

**7**

**7**  3:17 68:22
84:6,8 117:11
**7344710**  132:5
133:2 134:2
**75**  65:22 66:7
**75075**  2:14

**8**

**8**  3:9,12,18
11:6 33:23
85:11 114:10
114:13,15,23
115:10,13,15
116:2,16,18,20
116:22 117:1
117:16 119:18
120:20 121:20
123:15 124:20
125:3 128:7,20
**80,000**  66:22
**801**  2:18
**81**  3:16
**84**  3:17
**84-003772**
131:24

**9**

**9**  3:20 59:3,10
92:24 121:6,8
122:1
**90**  65:6
**950**  2:4

**995**  79:2

**a**

**a.m.**  1:17
**abbreviation**
9:20
**ability**  100:22
**able**  8:21 32:4
33:11,14 79:19
95:11,14 97:18
100:21 102:12
**above**  20:20
132:6 134:7
**absolutely**  6:23
**abstract**  79:1
**accepted**  40:22
68:17
**access**  123:10
125:5
**accommodati...**
67:21
**account**  76:7
**accuracy**  132:9
**accurate**  13:5
13:25 14:16
28:22 34:5
54:1 79:13
85:24 98:11
**acknowledge...**
134:3
**acknowledg...**
132:12
**acknowledg...**
120:2,4

actors  14:15,22
actual  81:25
  123:5
actually  71:14
  101:16
add  51:2 122:2
addition  77:20
additional
  67:11 89:6
  104:3
additions  134:6
address  5:16
administered
  101:1,4
admiral  124:24
  125:9,18
adolescents
  50:24 70:1
  127:12,15
  129:13,18
adrenal  50:5
adult  29:13
  99:22 100:5
adult's  30:10
  30:13
adults  29:7,8
  50:24 70:1
  125:6 129:13
  129:18
advice  120:21
advised  61:24
advising  68:16
advocacy
  119:17

affect  125:4
  128:1
affected  128:12
affecting  122:9
affects  95:22
affidavit  18:25
  19:3 84:22
  86:4 88:8
  126:24
affiliated
  119:23
affiliations
  11:4 14:13
affirming
  17:17 25:9,12
  42:11,15,20
  43:9 44:15,20
  101:9 102:2,17
  108:11 113:18
  113:19 115:18
  118:8,9
age  86:16,17,25
agency  34:18
  35:10
ages  125:4
aging  64:5
ago  118:22
agree  26:5,7,22
  38:13,21 39:10
  39:20 40:8
  41:2 46:12,15
  49:14 50:17
  52:13 68:23
  72:4,8 73:19

73:24 74:1
  80:4,10,21
  82:23 85:1,8
  90:21 91:3,19
  92:22 99:14
  102:15,23
  103:6 107:20
  109:1 113:22
  118:18,21
  120:3,6 122:4
  128:14 129:17
  129:23
agreement  4:5
  4:6,9,14
ahead  116:19
al  78:7 80:22
  81:13 108:9
alabama
  120:25 121:2
  121:14 124:12
align  77:11
allegation  44:6
allegations
  67:23
allotted  132:19
american  46:25
  68:20
amount  101:23
amplified
  89:25
anatomical
  39:23
androgen  50:4

animals  27:3
  27:25 28:2
anomaly  30:5
answer  6:11
  7:4 27:19
  122:5
answers  6:15
antonio  82:4
anxiety  93:12
anywise  131:17
apart  83:22
  86:7,8,13,21
  87:5 88:11,25
  89:4,20 90:1
apologize  35:11
  56:5 85:20
  99:3
appear  12:13
  15:13,17 30:5
  31:20 36:19
  37:16 38:5
  40:19 60:25
  69:14 80:22
  92:24 125:8
appearances
  2:1
appeared  14:22
  15:4,9,20 16:4
  121:17 129:12
appearing  1:14
  1:25 15:25
  16:1
appears  29:1,2
  38:18 49:19

60:22 125:12
129:13,19
**appended**
134:7
**appendix** 37:24
38:24 102:10
**applicable**
132:8
**appropriate**
43:4
**approved**
99:15
**approximate**
66:15,20,24
**approximately**
17:25 18:2,11
19:11,14,16
20:11,23 65:13
78:2
**approximating**
66:19
**april** 1:16
**archives** 78:14
**area** 36:7 40:21
82:6
**article** 12:25
13:10 90:8,16
108:9,13
**aside** 5:21
36:16
**asked** 6:6 13:10
55:12
**asking** 84:16
104:20

**assertion** 93:18
**assertions**
68:24
**assessed** 53:7
**assessing** 70:25
**assigned** 28:8
28:13 32:14
39:7 45:18,24
**assignment**
24:14
**assist** 55:2
**assisting** 56:11
**associated**
11:24 39:7
83:7 102:16
106:8 114:13
**association**
9:13 13:23
**association's**
47:1
**assume** 6:12
53:12 82:17
115:1 118:16
**assuming** 86:24
119:3
**attach** 130:6
**attached**
132:11
**attempts** 111:3
**attendant**
93:13
**attention** 11:2
37:23 39:14
48:22 49:22,25

50:23 53:19
54:9 56:21
67:1,2 68:3
69:16 77:14
80:2 84:24
94:12 102:10
108:7,18
114:16 117:15
122:24 124:18
**attorney** 4:7,9
5:21 22:8
55:23 56:1,4
56:10 132:13
**attorneys** 4:3
23:20,21 55:4
55:6,7,10,15,21
56:11,23 61:25
62:6,19,23
119:16 123:10
123:17
**atypical** 39:24
40:3
**audible** 6:16
**australia** 89:10
**author** 32:23
124:24
**authored** 45:11
60:23
**authorities**
68:24 69:3
92:5
**authority** 68:11
93:1,18 94:6
94:10 96:9,12

98:1,25
**authorized**
70:24
**authors** 79:8
80:5 82:3,5,24
83:10,12 86:11
120:19 123:15
123:20 125:15
**available**
121:12 132:6
**aware** 25:7,12
25:16 29:25
30:18 31:11
43:20 46:2
51:9 63:22
73:9,10,16
75:9 76:22
99:18 100:1,8
101:13 104:11
110:21 112:6,9
126:15
**awareness**
27:25

| **b** |
|---|

**b** 37:24 38:25
49:12 64:25
70:5
**bachelor's** 7:10
**back** 11:15
14:12 45:3
47:24 50:9
67:1 77:14
78:21 81:3,11

**[back - break]** Page 5

81:19 83:18
85:20 88:2
92:3,4 102:7
112:15 114:17
117:25 118:24
119:25
**background**
7:9 57:3 58:13
58:16 68:5
**bad** 43:1
**balls** 40:24
**based** 26:10
28:15 89:10
93:6 103:7,12
103:21 105:18
106:19 120:13
122:7 125:7
**bases** 69:9
**basic** 40:8
**basics** 73:16
**basis** 41:20
68:11 70:25
71:1 76:6
77:17 91:5
100:25
**bauer** 100:6,9
110:25 111:4
**beginning** 4:7
64:12,20 81:20
81:21
**behalf** 4:10
23:6
**behavior** 78:14

**believe** 9:24
12:8,9,11 15:6
21:4 22:18
27:10 46:18
60:18 69:7
71:8,9,16
72:17 76:6
78:25 89:14
90:7 101:18
110:19 116:9
119:5,8
**ben** 4:11
**benefited**
115:17
**benefits** 75:1
**bennett** 2:3
132:1
**bernier** 1:3
4:13 23:6,23
24:1,4,21 25:3
25:8 45:13,20
46:5,19 53:6,9
53:15 55:8
61:14,21 62:3
96:14,17 97:15
98:6,14 104:12
132:4 133:1
134:1
**bernier's** 24:7
24:10,13 95:8
95:12
**best** 6:8
**bethany** 2:8 4:9
4:17 33:13

105:25
**better** 38:9
**beyond** 113:14
124:9
**bibliography**
69:7,14 92:10
**binary** 38:16
**bio** 116:10
117:23 118:4
**biological** 26:7
28:7,12 45:20
70:16 71:1,22
76:6,19,20
77:17 91:5
102:2 106:25
107:4,6 111:7
111:10,15,19
111:22 112:7
112:10,14
**biologically**
27:14
**biologist** 16:18
70:22
**biology** 25:23
26:6,23 27:1
**birth** 28:4,6,8
28:13,15 32:12
32:15 39:7
40:19 45:19,24
86:15
**bit** 34:1 38:8
57:24 80:13
82:6 92:15
102:11

**bklein** 2:5
132:2
**blindness** 41:24
**blocked** 127:2
**blood** 29:18,20
**blow** 38:8
80:13 102:11
**board** 12:4,15
13:4 126:20
128:4,6
**boards** 13:14
**body** 45:25
63:17,19 70:14
101:23,24
**boe** 120:25
121:13
**bolded** 106:2
106:12
**books** 68:16
**born** 38:14
**boston** 2:5
**bottom** 11:5
34:3 39:17
68:4
**bowers** 115:20
116:6 118:1,13
119:3,9
**boyden** 2:17
**brain** 27:7 76:1
**break** 7:3,6
44:25 45:7
87:15,19 88:4
88:7 128:22
129:1

brief  87:15
  90:22
briefly  22:8
broadest  128:2
brothers  86:15
brought  8:9
  62:8
byron  2:13

**c**

c  49:12,15 70:7
  102:10 131:2
call  57:8 77:22
  88:9
called  20:7 37:1
  48:1
canadian  15:6
candidate
  44:23
capacity  14:25
  15:13,17,21
  17:11,15 42:8
  42:18 43:6,22
  44:2 127:22
cardiac  104:12
cardiology
  95:20
cardiovascular
  63:24 104:7
care  11:7,12
  18:19 31:2,7
  32:24 33:22
  34:12,22 35:3
  35:20 36:11,14

36:19 38:2
39:15 59:25
93:22 99:13
101:17 102:8
112:17 113:18
113:20 114:4
114:11 115:17
115:18 117:1
123:10 124:20
125:5 128:1,20
carefully  59:17
73:10
case  8:15 15:10
  15:12 18:14,16
  20:13 44:1,6
  44:22 56:7,14
  60:20 67:21,23
  67:24 95:16
  110:12 121:3
  122:16
cases  19:21
  20:5 30:4
  49:17 67:5,7,9
  67:11,13,16,19
  67:25 90:1,3
categories
  102:20
category  11:16
  105:22
cavo  2:8
cerebrovascu...
  104:19
certain  22:18

certainly  62:23
  91:16
certification
  11:9
certified  10:20
  10:24 11:6,10
  131:3
certify  131:5,15
cetera  75:5
chair  10:2,10
  34:13
change  43:15
  123:15 133:4,7
  133:10,13,16
  133:19
changed  62:15
  62:16,17,18
  123:21 125:16
changes  104:2
  132:10 134:6
chapter  34:13
  34:21,24 35:13
  36:5,20,25
  37:17 121:18
  121:21 122:3
characteristics
  38:15 108:21
  109:1
characterize
  72:25
chi  81:24
child  67:20
  90:12

children  16:5,9
  40:18 68:17
  127:12,15
cholelithiasis
  105:1
chromosomal
  39:23
chromosomes
  27:6
circulate  130:5
cisgender
  30:23 76:2
citations  68:23
  69:13 92:25
cite  74:9 84:1
  91:14 92:5
  96:9 110:17
  111:4
cited  49:5,7
  74:23 75:10
  76:23 93:3,14
  94:6,10 96:12
  99:4 100:15
citing  78:6,24
  79:25 90:16
claim  28:24
  70:14 100:18
claims  125:22
  126:8
clarification
  54:22
clarify  66:5
clarifying
  117:5

