# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| LILLIAN BERNIER<br><br>           *Plaintiff*,<br><br>  v.<br><br>TURBOCAM, INC.,<br><br>         *Defendant*. | Civil Action No. 1:23-cv-00523-LM-AJ |

---

**DECLARATION OF DANIEL WEISS, M.D., IN SUPPORT OF
TURBOCAM'S MOTION TO EXCLUDE, CROSS-MOTION FOR SUMMARY
JUDGMENT, AND OPPOSITION TO SUMMARY JUDGMENT**

---

I, Daniel Weiss, M.D., state as follows:

1.      Attached as Exhibit 1 is a copy of my CV. I am a practicing physician, board certified in the specialty of Internal Medicine and sub-specialty of Diabetes/Endocrinology and Metabolism.

2.      I completed my undergraduate work at Columbia University in New York, where I majored in chemistry. I was offered a fully paid scholarship to continue graduate work in chemistry at the Massachusetts Institute of Technology. However, I chose to become a physician because I have been fascinated, since grade school, by the miracle of human life.

3.      I obtained my medical degree from the University of Texas Southwestern Medical Center in Dallas. After medical school I served a residency in internal medicine at Upstate Medical Center in New York. I moved to the University of Iowa Hospitals and Clinics for my fellowship in endocrinology/metabolism. One of my mentors at the University of Iowa managed adults with gender incongruence, years before there were applicable Endocrine Society guidelines.

1

4.      After fellowship, I accepted a teaching staff position at the University of Iowa Hospitals and Clinics, where in 1986 I was awarded the honor of Teacher of the Year.

5.      From the end of my fellowship to the present day I have actively practiced clinical endocrinology. In my first years of practice in Ohio, I served as the sole endocrinologist in a multispecialty group of 110 physicians. In 2003, I established an independent practice. I have provided care for both adults and children.

6.      Throughout my years in Iowa and Ohio, I held academic appointments. As a result, I have trained and mentored many medical students, medical residents, endocrinology fellows, and advanced practice nurses. I am a manuscript reviewer for peer reviewed journals, and I have authored original research papers.

7.      I have been a Certified Physician Investigator. In that capacity, I served as a principal investigator for 90 clinical research trials involving both adults and children. My research trial experience has given me expertise with, and insight into, the strict international ethical principles and standards governing clinical research. These principles are pertinent to patient care outside of research.

8.      I have been designated an expert witness in five cases involving challenges to government laws in persons with gender dysphoria.

9.      I established an independent practice of endocrinology in Mentor, Ohio. Consistent with my fellowship training, I offered endocrine interventions to adults with gender dysphoria. I provided these interventions from 2003 to 2013.

10.    During that decade, I gained recognition as the key physician in my region offering hormonal interventions for adults with gender dysphoria, previously called gender identity disorder. My name was listed on the principal LGBTQ website as the "go to" physician in Northeast Ohio. Approximately 100 adults came to me for these endocrine interventions.

11.    I observed that many of my patients with gender dysphoria were suffering significant psychic distress. Yet most received inadequate psychologic evaluation and support. When I began to understand the lack of benefit, and the potential harm from medical interventions, I stopped accepting new patients with gender dysphoria. I continued to see my established patients until I moved to Utah.

12.    In January 2023, I joined a group medical practice in Utah, providing internal medicine and endocrine care for adolescents and adults.

13.    Depression is common in patients suffering from chronic disease, including endocrine disorders and diabetes. Therefore, I have pursued additional training in the management of mental health disorders. Careful and detailed interviewing with an emphasis on attentive listening is integral to the compassionate practice of medicine. I have refined this skill over more than 35 years as a practicing physician.

14.    I am licensed to practice medicine in Ohio, Utah, and Nevada.

15.    I form my opinions based on my clinical expertise and experience, and my careful review of the scientific literature including the references I have cited in this declaration.

16.    My opinions do not reflect the views of my employer, Intermountain Health.

I.    **SEX, GENDER AND GENDER IDENTIY**

17.    Biologically, humans are sexually dimorphic mammals. Sex is fixed as either male or female at conception.

18.    Some individuals, however, are born with a disorder of sex development that may, in some cases, complicate categorization as male or female. These disorders, however, do not disprove the male or female binary.

19.    A disorder or difference in sex development is a congenital condition in which an individual's development of chromosomal, gonadal, or anatomical sex is atypical, and includes rare genetic abnormalities such as Turner syndrome and Klinefelter syndrome. *DeGroot's Endocrinology* 1692 (8th ed. 2022).

20.    Ambiguous genitalia may be absent in another rare condition called "intersex": an infant born with female appearing external genitalia and male internal structures. "Intersex" can be caused by a deficiency of an enzyme called steroid 5-alpha reductase 2 or by a receptor-mediated insensitivity to androgens (male hormones). Disorders of this sort occur in less than 2 out of 10,000 infants and can be challenging to diagnose and treat. L. Sax, *How Common is Intersex? A Response to Anne Fausto-Sterling*, 39 J Sex Res. (2002).

21.    Although in common parlance the terms are sometimes confused, in biology or medicine sex is not the same thing as "gender" or "gender identity." *see also* Am. Psych. Ass'n, *Diagnostic and Statistical Manual of Mental Disorders* 451 (5th ed. 2013) ("DSM-5") (explaining that clinicians use the term "*sex*" to refer to "biological indicators of male and female" while the term "*gender* is used to denote the public (and usually legally recognized) lived role as boy or girl, man or woman.").

