UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>    Plaintiff,<br><br>    v.<br><br>TURBOCAM, INC., HEALTH PLANS, INC., & HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, INC.,<br><br>    Defendants. | Civil Action No. 1:23-cv-00523 |

### ASSENTED-TO MOTION TO ADMIT
### E. CLIFF MARTIN, ESQ., *PRO HAC VICE*

NOW COMES the Defendant, Turbocam, Inc. ("Turbocam"), by and through its attorneys, Litchfield Cavo, LLP, and moves pursuant to Local Rule 83.2(b), for an Order permitting E. Cliff Martin, Esquire, a member in good standing of the Bar of the State of California and Texas, be admitted to practice before the District of New Hampshire *pro hac vice* on behalf of Turbocam in relation to this matter. Turbocam states that the appearance of Bethany P. Minich, Esquire, who is admitted to practice in this Court, has previously been filed and that Attorney Minich will be actively associated with Attorney Martin in the defense of this matter.

In support of this Motion, Turbocam has filed the Affidavit of E. Cliff Martin, which is attached here as Exhibit A.

Undersigned counsel is paying $100.00 by credit card in connection with the filing to cover the required filing fee for *pro hac vice* admission.

Counsel for the Plaintiff, assents to the relief requested in this motion.

1

WHEREFORE, Turbocam respectfully requests that this Court:

A. Grant the Assented-to Motion to Admit E. Cliff Martin, Esq., *Pro Hac Vice* permitting E. Cliff Martin to practice before this Court; and

B. Grant such other and further relief as may be just and reasonable.

Respectfully submitted,

TURBOCAM, INC.

By its attorney,

*/s/ Bethany P. Minich*
Bethany P. Minich, N.H. Bar # 265413
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
Telephone: 781-309-1500
minich@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Bethany Minich, hereby certify that on August 25, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Bethany Minich*
Bethany Minich