# Exhibit C

Excerpts from the Deposition of Randi Ettner, Ph.D.

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF NEW HAMPSHIRE

3     LILLIAN BERNIER,            )

4                  Plaintiff,     )

5           vs.                   ) No. 1:2023-cv-00523

6     TURBOCAM, INC., HEALTH      )

7     PLANS, INC., and HARVARD    )

8     PILGRIM HEALTHCARE OF       )

9     NEW ENGLAND, INC.,          )

10                 Defendants.    )

11

12

13              DEPOSITION OF RANDI ETTNER, PH.D.

14                     APPEARING REMOTELY

15

16                      April 30, 2025

17                      10:09 a.m. CST

18

19

20

21

22    Job No. CS7344710

23    REPORTED BY:  WENDY A. KILLEN, CSR, RPR

24    LICENSE NO.:  084-003772

25    APPEARING REMOTELY

```
 1                  REMOTE APPEARANCES
 2      FOR THE PLAINTIFF:
 3           GLAD LAW, by
             BENNETT KLEIN, ESQ.
 4           MICHAEL HALEY, ESQ.
             18 Tremont Street, Suite 950
 5           Boston, Massachusetts  02108
             bklein@glad.org
 6           mhaley@glad.org
 7      FOR THE DEFENDANTS:
 8           LITCHFIELD CAVO, LLP, by
             BETHANY P. MINICH, ESQ.
 9           6 Kimball Lane, Suite 200
             Lynnfield, Massachusetts  01940
10           minich@litchfieldcavo.com
11               -and-
12           FIRST LIBERTY, by
             E. CLIFF MARTIN, ESQ.
13           ROGER BYRON, ESQ.
             2001 West Plano Parkway, Suite 1600
14           Plano, Texas  75075
             rbyron@firstliberty.org
15           cmartin@firstliberty.org
16               -and-
17           BOYDEN GRAY PLLC, by
             LAURA RUPPALT, ESQ.
18           JAMES CONDE, ESQ.
             801 17th Street NW, Suite 350
19           Washington, D.C.  20006
20
                         * * * * *
21
22
23
24
25
```

Page 16

1          A.    I received royalties for appearing on
2     the Montel Williams Show.
3          Q.    What was the topic or the subject on
4     the Montel Williams Show that you appeared for?
5          A.    It was children who had conduct
6     disorder.
7          Q.    What is conduct disorder?
8          A.    Conduct disorder is a DSM diagnosis
9     for children who have dysregulation of their
10    emotional systems.
11         Q.    Are you published at all on that
12    topic?
13         A.    Not on that topic, no.
14         Q.    All right.  So that's the only show
15    upon which you receive royalties for?
16         A.    Yes.
17         Q.    Do you hold yourself out as a
18    biologist?
19         A.    No.
20         Q.    Do you hold yourself out as a
21    physiologist?
22         A.    No.
23         Q.    Fair to say you are not a neurologist?
24         A.    I am not.
25         Q.    You are not a psychiatrist?

```
 1          A.    I am not.
 2          Q.    And fair to say you are not an
 3    endocrinologist?
 4          A.    I am not.
 5          Q.    Do you hold any type of a medical
 6    degree?
 7          A.    No.
 8          Q.    So you are not a medical doctor of any
 9    kind?
10          A.    Correct.
11          Q.    In your capacity as a clinical
12    psychologist, are you licensed to prescribe
13    hormone treatments or hormone therapy?
14          A.    No.
15          Q.    In your capacity as a clinical
16    psychologist, are you licensed to perform any
17    gender-affirming surgeries?
18          A.    No.
19          Q.    Fair to say you are not an
20    epidemiologist?
21          A.    I am not.
22          Q.    Now, you said earlier that you had
23    been deposed before, correct?
24          A.    Yes.
25          Q.    On how many occasions approximately
```

```
 1    have you given a deposition?
 2         A.    Approximately 40.
 3         Q.    Were some of those done like this over
 4    Zoom or some other remote platform?
 5         A.    Yes.
 6         Q.    And have you testified at trials
 7    before?
 8         A.    I have.
 9         Q.    On how many occasions have you
10    testified at a trial?
11         A.    Approximately ten.
12         Q.    And were the subject matters of your
13    testimony at trial similar to the opinions that
14    you offered in connection with this case?
15              MR. KLEIN:  Objection.
16              THE WITNESS:  Not in every case, no.
17    BY MS. MINICH:
18         Q.    Have you testified at trial with
19    regard to the standards of care for the health of
20    transgender and diverse people before?
21              MR. KLEIN:  Objection.
22              THE WITNESS:  I'm sorry.  I don't
23    understand the question.
24    BY MS. MINICH:
25         Q.    You provided an affidavit in
```

Page 22

1  report in excess of the 40 times that you've been

2  deposed?

3       A.    That's correct.

4       Q.    What, if anything, did you do to

5  prepare for today's deposition?

6       A.    I reviewed my report.

7       Q.    Anything else?

8       A.    I spoke briefly with the attorney

9  that's here with me today.

10       Q.    And when did you and he speak?

11       A.    We spoke last week.

12       Q.    And that was in person or over the

13  phone?

14       A.    That was via Zoom.

15       Q.    Okay.  Have you ever read a copy of

16  the complaint that was filed in connection with

17  this matter?

