# Exhibit E

Excerpts from the Deposition Transcript
of Peter Hanson



**Planet Depos**
We Make It *Happen*™

# Transcript of Peter Hanson, Individually and as Corporate Designee

**Date:** March 27, 2025
**Case:** Bernier -v- Turbocam, Inc.

**Planet Depos**

**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com

**www.planetdepos.com**

**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF NEW HAMPSHIRE

3     -------------------x

4     LILLIAN BERNIER,    :

5          Plaintiff,    :

6      vs.              :    Case No. 1:23-cv-00523-LM-AJ

7     TURBOCAM, INC.,    :

8          Defendant.   :

9     -------------------x

10

11       DEPOSITION OF PETER HANSON, INDIVIDUALLY,

12     AND AS CORPORATE DESIGNEE OF TURBOCAM, INC.

13             Manchester, New Hampshire

14             Thursday, March 27, 2025

15                   9:55 AM

16

17

18

19

20

21

22

23   Job No.: 570043

24   Pages: 1 - 163

25   Recorded By: Isaac Weaver
```

1        Deposition of PETER HANSON,

2   held at the offices of:

3

4

5            HOMEWOOD SUITES BY HILTON

6            MANCHESTER/AIRPORT

7            1000 Perimeter Road

8            Manchester, New Hampshire 03103

9

10

11

12

13        Pursuant to Notice, before Isaac Weaver,

14   Notary Public in and for the State of New Hampshire.

15

16

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4         BENNETT KLEIN, ESQUIRE

 5         CHRIS ERCHULL, ESQUIRE

 6         MICHAEL HALEY, ESQUIRE

 7         GLAD LEGAL ADVOCATES & DEFENDERS

 8         18 Tremont Street, Suite 950

 9         Boston, Massachusetts 02108

10         617.426.1350

11

12    ON BEHALF OF THE DEFENDANT:

13         BETHANY MINICH, ESQUIRE

14         LITCHFIELD CAVO, LLP

15         6 Kimball Lane, Suite 200

16         Lynnfield, Massachusetts 01940

17         781.309.1510

18

19         ROGER BYRON, ESQUIRE

20         CLIFF MARTIN, ESQUIRE

21         FIRST LIBERTY INSTITUTE

22         2001 West Plano Parkway, Suite 1600

23         Plano, Texas 75075

24         972.941.4444

25
```

```
1    -- the gentleman closed his business and moved to
2    -- retired, moved to Florida.
3            There's -- there's been missions.
4    People have gone to Haiti.  Christian,
5    non-Christians, that's open to everybody.  Hasn't
6    -- that hasn't happened in a few years, given the
7    -- the circumstances in Haiti right now are pretty
8    dangerous, but we still do charitable giving to
9    them, as well.
10            We offer reimbursement for Sam's club,
11   BJ's memberships, things of that nature, up to
12   $100 in reimbursements for attendance at -- for
13   registration fees for, like, road races.  That's
14   all -- anything sort of wellness related.
15            We have on on-site golf, disc golf, two
16   weight rooms, half court basketball court, squash
17   court, pickleball tournament, those are all part
18   of wellness.  Nutrition classes, a variety of
19   your, sort of, non-standard benefits, I guess you
20   would call them.
21       Q    Okay.  Anything else?
22       A    I may be missing something, but those --
23       Q    Okay.
24       A    -- that's what I can recall at the
25   moment.
```

1          MR. KLEIN:  I am now going to show you

2    what's been marked as Exhibit 3.

3          (EXHIBIT 3 MARKED)

4          Do you want copies -- it's the plan if

5    you -- do you want copies?

6          MS. MINICH:  Do you have an extra?

7          MR. KLEIN:  I've got --

8          MS. MINICH:  Great.

9          MR. KLEIN:  Yeah.  Let me know if you

10   want --

11          THE REPORTER:  I'll take one.

12          MR. KLEIN:  Yeah, just --

13          MS. MINICH:  Thank you.

14   BY MR. KLEIN:

15     Q    Killed a lot of trees in the office

16   yesterday.  Okay.  Can you identify the document

17   that's been marked as Exhibit 3?

