# Exhibit J

Medical Records of Lillian Bernier