# Exhibit O

Turbocam Health Benefits Plan

TURBOCAM 0001



# Plan Document and Summary Plan Description



## Turbocam, Inc.

**Employee Group Medical Plan (H.S.A PPO Plan)**

**Effective: January 1, 2021**



EXHIBIT

HANSON 03

Planet Depos, LLC

TURBOCAM 0005

When services are rendered by an Out-of-Network Provider in any instance other than the reasons listed above, Covered Persons may be responsible for any amount above the Allowed Amount when services are rendered by an Out-of-Network Provider.

**Traveling benefit** – If a Covered Person is traveling out of country and requires medical treatment from an Out-of-Network Provider (excluding when a Covered Person traveled to such location for the primary purpose of obtaining medical services, drugs or supplies), benefits shall be payable at In-Network Provider Co-payment and Coinsurance levels subject to the Allowed Amount or Qualifying Payment Amount, as applicable (after satisfaction of the applicable Calendar Year Deductible).

**Continuity of Care -** In the event a Covered Person is a continuing care patient receiving a course of treatment from a Provider which is In-Network or otherwise has a contractual relationship with the Plan governing such care and that contractual relationship is terminated, not renewed, or otherwise ends for any reason other than the Provider's failure to meet applicable quality standards or for fraud, the Covered Person shall have the following rights to continuation of care, if so elected, for a period ending 90 days later or when the Covered Person ceases to be a continuing care patient, whichever is sooner.

For purposes of this provision, "continuing care patient" means an individual who:

1) is undergoing a course of treatment for a serious and complex condition from a specific Provider,
2) is undergoing a course of institutional or inpatient care from a specific Provider,
3) is scheduled to undergo non-elective surgery from a specific Provider, including receipt of postoperative care with respect to the surgery,
4) is pregnant and undergoing a course of treatment for the Pregnancy from a specific Provider, or
5) is or was determined to be terminally ill and is receiving treatment for such illness from a specific Provider.

Note that during continuation, Plan benefits will be processed as if the termination had not occurred. However, the Provider may be free to pursue the Covered Person for any amounts above the Plan's benefit amount.

## SECTION V, MEDICAL BENEFITS, C. Covered Services:

- **(1)     Prescription Drugs;** The following provision is hereby **added** in its entirety:

    The presence of a drug on the Prescription Benefit Manager's formulary list does not guarantee coverage.  The drugs listed on the Prescription Benefit Manager's formulary are subject to change.  To find out if a medication is covered under the Plan, Covered Persons should contact the Pharmacy vendor at the phone number list on the back of his/her ID card for the most current formulary information.

- **(4)     Physician Services; (h) Surgery (Inpatient/Outpatient/Office)** is hereby **deleted** and **replaced** in its entirety with the following:

    (h)     Surgery (Inpatient/Outpatient/Office)

    Physician or surgeon charges for a surgical operation and for the administration of anesthesia

    If two or more surgical procedures are performed at one time through the same incision in the same operative field, the maximum allowable amount for the surgery will be as follows:

TURBOCAM 0006

    (i)        For In-Network Providers:  the Contracted Rate for the primary procedure and the greater of 50% of such Contracted Rate or the amount specified in the In-Network Provider's contract for the secondary or lesser procedure(s).

    (ii)      For Out-of-Network Providers: the Allowed Amount or Qualifying Payment Amount, as applicable, for the major procedure and 50% of the Allowed Amount or Qualifying Payment Amount, as applicable, for the secondary or lesser procedure(s).

No additional benefit will be paid under this Plan for incidental surgery done at the same time and under the same anesthetic as another surgery.

The Plan will also pay for a surgical assistant when the nature of the procedure is such that the services of an assistant Physician are Medically Necessary.

- **(10)** **Other Services and Supplies; Orthotics** is hereby **deleted** and **replaced** in its entirety with the following:

  Orthotics

  For the purpose of treating an Illness or Injury, services and equipment such as orthopedic braces, including leg braces with attached shoes; arm, back and neck braces; surgical supports; and head halters and specially molded orthopedic shoes and/or orthotic inserts

- **(10)** **Other Services and Supplies; item (qq) Voluntary termination of pregnancy** is hereby **deleted** in its entirety; all subsequent affected items are hereby re-lettered accordingly.

