USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| LILLIAN BERNIER ) | |
| _Plaintiff_ ) | |
| v. ) | Case No. 1:23-cv-00523 |
| TURBOCAM INC., et al. ) | |
| _Defendant_ ) | |

## APPEARANCE OF COUNSEL-PRO HAC VICE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Turbocam, Inc.

Date: August 27, 2025

/s/ E. Clifton Martin
_Attorney's signature_

E. Clifton Martin, (TX Bar #82412720)
_Printed name and bar number_

First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
_Address_

cmartin@firstliberty.org
_E-mail address_

469-440-7590
_Telephone number_

_FAX number_

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
    All counsel of record.

Conventionally Served:

| | |
|---|---|
| August 27, 2025 | /s/ E. Clifton Martin |
| Date | Signature |