UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>Plaintiff,<br><br>v.<br><br>TURBOCAM, INC.,<br><br>Defendant. | Civil Action No. 1:23-cv-00523-LM-AJ |

**JOINT MOTION TO ESTABLISH REVISED BRIEFING SCHEDULE**

Plaintiff, Lillian Bernier ("Bernier"), and Defendant, Turbocam, Inc. ("Turbocam") (collectively, the "Parties"), by their respective counsel, hereby jointly request that the Court enter a revised briefing schedule on: (a) Turbocam's Motion to Exclude Testimony of Randi Ettner, Ph.D. ("Motion to Exclude") (Document No. 71); and (b) Turbocam's Opposition and Cross Motion for Summary Judgment ("Cross Motion") and reply (Document No. 75). In support thereof, the Parties state as follows:

1. The current filing deadline for Bernier's Opposition to Turbocam's Motion to Exclude is September 8, 2025.

2. The current filing deadline for Bernier's Opposition to Turbocam's Cross Motion and Reply to Turbocam's Opposition is September 24, 2025.

3. The current filing deadline for Turbocam's Reply to Bernier's Opposition to Turbocam's Cross Motion is 21 days later, on October 15, 2025.

4. Turbocam's Motion to Exclude discusses opinions set forth by Dr. Ettner in her expert report. *See* Ettner Decl., Ex. 3, ECF No. 65-4. Turbocam's argument in its memorandum of law supporting its motion to exclude testimony of Dr. Ettner covers two areas: (1) opinions related to the biological basis for gender dysphoria; and (2) the

medical necessity of treatments for the Plaintiff Lillian Bernier. *See* Def.'s Memorandum of Law in Support of Turbocam's Motion to Exclude Testimony of Randi Ettner, Ph.D., ECF No. 71-1, at 4 ("Ettner's testimony related to the biological and physiological origins of gender dysphoria and the medical necessity of particular treatments for Bernier should be excluded . . . .").

5. To adequately prepare both her Oppositions and Reply to the important issues raised in Turbocam's Motion to Exclude and Cross Motion, and due to attorneys' schedules, Bernier requests a 30-day extension from September 8, 2025 until October 8, 2025 to file her Opposition to Turbocam's Motion to Exclude and a 14-day extension from September 24, 2025 until October 8, 2025 to file her Opposition and Reply to Tubrocam's Cross Motion.

6. In turn, Turbocam requests 28 days to file Replies to Bernier's Opposition to the Motion to Exclude and Bernier's Opposition to the Cross Motion. Turbocam's Reply to Bernier's Opposition to the Motion to Exclude and Reply to Bernier's Opposition to the Cross Motion would therefore be due on November 5, 2025.

7. The proposed revised briefing schedule is reproduced in the table below.

| Brief | Original Filing Date | Proposed Filing Date |
|---|---|---|
| Bernier's Opposition to Motion to Exclude | September 8, 2025 | October 8, 2025 |
| Bernier's Opposition and Reply to Cross Motion | September 24, 2025 | October 8, 2025 |
| Turbocam's Reply to Bernier's Opposition to Motion to Exclude | September 15, 2025* | November 5, 2025 |
| Turbocam's Reply to Bernier's Opposition to Cross Motion | October 15, 2025 | November 5, 2025 |

*With leave of court, assuming Bernier filed her Opposition to the Motion to Exclude on September 8, 2025. L. R. 7.1(e)(2).

8.  The requested extensions will permit the Parties in presenting to the Court a more cogent and clear presentation of the complex legal issues in this matter. This Motion is made in good faith and not for any undue purpose or delay.

Date: September 2, 2025

PLAINTIFF, LILIAN BERNIER,
By and through her attorneys,


/s/ Chris Erchull
Chris Erchull (N.H. Bar No. 266733)
Bennett Klein* (Mass. Bar No. 550702)
Michael Haley (N.H. Bar No. 270236)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
Tel. (617) 426-1350
bklein@glad.org
cerchull@glad.org
mhaley@glad.org

DEFENDANT, TURBOCAM, INC.,
By and through its attorneys,

/s/ Bethany P. Minich
Bethany P. Minich, N.H. Bar # 265413
Litchfield Cavo LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
Tel. (781) 309-1500
minich@litchfieldcavo.com

Roger L. Byron*
Texas State Bar No. 2462643
Telephone: (972) 941-4444
rbyron@firstliberty.org
E. Cliff Martin*
Texas State Bar No. 24127208
Telephone: (469) 440-7590
cmartin@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075

James R. Conde*
D.C. Bar No. 1031694
BOYDEN GRAY PLLC
800 Connecticut Avenue NW, Suite 900
Washington, DC 20006
Telephone: (202) 955-0620
jconde@boydengray.com

*Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

    I, Bethany P. Minich, hereby certify that on September 3, 2025, I have caused a copy of the foregoing document to be forwarded via electronically served on all counsel of record.

                                                          */s/ Bethany P. Minich*