IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER<br>　　　　*Plaintiff*,<br><br>v.<br><br>TURBOCAM, INC.,<br>　　　　*Defendant*. | CA No. 1:23-cv-00523-LM-AJ |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF TURBOCAM, INC.'S MOTION TO SEAL EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF RANDI ETTNER, PH.D**

Pursuant to Local Rule 7.1(e)(2), the defendant, Turbocam, Inc. ("Turbocam"), respectfully seeks leave to file a reply brief not to exceed five (5) pages in further support of its Motion to Seal Exhibits filed in Support of Turbocam's Motion to Exclude Testimony of Randi Ettner, Ph.D. ("Motion to Seal"). In support of this motion, Turbocam states as follows:

1. On August 25, 2025, Turbocam filed a Motion to Seal. <u>See</u> ECF No. 72.

2. On August 27, 2025, Plaintiff filed her opposition to the Motion to Seal (the "Opposition"). <u>See</u> ECF No. 78. In the Opposition, Plaintiff overlooked certain aspects of Turbocam's motion, namely that Turbocam is moving to seal copyrighted, "pay-walled" research papers that Turbocam purchased subject to certain terms and conditions. Further, Plaintiff's motion demonstrates a misunderstanding of the Digital Millenium Copyright Act and the fair use doctrine.

3. Turbocam believes that a short reply brief is necessary to respond to address both, including the terms and conditions associated with the pay-walled products at issue. Such clarification will materially assist the Court in resolving the Motion to Dismiss.

4. No hearing on Turbocam's Motion to Seal has been scheduled, and, therefore, consideration of a reply brief would not delay the Court's decision on Turbocam's Motion to Seal.

1

    5.    Counsel for the Plaintiff assets to the relief requested in this motion.

    6.    A copy of Turbocam's proposed reply brief is attached hereto as <u>Exhibit</u> <u>A</u>.

WHEREFORE, Defendant, Turbocam, Inc. respectfully requests leave to file a reply brief in further support of its Motion to Seal.

Respectfully Submitted,

Defendant, Turbocam, Inc.
By its attorneys,

| | |
|---|---|
| James R. Conde* <br> D.C. Bar No. 1031694 <br> BOYDEN GRAY PLLC <br> 800 Connecticut Avenue NW, Suite 900 <br> Washington, DC 20006 <br> Telephone: (202) 955-0620 <br> jconde@boydengray.com | */s/ Bethany P. Minich* <br> Bethany P. Minich <br> N.H. Bar No. 265413 <br> LITCHFIELD CAVO LLP <br> 6 Kimball Lane, Suite 200 <br> Lynnfield, MA 01940 <br> Telephone: (781) 309-1500 <br> minich@litchfieldcavo.com |
| * Admitted Pro Hac Vice | Roger L. Byron* <br> Texas State Bar No. 24062643 <br> Telephone: (972) 941-4444 <br> rbyron@firstliberty.org <br> E. Cliff Martin* <br> Texas State Bar No. 24127208 <br> Telephone: (469) 440-7590 <br> cmartin@firstliberty.org <br> FIRST LIBERTY INSTITUTE <br> 2001 West Plano Parkway, Suite 1600 <br> Plano, Texas 75075 <br><br> ***Counsel for Defendant*** <br> *Turbocam, Inc.* |

Dated:  September 3, 2025

## CERTIFICATE OF SERVICE

 I, Bethany P. Minich, hereby certify that on September 3, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Bethany P. Minich*
Bethany P. Minich
