# EXHIBIT 21

**Second Declaration of Randi Ettner, Ph.D.**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

LILLIAN BERNIER,

     Plaintiff,

v.                                                    Civil Action No. 1:23-cv-00523-LM-AJ

TURBOCAM, INC.,

     Defendant.

### SECOND DECLARATION OF RANDI ETTNER, PH.D. IN OPPOSITION TO DEFENDANT TURBOCAM, INC'S CROSS-MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE

I, Randi Ettner, Ph.D., state as follows:

**A. Expert Qualifications and Experience**

1. I am a Ph.D. clinical and research psychologist. Over the past 35 years, I have treated and evaluated more than 3,000 individuals with gender dysphoria. In addition to my clinical experience, I have decades of active involvement and immersion in the professional community of multidisciplinary experts who have researched and studied gender dysphoria, including inquiry into its etiology. I have lectured internationally and written extensively on a variety of subjects related to gender dysphoria. A summary of my experience is set forth in my Declaration in support of Plaintiff's Motion for Summary Judgment, my *curriculum vitae* attached to my Declaration, and my expert report. I provide additional information in this Second Declaration.

2. The understanding and application of principles of research methodology are core competencies in the field of psychology. I have extensive training, education and experience in designing, interpreting, and evaluating scientific research studies. My doctorate program included coursework topics on research methods, study design, statistical techniques, methods of

1

data collection and analysis, interpretation of data, and recognition of study limitations.  My doctoral dissertation, completed in the 1970s, examined the role of anxiety in pregnant women, challenging prevailing psychoanalytic research and demonstrating that anxiety could be an adaptive response that was in fact associated with fewer obstetrical complications. The project required the design and execution of a longitudinal human-subjects study, including psychometric assessment, data analysis, and interpretation of physiological and clinical outcomes.

3. Throughout my career, I have had significant experience in the analysis and evaluation of scientific research. I am on the editorial boards of two peer-reviewed medical journals, *Transgender Health* and the *International Journal of Transgender Health*.  As a peer reviewer of scientific research articles for these and other journals, I am sought out to evaluate scientific research, assess its soundness, and identify flaws in design, methodology, or interpretation of results. In addition, I have authored or co-authored numerous articles published in a variety of peer reviewed scientific publications, including *Annals of Translational Medicine*, the *Journal of Child and Adolescent Psychiatry*, *Current Opinion in Endocrinology and Diabetes*, and the *International Journal of Family Medicine.* My scholarship has been reviewed and cited internationally.

4.  I have and continue to evaluate and analyze the scientific research literature on the biological basis of gender identity and gender dysphoria.  I have written chapters in three medical texts on the biological basis of gender identity and gender dysphoria.

5.  I am an editor for the text <u>Principles of Transgender Medicine and Surgery, 2d edition</u> (2016). Together with Antonio Guillamón, I am the author of the chapter on "Theories and Etiology of Transgender Identity" for both the 2nd edition and 1st editions (2007) of this text,

and I am currently under contract to edit the book and write the chapter on the etiology of gender identity for the 3rd edition. Dr. Guillamón is a professor at the Universidad Nacional de Educación a Distancia de Madrid in Madrid, Spain (UNED). He has been one of the principal researchers using sophisticated brain imaging techniques to study large numbers of brains to demonstrate that transgender women and transgender men present clear and distinct phenotypes from non-transgender women and non-transgender men with respect to the gray and white matter of the brain. I collaborated with him on an analysis of the research literature on the biological basis of gender dysphoria and visited his laboratory in Madrid.

6.  During my time at Dr. Guillamón's neuroimaging laboratory at UNED, I directly observed the acquisition and analysis of high-resolution MRI scans in studies of transgender individuals. I discussed the technical protocols with his research team, reviewed datasets of brain images, and participated in interpretation meetings analyzing differences in cortical thickness, white matter microstructure, and sexually dimorphic nuclei. This immersive experience further deepened my expertise in understanding the neurobiological research on gender identity and allowed me to critically evaluate methodological strengths and limitations of published imaging studies.

