IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

LILLIAN BERNIER,
          *Plaintiff*,

v.

TURBOCAM, INC.,

          *Defendant*.

CA No. 1:23-cv-00523-LM-AJ

## NOTICE OF WITHDRAWAL OF JONATHAN BERRY AS COUNSEL

Jonathan Berry will be leaving his employment with Boyden Gray PLLC and hereby respectfully provides notice of his withdrawal as counsel for Defendant Turbocam, Inc. in this case. Plaintiff will continue to be represented by James Conde of Boyden Gray PLLC, Bethany P. Minich of Litchfield Cavo LLP, and Everett Clifton Martin, IV, and Roger Byron of First Liberty Institute.

| | |
|---|---|
| Dated: October 16, 2025 | Respectfully Submitted, |
| | */s/ Jonathan Berry* |
| Bethany P. Minich | Jonathan Berry* |
| N.H. Bar No. 265413 | D.C. Bar No. 1016352 |
| Litchfield Cavo LLP | James R. Conde* |
| 6 Kimball Lane, Suite 200 | D.C. Bar No. 1031694 |
| Lynnfield, MA 01940 | Boyden Gray PLLC |
| Telephone: (781) 309-1500 | 800 Connecticut Avenue NW, Suite 900 |
| minich@litchfieldcavo.com | Washington, DC 20006 |
| | Telephone: (202) 955-0620 |
| | jberry@boydengray.com |
| | |
| | Roger L. Byron* |
| | Texas State Bar No. 2462643 |
| | E. Cliff Martin* |
| * Admitted Pro Hac Vice | Texas State Bar No. 24127208 |
| | First Liberty Institute |
| | 2001 West Plano Parkway, Suite 1600 |
| | Plano, Texas 75075 |
| | Telephone: (972) 941-4444 |
| | rbyron@firstliberty.org |

2

## CERTIFICATE OF SERVICE

    I, Bethany P, Minich, hereby certify that on October 16, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Jonathan Berry*
Jonathan Berry