UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER, <br><br> Plaintiff, <br><br> v. <br><br> TURBOCAM, INC., <br><br> Defendant. | Civil Action No. 1:23-cv-00523 |

## ASSENTED-TO MOTION TO ADMIT
## LAURA B. RUPPALT, ESQ., *PRO HAC VICE*

NOW COMES the Defendant, Turbocam, Inc. ("Turbocam"), by and through its attorneys, Litchfield Cavo, LLP, and moves pursuant to Local Rule 83.2(b), for an Order permitting Laura B. Ruppalt, Esquire, a member in good standing of the Bars of the State of Virginia and the District of Columbia, be admitted to practice before the District of New Hampshire *pro hac vice* on behalf of Turbocam in relation to this matter. Turbocam states that the appearance of Bethany P. Minich, Esquire, who is admitted to practice in this Court, has previously been filed and that Attorney Minich will be actively associated with Attorney Ruppalt in the defense of this matter.

In support of this Motion, Turbocam has filed the Declaration of Laura B. Ruppalt, which is attached here as Exhibit A.

Undersigned counsel is paying $100.00 by credit card in connection with the filing to cover the required filing fee for *pro hac vice* admission.

Counsel for the Plaintiff assents to the relief requested in this motion.

1

WHEREFORE, Turbocam respectfully requests that this Court:

A.     Grant the Assented-to Motion to Admit Laura B. Ruppalt, Esq., *Pro Hac Vice* permitting Laura B. Ruppalt to practice before this Court; and

B.     Grant such other and further relief as may be just and reasonable.

> Respectfully submitted,
>
> TURBOCAM, INC.
>
> By its attorney,
>
> */s/ Bethany P. Minich*
> Bethany P. Minich, N.H. Bar # 265413
> Litchfield Cavo, LLP
> 6 Kimball Lane, Suite 200
> Lynnfield, MA 01940
> Telephone: 781-309-1500
> minich@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I, Bethany Minich, hereby certify that on October 22, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

> */s/ Bethany Minich*
> Bethany Minich