UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>      Plaintiff,<br><br>      v.<br><br>TURBOCAM, INC.,<br><br>      Defendant. | Civil Action No. 1:23-cv-00523 |

## DECLARATION OF LAURA B. RUPPALT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Laura B. Ruppalt, pursuant to Local Rule 83.2(b)(1), hereby certify that:

1.      My office is located at Boyden Gray PLLC, 800 Connecticut Avenue, NW, Suite 900, Washington, DC 20006, and my phone number is (202)-955-0620. My email address is lruppalt@boydengray.com.

2.      I am licensed to practice law by and a member in good standing of the State Bar of Virginia (Bar No. 97202, admitted Oct. 15, 2021) and the District of Columbia (Bar No. 90033927, admitted April 24, 2025).

3.      I am presently admitted to, in good standing with and eligible to practice in the following courts:

- Supreme Court of the United States, admitted 2025

- United States Court of Appeals for the Third Circuit, admitted 2022

- United States Court of Appeals for the Fifth Circuit, admitted 2024

- United States District Court for the Southern District of Texas, admitted 2024

- Virginia Supreme Court, admitted 2021

1

- District of Columbia Court of Appeals, admitted 2025

4.      I am not currently suspended in, nor have I been disbarred in, any jurisdiction.

5.      I have never been denied admission to any court. I am not the subject of any previously imposed or pending disciplinary matters and have no prior felony or misdemeanor criminal convictions.

6.      My *pro hac vice* status has never been denied or revoked in any court.

7.      I am familiar with the Local Rules of the United States District Court, District of New Hampshire.

8.      If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the Defendant, Turbocam, Inc., in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 29, 2025.

Laura B. Ruppalt (VA Bar No. 97202)
Boyden Gray PLLC
800 Connecticut Avenue, NW, Suite 900
Washington, DC 20006
lruppalt@boydengray.com
Tel: (202)955-0620

2