**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

LILLIAN BERNIER

         *Plaintiff*,

  v.

TURBOCAM, INC.,

         *Defendant*.

CA No. 1:23-cv-00523-LM-AJ

---

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN
SUPPORT OF TURBOCAM, INC.'S MOTION TO EXCLUDE TESTIMONY OF
RANDI ETTNER, PH.D.**

Pursuant to Local Rule 7.1(e)(2), Defendant Turbocam, Inc. respectfully requests leave to file the attached reply memorandum in response to Plaintiff Lillian Bernier's "Opposition to Turbocam's Motion to Exclude Testimony of Randi Ettner, Ph.D.," Dkt. 86. ("Opposition"). As grounds for this request, Turbocam states that the short, proposed memorandum addresses points raised for the first time in the Opposition, including a new declaration provided by Ettner. Turbocam's proposed reply memorandum is attached as Exhibit A. This motion is filed consistent with the endorsed "Revised Briefing Schedule," Dkt. 81, and will not delay consideration of Turbocam's "Motion to Exclude Testimony of Randi Ettner, Ph.D.," Dkt. 71. Bernier assents to this motion.

Respectfully Submitted,

Defendant, Turbocam, Inc.
By its attorneys,

James R. Conde*
D.C. Bar No. 1031694
Laura B. Ruppalt**
D.C. Bar No. 90033927
BOYDEN GRAY PLLC
800 Connecticut Avenue NW,
Suite 900
Washington, DC 20006
Telephone: (202) 955-0620
jconde@boydengray.com
lruppalt@boydengray.com

/s/ Bethany P. Minich
Bethany P. Minich
N.H. Bar # 265413
LITCHFIELD CAVO LLP
6 Kimball Lane,
Suite 200
Lynnfield, MA 01940
Telephone: (781) 309-1500
minich@litchfieldcavo.com

Roger L. Byron*
Texas State Bar No. 24062643
E. Cliff Martin*
Texas State Bar No. 24127208
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: (972) 941-4444
rbyron@firstliberty.org
cmartin@firstliberty.org

* *Pro hac vice*
** *Pro Hac Vice Motion Pending*

**Counsel for Defendant**
*Turbocam, Inc.*

Dated: November 3, 2025

2

**CERTIFICATE OF SERVICE**

I, Bethany P. Minich, hereby certify that on November 3, 2025, the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Bethany P. Minich*
Bethany P. Minich