# EXHIBIT V

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER<br>    *Plaintiff,*<br><br>v.<br><br>TURBOCAM, INC.,<br><br>    *Defendant.* | CA No. 1:23-cv-00523-LM-AJ |

**DECLARATION OF PETER HANSON IN SUPPORT OF TURBOCAM'S REPLY IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

I, Peter Hanson, state as follows:

1. I am director of talent development for Turbocam, Inc. ("Turbocam"). I submit this declaration in that capacity.

2. Turbocam is a closely held family business owned by Marian and Suzie Noronha, which they operate consistent with their evangelical Christian beliefs. The Noronhas' religious convictions preclude Turbocam from providing gender-affirming care in Turbocam's health plan.

3. Turbocam's health plan therefore contains an exclusion that precludes coverage for "[g]ender dysphoria treatment, including but not limited to, counseling, gender reassignment surgery or hormone therapy and related preoperative and postoperative procedures, which, as their objective, change the person's sex and any related complications." Turbocam Mem. in Support of Summ. J., Ex. O at 19 ("Turbocam MSJ"), Dkt. 75-15 (excerpt from Turbocam's health-benefits plan).

4. I have read and reviewed the Declaration of Daniel Weiss, M.D. Turbocam Mem. in Support of Mot. to Exclude, Ex. D, Dkt. 71-5 ("Weiss Declaration").

1

5. In his Declaration, Dr. Weiss explains that hormonal and surgical interventions for individuals with gender dysphoria carry significant risks and potentially serious side effects. Weiss Declaration ¶¶ 52–63. He also explains that the "quality of evidence supporting the efficacy of medical and surgical interventions is low." *Id.* ¶ 64; *see also id.* ¶¶ 65–66. Dr. Weiss states that it is his "opinion that, given the evidence and state of the science regarding treatment of gender dysphoria, a mental health disorder, the harms and risks of hormonal interventions and 'sex reassignment surgeries' all outweigh any potential benefits. These medical and surgical interventions are neither safe nor effective." *Id.* ¶ 67.

6. Based on the Weiss Declaration and Dr. Weiss's expert medical opinion, Turbocam will continue excluding coverage for gender dysphoria going forward for the separate and independent reason that Turbocam believes treatments aiming to align sex with gender identity are neither safe nor effective.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on <u>October 31, 2025</u>

_____
Peter Hanson

2