UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>    Plaintiff,<br><br>v.<br><br>TURBOCAM, INC.,<br><br>    Defendant. | Civil Action No. 1:23-cv-00523-LM-AJ |

**DECLARATION OF CHRIS ERCHULL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE DECLARATION OF PETER HANSON**

I, Chris Erchull, Esq., declare as follows:

I am a Senior Staff Attorney for GLBTQ Legal Advocates and Defenders and am co-counsel for Plaintiff Lillian Bernier in this case. I am an active member of the New Hampshire bar. I make this declaration in support of Plaintiff Lillian Bernier's Motion to Strike the Supplemental Affidavit of Peter Hanson.

1. Attached as Exhibit 1 is a true and correct copy of Turbocam's response to Lillian Bernier's charge of discrimination at the New Hampshire Human Rights Commission.

2. Attached as Exhibit 2 is a true and correct copy of Turbocam's answers to Plaintiff's interrogatories 13 and 14.

3. Attached as Exhibit 3 is a true and correct copy of Turbocam's supplemental answers to Plaintiff's interrogatories 13 and 14.

4. Attached as Exhibit 4 is a true and correct copy of the cover page and signature page of the Expert Report of Daniel Weiss, M.D.

5. Attached as Exhibit 5 is a true and correct copy of defendant Turbocam, Inc.'s objections to Plaintiff's 30(b)(6) deposition topics.

6. Attached as <u>Exhibit 6</u> is a true and correct excerpt of the deposition transcript of Peter Hanson.

7. Attached as <u>Exhibit 7</u> is a true and correct excerpt of the deposition transcript of Marian Noronha.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: November 19, 2025                                    /s/ Chris Erchull

                                                                             Chris Erchull