# **<u>EXHIBIT 4</u>**

Cover & Signature Page of Expert Report of Daniel Weiss, M.D.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| LILLIAN BERNIER, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>TURBOCAM, INC., HEALTH PLANS, INC., & )<br>HARVARD PILGRIM HEALTH CARE OF NEW ENGLAND, )<br>    Defendants )<br> ) | CIVIL NO. 1:23-CV-00523 |

**<u>EXPERT REPORT OF DANIEL WEISS, M.D., CDCES</u>**

January 20, 2025
Date

Daniel Weiss MD

47