UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER,<br><br>  *Plaintiff*,<br><br>v.<br><br>TURBOCAM, INC.,<br><br>  *Defendant*. | Civ. No. 1:23-cv-00523-LM-AJ |

### JOINT MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL STATEMENTS AND CONTINUE TRIAL DATE

  Plaintiff Lillian Bernier and Defendant Turbocam, Inc. jointly move to extend the deadline for filing Pretrial Statements, to a date sixty days after the Court rules on the pending cross-motions for summary judgment, and to continue the trial date. In support of this Motion, the parties state as follows:

  1. The parties' cross-motions for summary judgment are currently pending before the Court.

  2. The motions currently under consideration by the Court may significantly alter or narrow the issues for trial, should the Court determine that trial is necessary.

  3. The current deadline for the filing of Pretrial Statements is February 10, 2026. Objections are due February 24, 2026. The Final Pretrial Conference is set for March 3, 2026. Pursuant to Local Rule 16.2, the contents of the Final Pretrial Statements must include all major pretrial filings.

  4. The parties cannot effectively prepare pretrial materials, if necessary, without the benefit of the Court's ruling on the pending cross-motions for summary judgment. In the interests of efficiency, and to avoid unnecessary time and expense in preparing materials that

may become moot or irrelevant, the parties jointly request that the Court extend the deadline for the filing of Pretrial Statements to sixty days after the Court rules on the pending cross-motions for summary judgment and continue the trial date.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.2 (C).

Pursuant to Local Rule 7.2 (c), counsel for Plaintiff Lillian Bernier and counsel for Defendant Turbocam, Inc. certify that they have notified their respective clients of this request to continue the trial date.

Date: January 9, 2025

Respectfully Submitted,

**Counsel for Plaintiff**
Lillian Bernier

*/s/ Chris Erchull*
Chris Erchull (N.H. Bar No. 266733)
cerchull@gladlaw.org
Bennett Klein (Mass. Bar No. 550702)*
bklein@gladlaw.org
Michael Haley (N.H. Bar No. 270236)
mhaley@gladlaw.org
GLBTQ Legal Advocates & Defenders
18 Tremont St. Ste. 950
Boston, MA 02108
(617) 426-1350

*Admitted *pro hac vice*

*Counsel for Defendant*
Turbocam, Inc.

*/s/ Bethany P. Minich*
Bethany P. Minich (NH Bar # 265413)
minich@litchfieldcavo.com
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
(781) 309-1500

Roger L. Byron*
Texas State Bar No. 2462643
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: 972/941-4444
rbyron@firstliberty.org

James R. Conde*
D.C. Bar No. 131694
Laura B. Ruppalt*
BOYDEN GRAY PLLC
800 Connecticut Avenue NW,
Suite 900
Washington, DC 20006
Telephone: (202) 955-0620
jconde@boydengray.com
lruppalt@boydengray.com