UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LILLIAN BERNIER, | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-00523-LM-AJ |
| TURBOCAM, INC., | |
| Defendant. | |

### DEFENDANT, TURBOCAM, INC.'S RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES the defendant, Turbocam, Inc., and responds to the Order to Show Cause (dated, January 23, 2026) as follows: Turbocam, Inc., does not oppose the stay, but takes no position on the relevance of the cases that are currently being considered by the United States Supreme Court  (*Little v. Hecox,* No. 24-38, and *West Virginia v. B.P.J.,* No. 24-43) to any matters at issue in this case.

Respectfully Submitted,
Defendant,
TURBOCAM, INC.,
By its Attorneys

/s/ *Bethany P. Minich*

Bethany Minich, BBO #648163
Litchfield Cavo, LLP
6 Kimball Lane, Suite 200
Lynnfield, MA 01940
tel: 781-309-1500
minich@litchfieldcavo.com

Dated: February 4, 2026

Roger L. Byron*
Texas Bar No. 24062643
E. Cliff Martin*
Texas Bar No. 24127208
First Liberty Institute
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: 972/941-4444
rbyron@firstliberty.org
cmartin@firstliberty.org

*Admitted Pro Hac Vice

James R. Conde*
D.C. Bar No. 1031694
Laura B. Ruppalt*
D.C. Bar No. 90033927
Boyden Gray PLLC
800 Connecticut Avenue NW,
Suite 900
Washington, DC 20006
Telephone: (202) 955-0620
jconde@boydengray.com
lruppalt@boydengray.com

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and email and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ *Bethany P. Minich*

_____
Bethany P. Minich