**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

LILLIAN BERNIER,

     Plaintiff,

v.                                                                                   Civil Action No. 1:23-CV-00523-LM-AJ

TURBOCAM, INC.,

     Defendant.

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY CONSIDERATION OF CROSS-MOTIONS FOR SUMMARY JUDGMENT SHOULD NOT BE STAYED**

Plaintiff does not object to a stay. Plaintiff does not anticipate that the Supreme Court's opinion in *Little v. Hecox*, No. 24-28, and *West Virginia v. B.P.J.*, No. 24-43, will have any application to this court's decision on summary judgment as none of the parties there question the central holding of *Bostock v. Clayton County*, 590 U.S. 644 (2020), which is the basis for Plaintiff's Title VII claim here. Nonetheless, given that the parties in *Hecox* and *B.P.J.* discuss *Bostock* in a different context, Plaintiff agrees that there is benefit in an opportunity to review the opinion prior to rendering any decision on Plaintiff's Title VII claim.

                                           Respectfully submitted,
                                           Lillian Bernier

                                           By her attorneys,

Date: February 5, 2026

                                         */s/ Chris Erchull*
                                         Chris Erchull (N.H. Bar No. 266733)
                                         Bennett Klein (Mass. Bar No. 550702)*
                                         Michael Haley (N.H. Bar No. 270236)
                                         GLBTQ Legal Advocates & Defenders
                                         18 Tremont St. Ste. 950
                                         Boston, MA 02108
                                         (617) 426-1350
                                         cerchull@gladlaw.org
                                         bklein@gladlaw.org
                                         mhaley@gladlaw.org
                                         *\* Admitted pro hac vice*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document using CM/ECF system, which will send notification of such filing(s) to all those registered with the ECF system.

Date: February 5, 2026                                        */s/ Chris Erchull*

                                                             Chris Erchull