classes  25:23
classified  26:8
classify  27:3
clear  57:7
  58:15 103:4
clearly  6:20
clerical  78:20
client  56:4
cliff  2:12
clinical  8:2 9:9
  9:10 13:20
  15:14,17,22
  17:11,15 21:1
  30:24 31:14,24
  42:8,18 43:7
  43:23 53:7
  61:18 65:24
  66:8 74:25
  75:6 93:8
clinically  32:5
  106:12,15
clinician  65:25
clitoris  107:19
closure  107:23
cmartin  2:15
cnn  15:6
colleagues  64:1
collection  83:8
combination
  76:20
come  13:24
  45:3 64:1 88:1
commentary
  124:8

commissioned
  125:22 126:7
  126:15,23
committee  10:2
  10:11 11:18,23
  32:20 121:19
committees
  13:18 121:20
common  40:17
  40:18 111:6
communicate
  124:3
communicating
  125:9
communication
  123:1 124:19
  125:8,13
communicati...
  122:23 125:17
compare  81:24
  82:16
compared
  74:22 80:23
  86:3 89:3
  102:5,5
comparison
  80:16 87:6
compensated
  23:10,12,15
compensation
  13:16
complaint
  22:16

complete  134:8
completed
  99:21 100:4,19
  110:24 132:16
complications
  110:9,14,14,20
component
  99:10
concept  28:25
  29:4 68:8
concern  122:2
  127:23
concerned
  125:3
concerning
  15:10
concerns  122:6
conclude  87:2
  100:2
concluded  30:1
  44:23 75:25
  77:23 81:13
  110:22 130:9
concluding
  99:19
conclusion  74:8
  81:19
conclusions
  69:4 97:19
concomitant
  93:12
concordance
  71:17,18 82:13
  82:18 84:13

85:22 86:3
  89:2,8 91:12
concordant
  85:10,12 86:13
concurrent
  49:17 50:3
conde  2:18
condensed
  71:22
condition  41:1
  41:5,24 49:18
  49:24 50:3,19
  51:6 52:9,15
  52:17 53:16
  62:15 76:20,21
  93:13 96:6
  98:23 104:16
  105:15,20
  112:2
conditions
  39:22 82:15
  104:9,12
  105:21
conduct  16:5,7
  16:8
conducted
  126:16 127:10
  127:25
confirm  78:12
  84:16
confirmation
  89:6
conflict  114:14
  114:18 115:2,4

115:11 119:6
**conflicts** 114:4
114:12 115:6
**congenital**
39:22 40:3
41:23 50:5
111:18
**congruence**
89:5
**congruity**
87:13
**connection**
18:14 19:1
20:2,19 21:5
22:16,21 23:3
24:14 34:11
36:18 59:8
63:20 92:10
94:17 114:23
**consciousness**
27:25
**consensus** 76:8
**consequential**
115:7
**consider** 28:2
**consistency**
76:5,18
**consistent**
76:15 107:25
**consistently**
76:2
**consult** 68:16
**consultation**
55:12

**consulted**
43:25 44:21
95:16
**consulting** 44:2
44:4 66:3
**contained**
57:20 59:13
92:13 101:16
**contains** 90:22
**content** 122:3
**contextualize**
77:1
**contract** 58:2
**contracted**
126:18
**contracts** 72:19
**contributed**
63:9
**contribution**
71:21 76:10
87:12 89:24
**contributor**
117:21
**contributors**
3:18 115:16
117:1 119:16
**coolidge** 71:18
**copies** 22:19
55:16 132:14
**copy** 8:13,14
22:15
**correct** 6:2
14:8 17:10,23
19:1,5 20:2,21

20:23 22:3
23:7,14 24:4,5
25:22 26:3
28:25 29:1
32:8,13,18,25
34:9 35:15
37:3 45:14
47:5,21 48:10
50:11 51:7,8
53:17 54:15
57:14,17 59:9
62:24 63:6
65:4 67:7,10
69:22 70:2,5,8
70:17,21 73:4
74:10 77:4,5
78:4,5 79:6
81:17 83:1,16
85:18 92:7,8
94:7,8,18,23
95:2,3,6,8,9
96:15,24 97:6
97:8,16,21,24
98:2,4,8,20
99:1,6 101:25
105:14,19,23
105:24 107:7
111:11,13
112:5 115:7
124:21 127:20
134:8
**corrections**
134:6

**correctly** 6:13
37:2 39:8 50:7
54:13 64:17
80:19 83:24
84:17 86:18
90:14 105:10
118:10 122:11
123:12
**corticosteroids**
64:6
**cortisol** 64:4
**cost** 100:23
108:20 109:2
109:14 118:16
**costs** 108:2,10
109:18
**counsel** 8:13
33:17 62:9
131:15 132:14
**country** 67:9
**county** 131:2
**couple** 117:25
**court** 1:1 4:1,3
33:14,16
116:16 118:21
127:1,9 130:6
**coverage** 123:9
**covers** 71:9
108:6
**covid** 65:6,16
**creation** 107:17
107:19
**criteria** 47:21
48:13 49:2,11

49:15,16 50:17
50:23 51:12,13
51:22,24 52:8
52:12,13,23,24
53:8,13 57:4
62:16 69:25
70:11 129:11
129:12,17,19
**cs** 132:15
**cs7344710** 1:22
**csr** 1:23 131:23
131:24
**cst** 1:17 130:10
**ct** 30:14
**cultural** 29:4
**current** 9:1
50:13,16 110:5
112:21,24
113:7,11
**currently** 5:14
9:25 65:12
**curriculum** 3:9
11:18,20
**cv** 1:5 8:14 9:1
9:3 10:5 11:3
11:16 12:3
13:3,22

**d**

**d** 49:12 64:25
**d.c.** 2:19
**daniel** 73:3
**data** 80:17 91:1

**date** 14:4 24:14
24:17 66:23
108:12 133:24
134:12
**dated** 54:13,23
131:21
**dateline** 15:5,8
**daughter** 82:14
**day** 66:3
134:15
**days** 5:2 132:16
**deal** 37:22
**dealing** 19:4
**december**
54:14,16,21,23
**decision** 42:10
42:19 43:8
**declaration**
55:14
**declare** 134:4
**deemed** 115:6
134:6
**defendants**
1:10 2:7
**defending**
123:10
**defense** 44:4
**define** 26:25
28:20 32:10
**defined** 39:21
**defines** 38:13
**defining** 68:6
**definition** 27:8
27:10,14 28:11

38:22,25 39:11
40:9 50:16
68:20
**definitions**
38:16
**degree** 7:10,11
7:18 17:6
**dehiscence**
110:15
**dehydration**
104:24
**demonstrated**
82:20
**demonstrates**
88:12 93:10
**demonstrating**
83:22
**deny** 76:5
**depend** 112:1
**depends** 101:1
**deponent** 130:8
132:13 134:3
**deposed** 17:23
20:7,13,23
21:6,17 22:2
**deposing**
132:13
**deposition** 1:13
4:2,14 5:23,25
8:17 18:1
19:22 21:22
22:5 23:2,16
33:7 47:14
48:18 54:5

67:5,14,18
81:7 84:7
116:21 121:7
122:18 124:13
130:9
**depositions**
4:19 19:15,17
20:17 21:2,14
**depression**
93:12
**depth** 75:22
**derived** 62:5
**describe** 39:5
45:13 98:10
**described**
11:10 15:16
27:13 31:1
32:5 93:7
**describes**
118:18
**description** 3:8
**detailing** 21:1
**determine** 29:5
29:13,19,22
30:2,10,13,19
31:13,17 32:5
**determined**
26:9 71:19
74:5
**determining**
63:15 82:9
**detransition**
39:1,4

detransitioned
  43:25 44:1
detransitioner
  44:3
detransitioners
  43:20
developed
  11:21
developing
  36:1 114:3
  116:2 121:20
development
  11:18 26:18
  39:16,21,22
  40:12,14,17
  41:8 46:20
  50:20 51:7,11
  51:21 52:10,22
  74:7 83:23
  88:13 92:17
  114:23
diads  91:12
diagnosed
  44:11 53:10
  64:14 100:20
diagnosis  16:8
  44:10 50:2
  57:4,5 58:25
  69:18 75:2
  83:13
diagnostic  47:1
  48:2 49:2,11
  49:15 51:11,22
  51:24 52:8

59:1 62:16
69:19,25 75:6
diamond  3:17
  71:16 72:7
  84:1,3 88:16
  89:19
dictionaries
  29:2 68:15
dictionary  29:3
  68:14,21
differ  76:2
difference
  27:22,23,24
  52:4 81:25
  87:10
differences
  30:23 76:16
different  27:10
  27:12 32:12
  49:10 63:16,18
  67:6 78:15
  93:23 102:20
differentiate
  28:1
differentiating
  42:22
difficult  34:2
  82:15
dilate  112:2
dilation  107:23
dilator  111:24
direct  11:2
  37:23 39:13
  48:22 49:21,25

50:22 53:19
67:2 68:3
69:16 77:13
80:2 81:2
84:24 94:12
102:9 108:7,18
114:16 119:25
121:16,25
122:24 124:18
directing  54:9
  56:21 66:25
  117:15
direction
  131:14
directly  95:15
disagree  72:23
  92:1 110:1,4
discipline  8:8
disclose  128:11
discovery
  22:20,25
discussed  37:11
  88:9 109:23
discusses  93:11
discussing  88:8
  93:22
disease  104:8
  104:19
disorder  16:6,7
  16:8 19:13,18
  40:12,13,16,25
  44:12 46:19
  48:7,13 49:3
  49:16 50:19

51:6,10,14,21
51:24 52:10,22
52:25 53:10
64:3 78:8
129:11,20
disorders  26:17
  39:15,21 41:8
  44:14 47:2
  48:3 59:2
  69:20
display  30:22
disruption  64:5
dissatisfied
  44:17
dissection
  107:16
district  1:1,2
disturbance
  49:17
diverse  3:11
  18:20 32:25
  33:23
dna  31:22
docket  122:22
doctor  5:11
  17:8 30:19
  31:12 32:1,3
  70:19 95:5
  113:23
document  8:24
  33:24 34:9
  46:23 53:21,25
  54:10 84:5
  91:11 116:13

121:5,12,14
122:16 124:12
124:17
**documents**
61:22 124:24
127:1,9
**doing** 5:2
**dollars** 101:3
119:4
**dominica** 40:17
40:18
**dosage** 96:22
97:2
**downing** 108:9
**dozen** 55:22
**dr** 4:13 5:13
22:22,23 33:20
45:11 54:22
73:3 75:10
76:24 88:7
89:13 100:15
101:7 109:20
116:6 118:13
119:3,9 126:22
**draft** 36:11,12
37:3 55:10
62:10 64:10
124:4
**drafted** 35:1
36:3,5,13 37:4
37:8 59:8
61:13 94:16
**drafting** 61:17
63:1 94:3

**drafts** 120:13
**draw** 97:19
**dsd** 51:3
**dsm** 3:13,14
16:8 47:5,12
48:1,12 49:19
50:11 51:12,14
51:23,25 52:6
52:13 53:8,11
53:17 57:5
69:22,22 71:24
72:1 93:11
129:7,7,12,14
129:19,20
**due** 4:1 111:17
**duly** 4:16 5:7
131:7
**dysfunction**
105:9
**dysmorphic**
44:11
**dysphoria** 19:5
19:13,18 41:11
47:13,21 50:17
50:23 51:12,23
52:23 58:25
59:12 60:12
61:4 62:18
64:16 69:18,25
70:16 71:1
73:23 74:3,7
75:2 77:18,21
83:23 87:12
88:13 90:12,19