22.    Although definitions vary, World Professional Association for Transgender Health ("WPATH") defines "gender" as follows:

> Depending on the context, gender may reference gender identity, gender expression, and/or social gender role, including understandings and expectations culturally tied to people who were assigned male or female at birth. Gender identities other than those of men and women (who can be either cisgender or transgender)

include transgender, nonbinary, genderqueer, gender neutral, agender, gender fluid, and "third" gender, among others; many other genders are recognized around the world.

WPATH, *Standards of Care for the Health of Transgender and Gender Diverse People*, Version 8, 23 Int'l J. Transgender Health S252 (2022).

23.     Sex, in biological terms, may be reliably determined by inspecting an individual's sexual organs or by performing genetic testing in nearly all cases.

24.     By contrast, there is no observational method to reliably determine an individual's professed "internal" sense of gender identity. WPATH does not define gender identity and as noted above can only describe examples of gender but cannot define it.

25.     It is not true that what Ettner calls "transgender"[1] individuals—individuals who identify with the gender of the opposite sex—"cannot live and function" without a gender transition, as Ettner claims. Some individuals with gender incongruence do not even have gender dysphoria and have no need to conform to opposite sex stereotypes or appearances, and, subsequently, do not need counseling, hormonal interventions, surgery, or other procedures to transition. In fact, in my view, such interventions are medically unnecessary for individuals diagnosed with gender dysphoria.

26.     Unlike sex, which is innate and fixed, gender is a social construct that can change over the course of an individual's lifetime. In other words, gender can be fluid.[2]

---

[1] Ettner uses the term "transgender" to refer to individuals who identify with the gender typically associated with the opposite sex. For example, a biological male who identifies as a woman would be "transgender" in Ettner's usage.

[2] *See, e.g.*, S. L. Katz-Wise, et al., *Fluidity in Gender Identity and Sexual Orientation Identity in Transgender and Nonbinary Youth*, 61 J. Sex Res. 1367 (2024).

## II.    DIAGNOSES OF GENDER DYSPHORIA

27.    Clinicians and researchers diagnose and classify mental disorders using criteria outlined in the American Psychological Association ("APA")'s *Diagnostic and Statistical Manual of Mental Disorders* ("DSM"). The terminology used by the DSM to describe individuals who experience incongruence between their sex, as determined by their biology, and their internal sense of gender has changed over time.

28.    In 1980, the DSM included a subclass of "gender identity disorders" within the broader class of "psychosexual disorders." APA, *Diagnostic and Statistical Manual of Mental Disorders* 261 (3d ed. 1980) ("DSM-III").

29.    In the 1987 update to DSM-III, the subclass of "gender identity disorders" was reclassified within the class of "disorders usually first evident in infancy, childhood, or adolescence." APA, *Diagnostic and Statistical Manual of Mental Disorders* 71 (3d ed. rev. 1987) ("DSM-III-R"). Under DSM-III-R, the "essential feature" of the subclass of "gender identity disorders" "is an incongruence between assigned sex (i.e., the sex that is recorded on the birth certificate) and gender identity." DSM-III-R at 71. DSM-III-R listed four diagnoses under the subclass of gender identity disorders: gender identity disorder of childhood; transsexualism; gender identity disorder of adolescence or adulthood, nontranssexual type ("GIDAANT"); gender identity disorder not otherwise specified. DSM-III-R at 71–78.

30.    Under DSM-III-R, the diagnostic criteria for transsexualism were:

   a.    "Persistent discomfort and sense of inappropriateness about one's assigned sex."

   b.    "Persistent preoccupation for at least two years with getting rid of one's primary and secondary sex characteristics and acquiring the sex characteristics of the other sex."

   c.    "The person has reached puberty."

6

DSM-III-R at 76.

31.    In 1994, the new edition of the DSM again updated its terminology. APA, *Diagnostic and Statistical Manual of Mental Disorders* 71 (4th ed. 1994) ("DSM-IV"). DSM-IV made "sexual and gender identity disorders" its own class. DSM-IV at 493–538. DSM-IV also used the term "gender identity disorder" to "subsume[] three DSM-III-R diagnoses: Gender Identity Disorder of Childhood; Gender Identity Disorder of Adolescence or Adulthood, Nontranssexual Type (GIDAANT); and Transsexualism." DSM-IV at 785. Although DSM-IV no longer included a diagnosis for "transsexualism," it defined "transsexualism" as "[s]evere gender dysphoria, coupled with a persistent desire for the physical characteristics and social roles that connote the opposite biological sex." DSM-IV at 771.

32.    Under DSM-IV, the "two components" of gender identity disorder were "a strong and persistent cross-gender identification, which is the desire to be, or the insistence that one is, of the other sex" and "persistent discomfort about one's assigned sex or a sense of inappropriateness in the gender role of that sex." DSM-IV at 532–33.

33.    Under DSM-IV, the diagnostic criteria for gender identity disorder were:

a.    "A strong and persistent cross-gender identification," manifested in adults "by symptoms such as a stated desire to be of the other sex, frequent passing as the other sex, desire to live or be treated as the other sex, or the conviction that he or she has the typical feelings and reactions of the other sex."

b.    "Persistent discomfort with his or her sex or sense of inappropriateness in the gender role of that sex," manifested in adults "by symptoms such as preoccupation with getting rid of primary and secondary sex characteristics (e.g., request for hormones,

surgery, or other procedures to physically alter sexual characteristics to simulate

the other sex) or belief that he or she was born the wrong sex."

c.  "The disturbance is not concurrent with a physical intersex condition."

d.  "The disturbance causes clinically significant distress or impairment in social, oc-

cupational, or other important areas of functioning."