18       A.    I believe so.  I am not certain.

19       Q.    Have you reviewed copies of any

20  written discovery that has been exchanged by the

21  parties in connection with this matter?

22       A.    Yes.  I read a report by Dr. Weiss.

23       Q.    Other than the report by Dr. Weiss,

24  have you been provided or have you reviewed any

25  other materials exchanged in discovery?

1          A.    Not that I recall.

2          Q.    Have you read any deposition

3     transcripts in connection with this matter?

4          A.    No.

5          Q.    And you've been retained by or on

6     behalf of the Plaintiff, Lillian Bernier,

7     correct?

8          A.    Yes.

9          Q.    Fair to say that you are being

10    compensated for your time?

11         A.    Yes.

12         Q.    And you're compensated for your time

13    in preparing the report that you issued?

14         A.    That's correct.

15         Q.    You're being compensated for your time

16    here today for the deposition?

17         A.    Yes.

18         Q.    And who is paying you for your

19    services?

20         A.    The attorneys that retained me.

21         Q.    And is that the attorneys at GLAD?

22         A.    Yes.

23         Q.    Have you ever met Lillian Bernier?

24         A.    No.

25         Q.    Have you ever spoken to Lillian

1    Bernier?

2         A.    No.

3         Q.    You have not interviewed Lillian

4    Bernier then, correct?

5         A.    Correct.

6         Q.    Have you ever reviewed any of Lillian

7    Bernier's medical records?

8         A.    No.

9         Q.    Have you ever spoken with any of

10   Lillian Bernier's medical providers?

11        A.    No.

12        Q.    Do you know anything about Lillian

13   Bernier's medical treatment that she has received

14   to date in connection with gender assignment?

15        A.    Yes.

16        Q.    What do you know about the medical

17   treatment that she has received to date?

18        A.    I know that she's received hormone

19   treatment.

20        Q.    Do you know anything about what

21   hormones Lillian Bernier has received?

22        A.    I know she has received feminizing

23   hormones.

24        Q.    Do you know specifically which ones?

25        A.    I know that she has received an

Page 25

1    estrogen preparation.

2         Q.    Do you know of any other hormones that

3    Lillian Bernier has received?

4         A.    I don't know precisely what other

5    hormones, if she is receiving other hormones.

6         Q.    Okay.  Other than hormone therapy, are

7    you aware of any other medical treatment that

8    Lillian Bernier has undergone in terms of

9    gender-affirming medical treatment?

10         A.    No.

11         Q.    What about surgical treatment that is

12    gender affirming, are you aware of any surgical

13    treatment that she has undergone?

14         A.    No.

15         Q.    What about mental health treatment or

16    psychotherapy, are you aware of any of that type

17    of treatment that she has received?

18         A.    No.

19         Q.    And would it be fair to say you have

20    not reviewed any records from any therapists of

21    any kind?

22         A.    That's correct.

23         Q.    Have you taken any biology classes

24    throughout your education?

25         A.    Yes.

Page 28

1      identity, and so those factors differentiate us

2      from animals where we consider sex to be more

3      reductionistic.

4              Q.      In your report you use the words birth

5      sex.

6                              Is birth sex essentially

7      equivalent to biological sex?

8              A.      I think I used the term birth-assigned

9      sex.

10             Q.      Okay.  Would you say that that's

11     equivalent to the definition you provided for

12     biological sex?

13             A.      I would say that birth-assigned sex

14     refers to the sex identified at the time of

15     birth, typically based on the external

16     examination of the genitals of the newborn.

17             Q.      You are familiar with the term gender

18     identity?

19             A.      Yes.

20             Q.      And in your report you define gender

21     identity as one's internal sense of their own

22     gender, is that accurate?

23             A.      Yes.

24             Q.      And you claim that that is a

25     well-established concept in medicine, correct?

Page 29

1          A.     That's correct.  That term appears in

2     medical dictionaries, and it even appears in the

3     Merriam-Webster Dictionary, indicating that it is

4     an established concept in the cultural lexicon.

5          Q.     Can you determine one's gender

6     identity using any type of test?

7          A.     Do you mean in adults?

8          Q.     Sure.  Let's do adults.

9          A.     You can ask them what their gender

10     identity is.

11          Q.     Well, that wasn't my question.

12                My question was:  Can you

13     determine the gender identity of an adult through

14     any type of test?

15          A.     Well, there are tests for gender

16     identity, psychological tests that measure gender

17     identity, yes.

18          Q.     Okay.  What about through blood work,

19     can you determine someone's gender identity

20     through blood work?

21          A.     No.

22          Q.     Can you determine someone's gender

23     identity through genetic testing?

24          A.     Most often not.

25          Q.     Are you aware of any situations or any

1     studies in which it has been concluded that one

2     can determine someone's gender identity through

3     genetic testing?

4          A.    In some cases of karyotyping gender

5     identity, there may appear to be an anomaly, but

6     that's rare.

7          Q.    Can you identify any studies in which

8     that has been reviewed?

9          A.    No, not offhand.

10         Q.    Can you determine an adult's gender

11    identity through X-rays?

12         A.    No.

13         Q.    Can you determine an adult's gender

14    identity through the use of a CT scan?

15         A.    No.

16         Q.    You mentioned psychological or

17    psychiatric tests that could be performed.