18     A    It appears to be the summary plan

19   description for our -- our High-Deductible Health

20   Plan, PPO plan that was effective January 1st,

21   2021.

22     Q    When you say it appears to be, is it in

23   fact that health plan?

24     A    Yes.  That appears to be the plan.

25     Q    Okay.  Mr. Hanson, I do want to be

1   precise here because this is obviously an

2   important document.  When you say it appears to be

3   the plan, can you tell me whether the document

4   that is -- been produced to us by Turbocam as

5   Bates numbers 001 through 0130, that's been marked

6   as Exhibit 3 is in fact the Turbocam

7   High-Deductible Health Insurance Plan?

8        A    Yes.

9        Q    And has this health plan been in effect

10  -- it says it's been in effect since January 1st,

11  2021; is that correct?

12       A    Yes.

13       Q    And has this plan been in effect

14  continuously since January 1st, 2021?

15       A    Yes.  With amendments.

16       Q    Okay.  Does Turbocam -- since January

17  1st, 2021, has Turbocam had any other health or

18  medical insurance plan that it offers to its

19  employees other than the High-Deductible Health

20  Plan that is Exhibit 3?

21       A    Yes.

22       Q    Okay.  And what is that plan?

23       A    There is a -- what would be called the

24  Employee Group Medical Plan, HMO Plan.  And there

25  is also for outside of New England since we have

1    locations in South Carolina and -- and several

2    remote employees, there's an out of New England --

3    outside of New England plan for them specifically.

4        Q    With respect to the High-Deductible

5    Health Plan that is Exhibit 3, is this -- is it

6    your understanding that Lillian Bernier has been

7    enrolled in this plan since its inception on

8    January 1st, 2021?

9        A    Yes.

10       Q    Okay.  Are the plan design and benefits

11   in the employee group HMO plan the same as the

12   plan design and benefits in the high-deductible

13   plan?

14       A    The -- can you -- can you restate that

15   question, please?

16       Q    Yes.  Are the -- are the plan design

17   and benefits in the employee group HMO plan the

18   same as are in the High-Deductible Health Plan,

19   which is Exhibit 3?

20       A    No.

21       Q    Okay.  What's the difference?

22       A    The difference is in deductibles,

23   copays.  I believe it's just the deductibles and

24   copays.  It's the design.

25       Q    Okay.  So the actual health services

1    -- through HPI.

2          Q    Okay.  And if a claim -- if an employee

3    with gender dysphoria or the provider submitted a

4    claim to HPI for surgical treatment for gender

5    dysphoria, it would be up to Health Plans, Inc.,

6    to determine whether to approve that claim?

7          A    That's their -- that's their role, yes.

8          Q    Okay.  I -- I mean, it's their role,

9    but isn't it true that Turbocam relies on -- on

10   Health Plans, Inc., as the claims administrator to

11   assess whether a claim is medically warranted?

12              MS. MINICH:  Objection.

13              THE WITNESS:  No.

14         Q    Would Turbocam assess whether a claim

15   is medically warranted?

16              MS. MINICH:  Objection.  Asked and

17   answered.

18              THE WITNESS:  No.

19         Q    Okay.  So if an employee with gender

20   dysphoria sought surgical treatment for that

21   health condition, Turbocam would have no role in

22   assessing whether that particular procedure for

23   that patient was medically appropriate; correct?

24              MS. MINICH:  Objection.  Asked and

25   answered.