**SECTION VI**, **MEDICAL LIMITATIONS AND EXCLUSIONS.**  **Voluntary termination of pregnancy** is hereby **added** in its entirety as **item (51)**. All subsequent affected items are hereby re-numbered accordingly.

**SECTION XII**, **THIRD PARTY RECOVERY, SUBROGATION AND REIMBURSEMENT, C. Right of Reimbursement, paragraph (2)** is hereby **deleted** and **replaced** in its entirety with the following:

**C.**      **Right of Reimbursement**

    **(2)**      No court costs, experts' fees, attorneys' fees, filing fees, or other costs or expenses of litigation may be deducted from the Plan's recovery without the prior, expressed written consent of the Plan. Additionally, the Participant shall indemnify the Plan against any of the Participant's attorney's fees, costs, or other expenses related to the Participant's recovery for which the Plan becomes responsible by any means other than the Plan's explicit written consent

**SECTION XV**, **CLAIMS AND APPEALS PROCEDURES AND STATEMENT OF RIGHTS** is hereby amended as follows:

Final internal appeal denials related to compliance with the No Surprises Act of the Consolidated Appropriations Act of 2021 are added as denials eligible for external review.

TURBOCAM 0007

**TURBOCAM, INC.**
**EMPLOYEE GROUP MEDICAL PLAN**
**(H.S.A PPO PLAN)**
**AMENDMENT #3 TO THE**
**JANUARY 1, 2021 PLAN DOCUMENT AND SUMMARY PLAN DESCRIPTION**
**EFFECTIVE: JULY 8, 2021**

This Plan is amended to update the list of workforce members who may be given access to Protected Health Information (PHI). All references to the provisions below that appear in any part of the Plan Document or in any prior amendments are also hereby amended to be consistent with the changes described below.

**The Plan Document and Summary Plan Description are hereby amended as follows:**

<u>**SECTION XI.**</u> **HIPAA PRIVACY AND SECURITY** is hereby **deleted** and **replaced** in its entirety with the following:

## XI.  HIPAA PRIVACY AND SECURITY

The Health Insurance Portability and Accountability Act of 1996 ("HIPAA") is a federal law that governs the use and disclosure of protected health information ("PHI") by group health plans and provides rights to Covered Persons with respect to their PHI.

There are three (3) circumstances under which the Plan may disclose a Covered Person's PHI to the Plan Sponsor.

First, the Plan may inform the Plan Sponsor whether a Covered Person is enrolled in the Plan.

Second, the Plan may disclose summary health information to the Plan Sponsor. The Plan Sponsor must limit its use of that information to obtaining quotes from insurers or modifying, amending, or terminating the Plan. Summary health information is information that summarizes claims history, claims expenses, or types of claims experienced by Covered Persons and may identify the Covered Person.

Third, the Plan may disclose PHI to the Plan Sponsor for Plan administrative purposes. This is because Employees of the Plan Sponsor perform many of the administrative functions necessary for the management and operation of the Plan.

In order for the Plan Sponsor to receive and use PHI, the Plan Sponsor has certified to the Plan that the Plan Sponsor agrees to:

(1)  Only use or disclose PHI for Plan administrative purposes, as required by law, or as permitted under the HIPAA regulations. A description of how the Plan uses and discloses PHI and Covered Persons rights under HIPAA are described in the Plan's Notice of Privacy Practices. The Notice of Privacy Practices is provided upon enrollment and periodically thereafter in accordance with applicable requirements; it can be accessed any time at https://www.healthplansinc.com/members/;

(2)  Ensure that any agents, including subcontractors, to whom it provides PHI received from the Plan agree to the same restrictions and conditions that apply to the Plan Sponsor with respect to such information;

(3)  Not use or disclose PHI for employment-related actions or decisions or in connection with any other benefit or benefit plan of the Plan Sponsor;

(4)  Promptly report to the Plan any use or disclosure of PHI of which it becomes aware that is inconsistent with the uses or disclosures provided for;

(5)  Make PHI available to a Covered Person in accordance with HIPAA;

(6)  Make PHI available for amendment and incorporate any amendments to PHI in accordance with HIPAA;

TURBOCAM 0020

TURBOCAM 0021

# I.    ESTABLISHMENT OF PLAN

THIS INSTRUMENT established by Turbocam, Inc. (hereinafter the "Employer") on this 1st day of January, 2021 sets forth the Turbocam, Inc. Employee Group Medical Plan (H.S.A PPO Plan) effective as of January 1, 2021.