7.  I wrote the chapter "Etiopathogenetic hypotheses on transsexualism" in the medical text Management of Gender Dysphoria: A Multidisciplinary Approach to Transsexualism (Trombetta, Liguori, Bertolotto (eds.) Springer: Italy 2015), and the chapter on "Etiology of Gender Dysphoria" in the medical text Gender Confirmation Surgery: Principles and Techniques for an Emerging Field (Schechter ed.; Elsevier, 2017). Each of these chapters underwent a formal editorial and peer review process. For Gender Confirmation Surgery, the chapter was reviewed by multiple subject matter experts selected by the editor and publisher, and revisions were made

3

to ensure alignment with current scientific consensus and clinical practice standards. Similarly, for <u>Management of Gender Dysphoria</u>, my work was reviewed by the Italian editorial committee which included European physicians and researchers.

8. The World Professional Association for Transgender (WPATH) has implemented a Global Education Initiative (GEI) to train providers about the medical and mental health aspects of gender dysphoria. I was part of the development of the curriculum. I and others were then trained by leading medical experts to teach the curriculum, including sections on the endocrine system, hormone therapy, surgery, and mental health.

9. I am familiar with and have knowledge of all aspects of medical treatment for gender dysphoria, including the administration of hormones and various surgeries. The treatment and management of gender dysphoria is multidisciplinary, involving regular interaction and communication between psychologists, primary care physicians, endocrinologists, surgeons and other health care providers. To be a clinician as deeply involved as I have been for decades in the care of patients with gender dysphoria, I must maintain an accurate, detailed, and up-to-date understanding of the medical treatments for gender dysphoria. For example, I must understand medical aspects of hormone therapy and surgery so that I can work effectively with my patients and participate in a team approach with other providers to recommend a treatment plan, evaluate a client's response to treatment, and identify necessary treatment modifications. I participate in a regular multidisciplinary meeting of providers, including endocrinologists, to discuss and evaluate client cases, treatment decisions, challenges and outcomes. Through this meeting and other similar professional endeavors, I understand how the administration of hormone therapy will affect my patients, including an understanding of what hormone levels are appropriate for a patient.

**B.  The Biological Basis of Gender Dysphoria**

10.  I am familiar with the scientific and medical research literature on the biological basis for gender identity and gender dysphoria. My opinion that there is a biological basis of gender dysphoria is based upon peer reviewed medical and scientific studies. Peer review by independent experts is the process in medicine and science to ensure the reliability of methods and data, disclosure of limitations, and adherence to ethics. I discuss some of this literature in my expert report. In the following paragraphs, I (1) discuss the significance of the studies cited in my report; (2) respond to Dr. Weiss's mischaracterization of those studies; and (3) point out the strong support for the biological basis of gender dysphoria in the literature that Dr. Weiss cites.

11. There is substantial research which has demonstrated that transgender men and women and non-transgender men and women have different brain composition. In 1995, Zhou et al. demonstrated that autopsied brains of male-to-female transsexual[1] individuals differed in comparison to the brains of non-transgender men.[2] Zhou's study identified an area of the hypothalamus in which the volume of certain neurons in the BSTc region was comparable to that of control females and unlike the volume found in control males. The BSTc region of the hypothalamus is sexually dimorphic, meaning that it is different in males and females. Kruijver et al. in 2000 published a follow-up study which quantified the number of specific neurons in the BSTc region hypothalamus, rather than using volume as a metric, and thereby established that the differences in brain composition were not the result of hormone use.[3]

---

[1] Older research uses the term "transsexual" which is now outdated and longer used. I use that term selectively in this Declaration when required for clarity in discussing a specific research paper and also use the term "transgender" to reflect current terminology and understanding.

[2] Zhou, J. N., Hofman, M. A., Gooren, L. J. G., & Swaab, D. F. (1995). A sex difference in the human brain and its relation to transsexuality. *Nature*, *378*, 68-70.