91:5 93:13
94:14,21 95:12
95:21 96:7
98:23 99:16,20
100:4,20,24
106:25 125:24
126:10 129:13
129:18
**dysregulation**
16:9
**dz** 86:3 87:7

### e

**e** 2:12 78:7
124:23 133:3,3
133:3
**earlier** 17:22
32:16 68:19
73:2 94:15
95:4 100:13
114:11 129:6
**early** 72:1 91:7
91:11
**earned** 118:14
**earnings** 66:21
**earns** 119:3
**easier** 47:11
80:14
**echoed** 122:6
**edit** 120:20
**edition** 47:3
48:3 50:13
58:3

**editor** 71:7
**editorial** 12:4
12:15,17,22
13:4,8,14
**education**
11:13,17,22
25:24
**educational** 7:9
**effect** 50:14
112:12 123:24
**effective** 95:24
99:16
**effort** 47:10
**eight** 45:3
**either** 13:13
15:1 26:9
59:25 75:8
97:5 99:1
101:6
**electronic**
130:3
**emotional**
16:10
**employed**
64:23,24 119:9
**encountered**
42:9,17,25
43:2,6,11
**ended** 128:6
**endocrine**
76:23 77:1,9
**endocrinolog...**
17:3

endocrinology 68:15 95:19
england 1:9
entail 98:11 107:14
entire 77:2 116:5
entirety 73:17
entitled 57:9,20 58:3,16,24 59:11 61:4 68:5 69:17 78:7 84:11 90:11 94:13 114:18 120:25
entity 65:1
environmental 74:6
environments 35:14,21 36:10 36:20 37:1,20
epidemiologist 17:20
epigenetic 31:22
episode 15:9
equation 90:4
equivalent 28:7 28:11
erectile 105:9
errata 132:11 132:13,16
erratas 132:15

error 14:5 78:20
esq 2:3,4,8,12 2:13,17,18 132:1
essentially 28:6
establish 77:17 90:25
established 28:25 29:4 68:8
establishing 115:16
estimate 65:17 109:14
estimated 79:9 80:5
estimates 110:7
estradiol 99:9 99:12,14 101:10
estriol 99:11
estrogen 25:1 61:22 96:15,18 96:20,22,25 97:5,12,20 99:5,10,20 100:3,9,18,24 101:8 102:2,4 103:7,12,21 105:18 106:19
estrone 99:11
et 75:5 78:7 80:22 81:13

108:9
etiology 70:17 71:4
ettner 1:13 3:2 4:13 5:6,13 8:17 33:7,20 45:11 47:14 48:18 54:5,22 65:3 81:7 84:7 88:7 89:13 116:21 121:7 122:18 124:13 132:5 133:2,24 134:2,4,12
evaluated 64:14
evanston 5:15 5:18
eventuation 41:1
evidence 74:19 100:18 120:13 122:7,8 127:11 128:10
exactly 10:13 75:19
examination 3:1,4 5:9 28:16
examined 5:7 73:21 76:17 131:6
example 41:23 49:24 50:4 58:1 63:23

101:2 113:14
examples 40:11
except 4:21
excepting 26:16
exceptions 27:4
excerpt 3:13,14 46:25
excess 21:2 22:1
exchanged 22:20,25
exclude 50:18 51:5
excluded 115:10
excludes 49:16 52:16
exclusion 52:8
excuse 10:15 44:25
exhibit 3:9,10 3:13,14,15,16 3:17,18,20,21 3:22 8:15,16 8:18 9:4 33:6,8 33:21 37:24 47:12,15 48:17 48:19,24 49:23 50:9,10,25 54:4,6 67:1 77:14 81:4,6,8 83:18 84:6,8 85:15 90:7

92:4 102:9
114:17 116:15
116:20,22
117:16 120:1
121:5,8,15
122:1,17,19
123:1 124:11
124:14
**exhibits** 3:7
117:5,7,7
130:5,7
**exist** 105:17
**exists** 80:11
**expand** 109:5
**expected** 79:11
80:8
**experience**
13:20,21 19:4
57:10,21 61:18
93:7,9 112:12
118:6
**experiencing**
123:7
**expert** 3:15
19:21 20:12
21:16,21 57:9
57:20 65:18,23
66:8,10,17,21
67:2,4,14 73:3
**expertise**
112:13
**experts** 36:6
**explain** 74:7

**extensive**
107:22,24
**extent** 32:19
96:1
**external** 28:15
45:25

**f**

**face** 9:3
**fact** 48:9 68:13
128:11
**factor** 82:19
87:8
**factors** 28:1
104:1,4 105:14
**fail** 6:17
**fails** 132:18
**fair** 6:9,13
10:20 16:23
17:2,19 20:1
21:19 23:9
25:19 33:2
37:21 49:11
52:7 54:22
60:23 61:7
62:9 69:11
84:11 85:19
86:20 95:10
97:4 98:15
117:17 125:7
**fairly** 52:3
**familial** 82:2,9
82:22

**familiar** 6:4
28:17 32:17
33:3 47:7,23
47:25 48:6,12
73:6,14,15,18
74:18 75:20,21
75:23 99:5
100:14 101:19
106:23 107:11
120:24
**familiarity**
64:9 78:8
**families** 77:21
82:12,13 90:19
91:8,13,21
**family** 82:18
90:11 91:10
**father** 82:13
**fda** 99:15
**features** 76:1
**feedback** 125:2
**feel** 50:25
**fees** 58:11
**female** 26:9
38:16 40:19
45:14,17,19
46:2,3 85:11
85:16,23 86:17
106:24 107:4,6
111:7,10,15,19
111:22 116:7
118:7
**female's** 112:7

**females** 102:5
112:11,14
**feminizing**
24:22
**field** 27:1,11
**filed** 22:16
44:17
**filings** 8:9
**final** 119:18
**financial**
115:11 119:6
**financially**
115:18
**find** 76:8 91:8
**findings** 71:22
**finds** 110:7
**fine** 33:17
130:3
**first** 2:12 5:7
8:15 11:15
49:22 57:8
91:7,8 94:25
105:22
**firsthand**
127:16
**firstliberty.org**
2:14,15
**fistula** 110:10
112:8
**fit** 38:15
**five** 65:15
77:25 78:2,3
81:15 110:7
128:22

| | | | |
|---|---|---|---|
| **flip** 34:2 | **frequently** | 47:13,21 48:6 | 80:8,17,25 |
| **focus** 91:17 | 40:20 | 48:13 49:2,16 | 81:16 82:16 |
| **folks** 87:17 | **front** 46:24 | 50:17,23 51:12 | 96:4 97:12,14 |
| **follow** 114:22 | 53:9 | 51:13,22,24 | 97:22 98:1,23 |
| **following** 26:5 | **full** 5:11 | 52:23,24 53:10 | **generally** 9:1 |
| 67:5 100:7 | **functional** | 57:3 58:16,25 | 101:22 |
| 123:22 | 30:21 31:8,10 | 59:12 60:11 | **generated** 62:8 |
| **follows** 5:8 | **further** 130:8 | 61:4 62:18 | **genes** 31:20 |
| **footnote** 69:12 | 131:15 | 64:15 68:5,7 | **genetic** 29:23 |
| 80:11,15 | | 68:16 69:18,25 | 30:3 71:20,25 |
| **foregoing** | **g** | 70:15 71:1 | 77:17 87:11 |
| 131:7 134:5 | **gain** 103:24 | 73:23 74:3,7 | 89:11,24 |
| **forensic** 9:10 | **gallbladder** | 75:2 77:18,21 | **geneticists** |
| **form** 4:21 | 105:6 | 78:8 82:14 | 31:19 |
| 121:13 124:19 | **gallstones** | 83:23 85:4 | **genetics** 26:11 |
| **former** 123:22 | 105:6 | 87:12,12 88:13 | 71:21 83:23 |
| **forth** 85:20 | **gastrointestinal** | 89:3,25 90:2 | 88:12 |
| 131:12 | 95:20 | 90:12,18 91:5 | **genital** 108:10 |
| **forward** 42:11 | **gei** 11:6 | 93:13 94:14,21 | **genitalia** 45:25 |
| 43:9 | **gender** 3:11 | 95:11,21 96:7 | **genitals** 28:16 |
| **found** 37:24 | 17:17 19:4,5 | 98:23 99:12,16 | **geographically** |
| 38:2 48:23,24 | 19:13,13,17,18 | 99:20 100:3,20 | 108:4 |
| 49:10 50:24 | 24:14 25:9,12 | 100:24 101:9 | **gid** 82:10 |
| 57:13 71:16,17 | 28:17,20,22 | 101:24 102:2 | **gill** 3:16 77:22 |
| 74:2,15 76:4 | 29:5,9,13,15,16 | 102:17 106:25 | 78:7 80:22 |
| 76:14 77:20 | 29:19,22 30:2 | 108:11 113:18 | 81:12 |
| 79:3,5 82:12 | 30:4,10,13,20 | 113:19 115:18 | **give** 6:18 50:4 |
| 85:10,12 89:12 | 31:13,18 32:5 | 116:7 118:8,9 | 125:2 |
| 90:18 101:11 | 32:11 33:23 | 125:24 126:10 | **given** 5:25 6:3 |
| 101:23 127:9 | 39:6 41:11 | 129:11,12,18 | 14:21 18:1 |
| **four** 49:9 58:11 | 42:11,15,20 | 129:20 | 19:7,10,16,22 |
| 67:4 86:16 | 43:9,14 44:11 | **general** 27:16 | 20:17 21:13 |
| **free** 50:25 | 44:15,20,24 | 27:18,19 36:1 | 37:19 62:7 |
| | 45:19 46:1 | 77:25 79:11 | 82:1 97:17 |

98:13 134:9
**glad**  2:3 23:21
  55:21 56:11,23
  119:16,23
  120:22
**glad.org**  2:5,6
  132:2
**global**  11:13,17
  11:22
**glossary**  37:25
  38:1,6,11,19,25
**go**  8:25 33:13
  57:6 59:16
  78:21 81:11,19
  81:19 94:22
  97:10 117:25
**goes**  47:24
  85:21
**going**  6:12 8:14
  11:2,15 33:5
  33:21 35:11
  37:23 38:8
  39:13 45:10
  46:23 47:12
  48:16,22,24
  49:21 50:9
  53:5,19 64:12
  67:2,22 68:3
  69:16 77:13
  80:2 81:2
  83:18 84:24
  92:3,21 94:12
  102:7,9 103:17
  108:7,18

112:15 114:16
  116:12 118:24
  119:25 121:4
  121:16,25
  122:23 124:17
**gomez**  3:16
  77:22 78:7
  80:22 81:12
**gonadal**  39:23
**good**  4:8,11
  37:22 128:18
**grade**  74:21
  100:14,21
**grading**  74:18
  75:7
**gray**  2:17
**great**  123:3
  128:24
**greater**  101:23
**green**  82:11
  90:8,16,21
  91:6,11,20
**gregario**  75:16
  75:18
**group**  34:23
  36:7,10,13
  37:8 128:9
**groups**  76:3
**guess**  8:13
  10:17 117:22
  121:18
**guessing**  20:15
**guest**  15:1

**guevedoces**
  40:13,16,23
**guidelines**  33:3
  36:2,3,11,19
  37:3,5 94:2
  101:8 112:16
  112:21 115:17
  116:2 119:18
  120:21 123:15
  123:21 124:4
  125:10,16
  127:12 128:13
**guild**  14:15,18
  14:19,22
**guillamon**  82:4
**gynecologic**
  118:5