DSM-IV at 537–38.

34.    Other gender identity disorders, such as gender identity disorders resulting from

physical "[i]ntersex conditions (e.g., androgen insensitivity syndrome or congenital adrenal hyper-

plasia)," were labeled as a "gender identity disorder not otherwise specified." DSM-IV at 538.

35.    In 2013, the new edition of the DSM updated its terminology yet again. APA, *Di-*

*agnostic and Statistical Manual of Mental Disorders* (5th ed. 2013) ("DSM-5"). DSM-5 replaced

the term "gender identity disorder" with "gender dysphoria," explaining that gender dysphoria "is

more descriptive than" gender identity disorder. DSM-5 at 451. For adults, the diagnostic criteria

for the new diagnosis of gender dysphoria were:

a.  "A marked incongruence between one's experienced/expressed gender and as-

signed gender, of at least 6 months' duration, as manifested by at least two of the

following:"

1.  "A marked incongruence between one's experienced/expressed gender

and primary and/or secondary sex characteristics."

2.  "A strong desire to be rid of one's primary and/or secondary sex charac-

teristics because of a marked incongruence with one's experienced/ex-

pressed gender."

3. "A strong desire for the primary and/or secondary sex characteristics of the other gender."

4. "A strong desire to be of the other gender (or some alternative gender different from one's assigned gender)."

5. "A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender)."

6. "A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender)."

b. "[C]linically significant distress or impairment in social, occupational, or other important areas of functioning."

DSM-5 at 452–53.

36.     DSM-5 does not include a diagnosis for "transsexualism," but defines "transsexual" as "[a]n individual who seeks, or has undergone, a social transition from male to female or female to male, which in many, but not all cases may also involve a somatic transition by cross-sex hormone treatment and genital surgery ('sex reassignment surgery'). DSM-5 at 830.

37.     In the 2022 update to DSM-5, the diagnostic criteria for "gender dysphoria" for adults are unchanged. APA, *Diagnostic and Statistical Manual of Mental Disorders* 512–13 (5th ed. text rev. 2022) ("DSM-5-TR").

38.     Although the terminology changed, there is substantial overlap in the diagnoses. For example, generally, an adult diagnosed under DSM-5 or DSM-5-TR with gender dysphoria who is seeking modification of his sex characteristics would meet the criteria for "transsexualism" under DSM-III-R. An adult diagnosed under DSM-5 or DSM-5-TR with gender dysphoria who is

seeking modification of his sex characteristics also would meet the criteria for "gender identity disorder" under DSM-IV.

III.    **BERNIER'S GENDER DYSPHORIA**

39.    I have reviewed Bernier's declaration. Although I offer no opinion on whether Bernier has transsexualism, based on Bernier's declaration and self-description, Lillian Bernier meets the diagnostic criteria for "transsexualism" under DSM-III-R. Bernier has a persistent discomfort and inappropriateness about Bernier's male sex, as determined by Bernier's biology. Bernier Decl. ¶¶ 3, 8, 12, 26, 27. Bernier also has a persistent preoccupation of getting rid of male sex characteristics and acquiring female sex characteristics that has lasted more than two years. Bernier Decl. ¶¶ 8, 11, 13, 26, 30. Bernier has also reached puberty.

40.    Based on the available information, it is my opinion that Lillian Bernier has a "gender identity disorder" as that term was understood under DSM-III-R. Bernier has the "essential feature" of a "gender identity disorder" as it was understood at that time, which "is an incongruence between assigned sex (i.e., the sex that is recorded on the birth certificate) and gender identity." DSM-III-R at 71. Bernier Decl. ¶¶ 3, 8, 11, 12, 13, 27, 30. I have no information that would indicate Bernier's condition arises from a physical intersex condition.

41.    Based on the available information, it is my opinion that Lillian Bernier meets the diagnostic criteria for "gender identity disorder" under DSM-IV. Bernier has (i) a strong and persistent cross-gender identification, Bernier Decl. ¶¶ 3, 8, 12, 26, 27; (ii) a persistent discomfort with his male sex, as determined by Bernier's biology, and a preoccupation with getting rid of male sex characteristics, Bernier Decl. ¶¶ 8, 11, 13, 26, 30; and (iii) Bernier experiences clinically significant distress, Bernier Decl. ¶¶ 8, 12, 27, 32. I have no information that would indicate Bernier's condition arises from a physical intersex condition or a disorder or difference in sex development.

10

## IV.  LACK OF EVIDENCE FOR PHYSIOLOGICAL BASIS OF GENDER DYSPHORIA

42.    There is no scientific consensus on a physiological or biological basis for gender dysphoria. As the Endocrine Society explained in its 2021 scientific position statement, "gender identity is a psychological concept that refers to an individual's self-perception; while associations between gender identity, neuroanatomic, genetic, and hormone levels exist, a clear causative biological underpinning of gender identity remains to be demonstrated."[3]

43.    In supporting the contrary conclusion, Dr. Ettner cites flawed and outdated studies. Among the flaws are small sample sizes, weak methodologies, and the failure to control for hormone use and sexual orientation.