18                Are you aware of any method or

19    tests that a medical doctor can use to determine

20    an individual's gender identity?

21         A.    There are functional magnetic

22    resonance imaging studies that display

23    differences between transgender and cisgender

24    individuals, but those are not used for clinical

25    purposes.  They are used for research.

```
 1                    Have you reviewed the glossary
 2        found within the WPATH standard of care before?
 3             A.    No.
 4             Q.    Were you involved at all in the
 5        preparation of the terms as they appear within
 6        the glossary?
 7             A.    No.
 8             Q.    I'm going to blow this up a little bit
 9        more so you see it a little better.
10                    Do you see the term intersex
11        identified in the glossary?
12             A.    Yes.
13             Q.    Would you agree that WPATH defines the
14        term intersex as people born with sex or
15        reproductive characteristics that do not fit
16        binary definitions of female or male?
17                    MR. KLEIN:  Objection.
18                    THE WITNESS:  That's what appears here
19        in this glossary.
20        BY MS. MINICH:
21             Q.    Okay.  Do you agree with that
22        definition?
23             A.    Yes.
24             Q.    And on that same page within Appendix
25        B of the glossary, there is a definition for
```

Page 39

```
1    detransition.
2                     Do you see that there?
3         A.    Yes.
4         Q.    And WPATH states that detransition is
5    a term sometimes used to describe an individual's
6    retransition to the gender stereotypically
7    associated with their sex assigned at birth.
8                     Did I read that correctly?
9         A.    Yes.
10        Q.    Do you agree with that statement or
11   definition?
12        A.    Yes.
13        Q.    Now, I'm going to direct your
14   attention to Page S93 of the WPATH standard of
15   care in which there is a reference to disorders
16   of sex development.
17                     Do you see that at the bottom of
18   the page there?
19        A.    Yes.
20        Q.    Do you agree that it states that
21   disorders of sex development are defined as
22   congenital conditions in which development of
23   chromosomal, gonadal, or anatomical sex is
24   atypical?
25        A.    Yes.
```

```
 1          Q.   And under the terminology on this page
 2     it also states that intersex in medicine refers
 3     to individuals with markedly atypical congenital
 4     variations in the reproductive tract?
 5                    MR. KLEIN:  Where is that?
 6                    THE WITNESS:  Yes.
 7     BY MS. MINICH:
 8          Q.   Do you agree with that basic
 9     definition?
10          A.   Yes.
11          Q.   Can you provide us with any examples
12     of a disorder of sex development?
13          A.   Yes.  Guevedoces is a disorder of sex
14     development.
15          Q.   Can you repeat that?
16          A.   Guevedoces is a disorder of sex
17     development.  It's common in Dominica --
18     relatively common in Dominica, where children
19     appear female at birth, and then, at puberty,
20     they begin to masculinize.  It occurs frequently
21     enough in that area of the world that they are
22     accepted into society as males when that
23     masculinization occurs.  So Guevedoces literally
24     means balls at 12, which is typically when the
25     puberty occurs, and in that disorder there is
```

Page 41

```
 1    that -- that is the eventuation of the condition.
 2         Q.    Would you agree that not all -- strike
 3    that.
 4                    Do all transgender individuals
 5    suffer from an intersex condition?
 6         A.    No.
 7         Q.    Do all transgender individuals have
 8    disorders of sex development?
 9         A.    No.
10         Q.    And do all transgender individuals
11    suffer from gender dysphoria?
12         A.    No.
13         Q.    Do all transgender individuals have
14    physical impairments?
15              MR. KLEIN:  Objection.
16              THE WITNESS:  That, I can't say.  Some
17    individuals may have physical impairments.
18    BY MS. MINICH:
19         Q.    So that would be on an individualized
20    basis?
21              MR. KLEIN:  Objection.
22              THE WITNESS:  Sure.  If a physical
23    impairment is, for example, a congenital
24    blindness or some other physical condition, that
25    would vary from individual to individual.
```

1    BY MS. MINICH:

2        Q.    Do all transgender individuals require

3    hormone therapy?

4        A.    No.

5        Q.    Do all transgender individuals require

6    surgery?

7        A.    No.

8        Q.    In your capacity as a clinical

9    psychologist, have you encountered transgender

10   individuals who have regretted their decision to

11   proceed forward with gender-affirming medical

12   treatment?

13       A.    You mean post-surgery?

14       Q.    Well, no.  My question to you was

15   gender-affirming medical treatment, not surgery.

16   So I'll limit it to that.

17                Have you encountered in your

18   capacity as a clinical psychologist transgender

19   individuals who have regretted their decision to

20   utilize gender-affirming medical treatment?

21       A.    If you're talking about -- are you

22   differentiating between medical treatment and

23   surgical treatment?

24       Q.    I am, yes.

25       A.    I've encountered individuals who have

1    had bad medical treatment, but I have not

2    encountered individuals who have regretted

3    hormonal treatment when they are treated with the

4    appropriate medications and by a knowledgeable

5    provider.

6         Q.    Have you encountered in your capacity

7    as a clinical psychologist any transgender

8    individuals who have regretted their decision to

9    move forward with gender-affirming surgical

10   treatment?

11        A.    I have encountered one individual who

12   had several surgeries, three surgeries, and

13   regretted one of them.

14        Q.    Can an individual's gender identity

15   ever change?