1          THE WITNESS:  Whether it was -- you're
2    asking if it was -- whether it was medically
3    appropriate, is that the question?
4    BY MR. KLEIN:
5          Q     Yes.  Do you need the question read
6    back?
7          A     Yeah.
8          MR. KLEIN:  Okay.
9          THE WITNESS:  Yeah.
10         MR. KLEIN:  Could you please read the
11   -- last question back?
12         THE REPORTER:  Yes.  One second.
13         (THE PENDING QUESTION WAS READ BACK)
14         THE WITNESS:  Correct.
15         Q     Now, in the -- in the -- in Turbocam's
16   health benefits plan, there's a reinsurer; is that
17   correct?
18         A     Yes.
19         Q     Okay.  And do you know how -- well, is
20   it -- is it correct, and I think I saw this in --
21   in one of the documents -- is it correct, to your
22   knowledge, that the reinsurer covers claims that
23   are over $100,000?
24         A     Correct.
25         Q     Okay.  And when -- in -- in determining

1     whether the reinsurance covers the claim, does --

2     is it $100,000 for one claim or procedure?

3          A     I'm trying to -- I believe it's for all

4     services related to the diagnosis that's being

5     treated.  I -- but I could be wrong on that.

6          Q     Who would know that?

7          A     Darika Marino may know that.

8          Q     So when Turbocam was deciding whether

9     to switch to a self-funded plan, there were

10    discussions between Turbocam and CGI; is that

11    correct?

12         A     Correct.

13         Q     Okay.  And what is CGI?

14         A     CGI is a -- what is typically called a

15    benefits broker.  They work with companies to help

16    them select -- get quotes for various plans,

17    mostly health and related, provide guidance at

18    times.

19              They -- they help with troubleshooting

20    issues that may come up with claims on occasion,

21    billing, customer service from the carrier, those

22    types of services.

23              They're the ones who, when they -- when

24    you say, you know, we're going to get this quoted,

25    you're -- say you're with Harvard Pilgrim, you may

1    want to get competitive quotes from Anthem, other

2    providers.  They're the ones who make those

3    contacts and then get the quotes and then they

4    relay that back to you and present it in your

5    options.

6         Q    Okay.

7         A    Sometimes help with plan design.

8         Q    Okay.  What was the role of CGI in the

9    development of the Turbocam High-Deductible

10   Medical Plan, which is Exhibit 3?

11        A    CGI helped with coordination between

12   Turbocam and HPI in terms of -- once the -- once

13   the commitment was made to go self-insured and

14   therefore use HPI as a third-party administrator

15   -- the setup, they helped with coordination of the

16   setup of that.  There's a lot of forms that need

17   to be filled out, in terms of setting up contacts,

18   financial side.

19             There's feeds that happen between the

20   carrier and the -- and the ADP, the payroll

21   system, for, you know, employee census and things

22   like that, who's covered, who isn't, all of those

23   types of things.  They help -- they help in that

24   regard.

25        Q    Were you involved in the discussions

1  with CGI about the implementation of Turbocam's

2  self-funded health plan?

3      A    Only partially.  Darika Marino was the

4  -- head of the spear on that.  That's -- that's

5  really her area, the set up and -- and getting it

6  all done.

7      Q    Do you know, to your knowledge, did CGI

8  recommend Health Plans, Inc., as the third-party

9  administrator?

10     A    Yes.  That's what I recall.

11     Q    Okay.  And did Turbocam, during the

12 period of time before January 2021, when the plan

13 was being developed --

14     A    Uh-huh.

15     Q    -- did Turbocam have any -- did anybody

16 at Turbocam, to your knowledge, have any direct

17 communication with Health Plans, Inc.?

18     A    Yes.

19     Q    Okay.  And who was that?

20     A    Darika Marino.

21     Q    Okay.  Do you know --

22     A    I may have been on some e-mail threads,

23 but --

24     Q    Okay.

25     A    -- she was the lead.

1          Q     In terms of the health coverage offered

2     in Turbocam's High-Deductible Health Plan, which

3     is Exhibit 3, including exclusions, did Turbocam

4     have any input into the services covered and -- or

5     excluded?

6          A     Can you -- can you replay that?

7                MR. KLEIN:  Okay.

8                THE WITNESS:  Have that --

9                (THE PENDING QUESTION WAS READ BACK)

10                THE WITNESS:  Yes.

11          Q     Okay.  And can you describe what that

12     input was?