**A.    Establishment of Plan**

The Employer hereby sets forth its group health plan known as the Turbocam, Inc. Employee Group Medical Plan (H.S.A PPO Plan—the "Plan"). The Plan is written for the sole and exclusive purpose of providing to the Employees and their Eligible Dependents employee medical and prescription drug benefits as described herein. These benefits have been established by the Employer and are provided on a self-funded basis. As such, the benefits are directly funded through and provided by the Employer, and the Employer has the sole responsibility and liability for payment of benefits under this Plan. Health Plans, Inc. is not the issuer, insurer, or provider of these benefits.

**B.    Effective Date**

The Plan as described herein is effective as of January 1, 2021.

**C.    Applicable Law**

This Plan shall be governed and construed in accordance with the Employee Retirement Income Security Act of 1974 (ERISA), as amended. Consistent with the terms of ERISA, federal law will preempt state law where applicable.

The Plan is subject to all of the conditions and provisions set forth in this document and subsequent amendments which are made a part of this Plan.

---

**Important Notice:** To obtain a list of In-Network Physician Providers under this Plan, please visit www.healthplansinc.com/members/Benefits.aspx to search the online provider directory or Pathways Concierge Department at (888) 711-6766 for additional information.

Please Note: Physicians and other medical professionals in the Plan's provider network participate through contractual arrangements that can be terminated either by a provider or by the Network administrator. In addition, a provider may leave the network because of retirement, relocation or other reasons. Therefore, it is not a guarantee that a provider will always be included in the list of In-Network Providers.

---

TURBOCAM 0022

## II.   GENERAL INFORMATION

| | |
|---|---|
| **Plan Name:** | Turbocam, Inc. Employee Group Medical Plan (H.S.A PPO Plan) |
| **Type of Plan:** | Welfare plan providing medical and prescription drug benefits on a self-funded basis |
| **Effective Date:** | January 1, 2021 |
| **Employer/Plan Sponsor:** | Turbocam, Inc. (the "Employer") 607 Calef Highway Barrington, NH 03825 (603) 905-0312 |
| **ERISA Plan Number:** | 501 |
| **Employer Identification Number:** | 02-0408840 |
| **Group Number:** | 006BL7 |
| **Plan Administrator:** | Employer (see above) |
| **Claim Administrator:** | Health Plans, Inc. 1500 West Park Drive, Suite 330 Westborough, MA 01581 https://www.healthplansinc.com |
| **Plan Appointed Claim Evaluator ("PACE"):** | The Phia Group, LLC 40 Pequot Way Canton, MA 02021 |
| **Prescription Benefit Manager:** | OptumRx, Inc. 1600 McConnor Parkway Schaumburg, IL  60173 (800) 334-8134 |
| **Member Inquiries and Precertification:** | Pathways Concierge Department (888) 711-6766 PathwaysConcierge@urmedwatch.com |

persons by or under the supervision of doctors who are legally licensed to practice medicine;

**(3)**     Regularly and continuously provides day and night nursing service by or under the supervision of a Physician;

**(4)**     Is not, other than incidentally, a place for the aged or a nursing or convalescent home; and

**(5)**     Is operated in accordance with the laws of the jurisdiction in which it is located pertaining to facilities identified as Hospitals

The term "Hospital" will include a facility specializing in the care and treatment for rehabilitation and mental or emotional Illness, disorder or disturbance, which would qualify under this definition as a Hospital; or a residential treatment facility specializing in the care and treatment of mental illness, alcoholism, drug addiction or chemical dependency, provided such facility is duly licensed, if licensing is required by law in the jurisdiction where it is located, or provided such facility is accredited by the Joint Commission on Accreditation of Health Care Organizations and the Commission on Accreditation of Rehabilitation Facilities

**Illness** – a sickness or bodily disorder or disease, or mental health disease or disorder; an Illness due to causes which are the same or related to causes of a prior Illness, from which there has not been complete recovery will be considered a continuation of such prior Illness; the term "Illness" as used in this Plan will include pregnancy, childbirth, miscarriage, termination of pregnancy and any complications of pregnancy and related medical conditions

**Infertility** – the condition of a presumably healthy individual who is unable to conceive or produce conception

**Injury** – an event from an external agent resulting in damage to the physical structure of the body independent of Illness, and all complications arising from such external agent