[3] Kruijver, F. P. M., Zhou, J.-N., Pool, C. W., Hofman, M. A., Gooren, L. J. G., & Swaab, D. F. (2000). Male-to-Female Transsexuals Have Female Neuron Numbers in a Limbic Nucleus. *The*

12. Subsequent to research based on autopsied brains, the development of advanced brain imaging techniques allowed researchers to study larger numbers of brains in living subjects. For example, Rametti et al. published two studies in 2011 using diffusion tensor imaging to analyze sexually dimorphic regions in the white matter structure of the brains of female-to-male transsexuals[4] and male-to-female transsexuals.[5] This research found that "the white matter microstructure pattern in untreated [female to male transsexuals] is closer to the pattern of subjects who share their gender identity (males) than those who share their biological sex (females)."[6] The parallel study found that "the white matter microstructure pattern in untreated [male to female transsexuals] falls halfway between the pattern of male and female controls. The nature of these differences suggests that some of the fasciculi [nerve fibers] do not complete the masculinization process in MTF transsexuals during brain development."[7] In sum, transgender women showed demasculinization and transgender men showed masculinization of these nerve bundles.

---

*Journal of Clinical Endocrinology & Metabolism, 85*(5), 2034–2041. https://doi.org/10.1210/jcem.85.5.6564

[4] Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Segovia, S., Gomez, Á., & Guillamon, A. (2011). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *Journal of Psychiatric Research*, *45*(2), 199–204. https://doi.org/10.1016/j.jpsychires.2010.05.006

[5] Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Zubiarre-Elorza, L., Segovia, S., Gomez, Á., & Guillamon, A. (2011). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment. A DTI study. *Journal of Psychiatric Research*, *45*(7), 949–954. https://doi.org/10.1016/j.jpsychires.2010.11.007

[6] Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Segovia, S., Gomez, Á., & Guillamon, A. (2011). White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *Journal of Psychiatric Research*, *45*(2), 199, 201. https://doi.org/10.1016/j.jpsychires.2010.05.006

[7] Rametti, G., Carrillo, B., Gómez-Gil, E., Junque, C., Zubiarre-Elorza, L., Segovia, S., Gomez, Á., & Guillamon, A. (2011). The microstructure of white matter in male to female transsexuals before cross-sex hormonal treatment. A DTI study. *Journal of Psychiatric Research*, *45*(7), 949. https://doi.org/10.1016/j.jpsychires.2010.11.007

13. Dr. Weiss selectively cites the Frigerio review to suggest that findings are inconsistent or outdated. However, the authors' conclusion—that some "neuroanatomical, neurophysiological, and neurometabolic features" in transgender individuals resemble those of their experienced gender despite the majority resembling those from their natal sex—actually *supports* the view that gender identity is influenced by biological substrates.[8] It is not expected that all brain structures would differ, but rather that select sexually dimorphic regions may align more closely with gender identity than natal sex. This is precisely what numerous studies have demonstrated. Further, Frigerio et al. explicitly acknowledge that biology contributes significantly to gender identity, stating: "Evidence seems to suggest that biology contributes significantly to the development of gender identity and sexual orientation."[9] That is entirely consistent with my conclusions.

14. Scientific research has also demonstrated that the sibling of a transgender person was more likely to be transgender than a person in the general population. Green in 2000 reported ten instances of concordance in dyads in families, including siblings as well as parent-child concordance.[10] This study is cited for its historical and groundbreaking significance. The fact that there is more than one person in a family with gender dysphoria is very significant. Familial concordance, particularly among genetically related individuals, suggests the presence of heritable traits. When gender dysphoria appears in multiple family members, the likelihood of a shared genetic or biological influence increases, especially when environmental or social factors

---

[8] Frigerio, A., Ballerini, L., & Valdés Hernández, M. (2021). Structural, Functional, and Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A Systematic Review of the Human Neuroimaging Literature. Archives of Sexual Behavior, 50(8), 3347. https://doi.org/10.1007/s10508-021-02005-9

[9] *Id.* at 3330.

[10] Green, R. (2000). Family Cooccurrence of "Gender Dysphoria": Ten Sibling or Parent–Child Pairs. *Archives of Sexual Behavior*, *29*(5), 499–507. https://doi.org/10.1023/a:1001947920872

are divergent. Green's early identification of familial clustering was significant because it raised the possibility of biological underpinnings at a time when psychosocial explanations dominated. Subsequent studies have replicated and expanded these findings.