### h

**h**  133:3
**haley**  2:4 106:7
**half**  55:22
  64:11
**hampshire**  1:2
**happened**
  128:8
**happy**  83:4
**harvard**  1:7
**hawaii**  84:3
**health**  1:6 3:10
  9:13 12:5,19
  12:23 13:4,8
  18:19 25:15
  32:24 33:22

44:13,13 63:25
  66:1 72:10,22
  114:2 124:25
  125:5 128:1
**healthcare**  1:8
  123:9
**hear**  6:6,20
  33:15,16 117:7
**heard**  54:18
  123:24
**heighten**
  104:10
**heightened**
  105:21
**held**  8:3 9:5
  10:4 12:1
  65:14
**helpful**  6:17
  117:13
**hematology**
  95:20
**hereto**  134:7
**hereunto**
  131:19
**heritability**
  71:25 82:2,19
  87:8 91:8
**heylens**  71:17
**high**  82:12
  83:20 86:5
  87:3 88:10,23
  89:2,16 93:10
**higher**  77:25
  78:2,4 79:11

80:7 81:15
101:11
**history** 57:5
58:10,24 69:17
**hold** 7:22,24
9:8,25 12:6,11
16:17,20 17:5
32:23 66:13
95:18
**home** 65:12,14
**homes** 34:17
37:6
**homo** 26:1,2,8
**honestly**
112:19
**hopkins** 126:16
126:19 127:3
127:10,24
128:5
**hormonal** 43:3
96:25 97:5
100:12
**hormonally**
97:8
**hormone** 17:13
17:13 24:18
25:6 42:3 99:6
102:17 125:23
126:8
**hormones**
24:21,23 25:2
25:5,5 27:6
**hospice** 37:6

**hospital** 13:24
14:10 119:9,13
**hour** 64:10,10
**human** 75:14
**humans** 27:5,9
27:14,24
**hundred** 65:16
**hyperglyceri...**
103:18
**hyperkalemia**
103:15
**hyperplasia**
50:6
**hypertension**
63:24 64:2
105:9
**hypothetically**
128:17

**i**

**idea** 76:18
**identical** 68:20
83:20 85:9,12
85:16,23 87:10
87:11 88:10,18
88:22 89:2,4,7
89:14
**identification**
8:19 33:9
47:16 48:20
54:7 81:9 84:9
116:23 121:9
122:20 124:15

**identified**
28:14 31:19
32:2 38:11
67:6 69:4
78:24 83:14
93:23 98:17
112:16
**identify** 30:7
31:16 52:20
56:22 76:1
94:25
**identifying**
31:25
**identity** 19:5
19:13,18 28:1
28:18,21 29:6
29:10,13,16,17
29:19,23 30:2
30:5,11,14,20
31:13,18 32:6
32:12 43:14
45:19 46:1
48:7,13 49:2
49:16 51:13,24
52:24 53:10
57:4 58:17
68:5,7,17 78:8
84:12 85:11
129:11,20
**illinois** 5:15
7:25 8:10
131:1,4
**imagine** 12:14

**imaging** 30:22
31:1,8,11
**immunology**
95:19
**impact** 60:11
61:4 63:16,18
64:4 94:13,21
96:2 97:11,20
98:24
**impacted** 95:12
96:1,11
**impacts** 96:7
**impairment**
41:23
**impairments**
41:14,17
**importance**
89:1
**important**
123:4
**inability** 76:8
**incidence** 99:21
100:4,19
110:23
**include** 70:7,12
100:9,11 104:7
**included** 47:20
58:8 63:4
67:12 69:24
70:4 73:7
97:25 98:3,25
109:2
**includes** 34:16
34:17 49:1

**[includes - interventions]**                                          Page 17

| | | | |
|---|---|---|---|
| 62:4 98:7 | 51:10,20 52:21 | 59:7,13,15,22 | **intends** 62:3 |
| 122:23 | 53:12 77:24 | 60:19,23 61:7 | 98:7 |
| **including** 89:9 | 81:14 82:12 | 61:10,16 62:5 | **intention** 91:22 |
| 91:9 95:13,19 | 112:1 | 62:15 63:3 | 91:25 |
| 120:20 | **individual's** | 64:2 83:8 87:9 | **interaction** |
| **incongruities** | 26:10 30:20 | 120:17 123:16 | 27:6 |
| 91:12 | 31:13,18 39:5 | 128:12,19 | **interest** 114:5 |
| **incongruity** | 43:14 | **informs** 74:14 | 114:12,15,19 |
| 82:14 89:3,25 | **individualized** | **initially** 107:25 | 115:2,5,11 |
| 90:2 | 41:19 | **initiated** 11:21 | 119:6 |
| **incorporate** | **individuals** | **initiative** 11:14 | **interested** |
| 55:13 | 26:17 30:24 | 11:17,22 | 131:17 |
| **increase** 106:21 | 31:21 35:20 | **injection** 101:5 | **interesting** |
| **increased** | 40:3 41:4,7,10 | **injury** 111:17 | 87:9 89:6 |
| 102:24 103:7 | 41:13,17 42:2 | **insensitivity** | **interests** 115:6 |
| 103:10,14,20 | 42:5,10,19,25 | 50:5 | **interfered** |
| 104:3,15,18 | 43:2,8 50:18 | **instance** 51:2 | 127:2 128:14 |
| 105:13 106:16 | 51:5 52:9,16 | 82:11 | **internal** 28:21 |
| **index** 3:1,7 | 64:15 68:1 | **instances** 26:10 | **international** |
| **indiana** 7:11,14 | 79:3 83:14 | **institutional** | 12:5,18,22 |
| **indicate** 4:5 | 95:22,23 | 35:4,14,21 | 72:5,9,21 |
| **indicated** 9:9 | 100:20 | 36:10,20 37:1 | **intersex** 38:10 |
| 9:11 83:12 | **infection** | 37:20 | 38:14 40:2 |
| **indicates** 76:17 | 110:15 | **institutionali...** | 41:5 46:6 |
| 106:6 118:4 | **infertility** | 10:3 34:14,16 | 49:18,24 50:3 |
| **indicating** 29:3 | 103:11 106:17 | 35:6,8 | 50:19 51:6 |
| **indication** | **influences** | **institutions** | 52:9,14,17 |
| 14:14 106:1 | 71:25 74:6 | 34:18 35:9 | 53:16 |
| **indications** | **inform** 74:12 | 37:7,7 | **intervention** |
| 106:2 | 76:12 77:6,10 | **insurance** | 100:10,11 |
| **individual** | 77:12 | 108:6 | 125:23 |
| 32:11 41:25,25 | **information** | **intended** 66:7 | **interventions** |
| 43:11 44:9,12 | 56:23 57:19 | 91:20 | 100:7 126:9 |
| 44:15,16 50:2 | 58:5,8,19 59:4 | | |

**interviewed**
  24:3
**invading**
  110:12
**inversion**
  107:12 109:8
  109:14 110:11
  111:20
**investigation**
  77:20 90:18,25
  108:8
**involve** 67:25
**involved** 19:12
  19:17 38:4
  56:7 73:20
  115:16 121:20
  127:14
**involves** 37:19
  46:13 107:15
**involving** 60:20
**issue** 6:7,25
  111:18,18
  113:11
**issued** 23:13
  112:23 113:7
  113:12
**issues** 44:13
  105:6 112:24
  112:24 113:8
  113:12
**italian** 71:5
**items** 106:12
**iteration** 36:15

**iv** 3:14 48:1,12
  49:19 51:14,25
  52:13 53:8,11
  53:17 69:22
  129:7,12,20

**j**

**jae** 108:9
**jails** 37:6
**jama** 108:8
**james** 2:18
**jennifer** 119:21
  120:10,22
**job** 1:22 123:3
**john** 126:16
**johns** 126:18
  127:3,10,24
  128:5
**journal** 12:5,14
  12:18,22 72:5
  72:8,9,12,18,21
**journals** 69:2
  72:18
**july** 108:14
**jumping** 85:20
  116:19
**jurisdiction**
  56:6,19
**justice** 120:14
  122:6

**k**

**k** 131:2
**karaminis**
  73:12 74:22

**karyotyping**
  30:4
**keep** 6:15
**keeping** 117:9
**key** 106:5
**killen** 1:23
  131:3,23
**kimball** 2:9
**kind** 17:9 25:21
  37:14 44:24
**klein** 2:3 4:11
  4:12,17,23 5:1
  5:4,21 10:17
  10:22 18:15,21
  20:8 21:7
  26:12,14,19
  32:7 33:13,18
  36:4 38:17
  40:5 41:15,21
  43:16 45:4,22
  51:15 52:1
  53:1 54:16,18
  55:24 56:2,10
  62:11 63:7
  87:18,23 93:2
  105:25 109:11
  109:16 113:1,9
  114:6,24 117:4
  117:12 118:20
  119:7 120:15
  124:6 125:11
  125:25 126:11
  127:4,13
  128:16,24

**karyotyping**
  129:21 130:1,4
  132:1
**know** 6:8,24
  9:19 10:18,24
  21:24 24:12,16
  24:18,20,22,24
  24:25 25:2,4
  26:1 47:10
  56:19 61:1,2
  78:19,21 91:22
  96:2,17,20
  97:4,7,9
  100:23 101:2
  103:2 104:13
  105:3 106:5
  108:1 111:25
  112:13,20,20
  113:10,12,14
  113:20 114:14
  114:25 115:1,9
  115:14,15,20
  116:6 117:8
  119:11,12,21
  120:23 121:1,2
  123:18 124:1,7
  124:7,9 125:15
  125:19 128:19
**knowing** 75:1
**knowledge**
  46:5 92:16
  112:10,22
  113:6,16
  115:19 119:15
  119:20 120:19

123:14,18,20
123:25 124:5
125:20 126:5
126:12,20
127:6,16 128:8
**knowledgeable**
43:4
**known** 72:9
99:8

**l**

**labia** 107:19
**lack** 76:17
**lake** 5:18
**lane** 2:9
**language**
106:13
**large** 89:9
111:2
**larger** 56:25
86:1 109:6
**laura** 2:17
**law** 2:3
**laws** 112:23
113:7,11,17
**lawsuit** 44:17
**lawsuits** 122:10
**lawyers** 120:14
122:6
**learn** 127:22
**left** 76:9 102:13
**legal** 43:25
120:9 132:23

**length** 34:4
**level** 101:10
102:3,19 104:1
105:16,18
**levels** 93:10
96:20,25 97:5
**levi** 119:21
120:10,22
**levine** 124:1,25
125:10,18
**lexicon** 29:4
**liberty** 2:12
**license** 1:24
7:24 8:3,5
**licensed** 17:12
17:16
**licenses** 7:22
**life** 60:12 61:5
94:14
**liked** 125:2
**likelihood**
83:20 86:5
87:3 88:10,23
89:17 104:15
**likely** 74:6
102:24 103:7
103:10,14,20
103:23 104:2
104:18 105:12
106:16
**lillian** 1:3 4:12
23:6,23,25
24:3,6,10,12,21
25:3,8 45:13

45:20 46:5,19
53:6,9 61:14
61:21 62:2
95:7,12 96:14
96:17 97:15
98:6,14 104:11
132:4 133:1
134:1
**limit** 42:16
**limitation**
83:15,17
**limitations**
74:17 75:4
76:7 82:24
83:2,7,9,13
**limited** 128:8
**line** 133:4,7,10
133:13,16,19
**lined** 107:17
**list** 3:18 9:4
83:2 116:25
**listed** 69:6 76:6
78:16 117:20
120:10
**litchfield** 2:8
**litchfieldcav...**
2:10
**literally** 40:23
**literature**
34:25 36:17
61:19 75:15
76:11 93:4,9
93:15 110:5