44.    For example, Dr. Ettner cites three studies to support her claim that "scientific investigation has found a co-occurrence of gender dysphoria in families." Ettner Report ¶ 18.[4] But none of those studies were published within the last decade. Those studies also examined very small populations: Green described nine instances in which gender-related conditions occurred in "siblings or parent-child pairs"[5]; Diamond reported 22 sets of twins in which both twins identified as transgender, identified from 112 sets where at least one twin identified as transgender[6]; and Gómez-Gil et al. identified "12 pairs of transsexual non-twin siblings" from among 995

---

[3] Aditi Bhargava et al., *Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement*, 42 Endocrine Revs. 219, 225–26 (2021).

[4] Citing Milton Diamond, *Transsexuality Among Twins: Identity Concordance, Transition, Rearing, and Orientation*, 14 Int'l J. Transgenderism 24 (2013); Esther Gómez-Gil et al., *Familiarity of Gender Identity Disorder in Non-Twin Siblings*, 39 Archives of Sexual Behav. 546 (2010); Richard Green, *Family Cooccurrence of 'Gender Dysphoria': Ten Sibling or Parent-Child Pairs*, 29 Archives of Sexual Behav. 499 (2000).

[5] Green, *supra* note 4, at 500. Green initially reported on 10 familial pairs, but one pair was retracted from the study "for legal reasons." *Id.* at 503.

[6] Diamond, *supra* note 4, at 26–27.

transgender individuals examined.[7] The small number of transgender relatives these studies iden-tified, and the small populations from which Green and Diamond drew, limit the reliability of the conclusions these studies draw.

45.     The studies are also at high risk for bias. Diamond's analysis included self-reported survey results from subjectively selected sets of twins and ad hoc data provided by colleagues.[8] Moreover, "many respondents chose not to answer some questions" and so some of Diamond's analyses included data from only one twin, "[m]ost often it was the twin that had transitioned that responded for both."[9] Green did not perform any analysis, but provided "brief vignettes"—one or two paragraph narrative descriptions—of individuals the author or his colleagues encountered at a gender-identity clinic.[10] Green didn't interview every subject he describes, instead relying upon information "obtained from a patient about a family member or from patient charts."[11] The lack of objective metrics and selection techniques, as well as reliance on answers from a potentially biased cohort, increases the risk of bias in these studies' results.

46.     At the same time, Dr. Ettner ignores larger, more robust, and more recent studies. For example, Swedish and Norwegian researchers examined the Swedish national patient registry from a 15-year period, searching for twins who both had gender dysphoria.[12] Twin studies are a uniquely powerful technique for identifying the presence or absence of a biologic (as opposed to

---

[7] Gómez-Gil et al*., supra* note 4, at 546.

[8] Diamond, *supra* note 4, at 25–26 (2013) (identifying "43 sets of twins from available sources," i.e., published reports, and another 69 sets by advertising on "Internet websites" and from referrals by "colleagues or others who knew of our interest").

[9] *Id.* at 26.

[10] Green, *supra* note 4, at 500.

[11] *Id.*

[12] Georgios Karamanis et al., *Gender Dysphoria in Twins: A Register-based Population Study*, 12 Sci. Reps., art. no. 13439 (2022).

an environmental) cause for a condition. In their 2022 publication, these researchers identified 2,592 individuals with gender dysphoria, 1,536 of whom had at least one full sibling, yielding 2,601 sibling pairs among which there were 67 sets of twins.[13] But they found "[n]o same-sex twins … with [gender dysphoria]," casting doubt on any genetic origin for gender dysphoria.[14]

47.     Dr. Ettner also relies on old, isolated data when claiming that transgender men and women "have different brain composition" than non-transgender men and women. Ettner Report ¶ 17. For support, Dr. Ettner cites four observational studies, the most recent published in 2012. *Id.* But Dr. Ettner ignores a 2021 systematic review of neuroimaging studies, which "analyzed 39 studies on gender identity" published through 2021 (including several that Dr. Ettner cites) and which concluded that "[d]ue to conflicting results, it was … not possible to identify specific brain features which consistently differ between cisgender and transgender … groups."[15] Dr. Ettner also ignored the Endocrine Society's 2021 systematic review referenced above, which concluded that "while associations between gender identity, neuroanatomic, genetic, and hormone levels exist, a clear causative biological underpinning of gender identity remains to be demonstrated."[16]

48.     In some instances, Dr. Ettner also appears to misstate or exaggerate study results. For example, Dr. Ettner states that "Gomez-Gill [sic] et al. concluded that the probability of a sibling of a transgender individual also being transgender was 5 times higher than someone in the

---

[13] *Id.* at 2–3.

[14] *Id.* at 3.

[15] Alberto Frigerio et al., *Structural, Functional, and Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A Systematic Review of the Human Neuroimaging Literature*, 50 Archives of Sexual Behav. 3329, 3329, 3347 (2021).