16             MR. KLEIN:  Objection.

17             THE WITNESS:  Typically, no.

18   Typically, that doesn't occur.

19   BY MS. MINICH:

20        Q.    Are you aware of any detransitioners?

21        A.    Yes.

22        Q.    Have you, in your capacity as a

23   clinical psychologist, treated any?

24        A.    I have not treated anyone who has

25   detransitioned, but I have consulted in a legal

Page 44

1    case about someone who detransitioned.

2        Q.    Were you consulting in your capacity

3    for the detransitioner or for the other side?

4        A.    I was consulting for the defense, who

5    were representing the providers.

6        Q.    What was the allegation in that case

7    against the provider?

8        A.    That they had misdiagnosed the

9    individual.

10       Q.    What was the diagnosis?

11       A.    They diagnosed gender dysmorphic

12   disorder, and that individual had six other

13   mental health issues, six other mental health

14   disorders, and they recommended that the

15   individual have a gender-affirming treatment,

16   which the individual ultimately rejected and was

17   dissatisfied with and filed a lawsuit.

18       Q.    And in terms of your testimony, were

19   you supportive of the recommendation that had

20   been made for gender-affirming treatment?

21       A.    I didn't testify.  I consulted in that

22   case.  I reviewed all of the records, and

23   concluded that the person was not a candidate for

24   any kind of gender surgeries.

25                    Excuse me.  Could I have a break?

Page 45

1     I want to refill my water.

2              MS. MINICH:  Sure.  Why don't we take

3     like eight minutes?  We can come back at 12:10.

4              MR. KLEIN:  Sure.

5              THE WITNESS:  Thank you.

6              MS. MINICH:  Thank you.

7                   (Whereupon, a break was

8                    taken.)

9     BY MS. MINICH:

10       Q.    I'm going to show you your report that

11    you've authored, Dr. Ettner.

12             Before we do that, I just wanted

13    to ask you, you describe Lillian Bernier in your

14    report as a transgender female, is that correct?

15       A.    Yes.

16       Q.    And what does that mean, that she's a

17    transgender female?

18       A.    It means she was assigned male at

19    birth, but has a female gender identity.

20       Q.    So is Lillian Bernier a biological

21    male?

22             MR. KLEIN:  Objection.

23             THE WITNESS:  I wouldn't use that

24    term.  I would say she was assigned male at birth

25    and had external male genitalia and male body

Page 46

 1    morphology, but that her gender identity, as she

 2    became aware of it, was female and she is,

 3    therefore, a transgender female.

 4    BY MS. MINICH:

 5         Q.    To your knowledge, Lillian Bernier, is

 6    she an intersex?

 7         A.    No.

 8         Q.    And in your report you state that your

 9    understanding is that she would like to undergo a

10    vaginoplasty?

11         A.    Yes.

12         Q.    And would you agree that that

13    procedure involves the removal of the testicles?

14         A.    Yes.

15         Q.    And would you agree the testicles are

16    a male reproductive organ?

17         A.    Yes.

18         Q.    Do you have any reason to believe that

19    Lillian Bernier has a disorder of sex

20    development?

21         A.    No.

22         Q.    Before we get to your report, I'm

23    going to show you another document.

24                    I have put on the screen in front

25    of you an excerpt from the American Psychiatric

Page 47

```
 1      Association's Diagnostic and Statistical Manual
 2      of Mental Disorders.  This is from the 5th
 3      Edition.
 4                      That was just referred to as the
 5      DSM-V, is that correct?
 6           A.   Yes.
 7           Q.   You are familiar with that manual?
 8           A.   I am.
 9                MS. MINICH:  So that manual, as you
10      know, is quite long.  So in an effort to try to
11      make this a little easier to look at, I'm just
12      going to mark as Exhibit 3 the DSM-V section on
13      Gender Dysphoria.
14                          (Whereupon, Ettner Deposition
15                          Exhibit 3 was marked for
16                          identification.)
17      BY MS. MINICH:
18           Q.   Have you read this before?
19           A.   Yes.
20           Q.   You have included within your report
21      the criteria for gender dysphoria, correct?
22           A.   Yes.
23           Q.   Are you also familiar with -- I'll
24      make sure that goes back up.
25                      Are you also familiar with the
```

Page 48

```
 1    DSM-IV, which it's called, which is the
 2    Diagnostic and Statistical Manual of Mental
 3    Disorders, 4th Edition?
 4          A.    I was at the time.  I no longer refer
 5    to it.
 6          Q.    Are you familiar with the term gender
 7    identity disorder?
 8          A.    Yes.
 9          Q.    And you, in fact, refer to that in
10    your report, correct?
11          A.    Yes.
12          Q.    Are you familiar with the DSM-IV
13    criteria for gender identity disorder?
14          A.    I was at the time that they were
15    published.
16                MS. MINICH:  Okay.  I'm going to mark
17    this, if I haven't already, as Exhibit Number 4.
18                         (Whereupon, Ettner Deposition
19                         Exhibit 4 was marked for
20                         identification.)
21    BY MS. MINICH:
22          Q.    I'm going to direct your attention to
23    Page 581 found within that manual, but within
24    Exhibit Number 4, that's going to be found at
25    Page 6.
```