13          A     Yes.  If I recall, the -- the decision

14     to go self-insured was finalized in October of

15     2020, which is late in the season because open

16     enrollment is typically in October into November.

17                From what I recall, we focused on the

18     basic plan description summary, which is typically

19     a two- or three-page document, not this full

20     document.

21                And getting the -- all the paperwork

22     lined up, the finance side lined up before open

23     enrollment.  Getting ADP set up because there's --

24     we do online enrollment for our employees.  We go

25     in and select, so there's a lot of configuration

1    and customization that Darika was responsible for.

2            Yeah, the -- the -- yeah.

3        Q    Okay.  Did Turbocam have any -- did --

4    in -- in terms of the implementation of the

5    self-funded health benefit plan leading up to

6    January 2021, did Turbocam have any input into the

7    actual scope of medical services that would be

8    covered?

9        A    Yes.  The -- the -- again, as I recall,

10   in the -- this may have been the -- an assumption

11   that the plan is -- is -- mimics the current plan.

12   Yeah.

13       Q    When you say mimics the current plan,

14   are you saying that Turbocam had an assumption

15   that the self -- that the scope of coverage under

16   the self-funded health benefits plan mimicked the

17   scope of coverage under the prior fully-insured

18   plan?

19       A    Yes.

20       Q    Okay.  And was that important to

21   Turbocam?

22            MS. MINICH:  Objection.

23            THE WITNESS:  In the general sense, yes.

24       Q    Okay.  And why was that?

25       A    Because we would want to make sure that

1   in -- in the -- in an ideal state, you'd want to

2   ensure that it has the -- the appropriate

3   inclusions and exclusions and -- and deductibles

4   and all those basics that go into the plan.

5        Q    I guess my question is -- why was it

6   important to Turbocam --

7        A    Oh.

8        Q    -- as an employer, to make sure that

9   the exclusions and inclusions in the fully-insured

10  plan were mimicked in the self-funded plan?

11            MS. MINICH:  Objection.

12            THE WITNESS:  For Turbocam, it would be

13  to ensure that it was in alignment with our

14  mission and our -- the religious convictions

15  associated with it, beyond just making sure were

16  the deductibles correct, were the copays what we

17  would like, and all -- and all those other details.

18       Q    Did the fully-insured plans that

19  Turbocam had in effect prior to 2021 align with

20  its mission?

21       A    Prior to 2021?

22            Of what -- yeah.  Of what we were aware

23  of.  Yes.

24       Q    It was -- so just to be clear.  It was

25  important to Turbocam that its health benefits

1    plan align with its mission; correct?

2         A    Correct.

3         Q    Okay.  Prior to January, 2021, what

4    steps did Turbocam make to -- to ensure that its

5    health benefits plan aligned with its mission?

6         A    In a general sense, it's the review of

7    the -- the plan document.

8         Q    Okay.  And when you say --

9         A    In some --

10        Q    I'm sorry, go ahead.

11        A    In some instances, it -- it doesn't

12   come up until something comes up.

13        Q    Did Turbocam take any steps to ensure

14   that it's fully-insured plans prior to 2021 or in

15   alignment with its mission?

16        A    Yes.  Specifically in regards to

17   voluntary abortion, voluntary termination of

18   pregnancy, you have -- you have less flexibility

19   under a fully-insured plan.  So to some degree,

20   you -- you have to accept what the carrier

21   provides, so -- which is why you go self-insured.

22   So you know, that's the added flexibility you get.

23             Carriers aren't really into customizing

24   their -- their plans too much because it becomes

25   way too complicated for them to manage

1    administratively.

2         Q    Prior to January 2021, was Turbocam's

3    health benefits plan a fully-insured plan through

4    Harvard Pilgrim Healthcare?

5         A    While I was employed by Turbocam, yes.

6    I can't speak to prior.

7         Q    All right.  So since 2012 -- between

8    2012 and 2000 -- and January 1, 2021, Turbocam's

9    health insurance coverage was through

10   fully-insured plans from Harvard Pilgrim

11   Healthcare; is that correct?

12        A    Correct.

13        Q    All right.  And during -- from 2012 to

14   2021, what steps did Turbocam take to make sure

15   that those Harvard Pilgrim fully-insured plans --

16   that the coverage in those plans was aligned with

17   its mission?