**In-Network Provider** – a member of a network of Physicians, other licensed health care providers and/or health care facilities which provide medical services to Covered Persons under this Plan on the basis of a Contracted Rate; Covered Persons receiving Covered Services from an In-Network Provider are not responsible for any charges other than the cost sharing requirements (Deductibles, Coinsurance and/or Co-payments) and charges in excess of any specific benefit limits shown in the Schedule of Medical Benefits

**Inpatient Hospice Facility** – a licensed facility which may or may not be part of a Hospital and which:

**(1)**     Complies with licensing and other legal requirements in the jurisdiction where it is located;

**(2)**     Is mainly engaged in providing inpatient palliative care for the terminally ill on a 24-hour basis under the supervision of a Physician or a Registered Nurse, if the care is not supervised by a Physician available on a prearranged basis;

11

**(3)**     Provides pre-death and bereavement counseling;

**(4)**     Maintains clinical records on all terminally ill persons; and

**(5)**     Is not mainly a place for the aged or a nursing or convalescent home

Inpatient Hospice Facility also includes hospice facilities approved for a payment of Medicare hospice benefits

**Intensive Outpatient Treatment** – mental health or substance abuse care on an individual or group basis two (2) to five (5) days per week for two (2) to three (3) hours per day in a licensed Hospital, rural health center, community mental health center or substance abuse treatment facility

**Medical Emergency** – the sudden onset of a medical condition of sufficient severity that an individual possessing an average knowledge of health and medicine could reasonably expect that failure to obtain medical treatment would seriously jeopardize the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child); or cause serious harm to bodily functions or any bodily organ or part; examples of medical emergencies include symptoms of heart attack and stroke; poisoning; loss of consciousness; severe difficulty breathing or shortness of breath; shock; convulsions; uncontrolled or severe bleeding; sudden and/or severe pain; coughing or vomiting blood; sudden dizziness or severe weakness; profound change in vision; severe or persistent vomiting or diarrhea; and profound change in mental status

**Medically Necessary** (or Medical Necessity) – a service or supply which is a health care service that a Physician, exercising prudent clinical judgment, would provide to a patient for the purpose of preventing, evaluating, diagnosing or treating an Illness, Injury, disease or its symptoms, and that is:

**(1)**     Legal and is provided in accordance with generally accepted standards of medical practice;

**(2)**     Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for the patient's Illness, Injury or disease;

**(3)**     Not Experimental or Investigational; and

**(4)**     Not primarily for the convenience of the patient, Physician or other health care provider, and not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of that patient's Illness, Injury or disease

For these purposes, "generally accepted standards of medical practice" means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community

TURBOCAM 0033

**Medicare** – Title XVIII of the Social Security Act of 1965, as amended; Part A – means Medicare's Hospital plan, Part B – means the supplementary medical plan, and Part D – means the prescription drug plan

**Mental Health Disorder** – bipolar disorder, neurosis, psychoneurosis, psychopathy, psychosis or mental or emotional disease or disorder of any kind

**Morbid Obesity** – as determined by a Covered Person's Physician, a Body Mass Index (BMI) greater than 40, or, in combination with significant medical co-morbidities, greater than 35

**New England** – the states of Massachusetts, New Hampshire, Maine, Vermont, Connecticut and Rhode Island

**Nurse** – a professional nurse who has a current active license(s) as a Registered Nurse (R.N.), a Licensed Practical Nurse (L.P.N.) or a Registered Nurse Midwife (R.N.M.), other than a nurse who ordinarily resides in the patient's home or who is a member of the patient's immediate family

**Occupational Therapist** – a health care provider who is licensed to provide occupational therapy services and who provides such services in the state(s) which issued the license(s)

**Out-of-Network Provider** – a licensed Physician, other licensed health care provider and/or health care facility which is not a member of a network of participating providers which provide medical services to Covered Persons under this Plan on the basis of a Contracted Rate; Covered Persons receiving Covered Services from an Out-of-Network Provider are responsible for any applicable Deductibles, Coinsurance and/or Co-payments, amounts in excess of any specific benefit limits shown in the Schedule of Medical Benefits for Out-of-Network Providers, and may be responsible for any amounts in excess of the Allowed Amount for the services received, unless specifically stated otherwise in this Plan