15.  Gomez-Gil et al. in 2010 looked at a sample of 995 transgender people and substantiated a high likelihood of heritability of gender dysphoria.[11] Contrary to Dr. Weiss's assertion, this is a very large sample. The study found that "the prevalence of transsexualism in siblings of transsexuals (1/211 siblings) was much higher than the range expected according to the prevalence data of transsexualism in Spain."[12]

16.  While Gomez-Gil et al. did not perform formal statistical comparison of proportions due to the rarity of gender dysphoria in the general population, the observed prevalence in siblings—1 in 211—represents a dramatically elevated rate compared to population-level estimates (often cited as between 1 in 10,000 to 1 in 30,000 for transsexualism at the time of the study). The authors transparently disclosed this limitation, but their data nonetheless shows a markedly higher-than-expected recurrence, strongly suggesting familial clustering and heritability. Statistical significance is not the sole measure of scientific value, particularly when sample sizes are large and effect sizes are striking.

17.  Because the Gomez-Gil research was not a twin study, it does not prove a genetic mechanism for gender dysphoria but provides strong evidence of heritability.

---

[11] Gómez-Gil, E., Esteva, I., Almaraz, M. C., Pasaro, E., Segovia, S., & Guillamon, A. (2009). Familiality of Gender Identity Disorder in Non-Twin Siblings. *Archives of Sexual Behavior*, *39*(2), 546–552. https://doi.org/10.1007/s10508-009-9524-4
[12] *Id.* at 546.

18. Diamond et al. published a study of 112 sets of twins in 2013.[13] Studies of twins are significant because monozygotic twins share the same genes. Diamond found a 33% concordance among monozygotic male twins and a 23% concordance among monozygotic female twins. I did not distinguish between the percentage of concordance for male and female twins in my report. That inadvertent omission, however, does not change the study numbers. Both numbers reflect a very high degree of concordance among monozygotic twins, which provide strong evidence of a genetic basis for gender identity. Dr. Weiss does not and cannot offer any other explanation for these findings.

19. In addition, Dr. Weiss asserts that my reference to the three sets of twins reared apart in Diamond's study is based on a very small sample size. Dr. Weiss misunderstands the significance of identification of transgender twin pairs who were raised separately. The key relevant finding of the Diamond study is the high rate of concordance found among monozygotic twins. Since those twins were raised apart, there cannot be any environmental contribution which further isolates genetics from the environment.

20. Dr. Weiss asserts that I have ignored larger, more recent twin studies. He cites a 2022 study of twins by Karamanis.[14] Dr. Weiss points out that no monozygotic twins were identified in this study. The absence of monozygotic twins in the Karamanis sample is likely due to the rarity of both monozygotic twinning and gender dysphoria, making their overlap exceedingly uncommon in any single population-based study. However, the absence of monozygotic twins

---

[13] Diamond, M. (2013). Transsexuality Among Twins: Identity Concordance, Transition, Rearing, and Orientation. *International Journal of Transgenderism*, *14*(1), 24–38. https://doi.org/10.1080/15532739.2013.750222

[14] Karamanis, G., Karalexi, M., White, R., Frisell, T., Isaksson, J., Skalkidou, A., & Papadopoulos, F. C. (2022). Gender dysphoria in twins: a register-based population study. *Scientific Reports*, *12*(1), 1–9. https://doi.org/10.1038/s41598-022-17749-0

does not undermine the study's value. The unexpectedly high concordance rate (37%) in different-sex dizygotic twins – who don't share identical genes – which Dr. Weiss does not point out highlights the powerful role of shared intrauterine hormonal environments and supports a biological contribution to gender dysphoria.[15] The study authors do not ignore this significant finding. They concluded that "our findings . . . suggest that familial factors, mainly confined to environmental influences *during the intrauterine period*, are more likely to explain the development of" gender dysphoria.[16]

21. Dr. Weiss also ignores the key findings of studies supporting the prevailing view that gender identity and gender dysphoria evolve as a result of the interaction of the developing brain and sex hormones. Each of these studies concludes that gender dysphoria has a biological basis. *See* Hare[17] ("our findings indicate a significant association between male-to-female transsexualism and the long polymorphism for the AR repeat. This finding links the androgen receptor and further implicates genes in the steroidogenesis pathway as playing a role in male-to-female transsexualism."); Garcia[18] ("Our observations on reversed sex differences in the brains of transsexual people support the idea that transsexuality is based on an opposite sexual differentiation of (1) sexual organs during the first couple of months of pregnancy, and (2) the brain in the second half of pregnancy."); Bao[19] ("The human fetal brain develops into the male

---

[15] *Id.* at 6.