**litigation** 20:19
120:24 121:1,2
121:13,15
124:12
**little** 34:1 38:8
38:9 47:11
80:13 86:1
102:11 109:6
110:7 122:8
127:11
**lived** 86:21
**llp** 2:8
**local** 15:5
**located** 5:14
65:11
**locations**
108:25
**long** 8:3 10:10
47:10 63:12
96:17
**longer** 48:4
119:11
**longitudinal**
99:19 100:2
**look** 47:11
52:12 60:21
78:11 79:24
**looked** 69:21
70:1,8 79:2
88:17 91:10
**looking** 73:22
78:12 79:1,17
88:16 106:4
114:11

**[looks - mental]**                                                    Page 20

| | | | |
|---|---|---|---|
| **looks** 78:15 79:2 109:4 | **males** 40:22 86:16 102:6 | **massachusetts** 2:5,9 56:8,13 | 68:18 70:15,19 71:5,6 92:21 |
| **loud** 6:22 33:15 | **manageable** 110:15 | **master's** 7:11 7:17 | 95:5,8,17 96:6 97:18 98:14,16 |
| **low** 80:17 | **manual** 47:1,7 | **material** 57:23 | 100:7,10,11 |
| **lower** 85:16 | 47:9 48:2,23 | **materials** 22:25 | 113:13 120:12 |
| **lunch** 87:18 | 59:1 69:19 | **math** 118:21 | 123:5 |
| **lynnfield** 2:9 | **manuals** 129:7 | **matter** 8:14 | **medically** 125:24 126:9 |

| **m** |
|---|

| | | | |
|---|---|---|---|
| **made** 34:25 35:2,18,25 44:20 50:2 68:25 134:5 | **marci** 115:20 117:25 | 19:1 20:2 21:5 21:22 22:17,21 23:3 26:6,23 61:14 94:17 | **medications** 43:4 |
| | **mark** 8:15,16 9:4 33:5,21 47:12 48:16 54:3 81:5 84:6 116:20 121:5 122:16 | | **medicine** 27:11 27:16,16 28:25 40:2 58:4 68:8 |
| **madrid** 82:7 | | **matters** 18:12 37:19 63:21,23 | **meet** 53:13 |
| **magnetic** 30:21 31:8,10 | | **mean** 9:19 12:13 29:7 42:13 45:16 96:22 101:22 107:8 | **meeting** 125:1 |
| **mail** 124:23 | **marked** 3:8 8:18 33:8 47:15 48:19 54:6 69:21 81:8 84:8 102:8 116:22 117:6,7,13,16 121:8 122:19 124:11,14 | | **member** 10:21 10:23,24 11:6 11:10 14:19,21 32:21 36:9 113:24 114:1 |
| **major** 7:14 | | | |
| **make** 33:14 35:16,23 47:11 47:24 56:25 85:25 97:19,22 109:5 | | **means** 10:24 40:24 45:18 | **members** 34:23 36:7 37:4 112:17 125:9 128:3 |
| | | **meant** 83:13 | |
| | | **measure** 29:16 | |
| **making** 36:17 96:5 97:13 | | **median** 108:19 109:2 | **memorial** 13:24 14:10 |
| **male** 26:9 38:16 45:18,21 45:24,25,25 46:16 85:8,16 85:23 86:14 101:12 102:2 106:24,25 116:7 118:7 | **markedly** 40:3 | **medical** 14:1 17:5,8 24:7,10 24:13,16 25:7 25:9 29:2 30:19 31:12 32:1,3 42:11 42:15,20,22 43:1 59:11 60:14 68:14,14 | **memory** 83:6 |
| | **marshall** 120:25 121:13 | | **men** 103:3 |
| | **martin** 2:12 | | **meningioma** 104:22 |
| | **masculinizati...** 40:23 | | **mental** 25:15 44:13,13 47:2 48:2 59:1 66:1 |
| | **masculinize** 40:20 | | |

69:19 114:2
**mentioned**
30:16 32:16
50:11 68:18
71:15 73:2
89:9
**merriam** 29:3
68:19
**met** 23:23
52:14 53:12
98:13,21
**method** 30:18
**methylation**
31:22
**mhaley** 2:6
**michael** 2:4
**million** 118:19
119:4
**milton** 3:17
84:2,3 88:16
**minich** 2:8,10
3:4 4:8,9,20,24
5:2,5,10 8:12
8:20 10:19
11:1 18:17,24
20:10 21:10
26:13,15,21
32:9 33:5,10
33:19 36:8
38:20 40:7
41:18 42:1
43:19 45:2,6,9
46:4 47:9,17
48:16,21 51:18

52:5 53:4 54:3
54:8,17,20
62:21 63:10
81:5,10 84:4
84:10 87:16,21
88:1,6 93:5
106:3,10,11
109:12,19
113:4,15 114:9
115:3 116:12
116:18,24
117:8,14 119:1
119:14 120:18
121:4,10
122:15,21
124:10,16
125:14 126:3
126:14 127:7
127:17 128:21
129:3,5,24
130:2
**minister**
124:25
**minors** 113:18
113:20
**minute** 10:15
60:4 120:7
128:22
**minutes** 45:3
87:23,24,25
**misdiagnosed**
44:8
**misheard** 54:19

**mission** 112:18
**ml** 101:10
**modeling** 71:20
89:11
**molecular**
31:19
**moment** 11:16
14:13 50:10
54:10 57:7
59:17 64:13
83:19 92:4
112:15 114:17
120:1
**monozygotic**
71:17 85:9,22
**montel** 16:2,4
**month** 67:22
**monthly**
100:25
**morning** 4:8,11
**morphology**
27:7 46:1
**motions** 4:22
**move** 43:9 53:5
58:23 68:22
**movies** 14:23
**moving** 13:20
14:12 59:10
61:3 93:17
**multiple** 94:21
**multiyear**
116:3
**mz** 85:8,12
87:6

**n**

**name** 4:6 5:11
60:20 75:17
94:22 120:11
121:3 131:20
**narrow** 129:19
**national** 73:21
**nature** 27:4
**necessarily**
91:1 107:24
129:22
**necessary**
125:24 126:9
134:6
**necessity** 59:11
60:14 92:21
98:16 113:13
123:6
**need** 4:1 7:3
51:1 113:23,25
114:1
**needed** 123:9
**needs** 67:20
**negatively**
127:25 128:12
**neither** 131:15
**neovagina**
107:17,23
**nerves** 107:18
**neuroanatom...**
76:15
**neuroimaging**
75:15

neurologist
16:23 95:5
neurology 95:1
95:13
never 112:3
new 1:2,9 57:23
58:11 59:7,21
59:25 60:11,16
60:17,24 61:7
newborn 28:16
newer 58:4,7
news 15:1,3,5
non 78:9 79:4,5
87:11
normal 101:11
northwestern
7:13
norwegian
73:20
notary 5:3
134:13,19
notation 14:14
note 132:10
noted 134:7
notes 101:7
noticing 4:7
november 63:2
number 6:1
8:16 9:4 33:21
48:17,24 50:9
50:10,25 54:4
63:25 67:1,6
77:14 82:24
83:7,18 85:15

93:23 102:9
104:4 114:17
116:14 121:6
127:19
numbers 78:15
79:22 108:24
nursing 34:17
37:6
nw 2:18

**o**

o 131:2,2
objection 10:22
18:15,21 20:8
21:7 26:12,19
32:7 36:4
38:17 41:15,21
43:16 45:22
51:15 52:1
53:1 62:11
63:7 93:2
109:11,16
113:1,9 114:6
114:24 118:20
119:7 120:15
124:6 125:11
125:25 126:11
127:4,13
128:16 129:21
objections 4:19
4:21
obtained
123:17

obtuse 123:8
obviously
32:17 34:1
occasion 21:16
occasions 6:1
17:25 18:9
19:10,12 20:11
21:13,20 55:20
occur 27:4
43:18
occurred 13:11
86:25 128:7
occurrence
77:21 90:11,18
110:10
occurrences
82:9,10
occurring
15:11
occurs 40:20,23
40:25
offered 18:14
71:4 92:7
offhand 30:9
office 65:8
official 123:23
oh 116:16,18
okay 5:5 6:11
6:19 7:1,6 9:8
9:11,22 10:7
10:14 11:9,15
12:17 14:3
19:3,15,20
21:19,24 22:15

25:6 28:10
29:18 33:18
34:1 36:9,16
38:21 48:16
50:22 52:6
55:2,20 56:21
57:6 58:23
59:21,23 60:1
60:3,4,7,19
62:22 63:1
64:12 71:10
73:19 74:1
75:9 79:1,19
80:13 84:4
86:4 87:1 88:1
88:3 94:20
102:13 105:5
106:23 112:22
113:22 114:3
115:4 118:12
124:10 128:24
oncological
107:8 111:18
one's 28:21
29:5 101:23
ones 24:24
ongoing 15:12
67:21
online 121:12
opine 95:11,14
95:25 98:16,21
109:17
opinion 19:21
21:1 76:25

**[opinion - people]**                                                          Page 23

| | p | 84:1,22 88:17 | **particular** 36:6 |
|---|---|---|---|
| 88:23 89:16 | | **paragraph** | 74:15 81:23 |
| 92:7,13 93:19 | **p** 2:8 | 50:1 58:18 | 114:8 122:2 |
| 94:7 | **p.m.** 130:10 | 60:13 61:9,20 | 128:9 |
| **opinions** 18:13 | **page** 3:3,8 8:24 | 62:1 64:14 | **particulars** |
| 20:6 69:3,10 | 11:3,6,15 | 67:3 68:6,22 | 98:22 |
| 94:10 97:19 | 13:21 14:13 | 69:24 70:13 | **parties** 22:21 |
| **opportunity** | 38:24 39:14,18 | 72:4 77:14,19 | **partner** 72:15 |
| 78:11 124:8 | 40:1 48:23,25 | 81:12 82:21 | 72:22 |
| **oral** 101:4 | 49:10,22,22 | 83:19 88:9 | **party** 131:16 |
| **orchiectomy** | 50:24 53:25 | 90:6 92:5,14 | **past** 9:12 12:1 |
| 62:4 98:8 | 54:10 58:17,24 | 92:18 93:17,21 | 115:24 116:1 |
| **organ** 46:16 | 59:3,10 61:5 | 94:6,9,16,16,20 | **patient** 32:1 |
| 63:16,18 94:22 | 68:4 71:24 | 96:3,10,13 | 60:20 73:21 |
| 95:12 | 78:15,17 79:22 | 97:11 98:2,5 | 108:20 |
| **organization** | 80:3 84:25 | 99:1 | **patient's** 108:5 |
| 9:15,17 32:17 | 85:6 86:10 | **paragraphs** | **patients** 65:5,7 |
| 72:15,23 | 92:24 93:24,25 | 57:16 59:3,14 | 65:9,14 66:1 |
| **organizations** | 94:5 114:18 | 61:6,17 62:10 | 99:12 107:20 |
| 119:17 120:13 | 117:16 121:25 | 63:5,13 69:4 | **paying** 23:18 |
| **organs** 26:11 | 124:18 133:4,7 | 69:11 92:23 | **pediatric** 68:15 |
| 27:4,7 | 133:10,13,16 | 93:4 98:18 | **pediatricians** |
| **orientation** | 133:19 | 109:23 | 68:16 |
| 84:14 | **pages** 8:25 34:4 | **parent** 90:12 | **pelvic** 118:5 |
| **original** 78:22 | 57:13 59:2 | **parkway** 2:13 | **penile** 107:11 |
| 108:8 123:5 | 117:25 122:25 | **part** 31:2,6 | 107:16,17 |
| **originally** | **paid** 13:13 | 36:1 49:11 | 111:20 |
| 62:13 | 15:24 | 50:11 69:8 | **people** 3:12 |
| **outcome** | **pairs** 79:4,5 | 71:11 123:4 | 18:20 32:25 |
| 131:18 | 85:9 90:13 | **partial** 50:4 | 33:23 34:18 |
| **overall** 77:9 | **paper** 3:17 78:6 | **participated** | 35:6,9 36:6 |
| 85:23 | 78:12,23 79:22 | 34:24 | 38:14 75:5 |
| **own** 28:21 | 79:25 80:21 | **participation** | 118:23 120:4,6 |
| 92:16 128:8 | 81:17,19,20,21 | 115:13 | |