[16] Bhargava et al., *supra* note 3, at 225–26.

general population." Ettner Report ¶ 18. But that conclusion is not supported by the study: the authors expressly declined to provide a specific numeric comparison of the two proportions.[17]

49.     Dr. Ettner also misleadingly implies that Diamond concluded that "in identical twins, there was a very high likelihood (33%) of both twins being transgender, even when reared apart, demonstrating the role of genetics in the development of gender dysphoria." Ettner Report ¶ 18. But that value relates only Diamond's results for male identical twins; for female identical twins—which made up nearly half of the identical twin pairs in the study—Diamond found that the likelihood of both twins being transgender was much smaller (less than 23%).[18] Dr. Ettner's suggestion that Diamond found a "a very high likelihood" of transgender twins "even when reared apart" is also misleading. Ettner Report ¶ 18. Diamond describes only two pairs of twins reared apart (i.e., separated before puberty), a sample so small that Diamond doesn't claim to draw any conclusion from it.[19]

50.     Dr. Ettner also presents as medical "fact" what are only theories. For example, Dr. Ettner quotes three studies from 2009 to 2011 to support her assertion that "[i]t is now believed that Gender Dysphoria evolves as a result of the interaction of the developing brain and sex hor-

---

[17] Gómez-Gil et al., *supra* note 4, at 549 n.3 (2010) ("Statistical comparison of [the] two proportions [i.e., the estimated prevalence of transsexualism in siblings of transsexuals and the expected prevalence of transsexuals in the general population] was not performed because of the low prevalence data in the general population.").

[18] Diamond, *supra* note 4, at 26–27 (2013) ("13 of 39 male MZ [monozygotic, or identical] twin pairs (33.3%) were found to be concordant for transsexual identity and eight of [35] (22.8%) female MZ twins were found concordant"); *id.* at 28, tbl. 5 (data).

[19] *Id.* at 27 (a third twin pair was separated at age 14, too late to be considered "reared apart"); *id.* at 34 (noting only that the "pairs of reared-apart twins found in this study" were consistent with reports of "the stronger role genetics plays relative to the environment," but making no claim about the likelihood that twins reared apart are transgender).

mones." Ettner Report ¶ 20. But none of these studies represent the consensus of the medical community. The study by Hare et al. stresses the conjectural nature of its proposal.[20] The studies by Garcia-Falgueras & Swaab and Bao & Swaab also propose a biological "theory."[21] Moreover, these last two are not independent works: the latter largely repeats (sometimes verbatim) the same "theory" of the earlier. As the 2021 Endocrine Society review makes clear, these theories have not gained consensus in the years since they were published: it is still "unknown if the choice to function in society in male, female, or other role(s) is … affected by biological factors."[22]

51.    A more recent review published in the Journal of Gay and Lesbian Mental Health pointed to the "lack of replication and even contradictory findings that plague most of this literature" The authors state that it "is not possible to prove causation from observational studies that identify group differences or correlations" and that "many of the neuroimaging studies of transgender people implicate regions associated with anxiety and depression" [23]

## V.    RISKS OF HORMONAL AND SURGICAL INTERVENTIONS

52.    Various interventions have been suggested for treating individuals with gender dysphoria. Hormones or hormonal blockage and surgeries have been called gender affirming care.

---

[20] Lauren Hare et al., *Androgen Receptor Repeat Length Polymorphism Associated with Male-to-Female Transsexualism*, 65 Biological Psychiatry 93, 95 (2009) ("It is *possible* that a decrease in testosterone levels in the brain during development *might* result in incomplete masculinization of the brain in male-to-female transsexuals, resulting in a more feminized brain and a female gender identity." (emphasis added)).

[21] Alicia Garcia-Falgueras & Dick F. Swaab, *Sexual Hormones and the Brain: An Essential Alliance for Sexual Identity and Sexual Orientation*, 17 Pediatric Neuroendocrinology 22, 28 (2010); Ai-Min Bao & Dick F. Swaab, *Sexual Differentiation of the Human Brain: Relation to Gender Identity, Sexual Orientation and Neuropsychiatric Disorders*, 32 Frontiers in Neuroendocrinology 214, 217 (2011).

[22] Bhargava et al., *supra* note 3, at 227.

[23] Rachel R. Levin et al., *Biological Studies of Transgender Identity: A Critical Review*, 27 J. Gay & Lesbian Mental Health 254 (2022).

15

These interventions are associated with significant risks and potentially serious side effects. Counseling has also been suggested. Counseling for "gender-affirmation" in persons with gender dysphoria is very different from counseling for all other diagnoses. In "gender-affirming" counseling, the goal is to encourage a patient to adopt the stereotypical behaviors and develop the sex characteristics of the opposite sex as a form of therapy, and this form of therapy typically serves as a gateway for more invasive "gender-affirming" interventions such as hormone therapy and surgeries, which may require a referral letter from a mental health professional.

53.     Hormone levels in the blood differ markedly in the two sexes. By age 18, males have levels of testosterone in their blood that are about 10-20-fold higher than that in females. By age 18, females have levels of estrogen in their blood that are about 10-20-fold higher than that in males.

54.     "Gender-affirming care" in  females with gender dysphoria produces supraphysiologic levels of the hormone testosterone to induce the disease state of hyperandrogenism. Short term effects of testosterone given to females include acne,[24] baldness, facial hair, clitoral enlargement, and pelvic pain.[25] Infertility is also frequent in those females treated with testosterone even if not given puberty blockers.[26] Erythrocytosis, which is an increase in the red blood cells with

---

[24] Lena Chu et al., *Incidence and Factors Associated With Acne in Transgender Adolescents on Testosterone: A Retrospective Cohort Study*, 29 Endocrine Prac. 353 (2023).