Page 49

```
 1                    Do you see there where it includes
 2       the diagnostic criteria for gender identity
 3       disorder?
 4            A.    I see what's on the screen, yes.
 5            Q.    You cited this -- I'm sorry.  Strike
 6       that.
 7                    You cited some of this within --
 8       strike that.
 9                    You see that there's four
10       different sections found at Page 581 that are
11       part of the diagnostic criteria, is that fair, so
12       A, B, C, and D?
13            A.    Yes.
14            Q.    And would you agree that under
15       Section C for the diagnostic criteria that the
16       criteria for gender identity disorder excludes
17       cases when the disturbance is not concurrent with
18       a physical intersex condition?
19            A.    That's what appears in the DSM-IV,
20       yes.
21            Q.    Then I'm going to direct your
22       attention to Page 576, which is the first page of
23       Exhibit 4, in which there is a reference to an
24       example of a physical intersex condition.  I'll
25       direct your attention to that.
```

1              MR. KLEIN:  Objection.

2              THE WITNESS:  I would have to review

3    both side by side, but I think they are fairly

4    similar with the difference of the specifier.

5    BY MS. MINICH:

6         Q.    Okay.  So in DSM-V, with the

7    specifier, fair to say that there's not an

8    exclusion within the diagnostic criteria for

9    individuals who have an intersex condition or a

10   disorder of sex development?

11        A.    Yes.

12        Q.    Whereas, if you look at the criteria

13   within DSM-IV, would you agree that the criteria

14   is not met if there is a physical intersex

15   condition?

16        A.    It excludes individuals who have a

17   physical intersex condition.

18        Q.    Right.

19              So is there a way for you to sort

20   of synthesize those two and identify a situation

21   in which a transgender individual who has no

22   disorder of sex development would satisfy both

23   the criteria for gender dysphoria, but not

24   satisfy the criteria for gender identity

25   disorder?

Page 53

1              MR. KLEIN:  Objection.

2              THE WITNESS:  I'm sorry.  I still

3    don't understand the question.

4    BY MS. MINICH:

5        Q.    I'm just going to move on.

6              In your view, if Lillian Bernier

7    was assessed by a clinical psychologist, such as

8    yourself, under the criteria of DSM-IV that we

9    have in front of us, would Lillian Bernier be

10   diagnosed with a gender identity disorder?

11       A.    According to DSM-IV, although I

12   haven't met this individual, I assume that she

13   would meet the criteria.

14       Q.    And I think you said this already,

15   but, in your view, Ms. Bernier does not have a

16   physical intersex condition as that term is used

17   in DSM-IV, correct?

18       A.    Yes.

19       Q.    I'm going to direct your attention now

20   to your report.

21             Do you recognize the document I

22   have put up on the screen?

23       A.    Yes.

24       Q.    And I will represent that this is a

25   15-page document.

```
                                                    Page 54

 1                    Does that sound accurate to you?

 2          A.    Yes.

 3                    MS. MINICH:  We will mark this as

 4     Exhibit Number 5.

 5                              (Whereupon, Ettner Deposition

 6                              Exhibit 5 was marked for

 7                              identification.)

 8     BY MS. MINICH:

 9          Q.    Just directing your attention to the

10     last page of that document for a moment, is that

11     your signature?

12          A.    Yes.

13          Q.    Dated, if I am reading this correctly,

14     December 19th of 2024?

15          A.    That's correct.

16                    MR. KLEIN:  I think it's December.

17                    MS. MINICH:  That's what I said?

18                    MR. KLEIN:  I heard September, but I

19     may have misheard.

20     BY MS. MINICH:

21          Q.    I think I said December, but just for

22     clarification, Dr. Ettner, fair to say this is

23     dated December 19th of 2024?

24          A.    Yes.

25          Q.    Did you write this report?
```

Page 94

1              Did you review those reports or

2      guidelines or policy statements in preparation

3      for drafting this report?

4          A.    I have reviewed them previously.

5          Q.    At the top of Page 12, which is

6      Paragraph 28, there is no authority cited for

7      your opinion there, correct?

8          A.    Correct.

9          Q.    What about Paragraph 29, have you

10     cited any authority for your opinions there?

11         A.    No.

12         Q.    I'm going to direct your attention to

13     the last section, which is entitled The Impact of

14     Gender Dysphoria on the Plaintiff's Life.

15                  Now, you had told us earlier that

16     Paragraph 34 was a paragraph that was drafted

17     specifically in connection with this matter,

18     correct?

19         A.    Yes.

20         Q.    Okay.  And in that Paragraph 34, you

21     state that gender dysphoria can impact multiple

22     organ systems, and you go on to name those

23     systems, correct?

24         A.    Yes.

25         Q.    The first system you identify is

Page 95

1    neurology.

2              Do I have that correct?

3        A.    That's correct.

4        Q.    You told us earlier you are not a

5    neurologist or a medical doctor, right?

6        A.    Correct.

7        Q.    And you have not read any of Lillian

8    Bernier's medical records, correct?

9        A.    Correct.

10       Q.    Is it fair to say that you are not

11   able to opine as to whether or not gender

12   dysphoria has impacted Lillian Bernier's organ

13   system, including neurology?

14       A.    I wouldn't be able to opine on

15   anything that pertains directly to the Plaintiff

16   in this case, who I have not consulted with, nor

17   read her medical records.

18       Q.    So would that hold true for other

19   systems, including endocrinology, immunology,

20   hematology, gastrointestinal, and cardiology?