18             MS. MINICH:  Objection.

19             THE WITNESS:  Review of the plan

20   document is the typical approach you take.

21             MR. KLEIN:  Okay.

22             THE WITNESS:  We -- go ahead.  Sorry.

23        Q    That's all right.  Okay.  Based on the

24   review of the plan documents, did Turbocam

25   identify any coverages in the Harvard Pilgrim

1          Do you see that sentence you wrote?

2     A    Yes.

3     Q    Okay.  Why -- why -- what was your

4     purpose in asking for this meeting?

5     A    I -- I believe Bernier had inquired

6     about where it created awareness about an upcoming

7     surgery.  And -- yeah, and there was -- there was

8     questions so it's -- it's not uncommon to, hey,

9     let's just set up a meeting and talk about these

10    things.

11          And the -- the -- the last side, one of

12    the -- Paragraph 3, last sentence, I know you

13    spoke to Julie about that before she left but it

14    would be good for mine and Maya's understanding to

15    connect with you on that.

16          So basically just trying to see clarity.

17    Q    Did the meeting take place?

18    A    Yes.

19    Q    And can you describe for me what was

20    said at the meeting by all of the participants?

21    A    From what I recall, Bernier described

22    plans to have a surgery.  I believe Bernier used

23    the term upper -- uppers.  Not as a way to

24    describe it.  And as a way, I believe, to help me

25    understand what that meant without being more

1    explicit, I guess.

2            Talked about the timeline on that.  I

3    don't recall exactly the -- the date of that

4    planned surgery or that it was maybe still pending

5    schedule.  I don't -- I don't recall.

6            Towards the end of the meeting, I

7    recall Bernier asking or making a statement about

8    the exclusion and asking the question of -- no,

9    making a statement that it appeared to Bernier

10   that the -- the exclusion may have been put in

11   there based on her coming -- transitioning.

12           And I responded back that, no, we made

13   the decision to go self-insured in the fall of

14   2020.  But you know what?  I will e-mail you the

15   specifics and -- and get back to you on that so

16   you can see it.

17       Q    What did Maya Jiman -- I'm not sure if

18   I'm saying --

19       A    Jiman?  Yeah.  Jiman.

20       Q    What did Maya Jiman say at the meeting?

21       A    I don't recall her really saying

22   anything.

23       Q    Was she taking notes?

24       A    I don't recall that she was.

25           MR. KLEIN:  Can I get this as the next

1    exhibit?  Number 14.  Hold on to one copy.  Yep.

2    Okay.  I'm sorry.  That -- this is 14?

3              THE REPORTER:  That's correct.

4              (EXHIBIT 14 MARKED)

5    BY MR. KLEIN:

6         Q    Okay.  Exhibit 14 is an e-mail from

7    Pete Hanson to Doug Patteson, Marian Noronha, and

8    Darika Marino, dated April 13th, 2022, Turbocam

9    document number 1274.

10             Did you write this e-mail?  You recall

11   writing this e-mail?

12        A    Yes.

13        Q    Okay.  What's the MBN office?

14        A    That's Marian's initials.  Marian --

15        Q    Oh.

16        A    -- B.  Noronha.  And I -- it's probably

17   important to note the when, 4/13.  That's the

18   schedule of the meeting.  That's not when this was

19   sent.  It got -- just to be clear.

20        Q    Do you -- do you recall about when you

21   sent this e-mail, when it would've been, proximity

22   to April 13th?

23        A    It -- it was probably -- yeah.  I don't

24   remember.  I don't -- if -- if I knew what day the

25   13th was, it was with -- probably within the week.

1      Q    Okay.  It would've been after your

2  meetings?