**Out-of-Pocket Maximum** – the maximum amount a Covered Person pays for Covered Services under this Plan before the Plan pays at 100% as specified on the Schedule of Medical Benefits

**Partial Hospitalization** – mental health or substance abuse care on an individual or group basis five (5) days a week, eight (8) hours per day in a licensed Hospital, rural health center, community mental health center or substance abuse treatment facility

**Physical Therapist** – a health care provider who is licensed to provide physical therapy services and who provides such services in the state(s) which issued the license(s)

**Physician** – any licensed doctor of medicine, M.D., osteopathic Physician, D.O., dentist, D.D.S/D.M.D, podiatrist, Pod.D./D.S.C./D.P.M., doctor of chiropractic medicine, D.C., optometrist, O.D., or psychologist, Ph.D./Ed.D./Psy.D. Physician will also include a certified nurse midwife or a licensed independent social worker

Case 1:23-cv-00523-LM-AJ    Document 75-15    Filed 08/25/25    Page 12 of 21

TURBOCAM 0061

If the donor is covered under the Plan, eligible charges will be covered.

If the recipient is covered under the Plan, but the donor is not, the Plan will provide coverage to both the recipient and donor as long as similar benefits are not available to the donor from other coverage sources.

(iv)    Follow-up care, including immuno-suppressant therapy

***Transportation:*** Transportation to and from the site of the covered organ transplant procedure for the recipient and one other individual, or in the event that the recipient or the donor is a minor, two (2) other individuals.

***Re-transplantation***: Re-transplantation will be covered up to two (2) re-transplants, for a total of three (3) transplants per person, per lifetime. Each transplant and re-transplant will have a new Transplant Benefit Period.

(g)    Charges for cosmetic purposes or for cosmetic surgery are covered only if due solely to:

    (i)    Bodily Injury, providing that coverage is in effect at the time treatment occurs;

    (ii)    Birth defect of a Covered Person, provided coverage is in effect at the time treatment occurs; or

    (iii)    Surgical removal of diseased tissue as a result of an Illness. Covered Persons electing breast reconstruction, following a mastectomy, are also covered for reconstruction of the other breast to produce symmetrical appearance, and coverage for prostheses and physical complications of all stages of a mastectomy. The reconstruction procedure will be performed in a manner determined between the Physician and patient.

**(6)    Surgical Facility and Supplies**

**(7)    Miscellaneous Hospital Charges**

    (a)    Medically Necessary supplies and services including x-ray and laboratory charges and charges for anesthetics and administration thereof

    (b)    Drugs and medicines charged by a Hospital which are obtained through written prescription by a Physician

    (c)    Administration of infusions and transfusions, including the cost of unreplaced blood and blood plasma or autologous blood and blood

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

plasma. Expenses for storage of autologous blood or blood plasma will not be covered

(d)    Inpatient respiratory, physical, occupational, inhalation, speech and cardiac rehabilitation therapy

**(8)    Hospital Services – Outpatient**

(a)    Clinic services

(b)    Emergency room services

(c)    Outpatient department

(d)    Outpatient surgery in Hospital, ambulatory center or other properly licensed facility

(e)    Preadmission testing

Preadmission tests on an outpatient basis for a scheduled Hospital admission or surgery

(f)    Urgent care facility/walk-in clinic

Emergency treatment center, walk-in medical clinic or ambulatory clinic (including clinics located at a Hospital)

**(9)    Mental Health/Substance Use Disorders**

Inpatient confinement (including confinement in a residential treatment facility) or Partial Hospitalization/Intensive Outpatient Treatment for the treatment of a mental Illness in a licensed general Hospital, in a mental Hospital under the direction and supervision of the Department of Mental Health, or in a private mental Hospital licensed by the Department of Mental Health, or confinement or Partial Hospitalization/Intensive Outpatient Treatment in a public or private substance use disorder facility.

Outpatient treatment of Mental Health Disorders and outpatient treatment of substance use disorders on an outpatient basis provided services, including methadone maintenance and treatment, are furnished by a:

(a)    Comprehensive health service organization;

(b)    Licensed or accredited Hospital;

(c)    Community mental health center, or other mental health clinic or day care center which furnishes mental health services, subject to the approval of the Department of Mental Health;

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0063

 (d) Licensed detoxification facility;

 (e) Licensed social worker;

 (f) Psychologist; or

 (g) Psychiatrist

**(10) Other Services and Supplies**

 (a) Acupuncture

 (b) Ambulance services:

  (i) To the nearest Hospital or medical facility which is equipped to provide the service required;

  (ii) When Medically Necessary, from a Hospital; or

  (iii) For an air ambulance or rail transportation to the nearest medical facility equipped to provide care when failure to do so may seriously jeopardize the health or risk the life of the patient.