[16] *Id.* at 7 (emphasis added).

[17] Hare, L., Bernard, P., Sánchez, F. J., Baird, P. N., Vilain, E., Kennedy, T., & Harley, V. R. (2009). Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry*, 65(1), 96. https://doi.org/10.1016/j.biopsych.2008.08.033

[18] Garcia-Falgueras, A. & Swaab, D.F.. (2010). Sexual hormones and the brain: An essential alliance for sexual identity and sexual orientation. *Pediatric Neuroendocrinology, 17,* 33.

[19] Bao, A.-M., & Swaab, D. F. (2011). Sexual differentiation of the human brain: Relation to gender identity, sexual orientation and neuropsychiatric disorders. Frontiers in Neuroendocrinology, 32(2), 223. https://doi.org/10.1016/j.yfrne.2011.02.007

direction through a direct action of testosterone and in the female direction through the absence

of such an action. Sexual differentiation of the genitals takes place before the sexual

differentiation of the brain. The degree of genital masculinization does thus not necessarily

reflect the degree of masculinization of the brain.").

22. In fact, the study on which Dr. Weiss relies supports this same conclusion. Karamanis

et al. noted that:

> Prenatal sex hormones have been considered to play a significant role in brain
> sexual differentiation through permanent organizing effects during a critical period
> of fetal brain organization, especially during the last trimester of pregnancy. These
> organizing structures are activated by sex hormones during puberty. Several studies
> have shown that sexually dimorphic brain structures seem to be more congruent
> with gender identity than sex assigned at birth, possibly as a result of the effect of
> sex hormones, creating, thus, a restricted potential for change. Indeed, our results
> of higher prevalence of [gender dysphoria] in different-sex twins than in same-sex
> twins and non-twin siblings in the present study, if replicated, provide some
> evidence that intrauterine factors, such as sex hormones produced by the co-twin,
> may influence the development of [gender dysphoria].[20]

23. The Frigerio study that Dr. Weiss cites also makes a similar conclusion about the role

of prenatal hormones in the development of gender identity. The authors conclude: "Hormonal

research suggest the involvement of prenatal hormones in the development of gender identity."[21]

24. Dr. Weiss's citation to an article in the Journal of Gay and Lesbian Health[22] does not

counter the substantial neuroanatomical, genetic, and endocrinological studies establishing

---

[20] Karamanis, G., Karalexi, M., White, R., Frisell, T., Isaksson, J., Skalkidou, A., &
Papadopoulos, F. C. (2022). Gender dysphoria in twins: a register-based population
study. *Scientific Reports*, *12*(1), 7.

[21] Frigerio, A., Ballerini, L., & Valdés Hernández, M. (2021). Structural, Functional, and
Metabolic Brain Differences as a Function of Gender Identity or Sexual Orientation: A
Systematic Review of the Human Neuroimaging Literature. Archives of Sexual Behavior, 50(8),
3330. https://doi.org/10.1007/s10508-021-02005-9

[22] Levin, R. N., Erickson-Schroth, L., Mak, K., & Edmiston, E. K. (2022). Biological studies of
transgender identity: A critical review. Journal of Gay & Lesbian Mental Health, 27(3), 1–30.
https://doi.org/10.1080/19359705.2022.2127042

evidence for the biological basis of gender dysphoria. The article is a critical review of existing biological studies rather than new research. The authors highlight inconsistencies and methodological limitations in some research. They question the utility of etiological research and express concern about the misuse of biological findings in the public sphere. They do not present data disproving biological contributions to gender identity.