Case 1:23-cv-00523-LM-AJ    Document 71-3    Filed 08/25/25    Page 159 of 174

**percent** 65:6,13
65:15,16,17,22
66:18 71:16,18
71:20 83:21
85:9,11,14,17
85:22 86:2,5
87:3 89:12
110:8
**percentage**
26:16 66:6,15
**perform** 12:17
12:21 13:7
17:16
**performed**
13:17 30:17
80:16 106:24
107:3,5,21
112:3 118:7
**performing**
118:14
**performs** 116:7
**period** 62:24
73:22
**person** 22:12
44:23 65:5
128:4
**personally**
36:12 37:3
98:19 115:2
**persons** 10:3
34:14,16
**perspectives**
120:9

**pertains** 95:15
**pg** 101:10
**ph.d.** 1:13 3:2
5:6 7:12,20
65:3 108:9
113:23
**phd** 132:5
133:2,24 134:2
134:4,12
**phone** 22:13
**photograph**
117:18
**phrased** 89:21
**physical** 41:14
41:17,22,24
49:18,24 50:3
52:14,17 53:16
**physician**
114:2
**physiological**
70:16,25
**physiologist**
16:21
**pilgrim** 1:8
**place** 4:2
**places** 131:11
**plaintiff** 1:4 2:2
4:12 23:6
61:21 62:2
95:15 98:6
**plaintiff's**
60:12 61:5
94:14

**plano** 2:13,14
**plans** 1:7
**platform** 18:4
**plausible**
109:14
**please** 4:5
19:24 21:9
36:22 57:1
59:19 60:6
79:15 92:15
99:2 122:2
**pllc** 2:17
**pocket** 108:10
108:19
**point** 15:6 66:5
83:4 86:12
87:19 108:24
110:25 112:20
**policies** 112:24
**policy** 94:2
113:7,11,17
114:5,13,15,22
122:9
**political** 123:23
**polymorphis...**
31:20
**polyuria**
104:24
**population**
78:1 79:12
80:8,18,25
81:16 82:16
89:10 99:22
100:5

**portion** 34:8
**position** 10:4
12:1,6,11
76:23 77:2
88:21 90:24
98:16 113:17
113:21 122:9
**positions** 9:5
10:1
**possible** 76:1
76:20 83:15
95:25 104:17
**post** 42:13 64:3
107:22
**potential**
105:12
**powerful** 71:19
**practice** 65:18
66:2,8
**practitioner**
65:4 108:3,4
**precisely** 25:4
**preexisting**
104:9,12
105:15,20
**premise** 15:8
**preparation**
25:1 34:8,12
38:5 55:3 94:2
**prepare** 20:5
20:12 22:5
56:24 63:13
**prepared** 20:18
20:25 21:5,16

21:20,25 57:22
58:21 73:3
**preparing**
23:13
**prescribe** 17:12
**presence** 104:3
105:13
**present** 5:23
14:7 64:16
119:5
**preservation**
107:18
**president**
115:24,24
116:1,4
**pretty** 6:3
**prevalence**
79:9 80:6,17
80:24 82:1
**prevent** 107:23
**previous** 55:13
57:25 60:2
63:21,23
**previously** 60:5
60:7 62:20
63:9 69:21
70:2 94:4
**primarily** 62:8
**primary** 118:7
**principles** 58:3
**prior** 4:19 55:5
55:16 56:24
58:9,13 65:16
131:6

**prison** 67:24
**prisons** 34:17
37:5 101:2
**private** 65:4
**privately**
119:11
**privileges** 14:9
**probability**
77:23 81:13,22
82:1
**probably** 6:3
10:16 19:19
**problem** 123:8
**procedure**
46:13 107:21
108:2 112:4
**procedures**
98:10 118:14
**proceed** 42:11
**proceedings**
131:7,10,17
**process** 6:4
36:1 116:3,5
128:15
**produce** 58:2
**produced** 71:7
92:10 121:18
**product** 62:24
**production**
128:7
**profession**
68:18
**professional**
7:22 9:13 11:3

13:21 14:12
113:25
**professionals**
66:2
**program** 15:1
**programs** 15:3
**pronounce**
103:17
**properly**
103:18
**proportions**
80:16
**proposed**
119:18
**proposition**
96:4
**protocols**
100:12
**provide** 19:21
40:11 55:10,15
91:4 93:18
**provided** 8:12
8:13 18:25
20:1 22:24
27:9 28:11
56:10,15 58:12
68:24 69:7
98:2 120:21
**provider** 43:5
44:7 114:2
**providers**
24:10 44:5
**provides**
102:16

**providing** 20:6
115:18 119:4
**provision** 128:1
**psychiatric**
30:17 46:25
**psychiatrist**
16:25
**psychiatry**
27:21
**psychological**
29:16 30:16
**psychologist**
9:9,10 15:14
15:18,22 17:12
17:16 21:2
42:9,18 43:7
43:23 53:7
65:24 113:23
**psychology**
7:16,19,21 8:2
27:22 68:21
**psychotherapy**
25:16
**puberty** 40:19
40:25 86:23,24
**public** 112:23
124:8 134:19
**publication**
72:20 119:19
127:3,24
**publish** 83:10
**published**
16:11 48:15
70:24 71:9,11

72:2,5 78:13
**publishes** 72:17
72:18
**purpose** 71:22
**purposes** 30:25
31:14,15,17,24
31:24
**put** 7:5 33:20
46:24 53:22
79:16
**puts** 122:8
**putting** 123:2
128:13

**q**

**qualifications**
57:9,21
**qualitative**
91:1
**quality** 74:21
74:22 100:17
**quantitative**
71:20 89:11
91:2
**quantitatively**
80:23
**question** 4:21
6:5,6,9,11 7:5
18:23 29:11,12
31:4 42:14
53:3 84:15
89:13 99:24
117:5 121:17
121:17 122:1

**questionnaire**
121:18,23
**questions** 77:16
129:4 130:1
**quickly** 64:8
**quite** 36:13
47:10 72:18
82:5

**r**

**r** 90:8 133:3,3
**rachel** 124:1
**ran** 81:24
**randi** 1:13 3:2
5:6,13 65:3
132:5 133:2,24
134:2,4,12
**range** 14:4
**rare** 30:6 110:9
110:10
**rather** 78:17
**rays** 30:11
**rbyron** 2:14
**reaching** 69:3
**read** 4:25 22:15
22:22 23:2
39:8 47:18
50:7 59:17
64:17 73:3
80:19 83:24
84:17 86:18
90:14 95:7,17
105:10 118:10
120:7 122:11

123:12 132:9
134:5
**reading** 54:13
126:22
**reads** 80:15
113:21
**really** 20:15
77:1 89:7
91:17 127:16
128:6
**reared** 83:22
86:6,8,13 87:4
87:8 88:11,25
89:4,20 90:1
**rearing** 84:13
**reason** 6:5,18
7:4 12:10,15
14:3 46:18
92:1 132:11
133:6,9,12,15
133:18,21
**reasons** 111:6
**reassigned** 97:8
**recall** 13:1,11
20:16 23:1
56:6,9 63:14
71:13 86:7
88:14,19
109:22 126:22
126:25 129:8
129:15
**receipt** 132:17
**receive** 13:16
16:15 99:12

119:10
**received** 16:1
24:13,17,18,21
24:22,25 25:3
25:17 96:21
**receives** 96:23
**receiving** 25:5
**recent** 67:16
**recognize** 9:1
33:24 53:21
**recommend**
31:7
**recommendat...**
44:19 101:9,14
**recommendat...**
34:25 35:1,2
35:19,19,24,25
36:17 37:8,9
37:13,15 77:10
77:11 123:16
123:22 125:17
**recommended**
44:14
**reconstructive**
111:8,16
**record** 4:6 5:12
6:17 58:15
81:6
**records** 24:7
25:20 44:22
95:8,17 97:18
98:15
**rectovaginal**
112:8

**redacted**
121:12 124:19
**reduce** 110:23
**reduced** 37:14
37:16 111:3
**reduces** 99:21
100:4,19
**reduction**
100:7
**reductionistic**
28:3
**refer** 9:15,16
48:4,9 70:9
72:3 102:7
109:8
**reference** 39:15
49:23 69:13
77:3 85:14
90:8
**referenced**
71:24 132:6
**references**
92:25
**referred** 47:4
82:21
**referring** 11:19
55:7 75:13
79:22 84:20
114:7 124:20
**refers** 11:20
28:14 40:2
**refill** 45:1
**refute** 74:16
76:18

**regard** 11:7,11
11:13 18:19
61:14
**regarding**
19:12,17 37:20
**regimen** 103:12
105:18 106:20
107:22
**regimens** 103:8
103:21
**registry** 73:21
73:24 74:15,16
74:25 75:3
**regretted** 42:10
42:19 43:2,8
43:13
**rejected** 44:16
**related** 72:12
131:16
**relation** 128:20
**relationship**
73:1
**relative** 73:8
**relatively** 40:18
**relevance** 75:7
**reliable** 83:15
**relied** 93:1
**rely** 61:17,23
69:8 71:10
**relying** 92:6
**remain** 14:18
**remember**
128:3

**reminder** 6:19
**remote** 2:1 18:4
**remotely** 1:14
1:25 4:2
131:10
**removal** 46:13
107:15
**render** 88:22
89:16
**repeat** 6:8
19:23 21:9
36:21 40:15
51:17 55:25
79:14 99:23
113:3 126:2
**repeated** 82:7
**rephrase** 6:8
**report** 3:15
20:2,6,12 21:5
21:16,21 22:1
22:6,22,23
23:13 28:4,20
32:10 45:10,14
46:8,22 47:20
48:10 53:20
54:25 55:3
56:13,22 59:8
60:25 61:11
62:7 63:2,4
64:13 67:2
69:8 70:5,13
71:10,23 73:3
73:7 74:10
75:11 76:24

77:4,15,22
78:3,18 79:25
81:3,11 85:7
85:15 89:18,22
89:23 90:7
91:15,18,19,24
92:3,11,22
93:15 94:3
101:7 109:21
110:18,20
111:4 126:24
**reported** 1:23
82:2
**reporter** 4:1,3
33:14,16
116:16 130:6
131:4
**reports** 20:19
21:1 55:16
56:9,15,18,20
56:24 57:22,25
58:9,20 59:5
59:15 60:2,22
85:2 93:24
94:1
**represent** 4:12
34:3 53:24
92:9 121:11
**representing**
4:13 44:5 55:7
**reproduced**
91:9
**reproductive**
26:11 27:3,7