[25] Say Zwickl et al., *Pelvic Pain in Transgender People Using Testosterone Therapy*, 10 LGBT Health 179 (2023).

[26] Shira Baram et al., *Fertility Preservation for Transgender Adolescents and Young Adults: A Systematic Review*, 25 Hum. Reprod. Update (2019); Kenny Rodriguez-Wallberg et al., *Reproductive Health in Transgender and Gender Diverse Individuals: A Narrative Review to Guide Clinical Care and International Guidelines*, 24 Int'l J. Transgender Health 7 (2023); Kate Dulohery et al., *How Do Elevated Levels of Testosterone Affect the Function of the Human Fallopian Tube and Fertility? New Insights*, 87 Molecular Reprod. & Dev. 30 (2020); Wylie C. Hembree et al., *Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline*, 102 J. Clinical Endocrinology & Metabolism 3869 (2017).

consequent thickening of the blood, is a known risk of testosterone therapy especially when testosterone is given by injection.[27] This frequent side effect was found in 12% of females treated with testosterone in one report[28] and 8.4% in another report.[29] In a recent systematic review, women on testosterone had a greater than 7-fold risk of erythrocytosis as compared to men not taking testosterone, using a hematocrit threshold of 52%.[30] Testosterone use increases the risk of myocardial infarctions (heart attacks) by three and half times compared to women not given testosterone.[31] Testosterone also increases the risk of strokes almost two-fold compared to women not given testosterone.[32]

55.    "Gender-affirming care" in males with gender dysphoria produces supraphysiologic levels of estrogen to induce the disease state of hyperestrogenemia, which also has serious risks. Males treated with estrogen have a 22-fold increase in the rate of breast cancer.[33] Recent findings point to an increase in testicular cancer after hormonal interventions for males with gender

---

[27] Michael K. Laidlaw et al., *Letter to the Editor From Laidlaw et al: "Erythrocytosis in a Large Cohort of Transgender Men Using Testosterone: A Long-term Follow-up Study on Prevalence, Determinants, and Exposure Years"*, 106 J. Clinical Endocrinology & Metabolism e5275 (2021).

[28] Alana Tova Porat et al., *Erythrocytosis in Gender-Affirming Care With Testosterone*, 21 Ann. Fam. Med. 403 (2023).

[29] Nithya Krishnamurthy et al., *Erythrocytosis Is Rare With Exogenous Testosterone in Gender-Affirming Hormone Therapy*, 109 J. Clinical Endocrinology & Metabolism 1285 (2024).

[30] Sérgio Henrique Pires Okano et al., *Effect of Testosterone Formulations on Hematocrit in Transgender Individuals: A Systematic Review*, 13 Andrology 422 (2024).

[31] Tatal Alzahrani et al., *Cardiovascular Disease Risk Factors and Myocardial Infarction in the Transgender Population*, 12 Circulation Cardiovascular Quality & Outcomes, art. no. e005597 (2019); Darios Getahun et al., *Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons: A Cohort Study*, 169 Ann. Internal Med. 205 (2018); N. M. Nota et al., *Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy*, 139 Circulation (2019).

[32] *Id.*

[33] Rakesh R. Gurrala et al., *The Impact of Exogenous Testosterone on Breast Cancer Risk in Transmasculine Individuals*, 90 Ann. Plastic Surg. 96 (2023).

dysphoria.[34] Males treated with estrogen have a 2.3-fold higher risk of thyroid cancer.[35] Males treated with estrogen have a 36-fold higher risk of strokes. Venous thromboembolism is increased more than six times compared to males who are not given estrogen.[36] "Feminizing gender affirming hormone therapy" suppresses and disrupts testicular function including sperm production.[37] Infertility would be expected as a result of these effects.

56.    "Gender-affirming care" can also include surgical interventions. Females who want to appear more like males may undergo "masculinizing" surgeries. These include mastectomies with chest contouring, resection of the vagina (vaginectomy) and attempts to create a penis-like structure, either metoidioplasty or phalloplasty. Males who want to appear more like females may undergo "feminizing" surgeries. These include breast augmentation, penectomy, removal of the testes (orchiectomy or castration) and creation of a "neovagina" (vaginoplasty). On some occasions, these males may request facial surgery to appear more feminine.

57.    These surgeries, when performed for gender transition, are not the same as when performed on the opposite sex to address other medical conditions. When performed as part of gender-affirming care, these interventions carry different, serious risks.

58.    For example, "gender affirming mastectomy" is not the same procedure as mastectomy in women with cancer. One aspect of the difference is the risk to the long thoracic nerve, which lies along the side of the chest. Damage to this nerve can cause persistent shoulder pain.

---

[34] Elayna M. Shanker et al., *Exploring the Incidence of Testicular Neoplasms in the Transgender Population: A Case Series*, 149 Arch. Pathology & Lab'y Med. 668 (2024).

[35] A. Meci et al., *Elevated Risk of Thyroid Malignancy in Biological Males Taking Estrogen Hormone Therapy*, 172 Otolaryngology Head & Neck Surgery 1192 (2025).

[36] Alzahrani et al., *supra* note 31; Getahun et al., *supra* note 31; Nota et al., *supra* note 31.

[37] Kenny A. Rodriguez-Wallberg & Daniel R. Pfau, *Effects of Feminizing Gender-affirming Hormone Therapy on Testicular Function and Reproductive Capacity*, 169 Reproduction, art. no. e240046 (2024).