21       A.    This is the way gender dysphoria

22   affects systems in individuals.  However, for

23   some individuals, one system could be more

24   effective than another, and that would be not

25   possible for me to opine on.  So this is how the

1     various systems are impacted, but the extent of

2     that impact is what I don't know.

3         Q.    All right.  So Paragraph 34 is a

4     general statement or proposition that you're

5     making?

6         A.    It's how the medical condition of

7     gender dysphoria, if it's untreated, impacts

8     systems, yes.

9         Q.    What authority did you cite at

10    Paragraph 34 as to how those systems are

11    impacted?

12        A.    I haven't cited an authority.

13        Q.    All right.  In Paragraph 35 you say

14    that you understand that Lillian Bernier is

15    treated with estrogen therapy, correct?

16        A.    Yes.

17        Q.    Do you know how long Lillian Bernier

18    had been treated with estrogen therapy?

19        A.    No.

20        Q.    Do you know what levels of estrogen

21    therapy she has received over time?

22        A.    You mean the dosage of estrogen that

23    she receives --

24        Q.    Correct.

25        A.    -- or her hormonal levels of estrogen?

Page 97

1      I'm not understanding.
2          Q.     Dosage.
3          A.     No, I don't.
4          Q.     Fair to say you don't know what her
5      hormonal levels of estrogen today are either?
6          A.     Correct.
7          Q.     You don't know whether she's been
8      hormonally reassigned, correct?
9          A.     I don't know that.
10         Q.     Now, when you go on in that
11     Paragraph 35 to speak about the impact that
12     estrogen has on a system, is that a general
13     statement that you're making?
14         A.     It's general, yes.
15         Q.     It's not specific to Lillian Bernier?
16         A.     Correct.
17         Q.     Given that you haven't seen her or
18     reviewed her medical records, you are not able to
19     make or draw any opinions or conclusions as to
20     the impact, if any, estrogen therapy has had on
21     her or not, correct?
22         A.     I can make general statements, but I
23     can't say anything specifically about her,
24     correct.
25         Q.     And you have not included any

Page 98

1    authority for the general statements that you've
2    provided in Paragraph 35, correct?
3        A.    No.  I have not included those,
4    correct.
5        Q.    And in Paragraph 36 you state that you
6    understand that the plaintiff Lillian Bernier
7    intends to undergo a vaginoplasty, which includes
8    orchiectomy, correct?
9        A.    Yes.
10       Q.    And you describe what those procedures
11   entail, is that accurate?
12       A.    Yes.
13       Q.    Given that you haven't treated, met
14   Lillian Bernier, or reviewed any of her medical
15   records, would it be fair to say you are not in a
16   position to opine as to the medical necessity of
17   any of the treatment or surgery that's identified
18   in Paragraphs 35 and 36?
19       A.    For her personally?
20       Q.    Correct.
21       A.    I have not met her and I can't opine
22   on any particulars of her situation, only on the
23   general condition of gender dysphoria and its
24   impact.
25       Q.    You have not included any authority in

Page 99

1      Paragraph 36 either, correct?

2            A.    Would you scroll down, please?

3            Q.    I apologize.  Yes.

4            A.    I haven't cited anything to that, no.

5            Q.    So you're familiar with estrogen

6      hormone therapy, correct?

7            A.    Yes.

8            Q.    And I think that's otherwise known as

9      estradiol?

10           A.    Yes, that's one component of estrogen.

11     There's also estrone and estriol.  Typically,

12     estradiol is what patients receive for gender

13     care.

14           Q.    And would you agree that estradiol has

15     not been approved by the US FDA as safe and

16     effective to treat gender dysphoria?

17           A.    Yes.

18           Q.    Are you aware of any systematic

19     reviews or longitudinal studies concluding that

20     estrogen therapy to treat gender dysphoria

21     reduces the incidence of completed suicide in the

22     adult population?

23           A.    I'm sorry.  Would you repeat that

24     question?

25           Q.    Sure.

Page 100

1                    Are you aware of any systemic

2       reviews or longitudinal studies that conclude

3       that estrogen therapy used to treat gender

4       dysphoria reduces the incidence of completed

5       suicides in an adult population?

6            A.    Bauer has done studies on suicide

7       reduction following medical interventions.

8       That's one study I'm aware of.

9            Q.    Does the Bauer study include estrogen

10      therapy as a medical intervention?

11           A.    Medical intervention would include,

12      yes, hormonal protocols.

13           Q.    You did say earlier that you were

14      familiar with the grade scoring system that

15      Dr. Weiss had cited to?

16           A.    Yes.

17           Q.    How would you score the quality of the

18      evidence supporting a claim that estrogen therapy

19      reduces the incidence of completed suicides in

20      individuals diagnosed with gender dysphoria?

21           A.    I'm not able to grade that myself.  I

22      don't have that ability.

23           Q.    Do you know what the cost is for

24      estrogen therapy for gender dysphoria on a

25      monthly basis?

1          A.    It depends on how it's administered.

2    I know that, for example, in prisons, it's a

3    thousand dollars a year.

4          Q.    And is that administered by oral or

5    injection?

6          A.    It's either or both.

7          Q.    Now, in Dr. Weiss' report he notes

8    that the guidelines for estrogen therapy

9    gender-affirming treatment are a recommendation

10   of an estradiol level of 100 to 200 pg/ml, which

11   is ten times higher than that found in the normal

12   male.