3      A    It's sometimes hard to get schedules --

4      Q    I'm sorry.  Yes.  It would've been

5  after your meeting with Lillian and Maya that you

6  scheduled this meeting?

7      A    I can't say for sure.

8      Q    Okay.  In the e-mail you say you want

9  to meet with Doug Patteson, Marian Noronha, and

10 Darika Marino to connect to discuss our current

11 medical plans in relation to coverage for gender

12 transition and/or gender dysphoria.

13          Why did you want to meet with Doug

14 Patteson, Marian Noronha, and Darika Marino about

15 coverage for gender transition or gender dysphoria?

16     A    One of the -- to get the -- to make

17 sure that Marian, and to some degree Doug were

18 aware of what the plan actually says, discuss that

19 with them, see if they had any questions.

20          Part of my in intent was to make sure

21 that we had answer on, are we going to leave that

22 wording as is, be open to discussions around that?

23 Yeah.

24     Q    Was one of the purposes of the meeting

25 to discuss whether to change or eliminate the

1  his religious beliefs?  I'm sorry.  Sorry.

2          Did -- at this meeting, did Marian

3  Noronha say anything at all about the -- that the

4  coverage of gender dysphoria would violate his

5  religious beliefs or the company mission?

6      A    I don't recall.

7          MR. KLEIN:  The next exhibit, is that

8  16?

9          THE REPORTER:  That would be 16, yes.

10         (EXHIBIT 16 MARKED)

11         MR. KLEIN:  Okay.

12         MS. MINICH:  Thank you.

13     Q    Are you familiar with Exhibit 16?

14     A    Yes.

15     Q    Okay.  And what is it?

16     A    This is an annual confirmation

17  statement.  It doesn't -- I don't know if it's

18  missing the actual elections, but it -- it's the

19  signature page that all employees, after they make

20  their elections during open enrollment in the

21  portal, we then go through.  Those all get

22  reviewed by the administrator to make sure

23  everything looks right.

24         And -- and then the employee, as a last

25  step, prior to the new plan year, which is 1/1,

1    they have to -- we set up time to -- they're --

2    they're handed, basically, these are the elections

3    you made in the portal.  Please make sure they're

4    accurate, and also read this second page.

5           This is basically the agreement.  And

6    it's a -- it's a way to ensure that there's no

7    errors that you go -- to go back and fix with

8    someone saying, oh, I thought I elected this.

9    That's what this is primarily for, and to create

10   awareness with them of our -- of our -- our

11   guidelines, like the benefit election agreement, I

12   understand by signing and submitting.

13          They're all made aware of that and

14   asked to read it before they sign off.  This is --

15   this was done through DocuSign.  It wasn't a hard

16   copy to -- I don't know if you're familiar with

17   DocuSign, but that's how this would -- appears to

18   be done.

19      Q    All right.

20      A    Signature there.

21      Q    What is the Turbocam opt-out medical

22   bonus program?

23      A    The opt-out medical bonus is a bonus

24   that employees can elect if they have coverage

25   elsewhere.  Yeah, I guess that's what it is.

1        Q    All right.  And does it provide them a

2   cash payment to opt out of the Turbocam health

3   benefits plan?

4        A    Yes.  It's a -- it's a taxable bonus

5   that's done on a -- either biweekly cadence if

6   they're a biweekly payroll or for a monthly

7   employee, it's done on a month.  It's a specific

8   dollar amount each -- each pay period.  Well, for

9   biweekly, it's 24 of the 26 pay periods.

10       Q    Okay.  And why does Turbocam have a

11  opt-out medical bonus plan?

12       A    It's a -- it's -- it's a -- two things.

13  One, it -- it -- it's a -- it's a way to help the

14  employees that choose not to take our coverage,

15  get coverage elsewhere.  Some would, yes, say it's

16  -- it's an incentive not to take our benefits and

17  recognize that.

18       Q    What's the --

19       A    Because was very early on Turbocam,

20  when it first started, when Turbocam was very

21  small, there was a lot of employees that were

22  taking -- I don't know if you are -- have any

23  understanding of Christian share plans, but there

24  were folks that were doing that, which is their --

25  there are plans that some Christians take

1    advantage of where it's basically pulling --

2    pulling money and paying for the cost of services

3    through a -- a separate plan entirely.