 (c) Autism spectrum disorders treatment

 Autism spectrum disorders treatment including habilitative or rehabilitative care, pharmacy care, psychiatric care, psychological care, or therapeutic care. Covered Services include, but are not limited to, Applied Behavior Analysis (ABA); occupational, physical and speech therapies; and social work services

 (d) Bariatric surgery for the treatment of Morbid Obesity

 (e) Breast reduction surgery when deemed to be Medically Necessary

 (f) Cardiac rehabilitation

 Expenses for Cardiac Rehabilitation Program (limited to Phase I and Phase II only) provided such treatment is recommended by the attending Physician. Phase I consists of acute inpatient hospitalization, whether for heart attack or heart surgery, highly supervised with a tailored exercise program with continuous monitoring during exercise. Phase II consists of supervised outpatient treatment for Covered Persons who have left the Hospital but still need a certain degree of supervised physical therapy and monitoring during exercise. Phase II services are usually tailored to meet the Covered Person's individual need. Benefits are not payable for Phase III which consists of outpatient services without supervision. The Phase III

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

program is developed for patients who are well enough to continue exercising on their own, monitoring their own progress.

(g)    Chemotherapy and radiation therapy

(h)    Clinical Trials - Routine services for Approved Clinical Trials

Routine costs for items and services furnished in connection with participation in Approved Clinical Trials are covered at the same level as the same services provided outside Approved Clinical Trials, including Hospital visits, imaging and laboratory tests if:

    (i)    The referring health care professional is a participating health care provider and has concluded that the individual's participation in such trial would be appropriate, or

    (ii)    The participant or beneficiary provides medical and scientific information establishing that the individual's participation in such trial would be appropriate, and

    (iii)    These services are Covered Services under the Plan

(i)    Dental/oral services (limited)

The following dental procedures including related Hospital expenses, (when Hospital expenses are deemed to be Medically Necessary) will be covered the same as any other Illness:

    (i)    Treatment of an Injury to a sound natural tooth, other than from eating or chewing, or treatment of an Injury to the jaw. Surgery needed to correct Injuries to the jaw, cheek, lips, tongue, floor and roof of the mouth;

    (ii)    Excision of a tumor, cyst, or foreign body of the oral cavity and related anesthesia; and

    (iii)    Biopsies of the oral cavity and related anesthesia

        **Note:** If a Covered Person has a serious medical condition that requires hospitalization or treatment in an Ambulatory Surgical Center for dental services other than those listed above, Plan benefits are payable only for the Hospital or Ambulatory Surgical Center and anesthesiologist charges, but not for the dentist's charges.

(j)    Diabetes self-management training and education

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

44

TURBOCAM 0071

online patient portals. E-visits/virtual visits are covered when the Provider has an established relationship with the Covered Person

(pp)    Voluntary sterilization

(qq)    Voluntary termination of pregnancy

(rr)    Wigs

Note: no benefits are provided for wigs when hair loss is due to: male pattern baldness; female pattern baldness; or natural or premature aging.

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0072

# VI.  MEDICAL LIMITATIONS AND EXCLUSIONS

The following are excluded from Covered Services and no benefits shall be paid for:

**(1)**   Expenses incurred prior to the effective date of coverage under the Plan, or after coverage is terminated

**(2)**   Claims submitted more than one (1) year after the Expense Incurred Date, unless the claim was delayed due to a Covered Person's legal incapacitation

**(3)**   Physician travel or transportation expenses or broken appointments, except for benefits specifically stated as covered under the Plan

**(4)**   Amounts in excess of the Contracted Rate for In-Network Providers or in excess of the Allowed Amount for Out-of-Network Providers

**(5)**   Services or supplies which are not considered Medically Necessary as defined in the Article titled "Definitions", whether or not prescribed and recommended by a Physician or covered provider, except for benefits specifically stated as covered under the Plan

**(6)**   Experimental or Investigational drugs, devices, medical treatments or procedures as defined in the Article titled "Definitions"