25.   Scientific research is not static. Researchers seek to increasingly expand our knowledge of complex subjects. Scientific inquiry is never complete. As such, it is essential in scientific inquiry to identify the always-present limitations to current knowledge. Calls for more research and the recognition of the limitations of current research are hallmarks of science, but such observations in the literature do not detract from the overwhelming evidence of the biological basis for gender dysphoria.  For example, a scientific statement in the journal *Endocrine Reviews* concludes that "there is ample but incomplete evidence for biological substrates—neuroanatomic, genetic, and hormonal—for gender orientation, making this an important area of ongoing research."[23]

### C.  Gender Dysphoria

26.   The diagnosis of gender dysphoria in DSM-V recognized that gender incongruence, in and of itself, does not constitute a mental disorder. Rather, the diagnosis is based on the clinically significant distress or impairment in social or occupational functioning that some transgender people experience because of the incongruence between assigned sex and gender identity.

---

[23] Bhargava, A., Arnold, A. P., Bangasser, D. A., Denton, K. M., Gupta, A., Hilliard Krause, L. M., Mayer, E. A., McCarthy, M., Miller, W. L., Raznahan, A., & Verma, R. (2021). Considering Sex as a Biological Variable in Basic and Clinical Studies: An Endocrine Society Scientific Statement. *Endocrine Reviews*, *42*(3), 227. https://doi.org/10.1210/endrev/bnaa034

27.  The DSM-V states that: "Gender dysphoria . . . refers to the distress that may accompany the incongruence between one's experienced or expressed gender and one's assigned gender."[24]

28.  The DSM-V states that: "The current term is more descriptive than the previous DSM-IV term *gender identity disorder* and focuses on dysphoria as the clinical problem, not identity per se."[25]

29.  DSM-V states that individuals with gender dysphoria have "[a] marked incongruence between the gender to which they have been assigned . . . and their experienced/expressed gender. . . . There must also be evidence of distress about this incongruence."[26]

30.  The American Psychiatric Association (APA) explained that the shift in diagnostic criteria from gender identity disorder in DSM-IV to gender dysphoria in DSM-V reflects that "gender nonconformity is not itself a mental disorder. The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition."[27]

31.  A diagnosis of gender dysphoria requires the presence of "clinically significant distress or impairment in social, occupational or other important areas of functioning." Turbocam's assertion that Lillian Bernier is not impaired in social or occupational functioning because she was married, holds a job, and lives as a woman is a misunderstanding of the application of the DSM-V diagnostic criteria. The clinically significant distress or impairment in

---

[24] American Psychiatric Association. (2022). *Diagnostic and statistical manual of mental disorders* (5th ed., text rev.), 511. https://doi.org/10.1176/appi.books.9780890425787
[25] *Id.* at 512 (emphasis in original).
[26] *Id.* at 513.
[27] American Psychiatric Association. (2013). *Gender Dysphoria*, https://www.psychiatry.org/file%20library/psychiatrists/practice/dsm/apa_dsm-5-gender-dysphoria.pdf (attached as **Exhibit A**).

functioning must be interpreted in context. Only the diagnosing clinician, through direct

evaluation, can assess the nature and impact of any impairment in functioning.

32.  Transsexualism is not a current diagnosis in the Diagnostic and Statistical Manual of

Mental Disorders (DSM) of the American Psychiatric Association.

33.  Transsexualism last appeared in the DSM-III-R, which was issued in 1987.

34.  In DSM-III-R, the diagnosis of transsexualism was listed as a subclass of

gender identity disorders.

35.  Transsexualism is not equivalent to the diagnosis of gender dysphoria in the current

version of the DSM (DSM-V-TR).

36.   As with the former diagnosis of gender identity disorder, the diagnosis of

transsexualism pathologized having a gender identity different than one's assigned sex. The

diagnosis of gender dysphoria in DSM-V recognized that gender incongruence, in and of itself,

does not constitute a mental disorder. Rather, the diagnosis requires clinically significant distress

or impairment in functioning. This critical distinction between gender dysphoria and the former

diagnosis of gender identity disorder is as true for the former diagnosis of transsexualism.

37.  I am familiar with the positions of the major medical and mental health associations

on the diagnosis, treatment and management of gender dysphoria in adults.

38.   The American Medical Association recognizes hormones and various surgical

treatments as medical interventions for gender dysphoria in adults.

39.  The Endocrine Society recognizes hormones and various surgical treatments as

medical interventions for gender dysphoria in adults.