38:15 40:4 46:16
**repurposed** 59:5
**request** 123:22
**require** 42:2,5 111:23
**required** 134:13
**reread** 50:21
**research** 30:25 31:15,17,24 37:5 63:24 66:4 70:15 108:9
**researchers** 73:20 74:2 75:25
**reserve** 4:20
**reserved** 130:25
**reside** 34:19 35:9
**residence** 5:19
**resolutions** 93:23
**resolved** 110:16
**resonance** 30:22 31:8,11
**respect** 34:21 36:25 113:17
**responding** 86:11

**response** 120:21 122:5
**responsibility** 108:5
**restricting** 113:18
**result** 102:3 123:16 125:17
**resulted** 112:7
**results** 80:23 85:7
**retained** 19:20 20:5,12 23:5 23:20
**retransition** 39:6
**return** 132:13 132:16
**revealed** 127:2 127:10
**reveals** 122:7
**review** 12:25 13:10 51:1 52:2 69:2 73:17 75:10,12 75:14,22 94:1 119:17 120:14 122:7 128:10 132:7
**reviewed** 22:6 22:19,24 24:6 25:20 30:8 34:24 37:5 38:1 44:22

63:20 73:10 94:4 97:18 98:14 109:20
**reviewing** 36:16 109:22
**reviews** 99:19 100:2 110:22 125:21 126:6 126:15,16,19 126:23 127:3 127:10,24
**revision** 110:16
**revoked** 8:6
**right** 5:21 7:8 9:25 16:14 20:4 32:21 51:4 52:18 58:23 61:3 66:25 70:20 77:13 79:21 83:4 95:5 96:3 96:13 102:1,23 104:5,9,22 106:7 112:4 117:20 118:22 123:14 124:23 128:21
**risk** 102:19,20 102:24 103:7 103:10,14,20 103:23 104:1,3 104:3,10,15,18 105:16,21 106:16,21

109:23
**risks** 102:16 105:13,17 106:8 110:2,6
**robust** 91:14
**roger** 2:13
**role** 10:7 34:8 34:11,20 36:18 62:9 83:22 88:12
**roles** 15:16,18 15:20
**room** 5:23
**roosevelt** 7:12
**roughly** 63:5 108:1
**roxanne** 60:21
**royalties** 16:1 16:15
**rpr** 1:23 131:23
**rumor** 123:24
**run** 35:11
**runs** 58:18 59:2 59:3
**ruppalt** 2:17

| s |
| --- |

**s** 133:3
**s177** 114:18
**s93** 39:14
**safe** 99:15
**saith** 130:8
**salary** 119:10

salient  89:7
sample  79:10
  80:7
sapien  26:1,2
sapiens  26:8
satisfy  51:11,13
  51:22,23 52:22
  52:24
saw  76:25
saying  58:18
  68:7 123:2
says  11:6,17
  78:3 85:1,8
  89:18 91:25
  120:9
scale  111:2
scan  30:14
school  67:20
scientific  61:19
  70:15 74:19
  76:22 77:20
  90:17,25 91:4
  125:21 126:6
  128:15,18
score  100:17
scoring  100:14
screen  8:22
  33:20 46:24
  49:4 53:22
  125:13
screened
  115:10,12
screenwriters
  14:15,22

scroll  57:2,24
  59:19 60:6,9
  82:3 83:3
  92:15 99:2
  103:2 105:25
scrotum  107:15
second  84:5
secretary  9:12
  9:23 127:19
section  34:21
  47:12 49:15
  57:3,8,20
  58:16,24 60:14
  61:4 68:4,6
  69:17 70:4,5,7
  92:22 94:13
  103:4 114:18
  120:2,5 127:15
sections  49:10
  56:22 57:7
see  8:21 9:6
  11:5 33:11
  34:3 38:9,10
  39:2,17 49:1,4
  49:9 57:11
  65:5,7,9 68:9
  76:15 79:19
  81:20 82:4
  90:9 102:12,21
  104:5 106:1,13
  108:22 114:20
  115:8 117:12
  118:2 120:8,11
  122:25 125:13

seeing  65:25
seek  111:8
seeking  111:7
  111:12
seems  13:24
seen  97:17
  108:16 116:10
  117:2 121:22
  122:13
self  64:24
send  120:13
sense  28:21
  118:12 128:2
sent  124:24
  132:14
sentence  63:25
  63:25 79:14
separated
  86:15,16,17,22
september
  54:18
sequelae  62:17
serious  110:8
serve  9:22 12:4
  13:13
served  32:20
  66:16
services  12:18
  12:22 13:8
  23:19
serving  65:18
  65:23
session  37:10

set  65:1 86:14
  86:16,17
  131:11
sets  85:2 86:7,9
  86:12,21,22
  87:2 88:17
  89:14,19
seventh  36:14
several  43:12
  71:14
sex  26:8,17,25
  27:3,5,9,14
  28:2,5,6,7,9,12
  28:13,14 32:12
  32:14 38:14
  39:7,16,21,23
  40:12,13,16
  41:8 46:19
  50:19 51:7,11
  51:21 52:10,22
  74:3
sexual  78:14
share  121:4
sheet  132:11
shorthand
  131:3,12
show  15:2 16:2
  16:4,14 45:10
  46:23 89:24
  116:12 122:15
showed  111:2
showing  124:10
shows  15:5,7
  15:25 110:5

sibling  77:23
  81:22
siblings  78:9
  79:4,5,10 80:6
  81:14 82:1
  90:12
side  44:3 52:3,3
  112:12
sign  4:25
  112:18 132:12
signature  54:11
  131:23
signed  63:2
  132:19
significant
  70:14 76:10
  89:21 90:4
  106:13,15
  115:6
significantly
  118:23
similar  18:13
  36:14 37:7
  52:4
simply  93:6
sit  21:25
  118:13
situation  52:20
  98:22 107:8
situations
  29:25 51:9,19
  112:6
six  19:14 44:12
  44:13 76:7

skin  107:16,18
slightly  104:2
small  26:16
  110:6
soc  3:10 11:6
  123:5 125:3
  128:7
soc8  3:18
social  120:14
  122:6
society  40:22
  76:23
society's  77:2,9
solely  11:11
solutions
  132:23
someone's
  29:19,22 30:2
somewhat
  85:16
sorry  18:22
  19:23 21:8,14
  26:14 31:3
  35:4 36:21
  49:5 51:16
  53:2 55:25
  56:4 84:15
  85:25 87:14
  99:23 113:2
  115:12 126:1
sort  52:19 59:4
  102:20
sound  34:5
  54:1 79:13

source  78:22
  92:12
sources  69:8,13
space  65:8
spain  79:3,12
  80:8
span  93:24
spans  57:16
  58:17 61:6
speak  22:10
  75:7 91:23
  97:11 106:5
speaking  27:15
  33:15 129:6
species  26:8
specific  76:1
  97:15 123:6
specifically
  24:24 34:20
  56:10 61:10,13
  63:4,14 88:8
  94:17 97:23
  102:10 115:5
  126:25 129:10
specifier  51:3
  52:4,7
specifiers  70:9
spending
  108:10
spent  65:18
  66:7
spoke  22:8,11
  122:7

spoken  23:25
  24:9 61:1
square  81:24
ss  131:1
staff  14:1
standard  11:7
  11:11 31:2,7
  35:3,20 36:11
  36:19 38:2
  39:14 101:17
  115:17 124:20
  124:21
standards
  18:19 32:24
  33:22 34:12,22
  36:14 59:24
  93:22 102:8
  112:17 114:4
  114:11 116:25
  128:20
starting  85:6
  92:4
starts  13:21
  61:5 123:1
state  5:11 7:24
  8:9 46:8 56:7
  58:1 61:20
  62:1 64:13
  67:3 77:19
  80:5 81:12
  83:19 94:21
  98:5 131:1,4
statement  26:6
  26:23 39:10

61:23 68:12
72:24 81:17
90:17 92:13
96:4 97:13
112:18 113:13
113:21 115:5
123:4,6
**statements**
94:2 97:22
98:1 112:23
113:7,11,12
**states** 1:1 12:3
13:3 39:4,20
40:2 50:1
89:19,23
102:24 104:2
118:4 122:1,5
123:23 124:24
**stating** 4:6
**statistical** 47:1
48:2 59:1
69:19 80:15
81:23,23 82:8
**statistically**
82:16,17 89:15
89:20 90:3,4
**status** 11:10
**stedman's**
68:13
**stenographer**
6:16
**stereotypically**
39:6

**sterility** 112:12
**stigma** 75:4
**stimulate** 91:20
**stipulate** 4:3,18
**stipulations**
4:18
**stop** 60:3
**stopping** 60:13
**street** 2:4,18
5:18
**stress** 64:3
**strike** 4:22
21:14 41:2
49:5,8 64:21
**studied** 82:12
**studies** 30:1,7
30:22 31:8,11
31:23 70:25
71:3,4,15,23
73:7,9 74:17
75:6,8 76:9,16
77:16 82:20,22
89:9,24 91:15
91:20 99:19
100:2,6 110:17
110:21 117:6
117:10 125:21
126:6
**study** 3:16 64:1
71:11,19 72:3
72:7 73:11,12
73:14,16,17,19
73:24 74:2,9
74:12,22,23,25

74:25 75:1,3
75:16,20,24
76:7,9,12,14
77:6 79:2,8
80:5,24 81:5
81:24 82:7,23
82:25 83:7,9
83:11,16 84:19
84:25 85:2,7
85:21 86:8,10
89:1,10 90:21
91:3,25 100:8
100:9 109:2
110:7
**subject** 16:3
18:12 21:21
**submitted**
12:24 13:9
58:14
**subscribed**
131:20 134:14
**subspecialty**
27:17,20
**substantive**
63:3
**successfully**
110:23
**suffer** 41:5,11
**sufficient** 87:2
88:22 89:15
90:25
**suggesting**
62:22

**suggests** 72:22
**suicidal** 111:3
**suicidality**
93:10
**suicide** 99:21
100:6 110:24
**suicides** 100:5
100:19
**suite** 2:4,9,13
2:18
**supervising**
66:1
**supervision**
131:14
**supplemental**
87:9
**support** 81:16
90:17 91:4
92:6 113:19
125:22 126:7
127:11
**supporting**
100:18
**supportive**
44:19
**supports** 87:11
**suppress**
128:18
**suppressed**
125:21 126:6
**supraphysiol...**
101:20 102:3
**sure** 7:2 19:25
21:11 29:8

31:5 33:14
35:16 36:23
41:22 45:2,4
47:24 59:18
61:1 87:16
99:25 109:7
112:19 113:5
116:14 126:4
**surgeon**  115:23
118:5
**surgeries**  17:17
43:12,12 44:24
118:9
**surgery**  42:6,13
42:15 58:4
98:17 107:3,22
108:8,11
110:16 111:3
118:17,22
125:4
**surgical**  25:11
25:12 42:23
43:9 59:12
71:6,7 109:18
125:23 126:8
**survey**  111:2
121:22
**suspended**  8:5
**swear**  4:4
**swedish**  73:20
**sworn**  4:16 5:7
131:7 134:14
**syndrome**  50:5

**synthesize**
52:20
**system**  94:25
95:13,23 97:12
100:14 110:12
123:8
**systematic**
75:10,12,14
99:18 110:22
127:9
**systemic**  100:1
**systems**  16:10
63:16,19 74:19
94:22,23 95:19
95:22 96:1,8
96:10