"[G]ender-affirming mastectomy places the [long thoracic nerve] at higher risk of injury than other breast procedures as it often requires significant lateral chest wall contouring."[38]

59.    Similarly, a "gender affirming vaginoplasty" to create a neovagina in a male is not the same procedure as a vaginoplasty to correct a congenital abnormality or address physical trauma in a female; they entail very different surgical procedures and carry very different risks.[39]

60.    Females may also undergo a vaginectomy, which involves the removal of the lining of the vagina and sewing the vagina closed. Vaginectomy requires a hysterectomy as well. Ovaries are removed (oophorectomy) at the time of hysterectomy. Following oophorectomy, lifelong hormonal therapy is required.

61.    Females may also undergo a metoidioplasty, which uses the clitoris to create a penis like structure. Metoidioplasty alone does not provide for sufficient length or girth for penetrative intercourse. These persons cannot urinate standing up unless they undergo additional surgery to lengthen the urethra.[40] Alternatively, females may undergo a phalloplasty to create a penis from tissue from elsewhere in the body. Phalloplasty is a multistage procedure. It has been described as "complex series of reconstructive procedures each with unique considerations and potential complications."[41] The first stage uses tissues from another area of the body, typically the forearm. This

---

[38] Peter C. Ferrin et al., *Defining a Danger Zone for Iatrogenic Long Thoracic Nerve Injury in Gender-affirming Mastectomy*, 100 J. Plastic Reconstr. Aesthetic Surgery 362 (2025).

[39] *Compare Vaginoplasty*, My Cleveland Clinic, https://my.clevelandclinic.org/health/procedures/21572-vaginoplasty (last reviewed Jan. 30, 2024), *with infra* ¶ 60; *Vaginoplasty for Gender Affirmation*, Johns Hopkins Med., https://www.hopkinsmedicine.org/health/treatment-tests-and-therapies/vaginoplasty-for-gender-affirmation (last visited Aug. 20, 2025).

[40] Christopher D. Ortengren et al., *Urethral Outcomes in Metoidioplasty and Phalloplasty Gender Affirming Surgery (MaPGAS) and Vaginectomy: A Systematic Review*, 11 Translational Andrology & Urology 1762 (2022).

[41] Michele Fascelli et al., *Urinary Symptoms After Genital Gender-affirming Penile Construction, Urethral Lengthening and Vaginectomy*, 12 Translational Andrology & Urology 932 (2023).

surgery typically takes 6-8 hours. The patient is hospitalized for up to 9 days. In the next stage of phalloplasty, the urethra is lengthened. The last stage involves placement of an implant to enable an erection using either a permanent or inflatable penis shaped prosthesis. "Patients are counseled that they will likely require multiple prosthesis revisions over their lifetime."[42] A recent meta-analysis reported a 37% complication rate after penile prosthesis surgery in these patients.[43]

62.    Males may undergo augmentation mammoplasty, also known as "chest feminization." "Chest feminization" in males presents a different surgical problem than the procedure of breast implantation or augmentation in females. Because males tend to have a wider chest wall than females, their nipple areola complex (NAC) is more laterally displaced.[44] As a result, if the implant is placed underneath the NAC there will be a reduced appearance of cleavage. Complications of augmentation surgeries include infection, swelling from fluid (seroma) or blood collection (hematoma) and, over time, capsular contracture. Capsular contracture refers to scarring around the implant resulting in a hardened and misshapen appearance, often accompanied by pain.[45] Males may also undergo facial feminization surgery. Facial feminization surgery for a gender transition is very different from reconstructing a female's face after physical trauma, such as to repair a broken nose. The procedure for facial feminization may include a brow lift, hairline advancement (moving hairline forward), orbital rim contouring (to bring out the eyes), eyelid surgery, cheek

---

[42] Michele Fascelli et al., *Penile and Testicular Prosthesis Following Gender-affirming Phalloplasty and Scrotoplasty: A Narrative Review and Technical Insights*, 12 Translational Andrology & Urology 1568 (2023).

[43] Elad Fraiman et al., *Complication and Explantation Rates of Penile Prostheses in Transmasculine Patients: A Meta-analysis*, 194 Reconstr. Urology 260 (2024).

[44] Travis J. Miller et al., *Breast Augmentation in Male-to-female Transgender Patients: Technical Considerations and Outcomes*, 21 JPRAS Open 63 (2019).

[45] Hannah Headon et al., *Capsular Contracture after Breast Augmentation: An Update for Clinical Practice*, 42 Arch. Plastic Surgery 532 (2015).

augmentation (grafting or using cheek implants), a rhinoplasty (narrowing and angling the nose), and a face lift. In a female, these procedures would be considered cosmetic absent some physical injury or malformation, and the procedures would have a different set of risks and benefits to treat physical injury.