13                    Are you aware of that

14   recommendation?

15         A.    Yes.

16         Q.    That's actually contained within the

17   WPATH standard of care?

18         A.    I believe so, yes.

19         Q.    Are you familiar with the term

20   supraphysiologic?

21         A.    Yes.

22         Q.    Does that generally mean that it's an

23   amount greater than found in one's body?

24         A.    Yes, in the body of that gender.

25         Q.    Correct.

```
 1                  All right.  And does treating a
 2      biological male with an estrogen gender-affirming
 3      therapy result in a supraphysiologic level of
 4      estrogen?
 5           A.   Not compared to females.  Compared to
 6      males, yes.
 7           Q.   I'm going to refer you back to the
 8      WPATH standards of care, which I think we marked
 9      as Exhibit Number 2.  I'm going to direct your
10      attention to Appendix C and specifically Table 2.
11      I can blow that up a little bit.
12                  Are you able to see that table on
13      the left okay?
14           A.   Yes.
15           Q.   Would you agree that that table
16      provides for risks associated with
17      gender-affirming hormone therapy?
18           A.   Yes.
19           Q.   Under the risk level, there's
20      different sort of categories of risk.
21                  Do you see that?
22           A.   Yes.
23           Q.   All right.  Would you agree that it
24      states that there is a likely increased risk for
25      venous thromboembolism?
```

1          A.    Yes.

2                      Could you scroll down so I know if

3     they are talking about trans women or trans men?

4     It's not clear from this section.

5                      Yes.

6          Q.    So you would agree that there is a

7     likely increased risk with estrogen-based

8     regimens of venous thromboembolism?

9          A.    Yes.

10         Q.    There's also a likely increased risk

11    of infertility when one is using an

12    estrogen-based regimen?

13         A.    Yes.

14         Q.    There is a likely increased risk of

15    hyperkalemia?

16         A.    Yes.

17         Q.    I'm not going to pronounce the next

18    one properly, hyperglyceridemia.

19         A.    Yes.

20         Q.    Is there a likely increased risk of

21    that using estrogen-based regimens?

22         A.    Yes.

23         Q.    As well as a likely risk of weight

24    gain?

25         A.    Yes.

1          Q.    And then the factors of the risk level

2     changes slightly and states that there's a likely

3     increased risk of the presence of additional risk

4     factors and there are a number of things there.

5                    Do you see those to the right?

6          A.    I do.

7          Q.    And that would include cardiovascular

8     disease?

9          A.    Right, preexisting conditions, they

10    heighten the risk.

11         Q.    And are you aware of whether Lillian

12    Bernier has any preexisting cardiac conditions?

13         A.    I don't know.

14         Q.    If she did, there would be a

15    likelihood of an increased risk with that

16    underlying condition?

17         A.    That's possible.

18         Q.    There is also a likely increased risk

19    of cerebrovascular disease?

20         A.    If you're asking me if that's what's

21    written there, yes.

22         Q.    All right.  And meningioma?

23         A.    Yes.

24         Q.    Polyuria or dehydration?

25         A.    Yes.

Page 105

1        Q.    Cholelithiasis?

2        A.    Yes.

3        Q.    Do you know what that is?

4        A.    Yes.

5        Q.    Okay.  My understanding is it's for

6    gallstones or issues with gallbladder.

7        A.    Yes.

8        Q.    And the last one there is -- or last

9    two are hypertension and erectile dysfunction.

10             Did I read those correctly?

11       A.    Yes.

12       Q.    So those are all potential or likely

13   increased risks if there's a presence of other

14   factors, correct?

15       A.    If there is a preexisting condition,

16   yes, and risk level.

17       Q.    These are all risks that exist at some

18   level with the use of an estrogen-based regimen,

19   correct?

20       A.    If there's a preexisting condition,

21   the risk of those conditions is heightened.

22       Q.    Well, not for the first category,

23   correct?

24       A.    Correct.

25             MR. KLEIN:  Bethany, could you scroll

1      up so that we can see any indication of what the

2      bolded indications are?

3      BY MS. MINICH:

4          Q.    I'm not looking at Table 1, but I

5      don't know -- there's no key, so to speak, that

6      indicates that.

7                MR. HALEY:  I think it said it right

8      next to where it said Table 2, Risks Associated

9      With...

10               MS. MINICH:  Thank you.

11     BY MS. MINICH:

12         Q.    So bolded items are clinically

13     significant, do you see that language there?

14         A.    Yes.

15         Q.    So it would be clinically significant

16     that there would be a likely increased risk of

17     the venous thromboembolism or infertility --

18         A.    Yes.

19         Q.    -- with the use of an estrogen-based

20     regimen?

21         A.    Yes.  There's an increase of risk,

22     yes.

23         Q.    Okay.  Now, are you familiar with a

24     male-to-female vaginoplasty performed on a

25     biological male to treat gender dysphoria?

Page 107

1          A.    Yes.

2          Q.    And would you say that that is the

3    same surgery as a vaginoplasty performed on a

4    biological female?

5          A.    A vaginoplasty performed on a

6    biological female?

7          Q.    Correct.

8          A.    You mean in an oncological situation?

9          Q.    Yes.

10         A.    No, it is not the same.

11         Q.    And are you familiar with a penile

12    inversion vaginoplasty?