4           I think Marian recognized that those

5    folks were at the same time saving Turbocam a lot

6    of money by not being in on our plan because

7    they're so expensive, and it was a way to help

8    them cover those costs.

9    Q    Okay.  So one of the purposes, just one

10   of the purposes of the opt-out bonus is to save

11   Turbocam money by reducing the number of employees

12   on the self-funded health plan; is that correct?

13   A    It's one of the ways, yes.

14   Q    Okay.  And another way is to give a

15   cash payment to employees who may want to

16   participate in the Christian share plan?

17          MS. MINICH:  Objection.

18   Q    Is that correct?

19   A    It's -- it's for getting coverage, any

20   -- any other coverage.

21   Q    Any other coverage?

22   A    Yeah.  Being on your spouse's, being on

23   your parents' if you're under 26, going to the

24   market getting your own plan.

25   Q    Okay.

1        A     No, not currently.  They attest to that.

2        Q     They attest that they presently have

3    other coverage?

4        A     Yes.

5        Q     Okay.

6        A     At one point we used to require

7    verification, like show us the card, show us your

8    current medical coverage or some evidence of it,

9    but that -- it's very cumbersome to do.  You end

10   up chasing employees around.

11       Q     At any time, has Turbocam calculated

12   the amount of the bonus payment based on the cost

13   of securing an individual plan on the healthcare

14   market?

15             MS. MINICH:  Objection.

16             THE WITNESS:  Like I said, prior to my

17   getting there, it appears that -- that's -- they

18   used something like a percentage of -- like the --

19   the opt-out would be based on a percentage of the

20   cost to the plan, but it wasn't -- it wasn't like

21   that when I got there in 2012.

22       Q     Right.  But let's say from 2021 to

23   present, is the amount of the bonus related in any

24   way to the cost of obtaining healthcare on the

25   individual market -- healthcare coverage on the

1    individual market?

2         A    I believe there was some analysis from

3    a financial perspective to see what that would

4    look like.  What -- like, what is the percentage

5    of cost is the -- you know, the single plan?  What

6    do we -- what do we charge the single employee?

7    What is the opt-out?  What's the percentage of

8    those two?  But it wasn't -- it wasn't the driving

9    factor.

10              It -- it more or less came down to are

11   we comfortable with the level it's at knowing what

12   the potential cost would be?  Because we, you

13   know, I think it's 40 percent of the employees

14   take advantage of it.  It's not five or 10.  It's

15   a pretty big dollar amount.

16              Our broker tells us every year that

17   it's the most they see out of any of their clients.

18        Q    Now, so some people will elect a bonus

19   if they have coverage through a spouse or other

20   family member; correct?

21        A    Yes.

22        Q    Okay.  And do you know, of the 40

23   percent, how many people how have coverage through

24   a spouse or family member?

25        A    I don't, no.

1      Q    Okay.  For people who have other

2  coverage -- well, strike that.

3           What are the other scenarios that other

4  than having -- well, let me just rephrase all that.

5           At one point Turbocam suggested, and I

6  think you suggested in an e-mail to Lillian, that

7  she could take the opt-out medical bonus cash

8  payment and purchase insurance on the individual

9  healthcare market; is that correct?

10     A    Yes.

11     Q    Okay.  And at any time did Turbocam

12  calibrate the amount of the bonus payment to the

13  cost of obtaining healthcare coverage on the

14  individual healthcare market?

15     A    Not that I recall, no.

16     Q    Okay.  Now the -- when an employee

17  receives healthcare coverage from an employer,

18  that benefit is not taxable; correct?

19     A    Correct, it's under a 125 cafeteria

20  plan.

21     Q    Okay.

22     A    It's a pre-tax deduction.

23     Q    All right.  And is that true of

24  Turbocam's health plan?

25     A    Yes.