**(7)**   Services, supplies or treatment not recognized as generally accepted standards of medical practice for the diagnosis and/or treatment of an active Illness or Injury

**(8)**   Treatment which is not the result of an Injury or Illness, except for benefits specifically stated as covered under the Plan

**(9)**   Expenses incurred outside the United States if the Covered Person traveled to such location for the primary purpose of obtaining medical services, drugs or supplies

**(10)**   Services, supplies and treatment which a Covered Person is entitled to receive without charge from any municipal, state or federal program. This exclusion does not apply when otherwise prohibited by law, including laws applicable to Medicaid and Medicare

**(11)**   Expenses for which there is no legal obligation to pay, such as that portion of any charge which would not have been made if the patient did not have this coverage, or any charge for services or supplies which are normally furnished without charge

**(12)**   Expenses incurred in connection with an Injury arising out of, or in the course of, any employment for wage or profit, or disease covered with respect to such employment, by any Worker's Compensation Law, Occupational Disease Law or

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0073

similar legislation, with the exception of when a Covered Person is not covered by Worker's Compensation Law and lawfully chose not to be

**(13)** Expenses incurred in connection with an Injury arising out of, or in the course of, the commission of a crime by the Covered Person or while engaged in an illegal act, illegal occupation or felonious act, or aggravated assault for which the Covered Person is convicted of a felony charge. This exclusion does not apply to (a) Injuries sustained by a Covered Person who is a victim of domestic violence or (b) Injuries resulting from a medical condition (including both physical and mental health conditions)

**(14)** Medical expenses incurred on account of Injury or Illness resulting from war or any act of war, whether declared or undeclared, or expenses resulting from active duty in the Uniformed Services of any international armed conflict or conflict involving armed forces of any international authority

**(15)** Physician's fees for any treatment which is not rendered by or in the physical presence of a Physician except as specifically stated as covered under this Plan

**(16)** Communication, transportation, time spent traveling, or for expenses connected to traveling that may be incurred by a Physician, Covered Person, or covered provider, in the course of rendering services, except for benefits specifically stated as covered under the Plan

**(17)** Court-ordered treatment or any treatment not initiated by a Physician or covered provider of any kind

**(18)** Treatment, services or supplies provided by a member of the Covered Person's immediate family, any person who ordinarily resides with the Covered Person, or the Covered Person. The term immediate family includes, but is not limited to, the Covered Person's Spouse, child, brother, sister, or parent.

**(19)** Expenses incurred in connection with an automobile accident for which benefits payable hereunder are, or would be otherwise covered by, mandatory no-fault automobile insurance or any other similar type of personal injury insurance required by state or federal law, without regard to whether or not the Covered Person actually had such mandatory coverage. Any claims which arise in connection with an automobile accident for which the policy provides an option for medical coverage are excluded.  Benefits will be excluded to the maximum amount of first party medical coverage available under the applicable state law, regardless of a Covered Person's election of lesser coverage. This exclusion does not apply if the injured Covered Person is a passenger in a non-family owned vehicle or a pedestrian.

**(20)** Biofeedback

**(21)** Chelation therapy

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0074

**(22)**    Childbirth classes

**(23)**    Cochlear implants

**(24)**    Cosmetic or reconstructive surgery, except for benefits specifically stated as covered under the Plan

**(25)**    Custodial Care designed essentially to assist the Covered Person, whether disabled or not, in meeting the activities of daily living, including services which constitute personal care such as help in walking and getting in or out of bed, assistance in bathing, dressing, feeding, using the toilet, preparation of special diets and supervision over medication which can normally be self-administered. Such services and supplies are deemed to be Custodial Care whenever and wherever furnished, without respect to the practitioner or provider by whom or by which they are prescribed, recommended or performed, except for the Custodial Care described under benefits titled "Hospice Care."