40.  The American Academy of Family Physicians recognizes hormones and various

surgical treatments as medical interventions for gender dysphoria in adults.

14

41.  The American College of Obstetricians and Gynecologists recognizes hormones and various surgical treatments as medical interventions for gender dysphoria in adults.

42.  The American Psychological Association recognizes hormones and various surgical treatments as medical interventions for gender dysphoria in adults.

43.  The American Psychiatric Association recognizes hormones and various surgeries as medical interventions for gender dysphoria in adults.[28]

---

[28] *See also* Ex. A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _October 2_, 2025.

Randi Ettner, Ph.D.

16

# **<u>Exhibit A</u>**



AMERICAN
PSYCHIATRIC
ASSOCIATION

# Gender Dysphoria

In the upcoming fifth edition of the *Diagnostic and Statistical Manual of Mental Disorders* (DSM-5), people whose gender at birth is contrary to the one they identify with will be diagnosed with gender dysphoria. This diagnosis is a revision of DSM-IV's criteria for gender identity disorder and is intended to better characterize the experiences of affected children, adolescents, and adults.

## Respecting the Patient, Ensuring Access to Care

DSM not only determines how mental disorders are defined and diagnosed, it also impacts how people see themselves and how we see each other. While diagnostic terms facilitate clinical care and access to insurance coverage that supports mental health, these terms can also have a stigmatizing effect.

DSM-5 aims to avoid stigma and ensure clinical care for individuals who see and feel themselves to be a different gender than their assigned gender. It replaces the diagnostic name "gender identity disorder" with "gender dysphoria," as well as makes other important clarifications in the criteria. It is important to note that gender nonconformity is not in itself a mental disorder. The critical element of gender dysphoria is the presence of clinically significant distress associated with the condition.

## Characteristics of the Condition

For a person to be diagnosed with gender dysphoria, there must be a marked difference between the individual's expressed/experienced gender and the gender others would assign him or her, and it must continue for at least six months. In children, the desire to be of the other gender must be present and verbalized. This condition causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Gender dysphoria is manifested in a variety of ways, including strong desires to be treated as the other gender or to be rid of one's sex characteristics, or a strong conviction that one has feelings and reactions typical of the other gender.

The DSM-5 diagnosis adds a post-transition specifier for people who are living full-time as the desired gender (with or without legal sanction of the gender change). This ensures treatment access for individuals who continue to undergo hormone therapy, related surgery, or psychotherapy or counseling to support their gender transition.

Gender dysphoria will have its own chapter in DSM-5 and will be separated from Sexual Dysfunctions and Paraphilic Disorders.

## Need for Change

Persons experiencing gender dysphoria need a diagnostic term that protects their access to care and won't be used against them in social, occupational, or legal areas.

When it comes to access to care, many of the treatment options for this condition include counseling, cross-sex hormones, gender reassignment surgery, and social and legal transition to the desired

gender. To get insurance coverage for the medical treatments, individuals need a diagnosis. The Sexual and Gender Identity Disorders Work Group was concerned that removing the condition as a psychiatric diagnosis—as some had suggested—would jeopardize access to care.

Part of removing stigma is about choosing the right words. Replacing "disorder" with "dysphoria" in the diagnostic label is not only more appropriate and consistent with familiar clinical sexology terminology, it also removes the connotation that the patient is "disordered."

Ultimately, the changes regarding gender dysphoria in DSM-5 respect the individuals identified by offering a diagnostic name that is more appropriate to the symptoms and behaviors they experience without jeopardizing their access to effective treatment options.

DSM is the manual used by clinicians and researchers to diagnose and classify mental disorders. The American Psychiatric Association (APA) will publish DSM-5 in 2013, culminating a 14-year revision process.

APA is a national medical specialty society whose more than 37,000 physician members specialize in the diagnosis, treatment, prevention and research of mental illnesses, including substance use disorders. Visit the APA at www.psychiatry.org . For more information, please contact APA Communications at 703-907-8640 or press@psych.org.

© 2013 American Psychiatric Association



**DSM-5**
COLLECTION

Order DSM-5 and DSM-5 Collection
at www.appi.org