**t**

**t**  133:3,3
**table**  102:10,12
102:15 106:4,8
108:19
**take**  4:2 6:16
7:3,6 45:2
50:25 63:12
87:14,18
128:22 130:2,4
**taken**  25:23
45:8 57:21,25
58:13,20 59:5
59:15 61:11
88:5 113:16
129:2 131:10
131:12

**talk**  27:5 81:21
114:10
**talked**  110:19
129:10
**talking**  27:2
42:21 81:25
103:3
**talks**  71:24
**technique**
109:9 110:11
110:13
**technology**  6:7
**television**  14:23
14:24 15:2
**tell**  7:8 10:12
34:15 51:19
62:4 64:21
92:12 108:12
118:23
**ten**  18:11 19:10
65:13,15 90:12
90:22 101:11
128:22
**tenure**  128:5
**term**  26:25
27:9 28:8,17
29:1 35:7
38:10,14 39:5
45:24 48:6
53:16 68:7
101:19
**terminology**
40:1

**terms**  4:17,19
25:8 27:2,8,13
27:17,20,21
35:17 38:5
44:18 63:1
83:8 108:25
122:9
**test**  29:6,14
**testicles**  46:13
46:15
**testified**  5:8
18:6,10,18
20:22 67:4,14
67:17
**testify**  20:14
44:21 69:9
131:8
**testimony**
18:13 19:7,11
19:12,17,22
21:12,15 37:18
37:19 44:18
58:12 132:9,17
134:8
**testing**  29:23
30:3
**tests**  29:15,16
30:17,19 31:12
31:16 32:4
**texas**  2:14
15:11
**text**  58:3
**textbook**  71:5,8

**textbooks** 71:6
**thank** 4:23 45:5
45:6 63:11
79:18 90:5
106:10 108:15
117:13 123:2
128:24 129:24
130:1
**thanking** 120:4
120:6
**thanks** 33:17
**therapists**
25:20
**therapy** 17:13
25:6 42:3
61:22 96:15,18
96:21 97:20
99:6,20 100:3
100:10,18,24
101:8 102:3,17
125:23 126:8
**thereof** 131:18
**thing** 78:13
79:17
**things** 104:4
**think** 10:15
12:15 21:3
28:8 35:13
52:3 53:14
54:16,21 63:5
64:19 81:3,18
87:1,6 89:18
89:21,23 90:2
93:7,8,11 99:8

102:8 106:7
109:13 111:1
111:21,25
112:1 115:24
118:22 121:24
127:18 128:17
128:23
**third** 58:2
86:17
**thought** 56:3
76:25
**thoughts** 15:11
**thousand** 101:3
**three** 31:20,20
43:12 71:5
86:9,12,21
88:17,21 89:14
89:19 90:3
**thromboemb...**
102:25 103:8
106:17
**time** 4:22 12:24
13:9 15:24
21:4 23:10,12
23:15 28:14
48:4,14 51:1
62:24 66:7,16
87:16,20,21
96:21 116:5
118:14 131:11
132:18
**timeframe**
114:8 132:8

**times** 20:23
21:25 22:1
77:25 78:2,3
81:15 101:11
118:17
**title** 79:21
84:17
**today** 5:17,22
7:23 9:16 10:1
10:8 12:7,12
12:18 14:19
21:25 22:9
23:16 64:23
65:18 97:5
118:13 129:6
**today's** 22:5
**together** 62:8
123:2
**told** 60:21
70:20 94:15
95:4
**took** 88:7
**tool** 123:9
**top** 59:3,10
93:25 94:5
114:19
**topic** 16:3,12
16:13
**topics** 19:8
**total** 108:20
109:1 118:25
**touched** 64:19
**track** 117:9

**tract** 40:4
**trans** 103:3,3
125:5
**transcribed**
131:13
**transcript** 4:25
130:5 132:6,19
134:5,8
**transcripts**
23:3
**transgender**
3:11 9:13 12:5
12:19,23 13:4
13:8 18:20
30:23 31:21,25
32:3,11,25
33:23 41:4,7
41:10,13 42:2
42:5,9,18 43:7
45:14,17 46:3
51:10,20 52:21
58:4 67:25
72:10,22 76:3
77:24,24 81:14
81:15 83:21
86:6 87:4
88:11,24,25
89:17 128:1
**transgenderism**
72:6
**transition**
84:13 111:8
116:8

transitioned
  85:3
transitioning
  86:14
transsexual
  79:3,4,5 85:10
transsexualism
  79:9 80:6
transsexuality
  84:12
transsexuals
  79:10 80:7,24
traumatic  64:3
treat  99:16,20
  100:3 106:25
  125:24 126:9
treated  43:3,23
  43:24 61:22
  64:15 96:15,18
  98:13
treating  32:1
  102:1
treatment
  24:13,17,19
  25:7,9,11,13,15
  25:17 42:12,15
  42:20,22,23
  43:1,3,10
  44:15,20 98:17
  101:9
treatments
  17:13 59:12
trees  91:10

tremont  2:4
trial  4:22 18:10
  18:13,18 19:7
  19:11 20:7,14
  67:5,14,17,22
trials  18:6
true  66:13
  95:18 134:8
truth  131:8,8,9
try  47:10
trying  117:9
turbocam  1:6
  4:10 132:4
  133:1 134:1
twin  71:11,14
  71:23 78:9
  79:4,5 85:9
  89:24
twins  71:17
  73:8,22 74:3
  75:2 83:20,21
  84:12 85:2,12
  85:16,23 86:6
  86:8,11,21
  87:2,4,7,7,11
  88:10,18,22,24
  89:2,3,4,8,15
  89:17,19 90:1
  117:10
two  32:4 52:20
  67:16 80:16
  86:22 87:1
  88:21 89:14
  105:9 116:4

129:3
type  17:5 25:16
  29:6,14 69:12
types  15:3
typewriting
  131:13
typically  28:15
  40:24 43:17,18
  65:21 99:11

| u |

ultimately
  37:15 44:16
under  11:3,16
  40:1 49:14
  51:12,14 53:8
  58:2 60:14
  64:25 102:19
  129:20 131:13
undergo  46:9
  62:3 98:7
  107:22 111:19
  112:11,14
undergone
  25:8,13
underlying
  104:16
underpinning
  76:19
underpinnings
  76:21
understand
  5:25 6:5 18:23
  31:3 36:24

37:2 53:3
  61:21 62:2
  75:24 96:14
  98:6 111:14
  127:1
understanding
  34:7 46:9 76:4
  97:1 105:5
  109:10 119:12
  120:12 121:19
  127:8
understood
  6:12 119:2
undiagnosed
  75:5
unhappy  128:4
unhealthy
  123:8
united  1:1
  123:23
university  7:11
  7:12,13,15
  84:3 126:17
untenable
  122:8
untreated
  62:17 96:7
usa  124:25
use  9:19 28:4
  30:14,19 31:7
  31:12 32:4
  45:23 55:11
  56:11 105:18
  106:19 111:23

123:10
**used** 27:1 28:8
30:24,25 31:17
31:23 35:7
39:5 53:16
55:4 56:23
62:14 65:16
66:6 74:19
75:17 100:3
118:23 132:19
**using** 29:6
35:16,17 71:19
87:1 103:11,21
**usually** 120:13
**utilize** 42:20

**v**

**v** 3:13 47:5,12
50:11 51:12,23
52:6 57:5
69:22 71:24
72:1 93:11
120:25 121:13
129:7,14,19
132:4 133:1
134:1
**vagina** 111:15
**vaginectomy**
112:14
**vaginoplasties**
116:7 118:8
119:4
**vaginoplasty**
46:10 62:3

98:7 106:24
107:3,5,12
108:20 109:15
109:24 110:6
110:23 111:9
111:12,16,23
112:7,11
**vaguely** 75:21
**variations** 40:4
**varies** 108:3
**various** 13:18
96:1 120:4
**vary** 41:25
**venous** 102:25
103:8 106:17
**verify** 132:9
**veritext** 132:14
132:23
**veritext.com**
132:15
**version** 3:12
33:23 114:8,10
114:13,15,23
116:2
**versus** 65:23
**videoconfere...**
4:4
**view** 53:6,15
74:12,14 76:12
77:6
**views** 77:10,12
125:1
**vignette** 90:24

**vignettes** 90:22
**virtual** 65:7
**visits** 65:14
**vitae** 3:9
**volume** 78:13
**vs** 1:5

**w**

**waiving** 5:3
**want** 4:18
33:14 35:16
36:24 45:1
66:5 78:12
87:17,18,22
**wanted** 45:12
125:2
**washington**
2:19
**water** 45:1
**way** 52:19
89:22 95:21
**ways** 82:8
**we've** 117:16
**wealth** 93:9,14
**webster** 29:3
68:19
**week** 22:11
66:3 125:1
**weight** 103:23
**weiss** 13:23
14:10 22:22,23
73:4 75:10
76:24 100:15
101:7 109:20

126:22
**wendy** 1:23
130:2 131:3,23
**went** 128:9
**west** 2:13
**whereof** 131:19
**widely** 68:17
**williams** 16:2,4
**winning** 122:9
**witness** 3:2 4:4
4:15,25 10:23
18:16,22 20:9
21:8 26:20
32:8 36:5
38:18 40:6
41:16,22 43:17
45:5,23 51:16
52:2 53:2
62:12 63:8
65:19,23 66:21
87:14,20,25
88:3 93:3
109:17 113:2
113:10 114:25
119:8 120:16
124:7 125:12
126:1,12 127:5
127:14 128:17
129:22 131:6
131:19 132:8
132:10,12,18
**women** 103:3
**words** 28:4

**[work - zoom]**                                                    Page 36

| work 13:17 | 121:20 123:15 | **z** |
|---|---|---|
| 29:18,20 37:4 | 123:21 124:4 | **zero** 82:18 |
| 55:1,5,13 | 124:21 125:9 | **zoom** 18:4 |
| 58:13 62:13,24 | 125:16,20 | 22:14 125:1 |
| 64:3,25 65:3 | 126:5,16,18 | |
| 66:3 82:6 | 127:2,11,19,23 | |
| 111:1 | 128:11 | |
| **worked** 55:18 | **write** 54:25 | |
| 55:21,23 56:1 | **writing** 37:10 | |
| 63:15,20 82:6 | 37:14,16 55:3 | |
| **working** 36:7,9 | 66:4 | |
| 65:24,25 66:7 | **written** 22:20 | |
| 66:9,16 119:13 | 60:4,7,9 61:2 | |
| 128:5 | 62:14,19,20,20 | |
| **works** 119:11 | 63:9 64:4,8 | |
| **world** 9:12 | 78:18 104:21 | |
| 40:21 | **wrong** 119:10 | |
| **wpath** 3:19 | **wrote** 62:23 | |
| 9:16,23 10:1 | **x** | |
| 10:21 11:6,18 | **x** 30:11 | |
| 11:21 13:17 | **y** | |
| 31:2,6 32:16 | **yeah** 71:8 | |
| 32:21 38:2,13 | **year** 13:1 65:20 | |
| 39:4,14 72:13 | 66:9,23 73:22 | |
| 72:16,19,23 | 101:3 119:4 | |
| 77:11 93:22 | **years** 10:12 | |
| 101:17 102:8 | 32:21 58:11 | |
| 112:15,17,23 | 67:4 116:4 | |
| 113:6,16,19,24 | 118:6,22,24 | |
| 114:1,3,22 | 127:19 | |
| 115:4,10,13,15 | **youth** 125:5 | |
| 115:25 116:1 | | |
| 117:1 119:15 | | |
| 119:18 120:20 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.