63.     Males may also undergo a vaginoplasty after, or at the time, of orchiectomy (testes removal). Vaginoplasty is the surgery to create a vagina-like structure in males also called a "neo-ovagina." There is "no standard of care by which surgeons operate to perform the procedure."[46] However, penile inversion vaginoplasty is the most common procedure performed. Penile inversion vaginoplasty involves a penectomy (surgical removal of the penis), orchiectomy (surgical removal of the testicles), and shortening of the urethra, and uses tissue available from the penis and scrotum. A cavity is created near the rectum and then the skin of the penis and scrotum are inverted into the cavity to create a pseudovagina.[47] If puberty has been blocked early, there is often insufficient tissue from the penis and scrotum for penile inversion vaginoplasty.[48] In these cases, a section of intestine, usually sigmoid colon, is used to create the lining of the "neo-vagina." "There are significant knowledge gaps about overall outcomes" of this procedure.[49] Recent reports, however, indicate concerning outcomes. In one study, 67% of those who had completed a surgical

---

[46] Cecile A. Ferrando, *Updates on Feminizing Genital Affirmation Surgery (Vaginoplasty) Techniques*, 42 Neurourology & Urodynamics 931 (2023).

[47] *Id.*

[48] *Id.*

[49] *Id.*

vaginoplasty about 18 months earlier regularly experienced sexual difficulties.[50] After vaginoplasty, urinary incontinence occurs in up to 15% of persons and up to 75% had pain with intercourse or had anorgasmia.[51]

## VI.    EVIDENCE FOR BENEFIT OF HORMONAL AND SURGICAL INTERVENTIONS

64.    While the risks for hormonal and surgical interventions for gender dysphoria are serious, the quality of the evidence supporting the efficacy of medical and surgical interventions is low. Although much of the evidence relates to medical interventions in youth, all findings in youth are applicable to interventions in adults.

65.    For example, the most recent Endocrine Society "guidelines" on gender dysphoria were published in 2017. The authors judged the evidence supporting these guidelines to be of low very low quality.[52] Others have observed that the "very low quality of evidence in gender medicine stems not from a lack of randomized controlled trials, but from poor study design, inappropriate comparison groups, high attrition and inadequate follow-up."[53] The key authoritative endocrinology textbook, published in 2023, includes a chapter on Transgender Healthcare,184 written by Dr.

---

[50] Isabelle S. van der Meulen et al., *Timing of Puberty Suppression in Transgender Adolescents and Sexual Functioning After Vaginoplasty*, 22 J. Sex. Med. 196 (2024).

[51] Mattia Dominoni et al., *Pelvic Floor and Sexual Dysfunctions After Genital Gender-affirming Surgery: A Systematic Review and Meta-analysis*, 22 J. Sex. Med. 184 (2025); Mark D. Bishop et al., *Pain and Dysfunction Reported After Gender-Affirming Surgery: A Scoping Review*, 103 Physical Therapy & Rehab. J. 1 (2023).

[52] Hembree et al., *supra* note 24.

[53] C. Ronny Cheung et al., *Gender Medicine and the Cass Review: Why Medicine and the Law Make Poor Bedfellows*, 110 Arch. Disease in Childhood 251 (2024).

Madeline Deutsch, a WPATH member. Dr.Deutsch stated: "long-term prospective outcome studies of the effects of GAHT (gender affirming hormone therapy) of any type are lacking. What data that do exist are mostly retrospective and have numerous limitations."[54]

66.     Systematic reviews and guidelines that are conducted by those with no financial or intellectual conflicts of interest more likely to be reliable and trustworthy than those conducted by persons with conflicts of interest. These systematic reviews, confirm the low the quality of evidence for the efficacy of hormonal and surgical interventions in persons with gender dysphoria . Through 2023, there were four published systematic reviews of medical interventions in persons with gender dysphoria that were performed by researchers and organizations without conflicts of interest. These systematic reviews were conducted by world class experts in research methodology in Germany and Switzerland,[55] England,[56] Sweden,[57] and Canada.[58] Each of these four systematic reviews concluded that the evidence base for puberty blockers and opposite sex hormones in youth

---

[54] Madeline Deutsch, *Transgender Healthcare*, *in DeGroot's Endocrinology* at 1754–55 (R. Paul Robertson ed. 2023).

[55] Claudia Haupt et al., *Antiandrogen or Estradiol Treatment or Both During Hormone Therapy in Transitioning Transgender Women*, 11 Cochrane Database Syst. Rev., art. no. CD013138 (2020).

[56] National Institute for Health and Care Excellence NHS-England, *Evidence Review: Gonadotropin Releasing Hormone Analogues for Children and Adolescents with Gender Dysphoria* (2020), *available at* https://www.engage.england.nhs.uk/consultation/puberty-suppressing-hormones/user_uploads/niceevidence-review-gnrh-analogues-for-children-and-adolescents-with-gender-dysphoria-october-2020.pdf.

[57] Jonas F. Ludvigsson et al., *A Systematic Review of Hormone Treatment for Children With Gender Dysphoria and Recommendations for Research*, 112 Acta Paediatrica 2279 (2023).

[58] R. Brignardello-Petersen & W. Wiercioch, *Effects of Gender Affirming Therapies in People with Gender Dysphoria: Evaluation of the Best Available Evidence Guidance* (2022), *available at* https://ahca.myflorida.com/content/download/4864/file/AHCA_GAPMS_June_2022_Attachment_C.pdf.

was insufficient to support their use. Some reviews concluded that such interventions were "experimental."[59] All comments and findings in youth are applicable to interventions in adults.

67.     It is my opinion that, given the evidence and state of the science regarding treatment of gender dysphoria, a mental health disorder, the harms and risks of hormonal interventions and "sex reassignment surgeries" all outweigh any potential benefits. These medical and surgical interventions are neither safe nor effective.

---

[59] Ludvigsson et al., *supra* note 57.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 22, 2025

Daniel Weiss, M.D.