13         A.    Yes.

14         Q.    What does that entail?

15         A.    It involves removal of the scrotum,

16    the dissection of the penile skin and the

17    creation of a neovagina lined with the penile

18    skin and the preservation of nerves on the

19    creation of labia and clitoris.

20         Q.    Do you agree that patients who have

21    that procedure performed, that they have to

22    undergo an extensive regimen of post-surgery

23    dilation to prevent the closure of the neovagina?

24         A.    It's not necessarily extensive, but

25    initially it has to be consistent.

Page 108

```
 1          Q.    Do you know roughly how much that
 2    procedure costs?
 3          A.    That varies from practitioner to
 4    practitioner and geographically and whether and
 5    how much of it is the patient's responsibility
 6    and whether insurance covers that.
 7          Q.    I'm going to direct your attention to
 8    JAMA Surgery, Original Investigation.  This is a
 9    research article by Jae Downing, Ph.D., et al.,
10    Spending and Out-of-Pocket Costs for Genital
11    Gender-Affirming Surgery in the US.
12          A.    Can you tell me what the date of this
13    article is?
14          Q.    July of '22.
15          A.    Thank you.
16          Q.    Have you seen this before?
17          A.    No.
18          Q.    I'm going to direct your attention to
19    Table 2, which has the median out-of-pocket and
20    total cost for a vaginoplasty by patient
21    characteristics.
22                     Do you see that?
23          A.    Yes.
24          Q.    And to your point, there are numbers
25    across locations, but in terms of all
```

```
 1     characteristics, would you agree that the total
 2     median cost included within this study is
 3     $59,673?
 4          A.    That's what it looks like here.
 5                     Could you expand this or make it a
 6     little larger for me?
 7          Q.    Sure.
 8          A.    And does this refer to the inversion
 9     technique?
10          Q.    Yes, that is my understanding.
11                MR. KLEIN:  Objection.
12     BY MS. MINICH:
13          Q.    Do you think that $60,000 is a
14     plausible estimate for the cost of the inversion
15     vaginoplasty?
16                MR. KLEIN:  Objection.
17                THE WITNESS:  I can't opine on the
18     surgical costs.
19     BY MS. MINICH:
20          Q.    You said you reviewed Dr. Weiss'
21     report.
22                     Do you recall reviewing the
23     paragraphs in which he discussed the risk of a
24     vaginoplasty?
25          A.    Yes.
```

1          Q.    And do you disagree with anything he

2     said about those risks?

3          A.    I do.

4          Q.    What do you disagree with?

5          A.    Well, the current literature shows

6     that the risks of vaginoplasty are small.  One

7     study estimates or finds a little over five

8     percent.  There's almost no serious

9     complications, they are very rare, and that would

10    be a fistula, which is a very rare occurrence.

11    And with the inversion technique, where you are

12    not invading another system, as is the case with

13    another technique, there are very few

14    complications or the complications are very

15    manageable, dehiscence, infection.  Most of them

16    are resolved without any revision surgery.

17         Q.    Do you cite to any of those studies

18    within your report?

19         A.    No.  I don't believe I talked about

20    those complications in my report.

21         Q.    Are you aware of any studies for

22    systematic reviews that have concluded that a

23    vaginoplasty successfully reduce the incidence of

24    a completed suicide?

25         A.    Again, I would point to Bauer who has

Page 111

1      done that work.  I think that there was a
2      large-scale survey done that showed that after
3      surgery, there was reduced suicidal attempts.
4           Q.    Did you cite to Bauer in your report?
5           A.    No, I did not.
6           Q.    What are some of the common reasons
7      why a biological female who is not seeking to
8      transition would seek reconstructive
9      vaginoplasty?
10          A.    A biological female?
11          Q.    Correct.
12          A.    Seeking vaginoplasty?
13          Q.    Correct.
14          A.    I don't understand that because a
15     biological female would have a vagina.
16          Q.    A reconstructive vaginoplasty.
17          A.    It could be due to injury or a
18     congenital issue or an oncological issue.
19          Q.    Can a biological female undergo a
20     penile inversion?
21          A.    I think, no, they cannot.
22          Q.    And after a biological female has a
23     vaginoplasty, do they require the use of a
24     dilator?
25          A.    I don't know.  I think that would

1      depend on the individual.  I think there is one

2      condition where they might have to dilate.

3          Q.    You have never performed that

4      procedure yourself, right?

5          A.    Correct.

6          Q.    Are you aware of any situations in

7      which a biological female's vaginoplasty resulted

8      in a rectovaginal fistula?

9          A.    I'm not aware of that.

10         Q.    And to your knowledge, do biological

11     females who undergo a vaginoplasty often -- or do

12     they experience sterility as a side effect?

13         A.    I don't know.  I have no expertise in

14     biological females who undergo vaginectomy.

15         Q.    Going back to WPATH for a moment and

16     the guidelines that you've identified as being

17     the standards of care, do members of WPATH have

18     to sign a mission statement?

19         A.    I'm honestly not sure about that.  I

20     know at one point they did, but I don't know what

21     the current guidelines are.

22         Q.    Okay.  And to your knowledge, has

23     WPATH ever issued any public statements on laws

24     or policies or issues that are current issues, I

25     should say?