**(26)**    Dentures, dentistry, oral surgery, treatment of teeth and gum tissues or dental x-rays, except for benefits specifically stated as covered under the Plan

**(27)**    Erectile dysfunction treatment

**(28)**    Eyewear, routine (including lenses, frames and contact lenses, and their fitting)

**(29)**    Fluoride and fluoride varnish, for Covered Persons age 6 and older

**(30)**    Food supplements, except for benefits specifically stated as covered

**(31)**    Gender dysphoria treatment, including but not limited to, counseling, gender reassignment surgery or hormone therapy and related preoperative and postoperative procedures, which, as their objective, change the person's sex and any related complications

**(32)**    Genetic counseling, testing, or related services, except for benefits specifically stated as covered

**(33)**    Health/fitness club membership reimbursement

**(34)**    Hypnosis, hypnotherapy, homeopathic treatment, Rolfing, Reiki, aromatherapy and alternative medicine, except for benefits specifically stated as covered under this Plan

**(35)**    Learning disabilities, behavioral problems, or developmental delay services or treatment, except for benefits specifically stated as covered

**(36)**    Massage therapy

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0075

(37)   Medical supplies that are incidental to the treatment received in a Physician or other provider's office or are provided as take-home supplies

(38)   Naturopathic medicine

(39)   "Over-the-counter" drugs or medical supplies which can be purchased without a prescription or when no Injury or Illness is involved, except for benefits specifically stated as covered under this Plan

(40)   Pain clinic and pain management registration and program fees

(41)   Pastoral counseling, music or art therapy (unless part of an inpatient program), assertiveness training, dream therapy, recreational therapy, stress management or other supportive therapies

(42)   Personal comfort, hygiene or convenience items such as televisions, telephones, radios, air conditioners, humidifiers, dehumidifiers, physical fitness equipment, whirlpool baths, education, or educational aids or training whether or not recommended by a Physician

(43)   Planned home births

(44)   Podiatry services for routine care, including care for bunions, corns, calluses, toenails, flat feet, fallen arches and chronic foot strain

(45)   Private duty nursing

(46)   Reverse sterilization

(47)   Sex therapy

(48)   Surrogate parenting, any expenses related to use of a gestational carrier

(49)   Temporomandibular Joint Disorders (TMJ) treatment

(50)   Visual refraction surgery, including radial keratotomy

(51)   Vitamins, except for benefits specifically stated as covered under this Plan

(52)   Weight loss programs

See Schedule of Medical Benefits for additional important information about coverage levels, limitations, and precertification requirements.

TURBOCAM 0076

# VII.  ELIGIBILITY, ENROLLMENT AND PARTICIPATION

*Some of the terms used in this Article have special meanings under the Plan. These terms will always begin with capital letters. Please refer to Section D of this Article – Definitions for an explanation of these terms.*

**A.    Eligibility**

Employees and their Eligible Dependents are eligible to participate in the Plan as described below:

| If the Employee is a(n): | Then |
|---|---|
| New hire –<br>• Employee reasonably expected to average 30 or more hours of service per week | The Employee is eligible for coverage beginning on the first day of the month following the Employee's date of hire.<br><br>Eligibility for coverage will continue at least until the first day of the first Standard Stability Period following completion of a Standard Measurement Period, provided the Employee remains employed. |
| New hire –<br>• Employee regularly scheduled to work 25-29 hours per week, but who is not regularly scheduled to average 30 or more hours of service per week | The Employee is eligible for coverage beginning on the first day of the month following the Employee's date of hire.<br><br>Eligibility for coverage will continue at least until the end of the month following a reduction in regularly scheduled hours to fewer than 25 per week. |
| New hire –<br>• Employee regularly scheduled to work fewer than 25 hours per week;<br>• Variable Hour Employee (cannot reasonably determine whether average hours will equal or exceed 30 per week); or<br>• Seasonal Employee (hired into position that typically lasts six months or less and begins/ends at generally same time each year) | The Employee's hours of service will be tracked over a 12-month Initial Measurement Period that begins on the first day of the month following the Employee's date of hire to determine whether the Employee averages 30 or more hours of service per week.<br><br>Employees who average 30 or more hours of service per week during the Initial Measurement Period will be eligible for coverage beginning on first day of the month following completion of the Initial Measurement Period, which is also the first day of the Initial Stability Period. Eligibility for coverage will continue at least until the end of the Employee's Initial Stability Period, provided the Employee remains employed.<br><br>Employees who are scheduled to work fewer than 25 hours of service per week who do not average 30 or more hours of service per week during the Initial Measurement Period will be ineligible for coverage for the following Initial Stability Period.<br><br>Variable Hour and Seasonal Employees who average fewer than 30 hours of service per week during the Initial Measurement Period will be ineligible for coverage for the following Initial Stability Period |